1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   JOEY L. BLANCH (Cal. Bar No. 186487)
4  Assistant United States Attorney
        1500 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-3315
        Facsimile: (213) 894-3713
7       E-mail: Joey.Blanch@usdoj.gov

8  Attorneys for Plaintiff
   United States of America

9
                      UNITED STATES DISTRICT COURT
10
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA,    ) | No. CR 02-938-R |
| 13 | Plaintiff,    ) | Trial Stipulation Re: Inmate Quarters Histories |
| 14 | v.    ) | Date: September 26, 2006 |
| 15 | STEVE LOREN SCOTT,    ) | Time: 9:00 a.m. |
| 16 | Defendant.    ) | |
| 17 | _____    ) | |

18

19       Plaintiff United States of America, by and through its

20  counsel of record, the United States Attorney for the Central

21  District of California, and defendant Steve Loren Scott,

22  individually and through his counsel of record, Amy Jacks, hereby

23  AGREE AND STIPULATE AS FOLLOWS:

24       1.  The Federal Bureau of Prisons keeps records of where

25  each inmate is housed.  These records are called the Inmate

26  Quarters Histories.

27       2.  How detailed the Inmate Quarters Histories are depends

28  on the record-keeping requirements at the time for each

1  institution. For example, sometimes an Inmate Quarters History
2  will detail the exact cell in which an inmate was housed; at
3  other times, an Inmate Quarters History will detail only the
4  cellblock or the institution where the inmate was housed.

5     3. The United States Medical Center for Federal Prisoners
6  in Springfield, Missouri does not keep records of the cell
7  assignments of inmates housed in Unit 2-1-E. The Bureau of
8  Prisons has searched for records of the actual cell assignments,
9  but cannot find such records.

10     4. During the course of this trial, the Inmate Quarters
11 Histories for a number of inmates will be introduced. These
12 records are true and accurate copies of the records maintained by
13 the Federal Bureau of Prisons and the parties stipulate that they
14 may be introduced into evidence without further foundation.

16 IT IS SO STIPULATED.
On Behalf of Plaintiff United States of America:

DEBRA WONG YANG
United States Attorney

_____  9-22-06
JOEY L. BLANCH            Date
Assistant United States Attorney


On Behalf of Defendant Steve Loren Scott:

_____  9-13-06
STEVE LOREN SCOTT          Date
Defendant

_____  9/21/06
AMY JACKS                  Date
Counsel for Steve Loren Scott

2

## CERTIFICATE OF SERVICE

I, Tonia L. Johnson, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**TRIAL STIPULATION RE: INMATE QUARTERS HISTORIES**
service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

**AMY E. JACKS**
**1717 FOURTH STREET, STE 300**
**SANTA MONICA, CA 90401**

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

This Certificate is executed on **September 22, 2006**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

TONIA L. JOHNSON