1  Richard H. Sindel
   Attorney at Law
2  Missouri Bar No. 23406
   8008 Carondelet, Suite 301
3  St. Louis, Missouri 63105
   Telephone: 314-721-6040
4  Facsimile: 314-721-8545
   Email: rsindel@sindellaw.com
5
   Daniel R. Schattnik
6  Attorney at Law
   Illinois Bar No. 03122234
7  55 South 9th Street
   East Alton, Illinois 62024
8  Telephone: 618-258-1800
   Facsimile: 618-258-1957
9  Email: schattnik@mindspring.com



CLERK FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2006
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FAXED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA,

| UNITED STATES OF AMERICA, | CASE NUMBER: No. CR-938-VAP |
|---|---|
| Plaintiff  v.  CARL EDGAR KNORR, JR.,  Defendant. | DEFENDANT KNORR'S RESPONSE TO THE GOVERNMENT'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION OF COURT'S ORDER RE HOUSING DEFENDANTS WITHIN THE BUREAU OF PRISONS  Trial Date: January 29, 2008  Trial Time: 8:30 a.m. |

Carl E. Knorr, through his counsel Richard H. Sindel and Daniel R. Schattnik, respectfully responds to the Government's Reply to Oppositions to Government's Motion for Reconsideration of Order Re Housing of Defendants Sahakian, McIntosh and Knorr ("Reply") as set forth below. Mr. Knorr only responds to those allegations in the Reply which pertain to him, not those relating specifically to Mr. Sahakian and/or Mr. McIntosh. If the Court does not deny the Government's Motion for Reconsideration on the pleadings, Mr. Knorr respectfully requests the matter be set for an evidentiary hearing.

1 | Dated: October 4, 2006
Respectfully submitted,

*[signature]* Richard H. Sindel by DRS
RICHARD H. SINDEL

*[signature]*
DANIEL R. SCHATTNIK

Attorneys for Defendant
CARL E. KNORR, JR.

# MEMORANDUM

In the government's most recent filing on the issue of reconsideration, the government provides a document from the Bureau of Prisons (BOP) which, in summary fashion, lists out various disciplinary complaints lodged against Mr. Knorr during his incarceration in federal institutions from 1991 to 2000.

Counsel would first point out that the disciplinary data provided by the government in support of its position are all very remote in time. The Progress Report provided as an exhibit is dated March 29, 2000, as reviewed by Kevin Murphy, Unit Manager[1]. The government provides absolutely no information to indicate that there have been any disciplinary problems with this defendant since the time of the trial in Benton, Illinois, which began in September 2003.

Additionally, very many of these old disciplinary allegations concerning this defendant revolve around alcohol consumption. Since the onset of the Illinois trial in September 2003, and perhaps beginning sometime before that event, this defendant has abstained from alcohol, which has resulted in a dramatic turn-around in his disciplinary record.

Also, in the listing of disciplinary events, the government itemizes a number of assault allegations against defendant as they relate to BOP staff. Counsel would point out that said events are relatively few in number and all are remote in time. A review of documents provided in discovery concerning these events involving staff reveal that most of these events are relatively minor. For each and every incident between Mr. Knorr and staff as listed above, the finding was always "without serious injury".

---

[1] Since that time Mr. Murphy has become the Executive Assistant to the Warden at USP Marion, and is slated to become the new Assistant Warden at FCI Greenville.

1  The following is a list which provides the details of all alleged assaults
2  against staff by this defendant as contained within the government's responsive
3  pleading:

4  | Date     | Event |
   |----------|-------|
5  | 11/20/92 | Defendant was intoxicated and refused to submit to a Breathalyzer. He resisted being placed in handcuffs and was forcibly restrained. |
7  | 12/20/93 | Defendant flicked a cigarette in the direction of a CO, which bounced harmlessly off the back of his hand. |
9  | 01/12/96 | Defendant is alleged to have butted heads with a CO while defendant was handcuffed; defendant was treated for injuries |
10 | 09/08/99 | Defendant pointed a finger at a CO, and the finger came into contact with the face of the CO. The CO stated that the contact was "not powerful and did not hurt me." |
12 |          | The Disciplinary Hearing Officer found "The amount of force the inmate used during this incident was only to make contact with the staff member, not to cause injury to him." |
14 | 01/08/00 | Defendant was cited for throwing liquids on staff (to two staff members in a single incident, not "twice throwing liquids on staff" as alleged by the government). |
16 |          | Investigation revealed that the liquid involved was milk. |

17  There is simply nothing in this record that supports a claim that Mr. Knorr is
18  a danger to prison staff
19  Additionally, the government lists Mr. Knorr's record of criminal
20  convictions. At present, Mr. Knorr is 43 years of age. With the exception of
21  defendant's 1991 federal bank robbery conviction, which occurred at age 27, all of
22  Mr. Knorr's other criminal activity took place before he was age 21.
23  With regard to defendant's convictions, even though he has been convicted
24  of two bank robberies, which are violent crimes, no person was shot or physically
25  injured in these acts, or in any other acts committed by Mr. Knorr while he was in
26  the community.

27
28

WHEREFORE, the defendant respectfully requests that this Honorable Court deny the government's motion for reconsideration.

Dated: October 4, 2006

*/s/ Richard H. Sindel by DRS*
RICHARD H. SINDEL

*/s/ Daniel R. Schattnik*
DANIEL R. SCHATTNIK

Attorneys for Defendant
CARL E. KNORR, JR.

## PROOF OF SERVICE BY MAIL

I am employed in the County of Madison, State of Illinois. I am over the age of eighteen and not a party to the within entitled action. My business address is 55 South 9th Street, East Alton, Illinois 62024. I am a member of the bar of this Court.

On October 4, 2006, I served the foregoing document described as DEFENDANT KNORR'S RESPONSE TO THE GOVERNMENT'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION OF COURT'S ORDER RE: HOUSING DEFENDANTS WITHIN THE BUREAU OF PRISONS on Assistant United States Attorney Joseph Akrontianakis, by placing a true copy thereof in a sealed envelope addressed as follows:

> Mr. Joseph Akrontianakis
> Assistant United States Attorney
> U.S. Attorney's Office
> 3880 Lemon Street, Suite 210
> Riverside, CA 92501

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 4, 2006, at East Alton, Illinois.

DANIEL R. SCHATTNIK - # 3122234
UNSELL, SCHATTNIK & BABB
Attorneys at Law
55 South 9th Street
East Alton, Illinois 62024
(618) 258-1800     Fax: (618) 258-1957
Attorney for Defendant Carl Edgar Knorr, Jr.