```
DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorneys
Organized Crime and Terrorism Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477
Facsimile: (213) 894-3713
Email: Mark.Aveis@usdoj.gov
Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 02-938(E)-RGK |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF WITHDRAWAL OF INTENT TO SEEK THE DEATH PENALTY AS TO DEFENDANTS JOHN STINSON, ROBERT LEE GRIFFIN, AND DAVID ALLEN CHANCE ONLY |
| v. | ) | |
| JOHN STINSON, ROBERT LEE GRIFFIN, and DAVID ALLEN CHANCE, | ) | |
| Defendants. | ) | [No hearing required] |

TO: THE HON. R. GARY KLAUSNER, U.S. DISTRICT JUDGE, AND TO DEFENDANTS JOHN STINSON, ROBERT LEE GRIFFIN, AND DAVID ALLEN CHANCE THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby withdraws its

///
///

1 | intent to seek the death penalty in this case as to defendants
2 | JOHN STINSON, ROBERT LEE GRIFFIN, AND DAVID ALLEN CHANCE only.
3 | Dated: 11/02/06          Respectfully submitted,
4 |                          DEBRA WONG YANG
                             United States Attorney
5 |
                             THOMAS P. O'BRIEN
6 |                          Assistant United States Attorney
                             Chief, Criminal Division
7 |
8 |                          /s/ M Aveis
9 |                          _____
                             J. MARK CHILDS
                             MARK AVEIS
10 |                         Assistant United States Attorney
                             Attorneys for Plaintiff
11 |                         UNITED STATES OF AMERICA

2

CERTIFICATE OF SERVICE

I, **ELIZABETH GODINEZ-GOMEZ,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S NOTICE OF WITHDRAWAL OF INTENT TO SEEK THE DEATH PENALTY AS TO DEFENDANT'S JOHN STINSON, ROBERT LEE GRIFFIN, AND DAVID ALLEN CHANCE ONLY.**

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail addressed as follows:

[ ] By hand delivery

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

[X] **E-mailed to the following: SEE ATTACHMENT.**

This Certificate is executed on in **November 2, 2006** Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

E. Bv~
ELIZABETH GODINEZ-GOMEZ

3

<u>U.S. v. ROBERT LEE GRIFFIN, ET AL.</u>,
CR NO. 02-938-RGK

1  Joseph F. Walsh, Esq. (ROBERT GRIFFIN)
2  316 West Second Street, Suite 1200
   Los Angeles, CA 90012
3  Email: <u>Attyjoewalsh@aol.com</u>
   t-213-627-1793
4  f-213-789-4700

5  Michael M. Crain, Esq. (ROBERT GRIFFIN)
   P.O. Box 3730
6  Santa Monica, CA 90408
   Email: <u>Michaelmcrain@aol.com</u>
7  t-310-571-3324
   f-310-626-9983

8
   Knut Johnson, Esq. (DAVID CHANCE)
9  1010 Second Avenue, Suite 1850
   San Diego, CA 92101
10 Email: <u>knut@knutjohnson.com</u>
   t-619-232-7080
11 c-619-602-0277
   f-619-232-7324
12
   John Cotsirilos, Esq. (DAVID CHANCE)
13 2442 Fourth Avenue
   San Diego, CA 92101
14 Email: <u>Mccabeatty@aol.com</u>
   t-619-232-6022
15 c-619-316-9188
   f-619-232-6052
16
   Paul Potter, Esq. (JOHN STINSON)
17 Potter, Cohen & Samulon
   3852 East Colorado Blvd.
18 Pasadena, CA 91107
   Email: <u>pepsquire@earthlink.net</u>
19 t-626-795-0681

20 Terrence Bennett, Esq. (JOHN STINSON)
   P.O. Box 709                **Regular Mail**
21 Pasadena, CA 91102-0709
   Email: <u>benedictus@earthlink.net</u>
22 t-626-798-6675

23 Kenneth Alan Reed (JOHN STINSON)
   404 West Fourth St., Suite C
24 Santa Ana, CA 92701
   KAR<u> crimlaw@bcglobal.net</u>
25 t-825-953-7400
   f-714-953-7414
26 c-714-423-9947

27

28

4