1  GEORGE S. CARDONA
   Acting United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   STEPHEN G. WOLFE (Cal. Bar No. 116400)
4  Assistant United States Attorney
   1500 United States Courthouse
5  312 North Spring Street
   Los Angeles, California 90012
6  Telephone: (213) 894-7408
   Facsimile: (213) 894-3713
7  E-mail: Steve.Wolfe@usdoj.gov

8  Attorneys for Plaintiff
   United States of America
9
                    UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,   )   No. CR 02-938-CJC
12                             )
           Plaintiff,          )   GOVERNMENT'S POSITION PAPER RE
13                             )   DEATH PENALTY AND BRUTON ISSUES
              v.               )
14                             )
   RICHARD LLOYD TERFLINGER,   )
15 GARY JOE LITTRELL,          )
                               )
16         Defendants.         )
                               )
17

18      Plaintiff United States of America hereby submits its
   position paper re death penalty and Bruton issues.
19
   DATED: December  11 , 2006      Respectfully submitted,
20
                                   GEORGE S. CARDONA
21                                 Acting United States Attorney
                                   THOMAS P. O'BRIEN
22                                 Assistant United States Attorney
                                   Chief, Criminal Division
23
                                   /s/ Stephen G. Wolfe
24                                 _____
                                   STEPHEN G. WOLFE
25                                 Assistant United States Attorney

26                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
27

28

GOVERNMENT'S POSITION RE DEATH PENALTY AND BRUTON ISSUES

After a status conference on November 20, 2006, the Court ordered that the government submit position papers by December 11, 2006 on whether the government will continue to seek the death penalty against defendants Terflinger and Littrell, and whether there are any Bruton issues to be resolved in the event of a joint trial of the two defendants. The government hereby reports that it will reconsider whether to seek the death penalty against defendant Terflinger and Littrell, and hopes to have a decision after that reconsideration by January 16, 2006. The government also believes that there will not be any Bruton issues presented by a joint trial of the defendants.

Death penalty issues - The government has decided that it will reconsider whether to continue to seek the death penalty against defendants Terflinger and Littrell. The reconsideration has not been completed, but the government hopes to complete it by January 16, 2006. The reconsideration cannot be completed sooner because such a reconsideration requires discussion with the Deputy General and the Attorney General and their staffs, since only the Attorney General can decide not to continue to seek the death penalty.

The reconsideration is also slowed because discussion will benefit greatly from consideration of trial events, the results, and any available comments of jurors from the related trial now taking place before Judge Klausner, in which the government is expected to rest its case on December 12, 2006.

<u>Bruton issues</u> - The government does not believe that a joint trial of the defendants would present any <u>Bruton</u> issues. This is so for several independent reasons.

First, the government does not now possess any statements by either defendant which presents any issues under <u>Bruton</u>.

Second, the only statement not in the government's possession which could conceivably present a <u>Bruton</u> issue would be a transcript of the guilty pleas to voluntary manslaughter and attempted second degree murder of Aaron Marsh by defendant Littrell in California Superior Court for Del Norte County. The government doubts that defendant Littrell implicated defendant Terflinger in those pleas, since doing so would invite being killed by the Aryan Brotherhood in retaliation. More than two dozen defendants have pleaded guilty to various offenses in this case. Not one has implicated any other member of the Aryan Brotherhood by name or intelligible description. Nor has defendant Littrell ever suggested in the slightest way that he implicated any other person in his guilty pleas to the voluntary manslaughter and attempted second degree murder of Aaron Marsh.

Third, if it should appear that defendant Littrell implicated defendant Terflinger in his guilty pleas, any <u>Bruton</u> issue can be obviated by the redaction of any such statement to remove any reference to defendant Terflinger. "We hold that the Confrontation Clause is not violated by the admission of a notestifying codefendant's confession with a proper limiting instruction when, as here, the confession is redacted to eliminate not only the defendant's name, but any reference to his

1 | or her existence." Richardson v. Marsh, 481 U.S. 200, 211 (1987).

## CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S POSITION PAPER RE DEATH PENALTY AND BRUTON ISSUES**
service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHMENT**

This Certificate is executed on ___12/11/06___, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
**CAREY P. CRONIN**

**ATTACHMENT**

**UNITED STATES v. TERFLINGER and LITTRELL,**
No. CR 02-938-CJC

Christopher Chaney
1055 East Colorado Blvd., Suite 310
Pasadena, CA 91106

David J.P. Kaloyanides
One Wilshire Building
624 South Grand Ave., Suite 220
Los Angeles, CA 90017

Matthew Lombard
316 West 2nd Street, Suite 1202
Los Angeles, CA 90012

Stanley Perlo
250 West Ocean Blvd., Suite 1714
Long Beach, CA 90802