FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. JOHN STINSON, et al., Defendants.

No. CR 02-938-RGK

STIPULATION RE: EXHIBIT 52F

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendants, hereby stipulate as follows:

Exhibit 52F is the cover and part of the first page of the Federal Bureau of Investigation Freedom of Information Act filing of reports on the Aryan Brotherhood, found in David Chance's cell at Pelican Bay State Prison. Although the entire report was found in the cell, only the cover page and part of the first page of the Report are being presented to the jury because the content of the Report is not a matter for the jury to consider. The jury is to consider only the fact that the Report was found in Mr. Chance's cell.

DOCKETED ON CM
DEC 19 2006
BY 002

4289

DATE: December 12, 2006

Respectfully submitted,

~~DEBRA WONG YANG~~ GEORGE S. CARDONA
Acting United States Attorney

MARK AVEIS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATE: December 12, 2006

JOSEPH WALSH

Attorney for defendant
ROBERT GRIFFIN

DATE: December 12, 2006

PAUL POTTER

Attorney for defendant
JOHN STINSON

# FREEDOM OF INFORMATION AND PRIVACY ACTS

**SUBJECT: ARYAN BROTHERHOOD**

**FILE NUMBER: 183-7396**

**PART 1 OF 1**




# FEDERAL BUREAU OF INVESTIGATION

EXHIBIT 52 F



U.S. Department of Justice

Federal Bureau of Investigation

Los Angeles, California

In Reply, Please Refer to
File No.

October 15, 1982

ARYAN BROTHERHOOD
Los Angeles Division
RACKETEER ENTERPRISE INVESTIGATION

History

California State Prison System

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 2/12/96 BY

ENCLOSURE

EXHIBIT 52P-1

FBI/DOJ