

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-938-RGK |
| Plaintiff, | |
| v. | STIPULATION RE: EXHIBIT 55C |
| JOHN STINSON, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendants, hereby stipulate as follows:

Exhibit 55C is the first page from a debriefing of Brian Healy, found in Richard Terflinger's cell at Pelican Bay State Prison. Although numerous pages of the debriefing were found in the cell, only page one of the debriefing, with most of the information blocked out, is being presented to the jury because the content of the debriefing is not a matter for the jury to consider. The jury is to consider only the fact that the debriefing was found in Mr. Terflinger's cell and it is a duplicate of the debriefing found in Mr. Chance's cell.




| | |
|---|---|
| DATE: December 12, 2006 | Respectfully submitted,<br><br>*George S. Cardona*<br>~~DEBRA WONG YANG~~<br>United States Attorney<br><br>*Mark Aveis*<br>MARK AVEIS<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>United States of America |
| DATE: December 12, 2006 | *Joseph Walsh*<br>JOSEPH WALSH<br><br>Attorney for defendant<br>ROBERT GRIFFIN |
| DATE: December 12, 2006 | *P. Potter*<br>PAUL POTTER<br><br>Attorney for defendant<br>JOHN STINSON |

...of a substantial amount should be cut up for other brothers without funds. This is a must;

A second thought.

Current Conspiracies of the ARYAN Brotherhood