UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-938-RGK |
| Plaintiff, | |
| v. | STIPULATION RE: EXHIBIT 56B |
| JOHN STINSON, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendants, hereby stipulate as follows:

Exhibit 56B is the first two pages of the testimony of Steven Barnes at the trial of People v Robert Lee Griffin. Only the first two pages of the testimony are being presented to the jury because the content of Steven Barnes's testimony is not a matter for the jury to consider. The jury is to consider only the fact that Steven Barnes testified as a prosecution witness in the trial of People v Robert Lee Griffin.



```
 1  DATE: December 12, 2006      Respectfully submitted,
                                      GEORGE S. CARDONA
 2                                    DEBRA WONG YANG
                                  Act  United States Attorney
 3
 4
 5                                    _____
                                      MARK AVEIS
 6                                    Assistant United States Attorney

 7                                    Attorneys for Plaintiff
                                      United States of America
 8
 9  DATE: December 12, 2006
                                      _____
10                                    JOSEPH WALSH

11                                    Attorney for defendant
                                      ROBERT GRIFFIN
12
13
14
15  DATE: December 12, 2006           _____
16                                    PAUL POTTER

17                                    Attorney for defendant
                                      JOHN STINSON
18
```

2

```
 1              constant contact with me; is that correct?
 2    A         That's correct.
 3    Q         And the evidence was evaluated several times
 4              throughout that period of time?
 5              MR. POLAKOVIC:  To which I would object as
 6    being immaterial.
 7              THE WITNESS:  That's true.
 8    Q         (BY MR. PARKER:)  I was the resident deputy D.A.?
 9    A         That is true.
10              MR. PARKER:  Nothing further.
11
12                      RECROSS-EXAMINATION
13    BY MR. POLAKOVIC:
14    Q         Are you saying you made no arrests because Mr. Parker
15              told you not to make arrests?
16    A         That is not what I said.
17    Q         Who was running the investigation, you or Mr. Parker?
18    A         I was.
19              MR. POLAKOVIC:  Nothing further.
20              MR. PARKER:  Call Mr. Barnes.
21
22                      STEPHEN MICHAEL BARNES
23    called as a witness by the People, was sworn and testified
24    as follows:
25              THE CLERK:  You do solemnly swear that the
26    testimony you are about to give in the cause now pending
```

EXHIBIT 56 B

724

```
 1   before the Court shall be the truth, the whole truth, and
 2   nothing but the truth, so help you God.
 3              THE WITNESS:  I do.
 4              THE CLERK:  Be seated, please.  State your full
 5   name for the record, please, and spell it.
 6              THE WITNESS:  Stephen Michael Barnes,
 7   S-t-e-p-h-e-n  M-i-c-h-a-e-l  B-a-r-n-e-s.
 8
 9                       DIRECT EXAMINATION
10   BY MR. PARKER:
11   Q     Mr. Barnes, in October of 1980, were you a prisoner
12         at CIM?
13   A     Yes, I was -- no, I wasn't.
14   Q     All right.  Had you, prior to that time, been a
15         prisoner at CIM?
16   A     Yes, I was.
17   Q     When had you been either moved or released, as the case
18         may have been?
19   A     I was sent April of '80 to the L.A. County Jail.
20   Q     So, in April of 1980 you went down to the county jail?
21   A     Yeah.
22   Q     And how long did you remain in the county jail?
23   A     Until September of '80.
24   Q     From September of '80 until when were you free or
25         what, sir?
26   A     I was free on bail for approximately thirty days.
```