ORIGINAL

1  GEORGE S. CARDONA
   Acting United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   J. MARK CHILDS (Cal. Bar No. 162684)
4  MARK AVEIS (Cal. Bar No. 107881)
   Assistant United States Attorneys
5  Organized Crime & Terrorism Section
   1500 United States Courthouse
6  312 North Spring Street
   Los Angeles, California 90012
7  Telephone: (213) 894-4477
   Facsimile: (213) 894-3713
8  E-Mail: Mark.Aveis@usdoj.gov
   Attorneys for Plaintiff
9  United States of America

FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,      ) No. CR 02-938(E)-RGK
                                   )
13            Plaintiff,           ) GOVERNMENT'S PROPOSED
                                   ) INSTRUCTION REGARDING TESTIMONY
14       v.                        ) OF ROBERT AYERS
                                   )
15  JOHN WILLIAM STINSON and       ) Date: December 15, 2006
    ROBERT LEE GRIFFIN,            ) Time: 1:30 p.m.
16                                 )
            Defendants.            )
17                                 )
                                   )
18  _____ )

19      Plaintiff United States of America hereby offers the

20  attached additional jury instruction.

21  DATED: December 15, 2006          Respectfully submitted,

22                                    GEORGE S. CARDONA
                                      Acting United States Attorney
23
                                      THOMAS P. O'BRIEN
24                                    Assistant U.S. Attorney
                                      Chief, Criminal Division
25
                                      /s/
26                                    _____
                                      J. MARK CHILDS
27                                    MARK AVEIS
                                      Assistant United States Attorneys
28                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

DOCKETED ON CM
DEC 28 2006
BY          168



COURT'S INSTRUCTION NO. ___

During the government's cross examination of Robert Ayers, Jr., Warden of San Quentin prison, the government asked the witness certain hypothetical questions concerning a series of debriefs which contained statements by other inmates about defendant Robert Lee Griffin. The government asked the witness to assume that the debriefs which contained such statements came from the confidential section of defendant Robert Lee Griffin's "central" file with the California Department of Corrections.

You are not to consider the truth of such statements of the inmates against defendant Griffin. Rather, you are only to consider that the debriefs with such statements were contained in defendant Griffin's "central" file.

Furthermore, you are not to consider the testimony of Robert Ayers or this stipulation against defendant John Stinson.

Finally, you are not to make any finding, or draw any inference, regarding what documents defendant Griffin may, or may not have, provided to Robert Ayers before he testified.

## Aveis, Mark (USACAC)

**To:** Attyjoewalsh@aol.com; Michaelmcrain@aol.com
**Subject:** Proposed instruction

This is the instruction I will offer today regarding Ayers.