# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

PLAINTIFF(S)

v.

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

DEFENDANT(S).

PLEASE TAKE NOTICE:

Pursuant to General Order 05-01, Local Rule 5-4 and/or the Federal Rules of Civil Procedure, the following deficiency(ies) has been found with your electronically filed document, docket number: _____.

**ERRORS WITH DOCUMENT**
- ☐ Document submitted in the wrong case.
- ☐ Incorrect document is attached to the docket entry.
- ☐ Document linked incorrectly to the wrong document.
- ☐ Incorrect Document Type selected (i.e., event selected does not match document attached).
- ☐ Case number is incorrect or missing.
- ☐ Proof of Service is missing for non-electronically served parties.
- ☐ Electronic signature is missing (/s/).
- ☐ Hearing information is missing.
- ☐ Hearing information incorrect.
- ☐ Case is closed.
- ☐ Other

**ACTION TAKEN BY THE CLERK**
- ☐ The deficiency indicated above has been corrected by the clerk.
- ☐ Hearing date VACATED to be reset at a later date, if necessary.
- ☐ The hearing date has been CONTINUED to _____ at _____
- ☐ Other

**ACTION REQUIRED BY FILER**

The deficiency must be corrected by _____. *Date*
- ☐ Filing an amended/corrected document.
- ☐ Filing an amended Notice of Hearing.
- ☐ Re-filing the document(s) using the correct event: _____
- ☐ Re-filing the document and attaching the correct document.
- ☐ Other

Clerk, U.S. District Court

Dated: _____     By: _____
Deputy Clerk