GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
STEPHEN G. WOLFE (Cal. Bar No. 116400)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-7408
Facsimile: (213) 894-3713
E-mail: Steve.Wolfe@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 02-938-CJC |
|---|---|---|
| Plaintiff, | ) | NOTICE OF INTENTION TO CONTINUE TO SEEK THE DEATH PENALTY AGAINST DEFENDANTS TERFLINGER AND LITTRELL |
| v. | ) | |
| RICHARD LLOYD TERFLINGER, GARY JOE LITTRELL, | ) | |
| Defendants. | ) | |

   Plaintiff United States of America hereby gives notice that the government will continue to seek the death penalty against defendants Terflinger and Littrell.

DATED: January ____, 2007     Respectfully submitted,

                              GEORGE S. CARDONA
                              Acting United States Attorney
                              THOMAS P. O'BRIEN
                              Assistant United States Attorney
                              Chief, Criminal Division


                              _____
                              STEPHEN G. WOLFE
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA