STANLEY PERLO (No. 062387)
250 W. Ocean Blvd.#1714
Long Beach, California 90802
(562) 533-6205 office
(760) 321-7581 fax
sperloesq@aol.com


MATTHEW J. LOMBARD (No. 239910)
316 W. 2nd Street
Suite 1202
Los Angeles, California  90012
(213) 625-1806 Telephone
(213) 621-1644 Fax
mlombard@lombardlaw.net

Attorneys for Defendant
RICHARD L. TERFLINGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 02-938 RGK |
| Plaintiff, ) | Assigned to: Honorable Cormac C. Carney |
| v. ) | |
| RICHARD L. TERFLINGER, ) | **NOTICE TO COURT RE: TRIAL DATE** |
| Defendant. ) | |

The defendant, RICHARD TERFLINGER, hereby files notice regarding the trial

date of May 8, 2007.

/s/

DATE:     January 16, 2007     _____
                             Stanley Perlo
                             Attorney for Richard Terflinger

/s/

DATE:     January 16, 2007     _____
                             Matthew Lombard
                             Attorney for Richard Terflinger

2

## I.    <u>NOTICE</u>

Mr. Terflinger would like to notice the Court that he will be in a position to request a continuance based on the United States Attorney Office's (USAO) recent filing indicating that it will continue to seek the death penalty.  Mr. Perlo  is set to begin picking a jury for a death penalty trial in state court in February 2007.  The trial is estimated to last 8 to 10 weeks.  Mr. Perlo will not have sufficient time to prepare Mr. Terflinger's case without compromising his constitutional rights.

Both defense counsel were under the impression that the trial date would be sometime in January 2008 based on conversations with Assistant United States Attorneys (AUSA) at the time the case was remitted to this Court.  Indeed, the status report filed with Judge King requested a January 2008 trial date.

On August 22, 2006, Judge Klausner severed Mr. Terflinger's case from co-defendant's John Stinson, Robert Griffin, and David Chance and remitted the case to Judge King to decide  whether Mr. Terflinger's application to continue the trial should be granted.  On August 29, 2006, Judge King granted the application to continue trial, joined Mr. Terflinger with co-defendant Gary Litterell, and requested that the parties submit optimal trial dates along an estimate of the length of the case and motion cut-off dates.

Pursuant to Judge King's minute order, the parties submitted proposed "optimal" trial dates.  Mr. Terflinger, submitted a trial date of January 2008.  Mr. Littrell submitted a trial date of January 2007.  Mr. Terflinger's request was based on the estimated time counsel needed to prepare for the case as well as suggestions made by AUSAs and learned counsel's trial schedule.  On October13, 2006, Judge King set a trial date of May 8, 2007, motions cut-off date of January 16, 2007, and transferred the case to the instant Court.

///

///

///

## II. CONCLUSION

Mr. Terflinger would like to notice the Court to this issue and possibly discuss and/or resolve this issue at the status hearing on the January 29, 2007.

/s/

DATE: January 16, 2007 _____
Stanley Perlo
Attorney for Richard Terflinger

/s/

DATE: January 16, 2007 _____
Matthew Lombard
Attorney for Richard Terflinger

4

<u>PROOF OF SERVICE</u>

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is  316 W. Second Street, Suite 1202, Los Angeles, CA 90012; I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by a member of the Bar of the United States District Court for the Central District of California, and  I served the attached

NOTICE RE: TRIAL DATE
Service was:

| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ ]  By  hand-delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|---|

[ ] By facsimile as follows:          [X ]Via email as:

Wolfe, Steve (USACAC)
Steve.Wolfe@usdoj.gov
Christopher Chaney
 ccchaney@pacbell.net
David J.P. Kaloyanides
djpk.aplc@mac.com

This proof of service is executed at Los Angeles, California, on January 16th, 2006  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/

_____
MATTHEW J. LOMBARD