MICHAEL PATRICK MCELHINEY
Reg. No. 04198-097
MDCLA 8-A-04
535 North Alameda Street
Los Angeles, CA 90012
*pro se* defendant

FILED

ORIGINAL

2007 JAN 16  PM 12: 33

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR-02-938-GHK |
| | ) | |
| Plaintiff, | ) | **MOTION TO DISCHARGE SECOND** |
| | ) | **COUNSEL DIANE BASS** |
| v. | ) | **DECLARATION OF MICHAEL** |
| | ) | **MCELHINEY** |
| MICHAEL PATRICK McELHINEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Defendant Michael Patrick MElhiney hereby moves for an order discharging recently-appointed second counsel Diane Bass.

This motion is based on the Declaration of Michael Patrick McElhiney.

Dated: 01-16-07

Respectfully Submitted,

Michael Patrick McElhiney
Pro Se

1

## DECLARATION OF MICHAEL PATRICK MCELHINEY

I, Michael Patrick McElhiney declare:

1. Although I asked for this Court to appoint second standby advisory counsel Diane Bass, I now have no confidence or trust in her.

2. I therefore request this Court immediately terminate her appointment.

I declare under penalty of perjury the foregoing is true and correct. Executed at Los Angeles, California, January 16, 2007.

_____
MICHAEL PATRICK MCELHINEY

2

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 880 West First Street, Suite 304, Los Angeles, California 90012.

On January 16, 2007, I served the foregoing document described as **MOTION TO DISCHARGE DIANE BASS** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

STEVEN WOLFE
ASSISTANT U.S. ATTORNEY
1400 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 16, 2007, Los Angeles, California.

SARA RAMOS