MICHAEL PATRICK MCELHINEY
Reg. No. 04198-097
MDCLA 8-A-04
P.O.Box 1500
Los Angeles, CA 90053
*pro se* defendant

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR-02-938-GHK |
| Plaintiff, | ) | |
| | ) | **MOTION TO TRANSFER VENUE ON THE GROUNDS THAT PREJUDICIAL PRETRIAL PUBLICITY PREVENTS A FAIR TRIAL IN THIS DISTRICT** |
| v. | ) | |
| MICHAEL PATRICK McELHINEY, | ) | |
| Defendant. | ) | Motion Date: January 16, 2007 |
| | ) | Honorable George H. King |

Defendant Michael Patrick McElhiney hereby respectfully moves for an order transferring venue of this case, on the ground that prejudicial pretrial publicity prevents him from receiving a fair trial in the Central District of California, and that holding the trial in the Central District of California, under these circumstances violates the right to Due Process of Law guaranteed to each citizen by the United States Constitution.

///

///

///

///

1

This motion is based upon the attached memorandum of points and authorities, the attached index of the vast amount of adverse local publicity received by defendant's case since the indictment in 2002, and the attached articles themselves of newspaper articles on this case.

January 16 , 2007                    Respectfully Submitted,

Michael Patrick McElhiney
*pro se* defendant

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER VENUE OF THIS CASE FROM THE CENTRAL DISTRICT OF CALIFORNIA ON ACCOUNT OF PREJUDICIAL PRETRIAL PUBLICITY

"Because a criminal defendant has the right to an impartial jury, a court must grant a motion to change venue if prejudicial pretrial publicity makes it impossible to seat an impartial jury." Daniels v. Woodford, 428 F.3d 1181, 1210 (9th Cir. 2005); Harris v. Pulley, 885 F2d. 1354, 1361 (9th Cir. 1988). "Prejudice is presumed when the record demonstrates that the community where the trial was held was saturated with prejudicial and inflammatory media publicity about the crime." Daniels v. Woodford, supra, 428 F.3d at 1211. Three factors should be considered in determining presumed prejudice: (1) whether there was a "barrage of inflammatory publicity immediately prior to trial, amounting to a huge . . . wave of public passion"; (2) whether the news accounts were primarily factual because such accounts tend to be less inflammatory than editorials or cartoons; and (3) whether the media accounts contained inflammatory or prejudicial material not admissible at trial. Ibid.

The publicity generated by the "Aryan Brotherhood case" has operated to deny defendant the panel of "impartial, indifferent" jurors to which the federal constitution entitles him. See Irwin v. Dowd, 366 U.S. 717, 722. The former lead prosecutor granted an interview to the New Yorker magazine, attempting to publicize his personal belief that the death penalty offered the only "solution" to the "problem" of the "Aryan Brotherhood" prison gang. Local papers and television outlets picked up the theme, emphasizing the monikers and "exploits" of the alleged members of the "gang" and their "murderous" ways in prison, despite the fact that defendant has never been accused of personally murdering – or even assaulting – anyone. Prospective Southern California

jurors will view defendant not as a person presumed to be innocent, but as a poster boy for the federal government's determination to "clean up" prison gangs.

The mass of local-area publicity, attached hereto as Exhbibit A, demonstrates a wave of "public passion" containing inflammatory and prejudicial material, which should compel this court to grant the change of venue.

January 16 , 2007                          Respectfully Submitted,


_____
Michael Patrick McElhiney
*pro se* defendant

| | | U.S.A v. McElhiney et. al. U.S.D.C., Central District Court of California Case No. 02-938 | | | |
|---|---|---|---|---|---|

| # | Date | Publication | Location | Title | Internet/Print |
|---|---|---|---|---|---|
| 1 | 1/02/07 | LA Times | Los Angeles, CA | Jury gets Aryan Brotherhood Case | Print/ Internet |
| 2 | 12/30/06 | LA Times | Los Angeles, CA | Prison Gang Reveals Treacherous World | Print/ Internet |
| 3 | 12/29/06 | CBS News 8 | San Diego, CA | A Chronology of Major California News Events in 2006 | TV/ Internet |
| 4 | 12/20/06 | LA Times | Los Angeles, CA | Jury gets Aryan Brotherhood Case | *Print/ Internet* |
| 5 | 12/20/06 | SFGate..com | Los Angeles, CA | LA Federal Jurors Deliberate in Aryan Brotherhood Trial | Print/ Internet |
| 6 | 12/20/06 | SignOnSanDiego.com | Los Angeles, CA | LA Federal Jurors Deliberate in Aryan Brotherhood Trial | Internet |
| 7 | 11/23/06 | The Daily Item | Santa Ana, CA | Inmates Get Life Sentences | Internet |
| 8 | 11/22/06 | LA Times | Los Angeles, CA | 3 Supremacist Inmates Get Life Without Parole | Print/ Internet |
| 9 | 11/22/06 | Orange County Register | Santa Ana, CA | Aryan Leaders Get Life Sentence; Communication May Be Cut Off | Print/ Internet |
| 10 | 11/22/06 | The Daily Breeze | Torrance, CA | Gang Members Get Life Terms for Prison Terror | Print |
| 11 | 11/21/06 | NBC4.TV | Burbank, CA | Aryan Brotherhood Gang Leaders Face Sentencing After Delay | Television News Broadcast - CA/Internet |

| 12 | 11/21/06 | KNX 1070 Radio Show | Los Angeles, CA | Prosecutors Drop Bid for Lifestyle Restrictions for Ringleaders of the Aryan Brotherhood Prison Gang | Radio Broadcast, Los Angeles, CA/Internet |
|----|----------|---------------------|-----------------|------------------------------------------------------------------------------------------------------|-------------------------------------------|
| 13 | 11/21/06 | KCBS TV | Los Angeles, CA | Bid Dropped to Restrict Aryan Brotherhood Members | News Broadcast, Los Angeles/ Internet |
| 14 | 11/21/06 | CBS2.com | Los Angeles, CA | Aryan Brotherhood Members Sentenced to Life | News Broadcast, Los Angeles, CA/ Internet |
| 15 | 11/21/06 | Orange County Register | Santa Ana, CA | Prosecutors Change Tactic in Seeking Isolation for Aryan Brotherhood Leaders | Print |
| 16 | 11/20/06 | Orange County Register | Santa Ana, CA | Prosecutors Drop Bid to Restrict Aryan Brotherhood Members | Print |
| 17 | 11/14/06 | Orange County Register | Santa Ana, CA | Isolation Urged for Aryan Brotherhood Gang Leaders | Print/ Internet |
| 18 | 11/13/06 | Orange County Register | Santa Ana, CA | Prison-gang Leaders Get Life | Print/ Internet |
| 19 | 11/13/06 | Orange County Register | Santa Ana, CA | Prison Gang Sentences Delayed | Print/ Internet |
| 20 | 10/15/06 | Orange County Register | Santa Ana, CA | Colorblind in Court | Print |
| 21 | 9/16/06 | Orange County Register | Santa Ana, CA | Aryan Brotherhood Convicts Get Life Sentences | Print/ Internet |

| 22 | 9/16/06 | The Daily Breeze | Torrance, CA | Leaders of Hate Group Will Each Serve Life | Print |
|---|---|---|---|---|---|
| 23 | 9/15/06 | San Diego Union Tribune | San Diego, CA | Judge Declares Mistrial in Death Phase of Aryan Brotherhood Trial | Print/ Internet |
| 24 | 9/15/06 | Orange County Register | Santa Ana, CA | Prison-gang Jury's Deadlock Rejected | Print/ Internet |
| 25 | 9/14/06 | Orange County Register | Santa Ana, CA | Deliberations Continue in Aryan Brotherhood Trial | Print |
| 26 | 8/29/06 | Orange County Register | Santa Ana, CA | Death Penalty Phase Begins in Aryan Brotherhood Trial | Print |
| 27 | 7/30/06 | The Daily Breeze | Torrance, CA | Impact of Verdict Debated | Print |
| 28 | 7/30/06 | L.A. Times | Orange County, CA | 4 Leaders of Ayran Brotherhood Prison Gang found Guilty in O.C. | Print/ Internet |
| 29 | 7/29/06 | L.A. Times | Santa Ana | Four in Aryan Brotherhood Guilty | Print/ Internet |
| 30 | 7/29/06 | Orange County Register | Santa Ana, CA | 4 Convicted in Aryan Case | Print/ Internet |
| 31 | 7/15/06 | LA Times | Los Angeles, CA | Aryan Brotherhood Case Puts Credibility on Trial | Print/ Internet |
| 32 | 7/12/06 | FoxNews.com | Santa Ana/ National | Alleged Aryan Brotherhood Leader Lawyer: Ignore 'Parade of Perjurers' | TV/Internet |
| 33 | 7/11/06 | CNN.com | Santa Ana/ National | Largest U.S. Death Penalty Case Ends | TV/Internet |

| 34 | 6/29/06 | LA Times | Orange County, CA | Inmate Turns Comic into Prison Life Tutorial | Print |
| 35 | 6/27/06 | LATimes.com | Los Angeles, CA | Ex-Guard Gets 17 ½ Years for Aiding White Supremacist Prison Gang | Print/ Internet |
| 36 | 6/27/06 | SFGate.com | Santa Ana, CA | Jury in Aryan Brotherhood Trial in U.S. Must Decide Whether to Believe Killers | Print/ Internet |
| 37 | 6/27/06 | American Chronicle | Santa Ana/ National | Aryan Brotherhood Trial in Final Weeks | Print/Internet |
| 38 | 6/27/06 | LA Times | Los Angeles, CA | Invisible Ink Got Deadly Gang Message Past Guards | Print |
| 39 | 6/27/06 | CNN.com | Santa Ana/ National | 'Best of Worst' Testify at Gang Trial | TV/ Internet |
| 40 | 6/7/06 | FoxNews.com | Santa Ana/ National | Defense in Aryan Brotherhood Trial Probes Supermax Prison Unit | TV/ Internet |
| 41 | 6/6/06 | Orange County Register | Santa Ana, CA | Defense starts today in Aryan Brotherhood trial | Print |
| 42 | 6/6/06 | CNN.com | Santa Ana/ National | U.S. Rewards Witnesses in Huge Prison Gang Case | TV/ Internet |
| 43 | 5/11/06 | LA Times | Orange County, CA | Challenge in Aryan Gang Case: Witnesses | Print |
| 44 | 4/19/06 | Orange County Register | Santa Ana, CA | Witness: Aryans had High Aims | Print/ Internet |
| 45 | 4/19/06 | Orange County Register | Santa Ana, CA | Members of Prison Gang go on Trial | Print/ Internet |

| 46 | 4/18/06 | Orange County Register | Santa Ana, CA | Witness: Prison Gang Dreamed Big | Print/ Internet |
|---|---|---|---|---|---|
| 47 | 4/18/06 | Orange County Register | Santa Ana, CA | Prison Gang Testimony Focuses on Informant's Death | Print/ Internet |
| 48 | 4/14/06 | SFGate.com | Santa Ana, CA | Witness Tells of Aryan Brotherhood Plot Against Prison Rivals | Print/Internet |
| 49 | 4/14/06 | SFGate.com | Santa Ana, CA | Witness Says Gang Leader Ordered Killings | Print/Internet |
| 50 | 4/14/06 | SFGate.com | Santa Ana, CA | Witness Relates Aryan Plot to Avenge Gotti | Print/Internet |
| 51 | 4/14/06 | L.A. Times | Santa Ana, CA | Prison Bars Didn't Stop Gang's Reach | Print/ Internet |
| 52 | 4/14/06 | FoxNews.com | Santa Ana/ National | Former Aryan Brother Testifies That Gang Kingpin Ordered Killings | TV/ Internet |
| 53 | 3/21/06 | O.C. Weekly | Orange County, CA | Monster's Ball | Print |
| 54 | 3/16/06 | Orange County Register | Santa Ana, CA | Killer says He Lied to Defend Gang | Print/ Internet |
| 55 | 3/16/06 | L.A. Times | Santa Ana, CA | Murderer Tell Jury of Gang's Strength | Print/ Internet |
| 56 | 3/16/06 | Orange County Register | Santa Ana, CA | Witness says Gotti Paid Aryan Brotherhood for protection | Print |
| 57 | 3/15/06 | L.A. Times | Santa Ana, CA | Jury Is Told of Ruthless Aryan Gang | Print/ Internet |

| 58 | 3/15/06 | The Daily Breeze | Torrance, CA | 'Blood Oath' Opens Gang Trial | Print |
| 59 | 3/15/06 | Orange County Register | Santa Ana, CA | Secret Prison Network Debated | Print |
| 60 | 3/15/06 | Orange County Register | Santa Ana, CA | Killer Testifies Gang's Goal was to Ease Lives of Members | Print/ Internet |
| 61 | 3/14/06 | Orange County Register | Santa Ana, CA | Aryan Brotherhood Trial Begins Today in Santa Ana | Print |
| 62 | 3/13/06 | Orange County Register | Santa Ana, CA | Members of Prison Gang Go on Trial | Print/ Internet |
| 63 | 3/10/06 | The Daily Journal | Santa Ana, CA | Prison-Gang Trial Gets Complicated | Print |
| 64 | 2/24/06 | The Daily Journal | Santa Ana, CA | Judge Won't Delay Prison Gang's Trial | Print |
| 65 | 2/15/06 | Orange County Register | Santa Ana, CA | Court Scene Shifts from Angels to 'Lucifer' | Print/ Internet |
| 66 | 2/13/06 | LA Times | Santa Ana, CA | Aryan Inmate Capital Trials to Start | Print |
| 67 | 1/27/06 | Sacramento Bee | Sacramento, CA | DA's Official Weigh Alleged Plot to Kill Guard | Print/ Internet |
| 68 | 11/21/05 | AlterNet.com | Santa Ana/ National | Hate Crimes in Prison | Internet |
| 69 | 10/18/02 | L.A. Times | Los Angeles, CA | Aryan Group Focus of Charges | Print/ Internet |
| 70 | 10/17/02 | USAO/CDCA Press Release | Central District of California/ National | Racketeering Indictment Targets Aryan Brotherhood | Print |



*ng and allegedly ordered hits.*

ANNALS OF CRIME

# THE BRAND

*How the Aryan Brotherhood became the most murderous prison gang in America.*

## BY DAVID GRANN

On a cold, damp December morning in 2002, after weeks of secret planning, the United States Marshals launched one of the most unusual dragnets in the organization's two-hundred-and-fifteen-year history. As the fog lifted on a small stretch of land in the northwesternmost corner of California—a sparsely populated area known primarily for its towering redwoods—nearly a dozen agents, draped in black fatigues and bulletproof vests, and armed with assault rifles and walkie-talkies, gathered in a fleet of cars. The agents sped past a town with a single post office and a mom-and-pop store, and headed deep into the forest until they arrived at a colossal compound, a maze of buildings surrounded by swirling razor wire and an electrified fence that was lethal to the touch. A gate opened and, as guards looked down with rifles from beneath watchtowers, the convoy rolled inside. The agents jumped out.

After entering one of the buildings and walking down a long corridor lined with surveillance cameras, the officers reached their destination: a fortified cellblock in the heart of Pelican Bay, California's most notorious prison. They could hear inmates moving in their ten-by-twelve, windowless cement cells. Pelican Bay housed more than three thousand inmates, men who were considered too violent for any other state prison and had, in the parlance of correctional officers, "earned their way in." But the men on the cellblock, which was known as the Hole, were considered so dangerous that they had been segregated from this already segregated population.

Four prisoners were ordered to remove their gold jumpsuits and slide them through a tray slot. While some officers searched their belongings, others, using flashlights, peered through holes in the steel doors to examine the inmates' ears, nostrils, and anal cavities. To make sure that the prisoners had no

weapons "keistered" inside them, the guards instructed them to bend down three times; if they refused, the guards would know that they were afraid to puncture their intestines with a shank. Once the search was complete, the inmates were shackled and escorted to a nearby landing strip, where they were loaded onto an unmarked airplane.

All across the country, agents were fanning out to prisons. They seized a fifth inmate from a maximum-security prison in Concord, New Hampshire. They took another from a jail in Sacramento, California. Then they approached the Administrative Maximum Prison, in Florence, Colorado, a "supermax" encircled by snow-covered ravines and renowned as "the Alcatraz of the Rockies." There, in the most secure federal penitentiary in the country—a place that housed Ted Kaczynski, the Unabomber, and Ramzi Yousef, the man behind the bombing of the World Trade Center, in 1993—agents apprehended four inmates who were allegedly responsible for more than a dozen prison murders.

Before long, the marshals had rounded up twenty-nine inmates—all of whom were among the most feared men in the American prison system. One had strangled an inmate with his bare hands; another had poisoned a fellow-prisoner. A man nicknamed the Beast was thought to have ordered an attack on an inmate who had shoved him during a basketball game; the inmate was subsequently stabbed seventy-one times and his eye was gouged out.

Then there was Barry Mills, who was known as the Baron. Soft-spoken and intense, with a gleaming bald head, he was described by one of his former prosecutors as a "cunning, calculating killer." He liked to crochet in his cell and, according to authorities, compose lists of enemies to kill. In a previous court case, he testified that "we live … in a different society than you do. There is justified

violence in our society. I'm he [ ] , tell you that. I'm here to tell all you that." He was not, he conceded, "a peaceful man," and "if you disrespect me or one of my friends, I will readily and to the very best of my ability engage you in a full combat mode. That's what I'm about." Once, at a maximum-security prison in Georgia, Mills was found guilty of luring an inmate into a bathroom stall and nearly decapitating him with a knife.

Along with the Baron and the other prisoners, five women on the outside were also seized, as well as three ex-cons and a former prison guard. Most of those apprehended—there were forty in total—were transported on a Boeing 727, with their legs and arms shackled to their seats, while guards patrolled the aisles, their rifles sealed in compartments out of arm's reach. Days later, the prisoners ended up in a Los Angeles courtroom, where they were accused of being members of an elaborate criminal conspiracy directed by the Aryan Brotherhood, or the Brand. Authorities had once dismissed the Aryan Brotherhood as a fringe white-supremacist gang; now, however, they concluded that what prisoners had claimed for decades was true— namely, that the gang's hundred or so members, all convicted felons, had gradually taken control of large parts of the nation's maximum-security prisons, ruling over thousands of inmates and transforming themselves into a powerful criminal organization.

The Brand, authorities say, established drug-trafficking, prostitution, and extortion rackets in prisons across the country. Its leaders, often working out of barren cells in solitary confinement, allegedly ordered scores of stabbings and murders. They killed rival gang members; they killed blacks and homosexuals and child molesters; they killed snitches; they killed people who stole their drugs, or owed them a few hundred dollars; they killed prison guards; they killed for hire and for free; they killed, most of all, in order to impose a culture of terror that would solidify their power. And, because the Brotherhood is far more cloistered than other gangs, it was able to operate largely with impunity for decades—and remain all but invisible to the outside world. "It is a true secret society," Mark Hamm, a prison sociologist, told me.

For the first time, on August 28, 2002, that world cracked open. After more than a decade of trying to infiltrate the Brand's operations, a relatively unknown Assistant United States Attorney from California named Gregory Jessner indicted virtually the entire suspected leadership of the gang. He had investigated hundreds of crimes linked to the gang; some were cold cases that reached back nearly forty years. In the indictment, which ran to a hundred and ten pages, Jessner charged Brand leaders with carrying out stabbings, strangulations, poisonings, contract hits, conspiracy to commit murder, extortion, robbery, and narcotics trafficking. The case, which is expected to go to trial early next year, could lead to as many as twenty-three death-penalty convictions—more than any in American history.

On a recent morning, I visited the United States Attorney's office in downtown Los Angeles, where the prosecution was preparing to arraign the last of the forty defendants. As I waited in the lobby, a slender young man appeared in a gray suit. He had short brown hair, and he carried a folder under his arm as if he were a paralegal. Unlike the attorneys around him, he spoke in a soft, almost reticent voice. He introduced himself as Gregory Jessner.

"I'm forty-two," he told me, as if he were often greeted with similar astonishment. "Believe it or not, I used to look much younger." He reached in his pocket and revealed an old office I.D. He looked seventeen.

He led me back into his office, which had almost nothing on the walls and appeared to be decorated solely with boxes from the case, one stacked upon the other. On his desk were several black-and-white photographs, including one of an inmate who had been strangled by the gang.

"An Aryan brother went in his cell and tied a garrote around his neck," Jessner said. He held out his hands, demonstrating, with tapered fingers, how an Aryan Brotherhood member had braided strips of a bedsheet into a noose. "This is a homicidal organization," he said. "That's what they do. They kill people."

He was accustomed, he explained, to murder cases, but he had been shocked by the gang's brutality. "I suspect they kill more than the Mafia," he said. "They kill more than any single drug trafficker. There are a lot of gang-related deaths on the streets, but they are usually more disorganized and random." He paused, as if calculating various numbers in his head. "I think they may be the most murderous criminal organization in the United States."

There are hundreds of gangs in this country: the Crips, the Bloods, the Latin Dragons, the Dark Side Nation, the Lynch Mob. But the Aryan Brotherhood is one of the few gangs that were born in prison. In 1964, as the nation's racial unrest spread into the penitentiaries, a clique of white inmates at San Quentin prison, in Marin County, California, began gathering in the yard. The men were mostly motorcycle bikers with long hair and handlebar mustaches; a few were neo-Nazis with tattoos of swastikas. Together, they decided to strike against the blacks, who were forming their own militant group, called the Black Guerrilla Family, under the influence of the celebrated prison leader George Jackson. Initially, the whites called themselves the Diamond Tooth Gang, and as they roamed the yard they were unmistakable: pieces of glass embedded in their teeth glinted in the sunlight.

Before long, they had merged with other whites at San Quentin to form a single band: the Aryan Brotherhood. While there had always been cliques in prison, known as "tips," these men were now aligned by race and resorted to a kind of violence that had never been seen at San Quentin, a place that prisoners likened to "gladiator school." All sides, including the Latino gangs La Nuestra Familia and the Mexican Mafia, attacked each other with homemade knives that were honed from light fixtures and radio parts, and hidden in mattresses, air vents, and drainpipes. "Everything was seen through the delusional lens of race— everything," Edward Bunker, an inmate at the time, told me. (He went on to become a novelist, and appeared as Mr. Blue in "Reservoir Dogs.")

Most prison gangs tried to recruit

"fish," the new and most vuln le inmates. But according to interviews with former gang members—as well as thousands of pages of once classified F.B.I. reports, internal prison records, and court documents—the Aryan Brotherhood chose a radically different approach, soliciting only the most capable and violent. They were given a pledge:

> An Aryan brother is without a care,
> He walks where the weak and
>     heartless won't dare,
> And if by chance he should stumble
>     and lose control,
> His brothers will be there, to help
>     reach his goal,
> For a worthy brother, no need is
>     too great,
> He need not but ask, fulfillment's
>     his fate.
> For an Aryan brother, death holds
>     no fear,
> Vengeance will be his, through his
>     brothers still here.

By 1975, the gang had expanded into most of California's state prisons and was engaged in what authorities describe as a full-fledged race war. Dozens had already been slain when, that same year, a fish named Michael Thompson entered the system. A twenty-three-year-old white former high-school football star, he had been sentenced for helping to murder two drug dealers and burying their bodies in a lime-filled pit in a back yard. Six feet four and weighing nearly three hundred pounds, he was strong enough to break ordinary shackles. He had brown hair, which was parted in the middle, and hypnotic blue eyes. Despite the violent nature of his crime, he had no other convictions and, with a chance for parole in less than a decade, he initially kept to himself, barely aware of the different forces moving around him. "I was a fish with gills out to fucking here," he later said.

Unaligned with any of the emerging gangs, he was conspicuous prey for roaming Hispanic and black groups, and several of them soon assaulted him in the yard at a prison in Tracy, California; later, he was sent to Folsom, which, along with San Quentin, was exploding with gang wars. On his first day there, he says, no one spoke to him until a leader of the Black Guerrilla Family, a trim, angular man in shorts and a T-shirt, began to taunt him, telling him to come to the yard "ready" the next day. That night in his cell, Thompson recalled, he looked fran-

tically for a weapon; he broke a piece steel off his cell door and began to file its edges. It was at least ten inches long, and he sharpened both sides. Before the cell doors opened and the guards searched him, he said, he knew he needed to hide the weapon. He took off his clothes and tried to insert it in his rectum. "I couldn't," he recalled. "I was too ashamed." He tried again and again, until finally he succeeded.

The next morning in the yard, he could see the guards, the tips of their rifles glistening in the sun. The leader of the Black Guerrilla Family circled toward him, flashing a steel blade, and Thompson lay down, trying to extricate his weapon. Eventually, he got it and began to lunge violently at his foe; another gang member came at him and Thompson stabbed him, too. By the time the guards interceded, Thompson was covered in blood, and one of the members of the Black Guerrilla Family lay on the ground, near death.

Not long after this incident, several white convicts approached him in the yard. "They wanted me to join the Brand," Thompson said. Initially, he hesitated, in part because of the gang's racism, but he knew that the group offered more than protection. "It was like being let into a sanctuary," he said. "You were instantly the man—the shot caller."

To be accepted, according to Thomp-

son and to other gang members, each recruit had to "make his bones," which often meant killing another inmate. (One recruit told authorities in a sworn statement that the rite was intended to "create a lasting bond to the A.B. and also prove that he had what it takes.") Thompson also recited a "blood in, blood out" oath, in which he vowed not only that he would spill another's blood to get in but also that he would never leave the gang unless his own blood was fatally spilled. While many new members had a probationary period, which often lasted as long as a year, Thompson, because of his physical strength and his ability with a knife, was voted into the gang almost immediately. He was "branded" with a homemade tattoo gun (which inmates made out of a beard trimmer sold at the commissary, a guitar string, a pen, and a needle stolen from the infirmary). Sometimes members were tattooed with the letters "A.B." or the numerals 666, symbolizing the beast, a manifestation of evil in the Revelation of St. John. On Thompson's left hand, just above one of his knuckles, he received the most recognizable symbol: a green shamrock. "All I had to do was show that 'rock and I was in charge," he said.

He was moved from one state prison to the next, often for disciplinary reasons, but these transfers only helped him garner more influence, and he gradually



*"I won't need a bag. I'll eat it here."*



*"You're on, kid. Break a string!"*

•   •

rose through the Brotherhood's rarefied ranks. He met Barry Mills, a.k.a. the Baron, who had initially been incarcerated for stealing a car and became the gang's vanguard member, seemingly concentrating all his energies not on returning to the outside world but on remaining in the inside world, where he was, in the words of Thompson, "the hog with the biggest balls." And he met T. D. Bingham, a charismatic bank robber who was nearly as wide as he was tall and who could bench-press five hundred pounds. Nicknamed the Hulk and Super Honkey, he spoke in a folksy manner that concealed a burning intelligence, friends say. In photographs from the time, he has a black walrus mustache and a ski hat pulled down over his eyebrows. Part Jewish, he wore a Star of David tattooed on one arm and, without any apparent irony, a swastika on the other. Once, when he testified on behalf of another reputed Aryan Brotherhood inmate, he told the jury, "There's a code in every segment of society. . . . Well, we have a different kind of moral and ethical code." He later added, "It's a lot more primordial." One of his friends, referring to his propensity for violence, told me, "Sometimes he got the urge, you know what I mean? He got the urge."

Thompson soon became acquainted with the Brotherhood's inner sanctum. There was Thomas Silverstein, a talented artist with long flowing hair who, a counsellor noted in his prison file, "seems to be easily influenced by these men and is eager to please them." After shedding an enemy's blood with a handcrafted knife, he would often retire to his cell and draw elaborate portraits. One ink sketch showed a man in a cell with a claw reaching down toward him. Thompson also met Dallas Scott, a drug addict who once told the reporter Pete Earley, in the 1992 book "The Hot House: Life Inside Leavenworth Prison," "In your society I may not be anybody, but in here I am"; and Clifford Smith, who lost an eye after a black-widow spider bit him at San Quentin and who, when asked to carry out his first hit, said, "Yeah, bro, I'll do the bastard."

Thompson, who had only a highschool education, was being tailored for leadership. He was given many books, a curriculum that formed a kind of world view. He read Sun Tzu's "The Art of War" and Machiavelli's "The Prince." He read Nietzsche, memorizing his aphorisms. ("One should die proudly when it is no longer possible to live proudly.") And he read Louis L'Amour, whose pulp novels about romantic gunslingers who ride for "the brand" inspired the gang's nickname. "It was like you went to school," Thompson said. "You already hate the system, hate the establishment, because you're in jail, you're buried, and you start to think of yourself as this noble warrior—and that's what we called each other, warriors. It was like I was a soldier going out to battle."

Thompson said that, like other new members, he was trained to kill without blinking, without reservation. One A.B. instruction manual, which was seized by authorities, stated, "The smell of fresh human blood can be overpowering but killing is like having sex. The first time is not so rewarding, but it gets better and better with practice, especially when one remembers that it's a holy cause." During a confidential debriefing with prison officials, one Aryan brother described how members studied anatomy texts, so "that when they stab somebody it was a killshot."

In 1981, according to prison records, Thompson approached one of the gang's enemies "from behind and began stabbing him," and "continued" striking his victim "as he lay on the floor." Thompson once wrote in a letter, "Knife fighting, at its best, is like a dance. Under ideal conditions, the objective is to bleed your opponent—cutting hands, wrist, and arms and as the opponent weakens from blood loss, inflicting further damage to the face (eyes) and torso."

Inmates were frequently killing each other not because of any actual slight but because of the color of their skin. In one incident, Silverstein and an A.B. as-

sociate, Clayton Fountain, who, according to a friend, was eager to "make his bones," stabbed a leader of the rival gang D.C. Blacks sixty-seven times in the shower, then dragged his bloody corpse through the tiers while other white inmates chanted racial slurs. After Silverstein was charged with murdering another inmate, he boasted in court, "I have walked over dead bodies. I've had guts splattered all over my chest from race wars."

To try to rein the Brand in, prison officials, in desperation, had begun to place its members throughout the correctional system. (No inmate would publicly admit being in the gang, and, when asked under oath, would typically say, "Sir, I will not answer a question like that.") The dispersal measures, however, only spread the Brand's reach to penitentiaries in Texas and Illinois and Kansas, and still farther east, to Pennsylvania and Georgia. A once classified 1982 F.B.I. report warned that leaders were "recruiting for the A.B., only now they had the entire country to pick from." One letter from a gang member, which was obtained by Texas prison sociologists, said, "All members shipped from here last week have written back and it looks like the family is in the process of growing." Another stated, "We are growing like a cancer."

Upon entering a new prison, Brand members would often carry out a "demonstration" killing or stabbing, in order to terrorize the inmate population. The Baron reportedly ordered that one foe be "taken out in front of everyone, to let these motherfuckers know we mean business." Indeed, rather than conceal its murders, the gang flaunted them even in front of the guards, as if to show it had no fear of repercussions, of being shot or sentenced to life without parole. "We wanted people to think we were a little crazy," Thompson said. "It was a way, like Nietzsche said, of bending space and reality to our will."

On a Saturday morning in the fall of 1983, at Marion federal prison, in southern Illinois, Thomas Silverstein waited for guards to take him for a routine shower. Marion, which is about a hundred miles southeast of St. Louis, was opened in 1963, the year that Alcatraz closed, and was designed to cope with the profusion of violent gang members—in particular, men like Silverstein, who by then had been convicted of murdering three inmates and had earned the nickname Terrible Tom (as he often signed his letters, with looping strokes).

Before taking Silverstein to the bathroom, the guards frisked him, to make sure he hadn't fashioned any weapons. (He often had pens and other sketching tools for his art work.) They also shackled his wrists. Three guards surrounded him, one of whom was a hard-nosed, nineteen-year veteran with military-style gray hair named Merle Clutts. Clutts, who was to retire in a few months, was perhaps the only guard in the unit who didn't fear Silverstein; he once reportedly told him, "Hey, *I'm* running this shit. You ain't running it."

As the guards escorted Silverstein through the prison, he paused outside the cell of another gang member—who, as planned, suddenly reached between the bars and, with a handcuff key, unlocked Silverstein's shackles. Silverstein pulled a nearly foot-long knife from his conspirator's waistband. "This is between me and Clutts," Silverstein hollered as he rushed toward him.

One of the other guards screamed, "He's got a shank!" But Clutts was already cornered, without a weapon. He raised his hands while Silverstein stabbed him in the stomach. "He was just sticking Officer Clutts with that knife," another guard later recalled. "He was just sticking and sticking and sticking." By the time Silverstein relinquished the knife—"The man disrespected me," he told the guards. "I *had* to get him"—Clutts had been stabbed forty times. He died shortly afterward.

A few hours later, Clayton Fountain, Silverstein's close friend, was being led through the prison when he paused by another inmate's cell. In an instant, he, too, was free. "You motherfuckers want a piece of this?" he yelled, waving a blade. He stabbed three more guards. One died in the arms of his son, who also worked in the prison. Fountain reportedly said that he didn't want Silverstein to have a higher body count.

It was the first time in the history of American federal prisons that two guards had been killed on the same day. "You got to understand," Thompson said. "Here were guys in restraints, locked in the Hole in the most secure prison, and they were still able to get to the guards. It sent a simple message: We can get to you anywhere, anytime."

As the gang's reputation for brutality was growing, so, too, were its ranks. Although the Brand continued to permit only a select few to become "made" members, it had thousands of followers, known as "peckerwoods," who sought out the perks of being associated with it: permanent protection, free contraband, better prison jobs (which were often dictated by trusty inmates who did whatever the gang demanded). As Thompson put it, "The guards controlled the perimeter of the prison and we controlled what happened inside it." But as the number of gang members, associates, and hangers-on swelled, managing the organization grew increasingly difficult.

When the Brotherhood was in its infancy, every member had an equal vote on critical matters; by the early eighties, this policy was creating chaos. In a previously undisclosed briefing, Clifford Smith told authorities, "We used to be one man one vote, included damn near everything. I mean, damn near everything. Somebody getting in, whacking somebody . . . You damn near had to have the whole state's okay. . . . You had to send some kites"—notes—"and runners and lawyers and this and that. It always got tipped off by the time we got back to you and said, 'Yeah, dump the guy.' . . . You can't have someone in the yard that you want to bump and let them be out there for two or three weeks." Smith said the gang members were becoming "like twelve horses teamed to one wagon, with each of them going in a different direction." An internal report at the time by the California Department of Corrections went so far as to predict that "the A.B. will probably not propose a serious threat to law enforcement agencies in the future unless it gains a clear and well enforced chain of command."

Thompson started to push for just that. "I wanted to eliminate the irrationality and make it into a true organized-crime family," he said. "I wasn't interested in killing blacks. I was interested in only one thing: power."

He and other leaders hatched a plan with gang members who were incarcerated at a prison in Chino, in Southern

California. These men, who v await-ing trials for the assaults or murders of fellow-inmates, were encouraged to rep-resent themselves as attorneys, thereby allowing them to subpoena their col-leagues around the country as witnesses. Each time a Brand member sent out a "writ," another member would have to be relocated to Chino. For several days, using what one member called "sub-poena power unlimited" and exploiting the very legal system that was trying to stop them, most of the Brand was able to meet for hours in the yard, in what amounted to a private convention.

As Smith recalled, "We all get over in the corner one day and say, 'Damn, man, check this out, we got all the power right here. Let's take this one step further.'" The Brand's California leaders decided to establish a chain of command mod-elled loosely on the structure of the Ital-ian Mafia. A council of about a dozen members would manage gang opera-tions throughout the state prison sys-tem. Each council member would be elected by majority vote. He would be responsible for enforcing all of the gang's policies, which would now be codified; he also could authorize a hit at any mo-ment, as long as it wasn't on a fellow A.B. member. The council's actions would be overseen by a three-man commission. Authorities say that Thompson and Smith served on the California council. In the federal prison system, where the gang set up a similar hierarchy in roughly a dozen maximum-security prisons, the Baron and T. D. Bingham allegedly became high commissioners.

The A.B.'s new structure strength-ened its grip, but there remained one outstanding obstacle: snitches. Though other crime families had to worry about members "rolling over," in prison every-one had an incentive to "flip," and all an inmate had to do was whisper in a guard's ear. In the early nineteen-eighties, a former gang member, Steven Barnes, had testified in a murder rap against one of the new commissioners and was housed in protective custody, where no one could get to him. In response, the Aryan Brotherhood settled upon a new policy: If it couldn't get to you, it would get to your family. "What we wanted to do was hit . . . Barnes's wife," Smith ex-plained. "If we couldn't get to her, we'd move then to his brother . . . or sister and

from there we'd work our way down list. . . . That was policy that we'd estab-lished that we'd do from then on."

To carry out its new policy, Brand leaders needed to find a hit man, some-one who could, in the words of the gang, "step up." And so they allegedly turned to Curtis Price, a forty-one-year-old made A.B. member who was about to be paroled from Chino prison, and who would, according to a former gang mem-ber, "kill as to directions received from the A.B. council." Described by his pa-role officer as "one of the most danger-ous state prisoners I've dealt with in my twenty-two years" of service, Price was six feet tall, with short brown hair and vacant blue eyes. In photographs, the bones around his pallid face protrude and give him a slightly ghostly air. Price, who had once expressed hope of going into law enforcement, had in more re-cent years stabbed another inmate and taken two guards hostage, telling one, "I'll blow your partner's head off."

Court and prison records reveal that upon his release, on September 14, 1982, Price met a twenty-two-year-old mother of two children named Elizabeth Hickey and stole several weapons from her step-father's house, including a twelve-gauge shotgun and a Mauser automatic. Price then drove to the home of Steven Barnes's father, Richard, in Temple City, Califor-nia, and shot him three times in the head, execution style. Barnes's neighbors found him lying on his bed, face down, his cow-boy hat resting nearby.

Afterward, Price returned to Eliz-abeth Hickey's home and beat her to death, crushing her skull in five places, in an apparent attempt to eliminate her as a potential witness. He then bought a ticket to see the movie "Gandhi." The gang soon received a postcard in prison. It said, "Business has been taken care of."

One day not long ago, I tried to find Michael Thompson. I had been told that he had mysteriously dropped out of the Aryan Brotherhood shortly after the Barnes killing, and had testified against Price, who, in 1986, was con-victed of the two murders. Thompson became the highest-ranking defector in the gang's history. ("He's big, he's tough, he's mean, he's killed, and then all of a sudden he's gone, just rolled over," one A.B. associate said in disbelief.) Thomp-

son was thought to have as many death threats made against him as anyone in prison; his family had been relocated, and he was being held in the correctional sys-tem's version of the witness-protection program. He was moved from prison to prison anonymously, and was often kept in a protective-custody unit, walled off from most inmates.

After weeks of searching, I called the prison where I had heard Thompson was incarcerated. The authorities insisted that there was no one there by that name. Moments later, I received a call from a law-enforcement official who knew I was trying to find Thompson. "They think you're trying to kill him," she said. "They're moving him out of the prison right now."

After explaining to officials why I wanted to speak with Thompson, I was able to get a letter to him, and, with his agreement, I headed to the maximum-security prison where he was being held under the name of "Occupant." To get inside the prison, I had to submit my car to a search, and I was given a checkered shirt to replace my blue oxford, which happened to match the color of some in-mate uniforms and was therefore for-bidden. There were several children with their mothers filing in alongside me; they wore white dresses or neatly pleated pants, as if they were attending church.

We passed through several steel gates, each door clanking loudly behind us, before reaching a brightly lit room filled with wooden chairs and tables. While the other visitors were allowed to sit freely with inmates, I was led to the back of the room, where a three-foot-by-three-foot bulletproof window was cut into the wall. A chair was placed in front of it, and I sat down and peered through the scuffed plastic. I could see a small ce-ment cell, with a telephone and a chair. The room was sealed on all sides except for a steel door at the opposite end. A moment later, the door clicked open and Thompson, a giant of a man, appeared in a white prison jumpsuit with his hands shackled behind his back. As a guard re-moved his chains, Thompson bent for-ward and I could see his face. It was cov-ered with a hermit-like beard. His hair reached to his shoulders and was parted down the middle, in the style that was fashionable in the seventies, when he was first convicted of murder. As he came

closer to the glass, I could see ⸺ nid the thickets of graying hair, his bright-blue eyes. He sat down and reached for the phone, and I picked up mine.

"How was your trip?" he asked.

He spoke in a soft, courteous voice. I asked him why he had dropped out of the Brand, and he said he made his decision after the debate over whether to kill Steven Barnes's father and other family members. "I argued with them for days," he said. "I kept saying, 'We're warriors, aren't we? We don't kill children. We don't kill mothers and fathers.' But I lost. And they killed him, execution style, and then they killed Hickey, an innocent woman, just because she knew where Price had gotten the gun. And that's when I walked away. That's when I said, 'This thing is out of control.'" He leaned toward the window, his breath steaming the glass. "I am still willing to fight someone in here, head up, if I have to. That's the culture of where I live. But I was not for killing people on the outside, people in your world."

When I asked him what he initially found compelling about the gang, he paused for a long moment. "That's a very good question," he said. There was the protection, he suggested, ticking off the reasons. There was the sense of belonging. But that wasn't really it. For him, at least, he said, it was the rush of power. "I was naïve, because I saw us as these noble warriors," he said. In the eighties, he added, he had tried to change the na-

ture of the gang. "I thought that by ganizing we could make the gang less bloody. I thought we could strip away the irrational killings. But I was foolish, because at some level you could never remove that. And the structure only allowed the gang to be more deadly."

During our conversation, Thompson cited various philosophers, including Nietzsche, whose "true genius," he later wrote me in a letter, "the gang often misinterprets." It was hard to reconcile this cerebral figure with a man who said he had once helped to stab sixteen men in a single day. But, when I asked him about his training, he reached out with his hand and began, in almost clinical fashion, to show how to assassinate someone. "You can do it here on the right side of the heart, in the aorta, or here in the neck, or back here in the spine, which will paralyze someone," he said, moving his hand back and forth, as if slicing something. "I've been in jail thirty years now, and I know I am probably never going to get out. I am a dangerous person. I don't like violence, but I am good at it."

He had tried, he said, to isolate himself from other prisoners. "I don't go in the yard much," he said. "It's not safe." He said the only people he could really interact with were the guards, for fear of being recognized. "In here, I am lower than child killers and child molesters. Because I defected from the A.B., I am the lowest there is."

The gang had tried several times to

get to him; after he was placed in the protective-custody unit, he said, the Brand sent in a "sleeper"—a secret collaborator—who had tried to stab him. "You need to understand one thing," Thompson said. "The Aryan Brotherhood is not about white supremacy. It is about supremacy. And it will do anything to get it. Anything."

A guard banged on the door. "I have to go now," he said.

As he stood, he pressed his hand against the glass, and I could see something green on his left hand. I looked closer: it was the faint outline of a shamrock. Armed with that tattoo, Thompson had told me, a man could take over an entire United States penitentiary.

In the fall of 1994, a bus filled with prisoners arrived at Leavenworth, Kansas, a maximum-security federal prison built almost a century ago. Out stepped a tall muscular man with a black mustache. His arms were covered with tattoos, and he soon appeared in the yard without a shirt, revealing a large shamrock in the middle of his chest. He was immediately surrounded by a group of white inmates. Many went to the commissary and paid to have their photograph taken with him, which they carried around like passports. "If you . . . were able to show that picture, it was just like standing next to your favorite pop star," one prisoner said.

The man's name was Michael McElhiney, but everyone called him Mac. A reputed A.B. member, he had just come from Marion, where he had been housed with Barry Mills, the notorious Baron. Mills, who later testified in court on McElhiney's behalf, said, "I look at him like a son."

McElhiney, a convicted methamphetamine dealer who had conspired to kill a witness, was so charismatic that, according to authorities, a juror once fell in love with him. However, in private letters, which were later confiscated by prison officials, Mac spoke openly of "the beast" inside him and referred to himself proudly as "an angry motherfucker." An F.B.I. agent at Leavenworth described him as probably "a psychopath," while a close friend put it this way: "He likes to have everybody know that he's God."

An Aryan Brotherhood presence had



*"I am just being hysterical, but I do hate you."*



*A cell in Pelican Bay. The Brotherhood was able to develop murder schemes even under maximum security.*

long existed at Leavenworth, which was known as "the hothouse," because of its sweltering, catacomb-like cells. But McElhiney was determined to extend the gang's reach.

Although the Brand maintained remnants of its racist ideology, it had increasingly sought, according to a declassified F.B.I. report, "to launch a cooperative effort of death and fear against staff and other inmates . . . in order to take over the system." The Brand aimed, the F.B.I. warned, to control everything from drug trafficking to the sale of "punks"—inmates forced into prostitution—to extortion rackets to murder contracts behind bars. It sought, in short, to become a racketeering enterprise. The council member Clifford Smith had told authorities that the gang was no longer primarily "bent on destroying blacks and the Jews and the minorities of the world, white supremacy and all that shit. It's a criminal organization, first and foremost."

Using an array of white associates, who either coveted membership in the gang or needed protection, McElhiney set out to dominate Leavenworth's underground economy. His men went from tier to tier, demanding a tax from the sale of "pruno"—prison wine that could be brewed out of almost any cafeteria fruit (apples, strawberries, even ketchup). At the time, a man named Keith Segien was running a friendly poker game in the prison's B unit. One night on his way to his cell, Segien later testified in court, Mac was waiting for him. He told Segien to sit down.

Segien hesitated. "What's this about?" he asked.

"If I wanted you killed," Segien recalls him saying, "you'd have been dead by now." Then Mac added, "Someone told me you don't want me . . . to run the poker game, and I'm here to make money. I'm going to run the poker game." He asked if Segien had a problem with that.

"I said no," Segien testified. "That was the last day I ran the poker game."

Mac soon had gambling rackets operating in nearly every unit, on nearly every tier. As with the sale of pruno, inmates say, the guards often turned a blind eye, perhaps to mollify a seething population. Some guards, it seemed, had come to consider the Aryan Brotherhood presence as inevitable, and even



"The tumbleweed probably set it off."

•    •

used its leaders as surrogate power brokers. In one instance, a guard at Leavenworth went to McElhiney to get the O.K. before he released another prisoner in the yard. One longtime A.B. member compared the illicit operations in maximum-security prisons to bootlegging during Prohibition and to the high-roller tables in Las Vegas.

Currency is not allowed in prison, and inmates typically paid their smaller debts to the Brotherhood by offering free contraband or items from the commissary: cigarettes, candy, stamps, books. At the high-roller tables at Leavenworth, where imprisoned drug lords could place bets in the thousands of dollars, participants were allowed to play for a month on credit. The man in charge of the table kept a tally of wins and losses. At the end of the month, inmates say, Mac's men would collect the losses; usually, gamblers would pay up by having a relative or a friend send an untraceable money order to a designated A.B. person on the outside. If an indebted inmate didn't have the money mailed on time, internal prison records show, he was typically "piped"—beaten with a metal rod.

McElhiney later acknowledged that he was funnelling the proceeds to his mentor Mills and to other reputed leaders of the Aryan Brotherhood, with whom he had "a pact" to take over the "gambling business."

McElhiney, who presided over the yard wearing sunglasses, his nails often stained yellow from chewing tobacco, then decided to focus on drug smuggling. In the past, the Brand had sought out almost anyone who could bring in its merchandise. In one instance, several inmates involved in a scheme told me, the gang offered to protect Charles Manson, and even conspired in a failed bid to help him escape; in return, Manson's cult of women on the outside helped to smuggle dope into prison for them.

According to authorities and court records, Mac now started to canvass the population for the most vulnerable inmates—those who were drug addicts or in debt to the gang or simply scared, and could therefore be forced to serve as "mules." One such person was Walter Moles, a drug user who was terrified of the gang. His father, who was terminally ill with emphysema, was planning to

travel to Leavenworth to celebrate his son's birthday. According to Moles's later testimony, Mac instructed him to have his drug contact on the outside send Moles's father six balloons filled with heroin. Using coded language on the prison's tape-recorded pay phones, Moles then persuaded his father to transport the package.

Weeks later, when his father arrived, he sat beside Moles in the visiting room, under the guards' scrutiny. He carried the package in his underwear. Moles instructed his father to go into the bathroom, place two of the balloons in his mouth, then return and spit them into Moles's cup of coffee. His father said he couldn't do it. The heroin wasn't in six balloons. "It's in one big one," he said.

"How big?" Moles asked.

"A Ping-Pong ball."

Eventually, his father managed to drop the balloon into his son's coffee cup. Moles tried to swallow it, but it got stuck in his throat.

His father started to panic. "Son, just give it back to me," he begged. "I'll send it back to where it came from."

"No, Dad, I can't," he said. He explained that the heroin wasn't for himself. "These guys I'm bringing it in for want their stuff."

His father didn't seem to understand: Who were these people?

Moles saw a guard's attention wander, and said that he had to say goodbye.

"Is it the end of the visit?" his father asked.

"If I'm going to do it, this is my only chance," Moles said. While his father distracted the guard, Moles untucked his shirt and forced the drugs into his rectum. After he got past the guards, he said, he gave "the stuff" to one of Mac's henchmen.

The next morning, Moles waited behind the bleachers in the yard for his cut. Suddenly, he felt something hard against the back of his head, and he collapsed to the ground. "I tried to get up," Moles later testified, "but I kept getting kicked."

Mac's men told Moles to stay down.

"What did I do wrong?" Moles asked. "What did I do wrong?"

Afterward, when an A.B. associate asked Mac why he had assaulted Moles and taken his share of the dope, Mac reportedly replied, "Fuck the little punk."

## SOCCER MOMS

They remember Gene Chandler topping the charts with "Duke of Earl"
when the boys were set on taking the milk bar's one banquette
and winning their hearts, Mavis and Merle,

as it seemed their hearts might be first to yield,
hearts before minds. Time for stilettos. Time for spivs with shivs.
The time of day when light fails on the field

while their daughters, themselves now tweenie girls,
crowd round a coach for one last tête-à-tête.
They remember Gene Chandler topping the charts with "Duke of Earl"

while the world still reeled
from the anti-Castro Cubans going to sea in a sieve,
as it seemed. Their hearts might be first to yield

if only after forty years of one plain, one purl,
on the sweater they've sweated over for a Bay of Pigs vet,
and winning their hearts, Mavis and Merle,

may now be faintly likelier for a well-heeled
schlub to whom they once wouldn't so much as give
the time of day. When light fails on the field

---

Heroin was now flooding into Leavenworth. According to authorities, inmates received more than twelve hundred positive tests for heroin during 1995. One prisoner estimated that forty per cent of the population was shooting up. "Heroin deadens everything," an inmate at Leavenworth said. "Speed, man, you're bebopping around and you're doing more time than you would normally because you ain't sleeping at night. . . . But the heroin, yeah . . . you're feeling no pain."

Because of the scarcity of supply and the unusually high demand in prison, authorities say, a gram of heroin that was bought on the street for sixty-five dollars was selling inside Leavenworth



for as much as a thousand dollars. A former council member told me that the gang was bringing in anywhere from half a million to a million dollars a year from a single prison. As one F.B.I. agent put it, "You just do the math."

With his empire expanding by the day, Mac seemed more and more "out of control," as one former ally said. Although A.B. leaders were forbidden, under gang rules, to use heroin themselves, associates say that Mac would hole up in his cell with "a rig"—a homemade syringe typically constructed out of a needle stolen from the infirmary and a hollowed-out ballpoint pen. There, in what inmates describe as a heroin-induced haze, he would allegedly sit with A.B. henchmen and mete out his own form of justice, including murder.

McElhiney eventually became convinced that a snitch was trolling for evidence against him. Then one day, associates say, Mac sent word to his men that he had found the rat: Bubba Leger, a trusted associate who did most of the A.B.'s tattoo work and who only a few months earlier had posed proudly next to Mac for a photograph. In the rec cage one day, according to witnesses, one of Mac's

a schlubster linesman will unfurl
an offside flag that signals some vague threat,
they remember. Gene Chandler topping the charts with "Duke of Earl"

for three weeks only in 1962 might have taught them to shield
themselves against the lives their daughters briefly relive,
as it seemed *their* hearts might be first to yield

to this free kick that forever curls
past the goal mouth, a ball at once winging into the back of the net
*and* winning. Their hearts, Mavis and Merle,

hanker for the time when it was not yet revealed
failure's no less literal than figurative,
the time of day when light fails on the field

and gives back a sky more muddy than mother-of-pearl,
so it's with a deepening sense of regret
they remember Gene Chandler topping the charts with "Duke of Earl"
and winning their hearts, Mavis and Merle.

*—Paul Muldoon*

associates nicknamed Ziggy, who was purportedly eager to make his bones, pulled out a knife and started stabbing Bubba. "Why you doing this?" Bubba pleaded. With blood flowing from his chest, Bubba stumbled over to the steel door of the cage and pounded on it, trying to get the guards' attention. In full view of the guards, Ziggy stabbed Bubba at least five more times. Bubba died moments later.

It was then, witnesses say, that they saw one of Mac's men take another weapon, a sharpened toothbrush, and plant it near Bubba to make it look as though he had used it first. Afterward, McElhiney was said to have enforced a long-standing Aryan Brotherhood policy, which required all witnesses to perjure themselves. " 'I'm going to give you a choice,' " an associate said that McElhiney told him. " 'You can either lie or die on this one.' " In a note, McElhiney, who shaved his head after the murder, instructed Ziggy what to do: "The defense you're going to have is self-defense." He went on, "Hang tough, Stud. As soon as you get a lawyer direct him to me without further ado. . . . Got it? Stress to him that it's a must he come see me 'fore you

trust him—Our code word will be Mary Mary Quite Contrary."

Ziggy received a twenty-seven-year sentence and later appeared with a tattoo of a shamrock on his leg, but authorities were never able to prove that McElhiney had ordered the killing (though they did later convict him for smuggling drugs). During the investigation, one unexpected fact emerged: Bubba had not been a snitch after all.

"This isn't in the job description," Gregory Jessner said. The Assistant United States Attorney was standing on a loading dock outside the Los Angeles federal courthouse, stacking onto an old wooden dolly boxes of transcripts for his case against the Aryan Brotherhood. There were thirteen in all, and as he worked a small circle of sweat appeared on his starched white shirt. The son of a mathematician, he had a slightly cerebral air. "I don't really have a bulldog persona," he said. "I'm not like Marcia Clark." He had never read a John Grisham novel, and was known to pick up books by Cervantes and David Foster Wallace between trials.

After he wheeled the boxes upstairs,

occasionally bumping into walls and doors, he arranged them on a long wooden conference table, and caught his breath. Then he said, "These deal with just one murder in the indictment. It's nothing."

Jessner had started investigating the gang in 1992. A convicted murderer was found strangled in his cell at a federal prison in Lompoc, California, and Jessner was assigned the case. Law-enforcement officials often dismiss such crimes as N.H.I.s—"No humans involved"—because the victims are considered to be as unsympathetic as the perps. Trying to break through a web of perjury, Jessner located several witnesses who claimed that the A.B. had murdered a fellow gang member for, among other things, falling in love with a gay prisoner. Although the Brotherhood had a long history of trafficking in "punks," and although some of its members were known to receive sexual favors in return for protection, the gang considered open homosexuality a sign of weakness, a violation of the A.B. code. "The member made the mistake of kissing on the stairs," Jessner said.

Jessner was able to prove that an A.B. recruit had gone into his associate's cell, tied a bedsheet around his neck, and strangled him while an accomplice held his legs. Yet Jessner realized that he had done little to impede the gang; as with previous isolated prosecutions, he may have only strengthened it. The recruit was later said to have hung a photograph of his target on his cell wall, like an honorary plaque, and held a celebration with pruno on the anniversary of the murder.

As Jessner dug deeper into this violent subculture, he learned that there were no definitive statistics on A.B. crimes, because so few of them were prosecuted—and because so many associates from other gangs, including the Dirty White Boys and the Mexican Mafia, did its bidding. More general statistics on inmate violence provided a glimpse of what one sociologist once described as "the upsurge of rapacious and murderous groups" inside American prisons. According to the most recent Justice Department census, fifty-one inmates were murdered in prisons in 2000. Moreover, there were more than thirty-four thousand reported assaults by inmates on other inmates, and nearly eighteen thousand on staff. Rape

is common; one study of prisons in four states estimated that at least one in five inmates has been sexually assaulted.

Jessner eventually started to dig into hundreds of violent crimes linked to the Aryan Brotherhood. Working with an officer from the Bureau of Alcohol, Tobacco and Firearms named Mike Halualani—a half-Japanese, half-Hawaiian agent who was as brash as Jessner was genteel—Jessner attempted to devise a strategy to break the gang's stranglehold. But the more he investigated the more it seemed that the gang defied any conventional notion of a prosecution. Jessner told me that he kept asking himself, "How do you stop people who see a murder rap as a badge of honor? How do you stop people who have already been stopped by the law and sentenced to life imprisonment?"

By the nineteen-nineties, authorities, hoping to create at least some deterrent, and to protect other inmates, had relocated nearly all the Aryan Brotherhood's top leaders, including the Baron, to what were then a new breed of prisons, called "supermaxes." These prisoners were held in single cells, locked down nearly the entire day, without, as one gang member put it, "seeing fresh earth, plant life, or unfiltered sunlight"; they exercised alone in an indoor cage, were fed meals through a tray slot, and had little, if any, human contact.

In the case of Silverstein, who was already serving multiple life sentences when he killed the guard Clutts, in 1983, the Bureau of Prisons had established a separate unit for him at Leavenworth, where he was held in a Hannibal Lecter-style cage. Though Silverstein continued to sketch, he was for years not permitted to have a comb or a hairbrush, and when the reporter Pete Earley visited him, in the late eighties, he had long wild hair and a beard. "They want me to go crazy," he told Earley. "They want to point their fingers at me and say, 'See, see, we told you he is a lunatic.' . . . I didn't come in here a killer, but in here you learn hate. The insanity in here is cultivated by the guards. They feed the beast that lingers within all of us. . . . I find myself smiling at the thought of me killing Clutts each time they deny me a phone call, a visit, or keep the lights on. I find it harder and

harder to repent and ask for forgiveness, because deep inside I can feel that hatred and anger growing."

Jessner told me, "Within the gang's lore, Silverstein has become its Christ figure."

Even under these conditions, which some civil-rights groups considered a violation of human rights, the Aryan Brotherhood continued to flourish. Its members developed elaborate ways to communicate. They dropped notes through pipes that were connected to nearby cells; they tapped Morse code on prison bars; they forced orderlies to pass kites; they whispered through vents in "carnie," a convoluted, rhyming code language. ("Bottle stoppers" meant "coppers.") In addition, the leaders had developed a devoted coterie of women on the outside who had fallen in love with them through visits and correspondence and could serve as couriers, relaying messages back and forth between members. One woman who coöperated in the gang's illegal businesses later claimed she had Stockholm syndrome.

With the help of prison authorities, Jessner began to intercept a series of covert messages. Portions of the letters appeared to be blank, as if someone had been interrupted. After analysts applied heat with an iron and placed the paper under ultraviolet light, letters would appear, revealing "a secret message," as the F.B.I. wrote in an internal report. Cryptographers analyzed the "ink" of one such note, and discovered that the message was written with urine. The message itself was baffling; it had been scrambled into a code. "They have certain words that mean a certain thing," one former member said. "If they tell you that 'somebody's going to build a house in the country,' the prevalent word . . . is 'country,' because . . . that means 'murder.' "

Jessner and his team spent hours breaking sentences apart and reconstructing them. He started to see patterns in the messages: "baby boy" meant yes, and "baby girl" meant no. One day, prison authorities intercepted a note sent by T. D. Bingham, the A.B. commissioner, to the Baron. It said, "Well I am a grandfather, at last my boy's wife

gave birth to a strapping eight pound seven ounce baby boy." Jessner feared that the reference to the baby's weight was code for 187, the California legal statute pertaining to murder; the fact that the baby was a boy suggested that a hit had been approved. Then analysts noticed that several of the letters had squiggly marks, almost like tails, on them. The words "eight pound," for instance, had curlicues on the letters "e," "g," "n," and "d." It appeared to be a code within a code.

After scrutinizing the letters, authorities determined that the note was in fact written in a biliteral cipher, a method invented by Sir Francis Bacon, the seventeenth-century philosopher. It involved using two distinct alphabets, depending on how the letters were drawn. An unadorned "c" referred to alphabet A, whereas a curlicued "c" represented alphabet B. Investigators went through the note, categorizing each letter by alphabet until they had a cluster of letters that all seemed to be a play on the initials of the Aryan Brotherhood:

bbbaaaaabbabaaabababbabaaaba-baaabaaabbbabababbaabbaaabbaabbabb-baabb . . .

It still made no sense. But after analysts broke the letters into clusters of five, Jessner says, they started to realize that each cluster represented an individual letter. Thus "ababb" was an "A," "abbab" was a "B," and so on. They had finally cracked the code; now they went through the letter again. It said:

Confirm message from Chris to move on DC.

Officials knew that "DC" meant the D.C. Blacks, a prison gang against whom the Aryan Brotherhood had recently declared war. But, by the time authorities decoded the letter, two black inmates had been found dead in their cells in Lewisburg, Pennsylvania: one was stabbed thirty-four times, the other thirty-five.

The Brotherhood began developing murder schemes that could succeed even in maximum-security environments. They started to befriend their foes, so they could one day "rock them to sleep." At Pelican Bay, where friends could apply to be cellmates, they sought to room with the very men they wanted to kill.

"Deception was key," one member who strangled his cellmate acknowledged. Between 1996 and 1998, A.B. members at Pelican Bay murdered three inmates, and were suspected in at least three additional slayings.

In many cases, officials in the correctional system seemed powerless to stop the gang. At Folsom prison, after A.B. leaders were sequestered from the general population, the gang's associates protested by indiscriminately stabbing rapists and child molesters until the leaders were released. A few prison officials actually facilitated the Brotherhood's activities. At the supermax prison in Colorado, a guard was accused of becoming an Aryan Brotherhood disciple; at Pelican Bay, two guards were discovered encouraging the beatings of child molesters and sex offenders by gang members. A local prosecutor warned that officials at Pelican Bay were unable to stop a "reign of terror."

By the mid-nineties, Jessner says, the gang had evolved to the point that it had to appoint members to lead different branches of its operations—such as the "department of security" and the "department of narcotics." Though the Aryan Brotherhood's profits never rivalled those of the Italian Mafia or outside drug lords, its reputation for violence did. The gang had some of the most highly trained and ruthless hit men in the country. And inside the prison system the Baron had so grown in stature that he overshadowed the imprisoned head of the Italian Mafia, John Gotti. According to authorities, in July, 1996, after a black inmate attacked Gotti at Marion prison, bloodying his face, the Mafia leader, who seemed ill prepared for the explosion of prison violence, sought the Baron's help in murdering his assailant. The Brotherhood seemed receptive to the idea—the Baron allegedly used sign language to communicate the price of the hit to an associate—but Gotti died before the hit could be executed.

It was around then that Jessner decided that the only way to take down the gang was the way authorities had taken down the Italian Mafia—by using the RICO statutes, which allowed the government to attack the entire hierarchy of a criminal organization rather than just one or two members. The goal, as Halualani put it, was to "cut off the head, not just the body."

In an audacious move, Jessner decided to pursue the death penalty for nearly all the gang's top leaders. "It's the only arrow left in our quiver," he told me. "I think even a lot of people who are against the death penalty in general would recognize that in this particular instance, where people are committing murder repeatedly from behind bars, there is little other option."

While Jessner was slowly trying to build a case, methodically flipping witnesses, decoding messages, and gathering forensic evidence, he had to be careful of "sleepers"—gang members pretending to coöperate with authorities in order to infiltrate the investigation. During a previous F.B.I. probe, agents reported that they were concerned that one snitch may "have in fact been a ploy by the A.B. to infiltrate the WITSEC program"—the witness-protection program—"and determine where all the government witnesses were housed."

As the Brotherhood grew stronger, it developed ambitions that extended beyond prison walls. Though many leaders were serving life sentences without parole, some members were being paroled—an outcome that authorities had long feared. "Most of the A.B. will be paroled or discharged at some future date and, in view of members' lifelong commitments, it would be naïve to think he would not remain in contact with his brothers," a declassified F.B.I. report stated. "The rule of thumb is that once on the streets, one must take care of his brothers that are still inside. The penalty for failure to do so is death upon the member's return to the prison system." Given the gang's ability to operate behind bars, the F.B.I. report warned of "what these gang members can do with little or no supervision." Silverstein himself has said, "Someday most of us finally get out of this hell and even a rational dog after getting kicked around year after year after year attacks when his cage door is finally opened."

On March 24, 1995, the door at Pelican Bay finally opened for Robert Scully, a reputed A.B. member and armed robber who had spent, with the exception of a few months, the previous thirteen years behind bars—many of them inside the Hole. For an Aryan brother, he was small: barely five feet four, and a hundred and forty-five pounds. But the thirty-six-year-old was known to work out obsessively in his cell, doing an endless routine of what the gang called "burpees"—standing one moment, then dropping to the floor to do a pushup, then hopping to one's feet again.

Brenda Moore, a lonely thirty-eight-



"Honey—this is sooooooo special!"



ON MESSAGE

SIPRESS

*"How do I feel about us? I feel that America is a safer place today because of the steps taken by this Administration. That's how I feel about us, Carolyn."*

• •

year-old single mother who had long corresponded with inmates at Pelican Bay—and, in the process, had become one of the gang's female followers—picked Scully up at the prison gate in her truck. Scully wore powder-blue sweatpants, a sweatshirt, and a watch cap. He had two hundred dollars in his pocket. Scully had previously sent Moore a series of seductive letters. In one, written on pink paper, he said, "All extraneous subversion manifests itself when we connect." In another, he wrote, "I will always be with you as you are one of me now. Our synergy is infinite."

After leaving the prison, the couple drove to the beach, where Scully walked along the shore, collecting seashells. The following day, though, he found a sawed-off shotgun, and he and Moore set out for Santa Rosa, driving south along Highway 101. Six days after Scully's release, they stopped near a saloon in the

middle of the night. A police car pulled up behind their pickup truck. As a fifty-eight-year-old deputy sheriff approached with his flashlight, Scully leaped out with his shotgun. The deputy raised his hands over his head, but Scully shot him between the eyes.

The Aryan Brotherhood was now killing on the outside with as little hesitation as it had on the inside. Similarly, the gang was expanding its racketeering operation onto the streets. In letters written in 1999 to one recent parolee, the Baron said, "We especially need for some to step-up," and, referring to the gang's shamrock symbol, he urged, "START POLISHING THE ROCK out there!!!" The gang allegedly enlisted paroled A.B. members and associates to become drug dealers, gunrunners, stickup men, and hit men. Some Pelican Bay inmates were discovered mapping out establishments to rob.

That same year, a reputed Brand member on the streets walked into the Palm Springs home of a drug dealer who wasn't sharing enough of his profits with the gang. Witnesses told police that the A.B. member pulled out a .38 and unloaded five bullets into the man's chest and head, telling everyone in the room that this was for "the fellows"—the Ayran Brotherhood—up north at Pelican Bay, and warning that new brothers were being released every day.

A year later, in a letter disguised as privileged legal mail, the gang spoke of plans to "buy a warehouse with offices on some large acreage." The letter's author, a member who was about to be released, added, "I'll outfit it with a well-stocked law library, computer research desk, copy machine, iron pile, pool table, big screen TV, car and bike garage with tools, handball courts, etc. This will be the Brand Ranch. . . . This will be home base for us out there."

Around the same time, a longtime reputed A.B. member confided to authorities that he had been approached at the supermax in Colorado by the gang and asked for technical help in making bombs. The gang, he was informed, was planning terrorist attacks on federal facilities across the United States. "It's become irrational," he told authorities after declining to help. "They're talking about car bombs, truck bombs, and mail bombs."

Just when the Brotherhood seemed poised to take a particularly violent turn, Jessner unleashed the United States Marshals. Nearly four decades after the gang was born, it found itself under siege.

The courthouse where one of the first trials against the Brand would take place was in the middle of a verdant forest in Benton, Illinois, about thirty miles from Marion prison. It had been built on the edges of a circular clearing, and stood not far from a dozen or so dilapidated brick storefronts. Some of the stores had been shut down; others had signs offering discounts, as if they would soon join them.

A single alleged A.B. murder, which was included in Jessner's sprawling indictment, also fell under the jurisdiction of the United States Attorney in the Southern District of Illinois. The trial,

which began last Septemb... centered on David Sakahian, McElhiney's most feared cohort, the man who had once reputedly had an inmate stabbed for bumping him during a basketball game. He was charged with ordering two alleged associates to murder a thirty-seven-year-old bank robber named Terry Walker during a 1999 race war at Marion. Sahakian, along with his two associates, faced the death penalty. The trial offered a glimpse of what will happen early next year in Los Angeles, when Jessner will begin to prosecute forty people, including McElhiney and the Baron.

Even though the Benton trial involved only one A.B. member and two associates, the United States Marshals walled off the entire building. For the first time in the court's history, cement barricades had been placed around the exterior. To get inside, I had to pass through two metal detectors.

Nearly a dozen marshals, dressed in black suits and black shoes, led the defendants, whose wrists and ankles were shackled, into the courtroom. Sahakian wore gray slacks and a gray short-sleeved shirt. Everything about him was big: his hands; his stomach; his long, sloping forehead. Whereas in old photographs he had an unruly beard—it apparently had inspired his nickname, the Beast—now he had only a goatee, which made his face look even larger.

His wife was in the gallery, and he winked at her as he sat down. She told me that they had met twenty-five years ago, and that during twenty-three of those years he had been behind bars. Petite, with blond hair and a blue miniskirt that exposed well-toned legs, she gave off a strong scent of perfume. She sat right behind him, taking notes throughout the trial. At one point, she told me, "They keep saying he's a boss of the Aryan Brotherhood and that he ordered everyone around. But I don't believe it. He can't even order *me* around."

When a pathologist took the stand, the prosecution projected on a large screen a photograph of Walker's body. It was stretched out on a metal table. There were bloodstains on his chest, his eyes were open, and his mouth appeared to be frozen midspeech. The pathologist described each stab wound. Then he pointed to a hole in the heart—it was the one that killed him, he said.

None of the defendants looked up at the screen, and, other than the marshals and Sahakian's wife, the gallery was empty. Nobody from the victim's family was there. Jessner had told me that most of these victims had already been cast out by society, and, when they were killed, few people, if any, cared. "I feel a certain obligation to defend those who have no one to defend them," he had said.

After a break in the trial, the defendant who had purportedly held the victim down during the attack refused to come out of a holding room. The judge ordered the marshals to forcibly carry him out. Sahakian leaped to his feet and said that that wasn't necessary. "If I go back there," he said in a commanding voice, "he'll come out." At last, a marshal went out to the holding room and escorted the defendant into the courtroom. He walked with pointed slowness and stared at the prosecutor. "What the fuck you looking at!" he yelled.

Six marshals quickly hovered around him. As he sat down, he slammed his chair into the groin of one of the agents. Eventually, order was restored, and, when an inmate who had helped stab several black inmates took the stand as a government witness, Sahakian rubbed his fingers along the arm of his chair. Each time the witness made allegations against Sahakian, he seemed to grip the chair more tightly. His knuckles turned white. Finally, he glanced toward me in the gallery and said, "Don't believe a word he's saying. He's nothin' better than a shit-house rat."

"Don't use that language, honey," his wife said.

"Metaphorically speaking," he said.

Several inmates who had told authorities that they were prepared to come forward had also said that they were frightened to do so. One said that since he had turned on the A.B. his family had been threatened. Another, who had provided evidence, was staying in his cell, clutching his rosary beads. He said, "I'll say my prayers that I don't get about seventy-five holes in me."

Jessner was sitting at his desk at his headquarters in Los Angeles, preparing pretrial motions. While he was awaiting a verdict in the Benton trial, which was expected as early as this month, he needed to get ready not just for one trial but for potentially five or six—since not all forty defendants could be held safely in one courtroom. Security was already a challenge; most of the inmates, including the Baron and McElhiney, were being held in single cells at the West Valley Detention Center, outside Los Angeles. Some defendants had been found with drugs and concealed razor blades.

Fearing that the gang might turn on its own, Jessner had placed a few A.B. members in other prisons. In a letter, the Baron had told another gang member, "It's likely necessary for us to step-up and conduct a thorough evaluation of every brother's personal character and level of commitment, as we currently possess some serious rot that is in fact potentially a cancer!" He added that it should be "a top priority to wipe them off the face of this earth!"

Jessner said he knew that the gang was trying to hold on to its operations, but he was optimistic about the upcoming trials. "I can't say for sure if another gang will take the Brotherhood's place, or if new leaders will replace the old ones," he said. "But I know that if we succeed it will send a message that the Aryan Brotherhood can no longer kill with impunity."

Jessner got up and started heading toward the courtroom, to attend a pretrial hearing. He was wearing a charcoal suit that seemed too loose for his small frame. I asked him if, as some feared, he had been "put in the hat"—marked for assassination.

He blanched. "I don't know," he said. He later added, "It's a pretty big hat."

The United States Attorney had arranged extra security for him, including a secure parking space nearby. One of his colleagues had declined to work on the case after his wife objected. "I worry," Jessner admitted. "You can't help but worry."

He paused and looked at me. He wouldn't feel right if he stopped, he said. "I don't believe that because you rob a convenience store you should receive a death sentence. I don't believe that our prisons should be divided into predators and prey." As he headed into the courtroom, he added, "I don't believe that that is what our system intended by justice." ♦

**Los Angeles Times**
**latimes.com.**



search [ Go ] 1:36 PM PST, January 13, 2007

Jobs   Cars   Real Estate   Apartments   Shopping | Weather   Traffic

## California | Local News

Print   E-mail story   Most emailed

SUBSCRIBE

HOME
**MyLATimes** New
Site Map

California/Local

Los Angeles
Orange County
S.F. Valley
Ventura County
Inland Empire

Steve Lopez
Patt Morrison
George Skelton
Dana Parsons
Steve Harvey

Burbank Leader
Newport Beach
Laguna Beach
Huntington Beach
GlendaleNational

News
**California | Local**
**National**
**World**
**Entertainment News**
**Business**
Sports
Politics
Opinion
Columnists
Print Edition

# 2 men guilty of role in 5 deaths
**The alleged leaders of the violent Aryan Brotherhood prison gang face terms of life without parole for ordering the killings.**

By Jessica Garrison, Times Staff Writer
January 10, 2007

A federal jury on Tuesday found two men guilty of racketeering for ordering a string of killings from behind bars in an effort to make the Aryan Brotherhood prison gang more disciplined and powerful.

Robert "Blinky" Griffin, 58, and John "Youngster" Stinson, 52, could each be sentenced to life in prison without parole.

That sentence would be moot for Stinson, who is already serving a life sentence for a Long Beach murder. But Griffin, who has been in prison since 1970 for robbery and stabbing an inmate in the eye, could be eligible for parole unless he is sentenced to additional time.

Both men have been serving time in Pelican Bay State Prison, north of Crescent City, Calif.

The men were found guilty of orchestrating the murders of five men and the attempted murder of three others in the 1980s and '90s. They were found not guilty of one allegation of orchestrating an attempted murder.

Stinson was also found guilty of two additional charges of greater involvement in two murders.

Neither man was accused of killing any of the homicide victims. Prosecutors said the two inmates had ordered the killings.

Both men, who have appeared in court in sweaters and pressed shirts that their attorneys later carried out because such clothes are not allowed in prison, sat expressionless as the list of guilty decisions against them were read.

Attorney Michael Crain said he would be seeking a new trial for Griffin, who he said renounced the Aryan Brotherhood nearly 20 years ago. Crain said he could not understand why jurors did not take into account testimony from prison officials attesting to that.

"The whole thing is mind-boggling," Crain said. "I don't know what more could have been presented."

ADVERTISEMENT

qantas.com/us

Fly LAX to Australia from $999

QANTAS   Book Now

**More California News**

- They're talking the walk
- Winter's blast costs millions of dollars
- Lettuce was culprit in latest cases

Most Viewed   Most E-mailed   Related News

ADVERTISEMENT

Calendarlive
Travel
West Magazine
House & Garden
Health
Food
L.A. Wheels
Obituaries
Crossword, Sudoku
All Sections
Corrections

Buy, Sell & More
Jobs
Cars
Real Estate
Apartments
Personals
Deals at Local Stores
Coupons
Newspaper Ads

Place an Ad

Member Services
Log Out
Help
Contact Us
L.A. Times Archives
Customized News
E-mail Newsletters

HOME DELIVERY
Customer Support
Subscribe to L.A. Times

Local Ads     Buy a link

Lawyers for Stinson also criticized the government's case, which included testimony from admitted murderers and perjurers.

The defense argued that prosecutors conflated random murders into a conspiracy and that many of the government's witnesses testified in exchange for money and less-restrictive housing.

Prosecutors said the witnesses have intimate knowledge of the inner workings of the violent gang. They said they were pleased with the verdict rendered in U.S. District Court in Los Angeles.

Sentencing for Griffin and Stinson was set for May 14.

This was the second major trial resulting from a 2002 indictment intended to break up the gang, which started in California but has spread to the rest of the country.

*

*jessica.garrison@latimes.com*

**MORE NEWS**

- Trojans lead UCLA 31-26 at halftime
- State prosecutors take over Duke case
- Beckham won't play again for Real Madrid
- L.A. to video artist: 'Let there be darkness'

What's the real beauty of "Southern California"? View reader photos at Your Scene.

**Submit your photo now >>**

Case 2:02-cr-00938-GHK   Document 4389   Filed 01/16/07   Page 27 of 46   Page ID #:2590

Los Angeles Times
latimes.com.

search [Go] 1.37 PM PST, January 13, 2007

Jobs  Cars  Real Estate  Apartments  Shopping | Weather  Traffic

## California | Local News

≡ Single page  🖨 Print  ✉ E-mail story

SUBSCRIBE
to the
newspaper

HOME
**MyLATimes** New
**Site Map**

California/Local

Los Angeles
Orange County
S.F. Valley
Ventura County
Inland Empire

Steve Lopez
Patt Morrison
George Skelton
Dana Parsons
Steve Harvey

Burbank Leader
Newport Beach
Laguna Beach
Huntington Beach
GlendaleNational

News

**California | Local**
**National**
**World**
**Entertainment News**
**Business**
**Sports**
**Politics**
**Opinion**
**Columnists**
**Print Edition**

# Prison gang trial reveals a treacherous world
### Jurors in the Aryan Brotherhood case weigh testimony from convicts with inside information.

By Joe Mozingo, Times Staff Writer
December 30, 2006

Thick neck twitching, eyes drifting out of sync, Clifford Eugene Smith is not the most credible of witnesses: He says he is a "drug fiend," estimates having murdered "about" 20 inmates over the years and lies on the stand so often that he recently committed perjury about committing perjury.

Yet for the second time this year, federal prosecutors called Smith, 53, to testify against members of his former prison gang, the Aryan Brotherhood.

In this go-round, prosecutors charge that Robert "Blinky" Griffin, 58, and John "Youngster" Stinson, 52, ordered a series of murders in an effort to create a more powerful, disciplined criminal organization and to expand drug and extortion rackets. The case went to a jury in Los Angeles on Dec. 19.

The obstacle for the government, as evidenced by Smith's volatile and often colorful testimony, is that the only people who can testify about the gang's inner workings are hulking, tattooed miscreants who might scare the jurors more than the defendants.

By contrast, Stinson looked downright scholarly in court, typing on a laptop, thin and pale with a whitening goatee and tortoiseshell glasses. Griffin, in sweater vests and crisp white tennis shoes, chatted amiably with his two attorneys.

Each faces a life term without parole if convicted of racketeering. Stinson is already serving that sentence for a Long Beach murder. Griffin, who has been in prison since 1970 for robbery and for stabbing an inmate in the eye, could be paroled in several years. Both have been held more than 15 years in the most restrictive wing of Pelican Bay State Prison, where they have no physical contact with other inmates and are in their cells 23 hours of most days.

In June, a U.S. district judge in Northern California ruled that Griffin must be released from the wing because authorities had provided no evidence that he was still an active member of the Aryan Brotherhood, also called the AB or the Brand. Griffin's attorneys say he dropped out of the gang nearly 20 years ago.

In Los Angeles, prosecutors called this a "crock" and echoed a witness who said Griffin was

ADVERTISEMENT

On◉◉◉◉
DEMAND
A world of entertainment is at
your fingertips on Channel 1.
• Watch what you want, when you want
• Stop, Pause, Rewind and Fast Forward
• New release movies only $3.95
• Free programming in Free Zone

COX
COMMUNICATIONS
*Your Friend in the Digital Age.*


**More California News**

- They're talking the walk
- Winter's blast costs millions of dollars
- Lettuce was culprit in latest cases

Most E-mailedRelated News

ADVERTISEMENT

Calendarlive
Travel
West Magazine
House & Garden
Health
Food
L.A. Wheels
Obituaries
Crossword, Sudoku
All Sections
Corrections

Buy, Sell & More
Jobs
Cars
Real Estate
Apartments
Personals
Deals at Local Stores
Coupons
Newspaper Ads

Place an Ad

Member Services
Log Out
Help
Contact Us
L.A. Times Archives
Customized News
E-mail Newsletters

HOME DELIVERY
Customer Support
Subscribe to L.A. Times

Local Ads    Buy a link

"commissioner among commissioners" in the gang,

This is the second major trial stemming from an October 2002 racketeering indictment meant to wipe out the prison gang. The 140-page indictment named 40 reputed members and alleged a sophisticated conspiracy that included 32 murders since 1979.

Initially, 16 faced the death penalty. Now 10 do.

During six weeks of testimony in Griffin's and Stinson's trial, the jury was introduced to a sordid, treacherous, unflinchingly violent world — where "brothers" smuggle knives and messages in their rectums, where they study law and Machiavelli and ancient code-writing to manipulate the system, and where the slightest suspicion of snitching calls for instant death.

"If the AB cannot kill a cooperator, they will kill a member of the cooperator's family," Assistant U.S. Atty. Mark Childs said in the trial's opening.

The alleged criminal acts in the case span 25 years, including six murders from 1982 to 1997.

Despite the restrictions at Pelican Bay, which is just north of Crescent City, Brand members managed to communicate in the law library, which became a nerve center for the gang, according to the prosecution. To testify to this, a former member named Brian "Dead Eye" Healy took the stand — shackles clanging, his neck black with tattoos, the sides of his shaved head furrowed with muscle.

Healy testified that Stinson ordered him one day in the law library to "cell up" with a suspected informer named Arthur Ruffo and gain his trust before pouncing.

On Feb. 7, 1996, Healy strangled Ruffo slowly in his cell, trying not to leave bruises.

Healy testified that he had nothing personal against Ruffo, but that the commission wanted him dead and he had to comply.

On cross-examination, attorney Michael Crain tried to discredit this.

"He was an obnoxious guy, wasn't he?" asked Crain.

"Not true."

1  2  >>

Single page

---

MORE NEWS

- Trojans lead UCLA 31-26 at halftime
- State prosecutors take over Duke case
- Beckham won't play again for Real Madrid
- L.A. to video artist: 'Let there be darkness'

What's the real beauty of "Southern California"? View reader photos at Your Scene.

Submit your photo now >>

Los Angeles Times
**latimes.com.**

search | Go | 1:38 PM PST, January 13, 2007

## California | Local News

SUBSCRIBE
to the
newspaper

HOME

**MyLATimes** New
**Site Map**

California/Local

Los Angeles
Orange County
S.F. Valley
Ventura County
Inland Empire

Steve Lopez
Patt Morrison
George Skelton
Dana Parsons
Steve Harvey

Burbank Leader
Newport Beach
Laguna Beach
Huntington Beach
GlendaleNational

News

**California | Local**
**National**
**World**
**Entertainment News**
**Business**
**Sports**
**Politics**
**Opinion**
**Columnists**
**Print Edition**

# Jury gets Aryan Brotherhood case

**The trial focused on a series of murders that Robert 'Blinky' Griffin and John 'Youngster' Stinson allegedly used to maintain order.**

By Joe Mozingo and Peter Y. Hong, Times Staff Writers
December 20, 2006

The case against two alleged leaders of the Aryan Brotherhood prison gang in California went to a jury Tuesday after six weeks of gruesome and bizarre testimony that painted prison gang life as a predatory dystopia where one must kill or be killed.

Robert "Blinky" Griffin, 59, and John "Youngster" Stinson, 52, are accused of ordering a series of murders to maintain discipline within the gang and, in doing so, strengthen its power and expand its drug-trafficking and extortion rackets.

If convicted on the racketeering charges, they could receive life in prison without the possibility of parole. Stinson is already serving a sentence of life without parole for a Long Beach murder. Griffin, who has been in prison since 1970, could be paroled in several years.

In court, the two wore sweater vests and sports jackets and tapped at laptop computers while a circus of cursing, hulking, tattooed inmates testified against them. Griffin's attorney called those witnesses a "parade of liars" in his closing statement.

He hammered at payments and favors the government gave to witnesses in exchange for their testimony and pointed out their past acts of perjury.

Assistant U.S. Atty. Mark Aveis conceded that many of the former Aryan brothers testifying against the defendants had credibility problems. One witness, Clifford Smith, who admitted killing 20 people in prison, was caught in a significant lie during a recent death penalty case. But Aveis said the totality of the testimony and physical evidence, including numerous letters and written messages, collected in the course of an eight-year investigation, prove the two were leaders of "an Aryan Brotherhood conspiracy."

He called Griffin "the emeritus figure in the A.B." — who got the nickname Blinky because he could order a hit simply by blinking.

This is the second major trial resulting from a 2002 indictment meant to break the gang that started in California and spread throughout the U.S.

The current case, being heard in U.S. District Court in Los Angeles, has focused solely on

ADVERTISEMENT

ARE
5¢ & 10¢

bottlesandcans.com

**More California News**

- They're talking the walk
- Winter's blast costs millions of dollars
- Lettuce was culprit in latest cases

Most E-mailedRelated News

ADVERTISEMENT

**Calendarlive**
**Travel**
**West Magazine**
**House & Garden**
**Health**
**Food**
**L.A. Wheels**
**Obituaries**
**Crossword, Sudoku**
**All Sections**
**Corrections**

**Buy, Sell & More**
**Jobs**
**Cars**
**Real Estate**
**Apartments**
**Personals**
**Deals at Local Stores**
**Coupons**
**Newspaper Ads**

**Place an Ad**

**Member Services**
**Log Out**
**Help**
**Contact Us**
**L.A. Times Archives**
**Customized News**
**E-mail Newsletters**

**HOME DELIVERY**
**Customer Support**
**Subscribe to L.A. Times**

the California faction. Prosecutors alleged that while Griffin, Stinson and other Aryan Brotherhood members were housed at the California Institution for Men at Chino in 1982, they hatched a plan to become more disciplined and more organized.

Two murders that year were seminal, prosecutors said.

When the gang could not get to a former member named Steven Barnes, who had testified against Griffin and was in protective custody, prosecutors said, member Curtis Price went to Barnes' family's home in Temple City and shot his father to death. The message was that if the gang couldn't get a snitch, it would go after his family.

That second was the killing of brotherhood member Steven "Loser" Clark, who was too high on heroin to trust anymore, according to testimony.

Four other murders in the 1980s and 1990s were key to the case. The defense argued that the murders had nothing to do with a conspiracy and that the men convicted of those crimes were now depicting the killings as a conspiracy only to get favors from the government.

"The government is presenting you a fraud," Stinson lawyer Terrence Bennett told jurors.

*

*joe.mozingo@latimes.com*

*peter.hong@latimes.com*

**MORE NEWS**

**- Trojans lead UCLA 31-26 at halftime**
**- State prosecutors take over Duke case**
**- Beckham won't play again for Real Madrid**
**- L.A. to video artist: 'Let there be darkness'**

What's the real beauty of "Southern California"? View reader photos at Your Scene.

**Submit your photo now >>**

**Local Ads   Buy a link**

Copyright ... Privacy Policy | Terms of Service | Advertise | Home Delivery | Permissions | Contact

Partners: Hoy | KTLA | Careerbuilder.com for jobs | Cars.com for autos | Apartments.com for rentals | ShopLocal for shopping | FSBO (For Sale By Owner) | Boodle.com for Grocery Coupons

Case 2:02-cr-00938-GHK   Document 4389   Filed 01/16/07   Page 31 of 46   Page ID #:2594

Los Angeles Times
**latimes.com.**

search [ Go ] 1:40 PM PST, January 13, 2007

Jobs   Cars   Real Estate   Apartments   Shopping | Weather   Traffic

**California | Local News**

SUBSCRIBE to the newspaper

HOME
**MyLATimes** New
**Site Map**

California/Local

Los Angeles
Orange County
S.F. Valley
Ventura County
Inland Empire

Steve Lopez
Patt Morrison
George Skelton
Dana Parsons
Steve Harvey

Burbank Leader
Newport Beach
Laguna Beach
Huntington Beach
GlendaleNational

News
**California | Local**
**National**
**World**
**Entertainment News**
**Business**
**Sports**
**Politics**
**Opinion**
**Columnists**
**Print Edition**

# 3 supremacist inmates get life without parole

From a Times Staff Writer

November 22, 2006

Three leaders of the Aryan Brotherhood prison gang were sentenced Tuesday to life in prison without the possibility of parole, authorities said.

Barry "The Baron" Mills, Tyler "The Hulk" Bingham and Edgar "The Snail" Hevle were convicted in July of racketeering and conspiring to murder black inmates in several prisons. The trial at U.S. District Court in Santa Ana involved 17 murders or attempted murders dating from 1979.

The U.S. attorney's office plans to seek "special administrative measures" to radically isolate the convicted inmates, who had circumvented maximum-security conditions to conduct gang business throughout the prison system.

**MORE NEWS**

- **Trojans lead UCLA 31-26 at halftime**
- **State prosecutors take over Duke case**
- **Beckham won't play again for Real Madrid**
- **L.A. to video artist: 'Let there be darkness'**



What's the real beauty of **"Southern California"**? View reader photos at **Your Scene.**

**Submit your photo now >>**

**More California News**

- They're talking the walk
- Winter's blast costs millions of dollars
- Lettuce was culprit in latest cases

Most Viewed  Most E-mailedRelated News

ADVERTISEMENT

**ARE 5¢ & 10¢**

bottlesandcans.com

ADVERTISEMENT

Case 2:02-cr-00938-GHK   Document 4389   Filed 01/16/07   Page 32 of 46   Page ID #:2595

Saturday, Jan          **Classified ads**    **Get a job**    **Buy a car**    **Find real estate**    **Go shopping**



Since 1973   21 Locations to serve you   **ALLEN TIRE COMPANY**   Click here for location nearest you

**TIRES • ALIGNMENTS**
**SHOCKS & STRUTS • BRAKES**

User name: [    ]  Password: [    ]  | **Free Registration**          ⊞ **Archives**  ⊞ **Customer service**

Home > News > Local news > **Crime & Courts**

PRINT ARTICLE  E-MAIL ARTICLE    CHANGE TYPE SIZE  A A A A

**More from News**
- UCI studies woman who can't forget
- Crash into light pole kills driver
- With ambulances, don't hesitate
- Saving a boy's life was all in a good day's work
- Mesmerizing martial art
- Seal Beach to vote by mail only
- So-called 'Beach Train' routes may one day run year-round
- Upcoming political events in Orange County
- Umberg erases some red ink

**Subscribe to The Register**
Get **The Register** or the **E-Register**, the print edition online

> E-Register login

**Events calendar**
**Discussion boards**
**Blogs**
**Maps and yellow pages**
**RSS feeds**
**County online poll**

Monday, March 13, 2006

# Members of prison gang go on trial

Capital-murder case begins in Santa Ana against 4 reputed leaders of the Aryan Brotherhood.

**By JOHN McDONALD**
The Orange County Register

SANTA ANA – The national media have already spread the story of the government's racketeering and murder case against the Aryan Brotherhood, but this week the case against the notorious prison gang goes to a new audience: a jury of Orange County residents.

The trial, which officials said is part of what may be the biggest capital-murder case in U.S. history, is expected to last up to seven-plus months. It will include more than 120 prosecution witnesses to provide details aimed at proving that the white inmate organization carried out the murders and attempted murders of 32 people over 30 years.



REPUTED LEADERS: Prosecutors are seeking the death penalty against Aryan Brotherhood members Barry Byron Mills, left, and Tyler Davis Bingham, who are accused in about 20 of the attacks.

ADVERTISING



**DANGEROUS AND DEADLY MENTAL ILLNESS**
**Do you know a seriously mentally ill person?**
The John Henry Foundation is a private non-profit mental health care system. We believe it is our moral and legal responsibility to effectively treat serious mental illness.

THE JOHN HENRY FOUNDATION

On trial are four reputed leaders of the gang. Prosecutors are seeking the death penalty against two of the four: Barry Byron Mills, 57, and Tyler Davis Bingham, 58, who are accused in about 20 of the attacks.

It has been more than half a century since a federal defendant was sentenced to death in the federal court's Central District of California, which includes Orange County.

"What is at stake here is control of prisons across the country," said Assistant U.S. Attorney Stephen G. Wolfe. "The government believes that it should control the prisons, and the Aryan

Case 2:02-cr-00938-GHK    Document 4389    Filed 01/16/07    Page 34 of 46    Page ID #:2597

Brotherhood prefers they have control. They think things work better if they can kill whoever they want."

Defense lawyer Dean Steward of Capistrano Beach, who represents Mills, said the brotherhood is only trying to protect themselves and other whites from attack by blacks and Hispanics who outnumber them in prison.

"They're just trying to survive in an environment where they are a small minority," Steward said.

He contended that much of the government's case is the product of a "snitch school" at the U.S. Bureau of Prisons' Supermax prison in Florence, Colo. He said that for years informants against the brotherhood have been housed together in protective custody and provided with information and motivation to become government witnesses against his client.

Federal court officials sent summonses to 11,000 Orange County residents for service as jurors in the case and more than 300 were brought to court to be screened last month. U.S. District Court Judge David O. Carter questioned potential jurors who were seated in three courtrooms linked by closed-circuit television. In addition to the jury of eight men and four women, 10 alternates were selected because of the length of the case. The names of the jurors are known only to the court because of security concerns.

The case is subject to extraordinary security measures, including metal detectors outside the courtroom to augment metal detectors and X-ray machines at the courthouse entrance.

Extra teams of deputy U.S. marshals have been brought to the courthouse for the trial, and the defendants will be seated during the proceedings on a three-tier set of seats and chained to an anchor positioned below them. The jury will not be able to see that they are chained.

The case, with other trials held elsewhere, including one set for Los Angeles in October, has been profiled on national television and in The New Yorker and Newsweek.

Some of the details alleged in pretrial hearings and court filings could rival the most fanciful crime novel. According to lawyers in the case:

New York Mafia don John Gotti hired the Aryan Brotherhood to kill a black inmate who assaulted him at the federal penitentiary at Marion, Ill.

The gang attempted to arrange the escape of convicted mass murderer and race-war advocate Charles Manson but later canceled the plan when gang leaders concluded Manson was insane.

Two prison guards at the federal prison in Marion, Ill., were killed on the same day by two Aryan Brotherhood leaders, not those on trial in Orange County, in what was believed to be competition to gain favor with gang leaders.

The case was filed by federal prosecutors in October 2002 with 40 defendants named in 32 murders and attempted murders, with victims including inmates who crossed the gang, prison guards and one relative of an inmate whom the gang is accused of attacking because the inmate was too well-protected.

The case was originally assigned to U.S. District Court Judge




*Will your retirement plan provide you with the lifestyle of your dreams?*



Cox Digital Telephone

"We not only make it easy to switch to Cox Digital Telephone, we make it easy to save money." *

*Bernie Falk,*
Cox Construction Crewmember



Your Friend in the Digital Age.

Click here for details

George King in Los Angeles, but he enlisted U.S. District Court Judge David O. Carter to help.

Carter had presided at the 2001 trials of the top leaders of the Mexican Mafia in a similar case. That was the first case where federal prosecutors in Central California had sought the death penalty since the 1950s, against Mariano "Chuy" Martinez, 43, who was convicted of being a leader of the Mexican Mafia. The penalty phase resulted in a hung jury, and under the federal death-penalty law, he was sentenced to life in prison.

Like the Mexican Mafia trial, the Aryan Brotherhood prosecution has resulted in most of the defendants pleading guilty for lighter sentences than they faced at trial. Carter had been scheduled to conduct a trial of 13 of the Aryan Brotherhood defendants last year, but all pleaded guilty. A 14th defendant, Michael Bruce Shepherd, 48, was found hanged in his cell at the Santa Ana City Jail in December 2004. The Orange County district attorney concluded the death was a suicide.

The four who are to go on trial this week are reputed to be top leaders of the prison gang.

Mills and Bingham are accused of being members of the three-member commission that directs gang activities in federal prisons while Edgar Wesley Hevle, 54, is a former member of that commission and Christopher Overton Gibson, 46, is accused of being a member of the council that ran the day-to-day operations of the gang in federal prisons.

The case has very little direct connection with Orange County.

Mills, officially from Santa Rosa, lived for a brief time in Costa Mesa.

Mills is accused of ordering the murder of an Orange County Jail inmate named Richard Andreasen, who was assaulted at the jail in 1983. Andreasen was later murdered at a prison in Kansas, according to the indictment.

Hevle and Gibson could face life terms. If acquitted, Bingham and Hevle could be released within five years, while Gibson is first eligible for release in 2019 and Mills in 2051.

---

CONTACT US: (714) 796-6743 or jmcdonald@ocregister.com

PRINT ARTICLE ┆ E-MAIL ARTICLE       CHANGE TYPE SIZE

---

Media Partners  KOCE | MSNBC | OCExcelsior | SqueezeOC | Home magazine | Coast magazine | KPCC | KMEX | Nguoi Viet

---

Copyright 2006 The Orange County Register | Contact us | Privacy policy and User agreement | Corrections | Career opportunities | Advertise with us | About us | Archives | OC Real Estate Finder | OC Car Finder | OC Job Finder | OC Single Scene | California Lottery | Register in Education | Buy our Photos | Feedback | Local Business Listings



Freedom Communications, Inc

Saturday Jan 13 2007     **Classified ads**     **Get a job**     **Buy a car**     **Find real estate**     **Go shopping**

**Comfort-Gallery**     "Supporting Healthy Backs"     **TEMPUR-PEDIC**
PRESSURE RELIEVING SWEDISH MATTRESSES AND PILLOWS

User name: [ ]     Password: [ ]     | **Free Registration**     ⊹ **Archives**  ⊹ **Customer service**

Home > News > **All News**

PRINT ARTICLE  |  E-MAIL ARTICLE     CHANGE TYPE SIZE  A A A A

Wednesday, March 15, 2006

# Secret prison network debated

As trial opens, attorneys differ on charges of killings by Aryan Brotherhood.

**By JOHN McDONALD**
The Orange County Register

SANTA ANA – The declaration of a race war by the Aryan Brotherhood in 1997 led to discontent by dozens of members who helped federal agents make the racketeering and murder case against their leaders, a prosecutor told an Orange County jury Tuesday.

What was reported to federal investigators was a secret network within the federal prison system that used invisible ink to pass messages from one prison to another, and they often amounted to execution orders, said Assistant U.S. Attorney Michael Emmick in an opening statement at the trial of four reputed Aryan Brotherhood leaders.

Bingham, left, and Mills, right, face possible death term on murder charges.



MORE PHOTOS

Two of the defendants, Barry Byron Mills, 57, and Tyler Davis Bingham, 58, face possible death sentences, while Christopher Overton Gibson, 46, and Edgar Wesley Hevle, 54, face life in prison if convicted. The four are accused of ordering 20 murders and assaults.

"The Aryan Brotherhood, Blood in, Blood out," was the title of a three-hour PowerPoint presentation by Emmick. "To get in, you had to kill somebody or at least draw blood by stabbing somebody. The only way out was by death," he said.

Defense lawyers disputed the claim that members had to kill anybody or that they were unable to leave the organization before death. They said the government witnesses were mainly

**More from News**
- Jaramillo says he's unfairly targeted
- County to return AIDS funds to federal agency
- Reiner refuses to resign from state commission
- Sanchez sets her sights on Vietnam again
- Access a target in teen smoking
- Public-works deal stalls again
- Secret prison network debated
- Diocese makes exception for St. Patrick's Day
- Trustees like junk-food policy

**Subscribe to The Register**
Get **The Register** or the **E-Register**, the print edition online

> E-Register login

**Events calendar**
**Discussion boards**
**Blogs**
**Maps and yellow pages**
**RSS feeds**
**County online poll**

ADVERTISING

**Kitchen Cabinets Doors / Vanities**
**Why Pay More?**
**Builders Surplus**
Santa Ana
**Click here for more information**

Case 2:02-cr-00938-GHK    Document 4389    Filed 01/16/07    Page 37 of 46    Page ID #:2600

trying to work their way out of long prison sentences.

"The government is saying that fewer than 100 Aryan Brotherhood members and maybe 300 associates were trying to control the federal prison system with 189,000 inmates," said Dean Steward, the lawyer for Mills.

"Snitches and rats were brought together so they could get their stories straight" in three prison units, Steward said. "They were fed information by the investigators" for several years, he said.

He said the government's star witness simply made up some stories, such as the count in the indictment that mobster John Gotti paid the Aryan Brotherhood to kill a black inmate who had attacked him in prison.

"Everybody knows who John Gotti is. Him offering a hit has sex appeal," Steward told the jury of four women, eight men and 10 alternates. "The story morphed even more. It went from a $50,000 offer to a $500,000 offer. Gotti is dead. He can't come in and tell you it never happened."

Michael White, a lawyer for Bingham, said that in 1997, the "D.C. Blacks," many from Washington, had begun to attack white inmates in federal prisons.

"There wasn't any declaration of war. It was just a war warning," he said of the race-war allegation.

Bernard Rosen, a lawyer for Hevle, said the Aryan Brotherhood was meant to protect whites, not attack nonwhites.

"The original name was the Bluebirds," he said, but they needed a more formidable name. "The name Aryan Brotherhood was unfortunate."

The trial continues today.



COME LIVE THE PIRATE'S LIFE

FOR RESERVATIONS CALL
866-439-2469

BUENA PARK, CA



Since 1973

TIRES
ALIGNMENTS
SHOCKS
& STRUTS
BRAKES

21 Locations to serve you

ALLEN TIRE COMPANY

Click here for location nearest you

CONTACT US: (714) 796-6743 or jmcdonald@ocregister.com

PRINT ARTICLE  |  E-MAIL ARTICLE     CHANGE TYPE SIZE  A A A A

Media Partners  KOCE | MSNBC | OCExcelsior | SqueezeOC | Home magazine | Coast magazine | KPCC | KMEX | Nguoi Viet

Copyright 2006 The Orange County Register | Contact us | Privacy policy and User agreement | Corrections | Career opportunities | Advertise with us | About us| Archives | OC Real Estate Finder | OC Car Finder | OC Job Finder | OC Single Scene | California Lottery | Register in Education | Buy our Photos | Feedback | Local Business Listings



Freedom Communications, Inc.

Case 2:02-cr-00938-GHK    Document 4389    Filed 01/16/07    Page 38 of 46   Page ID #:2601

Saturday, Jan 13, 2007    **Classified ads**    **Get a job**    **Buy a car**    **Find real estate**    **Go shopping**



## SAIL THE OLD WORLD IN MODERN LUXURY



User name: [ ]    Password: [ ]    | **Free Registration**

+ **Archives**  + **Customer service**

Home > News > **Local news**

| PRINT ARTICLE | E-MAIL ARTICLE    CHANGE TYPE SIZE  A A A A

Thursday, March 16, 2006

# Witness says Gotti paid Aryan Brotherhood for protection

Former Mafia boss 'no longer in his world'

### By JOHN McDONALD
The Orange County Register

SANTA ANA -- New York Mafia don John Gotti paid what amounted to protection money to the Aryan Brotherhood while serving a life sentence at the federal prison in Marion, Ill., a witness at the racketeering trial of four prison gang leaders testified today.

Glen West told the federal court that as a member of the Aryan Brotherhood he had been housed with Gotti, who needed protection because he was a high-profile inmate.

"He was no longer in his world. If I'm in New York I'd need protection from John Gotti and his boys," West said. "He needed protection from everybody."

He said Gotti was assaulted in 1996 by a black inmate named Walter Johnson. He was pushed to the ground and bloodied his head when he hit the cement. Gotti later offered $100,000 for the Aryan Brotherhood's help in killing Johnson.

Johnson is still alive.

| PRINT ARTICLE | E-MAIL ARTICLE    CHANGE TYPE SIZE  A A A A

### More from News

- O.C. man launches his dream boat after 17 years
- Haidl trial is over but not the media bashing
- UCI receives grant for vegetation study
- U.S. security at stake, colonel says
- Express checkpoint lane closes
- Senators crafting bill say more time needed
- Embezzlement suspect returned
- Districts warn of potential layoffs
- A new class of seniors

### Subscribe to The Register
Get **The Register** or the **E-Register**, the print edition online

> E-Register login

**Events calendar**
**Discussion boards**
**Blogs**
**Maps and yellow pages**
**RSS feeds** 
**County online poll**



ADVERTISING

From our new home

Case 2:02-cr-00938-GHK    Document 4389    Filed 01/16/07    Page 39 of 46   Page ID
#:2602

Tuesday, March 14, 2006

# Aryan Brotherhood trial begins today

In his opening statement, Michael Emmick of the U.S. Attorney General's office explained the prison gang's policy of 'blood in, blood out.'

## By JOHN McDONALD

The Orange County Register

SANTA ANA -- The government's racketeering and murder case against the Aryan Brotherhood began today at the federal courthouse with a two-and-a-half hour opening statement by Michael Emmick of the U.S. Attorney General's office.

Emmick, using a PowerPoint presentation -- "The Aryan Brotherhood: Blood In, Blood Out" -- characterized the prison gang's practice to stab someone to draw blood before they were admitted to the gang and death as being the only way to get out of the brotherhood.

Emmick told the jury the Aryan Brotherhood, reputed to be the most violent prison gang, was selective with about only 100 members, and communicated in prison through possible messages written in invisible ink.

The trial, which officials said is part of what may be the biggest capital-murder case in U.S. history, is expected to last up to seven-plus months. It will include more than 120 prosecution witnesses to provide details aimed at proving that the white inmate organization carried out the murders and attempted murders of 32 people over 30 years.

On trial are four reputed leaders of the gang. Prosecutors are seeking the death penalty against two of the four: Barry Byron Mills, 57, and Tyler Davis Bingham, 58, who are accused in about 20 of the attacks.

Mills and Bingham are accused of being members of the three-member commission that directs gang activities in federal prisons while Edgar Wesley Hevle, 54, is a former member of that commission and Christopher Overton Gibson, 46, is accused of being a member of the council that ran the day-to-day operations of the gang in federal prisons.

The four men appeared in court today dressed in business shirts and only Hevle had a tatoo visible on his neck.

The case has very little direct connection with Orange County.

Mills, officially from Santa Rosa, lived for a brief time in Costa Mesa.

Mills is accused of ordering the murder of an Orange County Jail inmate named Richard Andreasen, who was assaulted at the jail in 1983. Andreasen was later murdered at a prison in Kansas, according to the indictment.

Copyright 2006 The Orange County Register | Privacy policy | User agreement

Case 2:02-cr-00938-GHK   Document 4389   Filed 01/16/07   Page 40 of 46   Page ID
#:2603

Saturday, September 16, 2006

# Aryan Brotherhood convicts get life sentences

## In Santa Ana, a jury deadlocks after five days of deliberations, leading a judge to declare a mistrial and impose judgments.

By LARRY WELBORN
The Orange County Register

SANTA ANA -- Two members of the violent Aryan Brotherhood prison gang stared unflinchingly straight ahead Friday when a federal jury announced it could not decide if they deserved the death penalty for multiple convictions of racketeering and murder.

U.S. District Court Judge David O. Carter then declared a mistrial and said he must now impose a sentence of life without the possibility of release for Barry "The Baron" Mills, 57, and Tyler "The Hulk" Bingham, 58.

Carter scheduled a hearing to confirm the sentence Nov. 13.

The two inmates with shaved heads and bushy mustaches sat laughing and chatting with their lawyers behind a security wall inside the Ronald Reagan courthouse before the jury was brought into the ninth-floor courtroom. But they were somber and serious when the eight-man, four-woman jury announced the impasse after five days of deliberations.

Jurors revealed after the mistrial was officially recorded that their last vote had been 9 to 3 for death for Mills and 8 to 4 for life without release for Bingham, both reputedly members of the federal commission for the Aryan Brotherhood.

H. Dean Steward, one of Mills' defense attorneys, said Mills was relieved and grateful to the jury that he will not face execution even though it means he will likely spend the rest of his life in almost total isolation at a super maximum federal prison in Colorado.

Michael White, one of Bingham's lawyers, said that Friday's events were "bittersweet" for his client because he realizes he will never be released from prison to be with his longtime girlfriend and their three sons.

Bingham had been eligible for parole in 2010 before the same jury convicted him and Mills in July of racketeering and murder charges for ordering fellow Aryan Brotherhood inmates to commit violence against other gangs and inmates who were deemed in violation of the Aryan Brotherhood code.

The trial, which began in March, was part of a larger effort by federal prosecutors to dismantle

the influence that the Aryan Brotherhood holds over prisons throughout the country.

The Aryan Brotherhood was founded by white prison inmates at San Quentin State Prison in Northern California in 1964 and is now made up of no more than 100 core members, according to federal authorities.

A federal grand jury indicted 40 known associates of the Aryan Brotherhood, including Bingham, who once boasted he could bench press 500 pounds, and Mills, in October 2002, charging them with a series of prison murders and violent attacks on inmates.

Two other top members of the Aryan Brotherhood were convicted in July along with Mills and Bingham. They are scheduled to be sentenced to 20 years to life without the possibility of release in October.

Several other trials are scheduled to begin in various federal courts later this year and early next year.

Assistant U.S. Attorney Terri K. Flynn said that even though the jury did not vote for death for Bingham and Mills, the trial was a success. She said the convictions in July should send a message to Aryan Brotherhood members and other prison gangs that the government will go after violent prison inmates.

"These two defendants have effectively been gutted," she said. "They will spend the rest of their lives hidden away in isolation in some prison."

◄ Listen to stories like this and more: **Audio news & Podcasts**



**JOIN THE DISCUSSION**



January 13, 2007

Legal Affairs
## Aryan Brotherhood Leaders Convicted of Murder
by Ina Jaffe

*All Things Considered*, July 28, 2006 · Four leaders of the Aryan Brotherhood prison gang are convicted on charges of murder, conspiracy and racketeering. The verdict, delivered in a In Santa Ana, Calif., courtroom, was hailed as a victory for federal prosecutors.

The charges are part of an ongoing effort to curb the group's violent and racist activities behind bars.

Two of the four gang members, Barry Mills and Tyler Bingham, could get the death penalty. The other two defendants may receive life sentences.

The four defendants were charged with conspiracy to commit murder to extend their control over drug trafficking, gambling and other prisoners. The government also accused them of fomenting a race war behind bars.

As the verdicts were read, defendants Barry "The Baron" Mills, the gang's leader, and Tyler "The Hulk" Bingham, Christopher Gibson and Edgar "Snail" Hevle barely reacted.

The picture of the Aryan brotherhood painted by witnesses was of a particularly ruthless gang, which ordered murders and assaults with notes written in code -- and sometimes in an invisible ink made from fruit juice or urine.

But gang members apparently saw themselves differently, citing as their inspiration thinkers from Neitzche to Machiavelli. One witness said there was a formal oath: Integrity, loyalty and silence comprise the principle ethics of honor, it began.

The defense argued that their clients had only banded together to protect themselves in the violent and racially divided prison system. They also contended that the government witnesses were perjurers whose testimony was bought with cash or promises of parole.

This case was particularly complex, requiring the jury to answer nearly 80 questions. It's also believed to be one of the largest federal capital cases in the United States.

Hevley and Gibson will be sentenced on October 23. They could receive life in prison. Mills and Bingham, his top lieutenant, could be sentenced to death for ordering the murders of two African-American inmates. The penalty phase begins August 15.

---

### Timeline: The Aryan Brotherhood
by Danielle Trusso

*NPR.org*, July 14, 2006 · The Aryan Brotherhood began with incarcerated white supremacists who aligned themselves against

NPR : Aryan Brotherhood Leaders Convicted of Murder        Page 2 of 4

Case 2:02-cr-00938-GHK    Document 4389    Filed 01/16/07    Page 43 of 46   Page ID
#:2606



Harry Benson/Express/Getty Images

Convicts sit in the exercise yard at California's San Quentin State Prison in 1965. The year before, the Aryan Brotherhood organized because of racial tensions in the prison.

black and Mexican prisoners. Over its four-decade history, the gang has become less about racist ideology (it has allegedly formed alliances with the Mexican Mafia, another prison gang) than about the acquisition of power.

The "Brand," as the gang is also known, is a selective group; often, a murder or other significant act of violence is required to gain membership. In the 10-year period ending in 1985, for example, incarcerated AB members were linked to 40 homicides in California alone. A brief history of the gang:

**1964:** The Aryan Brotherhood is founded in California's San Quentin maximum-security prison. Irish bikers formed the Brotherhood to fight against the Black Guerrilla Family. It is rumored that the AB sprung from a 1950s gang known as the Bluebirds.

**1980:** Throughout the 1980s, the gang becomes more organized as it establishes a chain of command. Two factions of the gang exist -- federal and California state. The federal faction creates a three-man commission to supervise gang activity in federal prisons. Allegedly, Barry Mills and Tyler Bingham are selected to oversee the gang's actions as high commissioners.

**1982:** An FBI report states that members of the Brotherhood are recruiting new members from prisons around the country. Prison officials try to disband the group by moving members throughout the correctional system. The AB forms a California commission and council that must approve the murder and assault of gang members who violate the organization's rules.

**Oct. 22, 1983:** Four guards are stabbed, two fatally, by AB members at the U.S. Penitentiary in Marion, Ill. It is the first time in federal prison history that two guards are killed on the same day.

**1990s:** Authorities relocate most of the Brotherhood's leaders to "Supermax" prisons, where prisoners are held in single cells for almost the entire day. The gang continues murdering prisoners and trafficking drugs.

**1992:** Assistant U.S. Attorney Michael Jessner begins investigating the gang after it is linked to the strangulation of a prisoner in his cell

Case 2:02-cr-00938-GHK    Document 4389    Filed 01/16/07    Page 44 of 46   Page ID #:2607

at the Lompoc federal prison in California.

**1993:** The AB's federal commission forms a council that organizes day-to-day gang activity in the federal faction.

**Fall 1994:** Michael Patrick McElhiney arrives at the maximum-security federal prison in Leavenworth, Kan. He came from the Marion federal prison, where he served time with Barry Mills. McElhiney quickly becomes a much-feared AB gang member. In 2002, he is charged with running the gang's day-to-day operations at Marion and with controlling drug trafficking at Leavenworth.

**March 24, 1995:** Pelican Bay State Prison, a Supermax facility in northwest California, releases gang member Robert Scully on probation. Six days later, Scully fatally shoots a police officer -- evidence that AB crimes have moved beyond gang grudges and prison walls.

**1997:** Barry Mills and T.D. Bingham allegedly order a race war at a prison in Lewisburg, Pa., leading to the deaths of two black inmates.

**1999:** Barry Mills writes letters to paroled gang members, urging them to expand the gang's activities outside the prison. The gang allegedly used paroled members as drug dealers, gunrunners, stickup men and hit men.

**Aug. 28, 2002:** Assistant U.S. Attorney Gregory Jessner indicts nearly all the members suspected of being leaders in the gang. He charges them with carrying out stabbings, strangulations, poisonings, contract hits, conspiracy to commit murder, extortion, robbery and narcotics trafficking.

**March 14, 2006:** The first in a series of gang-member trials begins in Orange County, Calif., for Barry "The Barron" Mills, T.D. "The Hulk" Bingham, Edgar "The Snail" Hevle and Christopher Overton Gibson. The four are accused of ordering or participating in 15 murders or attempted murders in the last 25 years. Federal racketeering charges are brought against 40 AB members, including Michael McElhiney. In a 140-page indictment, federal prosecutors outline gang actions that allegedly resulted in 32 murders or attempted murders in and out of prison.

**July 13, 2006:** The defense makes its closing arguments in Santa Ana, Calif., in the trial against accused gang members Mills, Bingham, Heyle and Gibson.

**October 2006:** Eleven more Aryan Brotherhood members are expected to go on trial in Los Angeles for similar racketeering charges.

**Related NPR Stories**

July 14, 2006
Trial of Aryan Brotherhood Leaders Wraps Up

June 28, 2006
Behind Bars, But Still in Control

April 14, 2006
California Trial Aims to Dismantle Prison Gang

April 13, 2006
Former Prison Gang Member Testifies in Murder Trial

April 11, 2006
Making the Case Against the Aryan Brotherhood Gang

March 18, 2006
Trial Sheds Light on Aryan Brotherhood

March 15, 2006
Jurors Told of Ruthless Aryan Brotherhood Gang

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 880 West First Street, Suite 304, Los Angeles, California 90012.

On January 16, 2007, I served the foregoing document described as **MOTION TO TRANSFER VENUE ON THE GROUNDS THAT PREJUDICIAL PRETRIAL PUBLICITY PREVENTS A FAIR TRIAL IN THIS DISTRICT** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

AUSA STEPHEN G. WOLFE
1500 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid If the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 16, 2007, Los Angeles, California

_____
SARA RAMOS

5