ORIGINAL ~FILED

Lodged
Order

MICHAEL PATRICK MCELHINEY
Reg. No. 04198-097
MDCLA 8-A-04
535 North Alameda Street
Los Angeles, CA 90012
*pro se* defendant

2007 JAN 16 PM 12: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

DB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-02-938-GHK |
| Plaintiff, ) | NOTICE OF WAIVER RE PARALEGAL CLAIRE BEECHER; DECLARATION OF MICHAEL PATRICK McELHINEY; EXHIBITS; [PROPOSED] ORDER |
| v. ) | |
| MICHAEL PATRICK McELHINEY, ) | |
| Defendants. ) | Trial Date: April 4, 2007 |

Defendant Michael Patrick McElhiney (hereinafter "McElhiney") hereby files the appropriate Waiver of Conflicts for Paralegal Claire Beecher.

Dated: January 16, 2007 Respectfully submitted,

Michael Patrick McElhiney
Defendant *pro se*

1

## INTRODUCTION

On September 1, 2004, the United States Court of Appeals for the Ninth Circuit appointed Claire Beecher to Christopher Gibson's defense team for her paralegal services.   Ms. Beecher had been previously appointed as the paralegal to Mr. Christopher O. Gibson, co-defendnat to McElhiney.

On February 1, 2006, the Honorable Judge King issued an Order in the above captioned case discussing conflicts and the requirements necessary for appointment of investigators and paralegals who had previously preformed services for other defendants in this case.  See Exhibit "A" attached hereto.

Pursuant to Judge King's Order, McElhiney hereby files the required Waivers.  See Exhibit "B" attached hereto.

It is respectfully requested that the Honorable George H. King sign an Order approving the Waiver(s) of Conflict Re Claire Beecher.

Dated:  January 16, 2007

Respectfully submitted,

Michael Patrick McElhiney
Defendant *pro se*

## DECLARATION OF MICHAEL PATRICK McELHINEY

I, Michael Patrick McElhiney, declare and state as follows:

1. I am the Defendant in the above-entitled action and am *pro se*. The following is based on my personal knowledge and if called as a witness I could, and would, competently testify thereto.

2. I am filing this Declaration pursuant to Judge George H. King's Minute Order Re: Investigator and Paralegal Services (Exhibit "A" attached hereto).

3. I am unaware of any conflict between myself and Mr. Christopher Overton Gibson.

4. I do not forsee actual conflict arising in the future between myself and Mr. Gibson.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct

Executed this 16th day of January 2007, at Los Angeles, California.

Michael Patrick McElhiney *pro se*

ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)　　CASE NO. CR-02-938-GHK
　　　　　　　　　　　　　　　　　　)
CHRISTOPHER OVERTON GIBSON,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　　)

### WAIVER OF CONFLICT

I, Christopher Overton Gibson, Register No. #81372-011, hereby waive any existing or potential conflict of interest involving paralegal services to be performed by Claire Beecher on behalf of my co-defendant, Michael McElheny. As of January 12, 2007, Ms. Beecher will be relieved as my paralegal. Soon after that date Ms. Beecher will provide paralegal services for Mr. McElhiney.

My counsel, Kenneth Reed, has informed me that a conflict may exist between myself and Mr. McElhiney, since, in some parts of the indictment, we are charged with the same or similar crimes. Mr. Reed has informed me that Ms. Beecher may have obtained confidential information from conversations with me or from her work on my case which I have a right to keep private, but which Mr. McElhiney or others might learn if Ms. Beecher works for him. Mr. Reed has informed me that I have an absolute right to refuse to agree that Ms. Beecher work for Mr. McElhiney, in order to ensure that she does not reveal confidential information obtained in my case to him or others. Nevertheless, understanding all of these things, I explicitly waive any existing or potential conflict of interest with respect to Mr. McElhiney, and agree that Ms. Beecher can terminate her services for me and work for him.

EX. A

Beecher can terminate her services for me and work for him.

I have read Judge King's order of February 1, 2006 regarding potential paralegal.

conflicts. I understand it, but I nevertheless agree to waive any conflicts produced by Ms.

Beecher leaving me and working for Mr. McElhiney.   I am making this waiver freely and

voluntarily. No person has forced me to make it, nor offered any inducements to me for making

such a waiver.

CHRISTOPHER GIBSON

**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,         )
                                )
       vs.                      )   CASE NO. CR-02-938-GHK
                                )
CHRISTOPHER OVERTON GIBSON,      )
                                )
              Defendant.         )
                                )

## WAIVER OF CONFLICT

I, Kenneth Reed declare:

1. I am the attorney for Christopher Gibson in the above-entitled case. Ms. Clare Beecher, who provided paralegal services to Mr. Gibson, has informed me that she wishes to leave this case (the jury having arrived at a verdict in Mr. Gibson's case) and work for Michael McElhiney.

2. Mr. McElhiney is a codefendant in the indictment who represents himself.

3. I undertstand this may present a potential conflict situation. I have read Judge King's order of February 1, 2006 regarding potential paralegal conflicts. I have discussed it with Mr. Gibson and I believe he understands it.

4. Specifically, I have informed Mr. Gibson in writing that he has a right to protect any confidential information which Ms. Beecher may have learned in the course of her work for him. I have informed him that he has a right to refuse to allow Mr. Gibson to work for another codefendant. I have informed him that should he waive his right to any real or potential conflict as to Ms. Beecher, he cannot raise that conflict issue in a future appeal or writ of habeas corpus

Ex B.

attacking his conviction in this case.

5. Nevertheless, Mr. Gibson has indicated to me that he wishes to waive any such conflict and allow Ms. Beecher to immediately leave his case and work for Mr. McElhiney. He has told me that he is making this waiver freely and voluntarily, and I have no reason to doubt that.

I declare under penalty of perjury the foregoing is true and correct. Executed at Los Angeles, California, September 8, 2006.

KENNETH REED
ATTORNEY FOR DEFENDANT
CHRISTOPHER GIBSON

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.

I am over the age of 18 and not a party to the within action; my business address is 34656 Via Catalina, Capistrano Beach, CA 92624.

On January 16, 2007, I served the foregoing document described as NOTICE OF WAIVER RE PARALEGAL CLAIRE BEECHER; DECLARATION OF MICHAEL PATRICK McELHINEY; EXHIBITS; [PROPOSED] ORDER on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

ELIZABETH YANG
STEPHEN WOLFE
JOEY BLANCH
ASSISTANT U.S. ATTORNEY
1500 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Capistrano Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 16, 2007 at Capistrano Beach, California.

Kaye L. Limbaugh

4