CR 02-938 DOC - 1/3/2007 - Volume I



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN ⁻ 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3       HONORABLE DAVID O. CARTER, JUDGE PRESIDING

4                  - - - - - - -

5    UNITED STATES OF AMERICA,          )
                                        )
6              Plaintiff,               )
                                        )
7         vs.                           ) No. CR 02-938(A) DOC
                                        )      Volume I
8    RONALD BOYD SLOCUM, WAYNE          )
     BRIDGEWATER, and HENRY MICHAEL     )
9    HOUSTON,                           )
                                        )
10             Defendants.              )
     _____)

11                          **ORIGINAL**
                            Debbie Gale, CSR 9472
12

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16            Motions/Status Conference

17              Santa Ana, California

18          Wednesday, January 3, 2007

19

20   Debbie Gale, CSR 9472, RPR
21   Federal Official Court Reporter
     United States District Court
22   411 West 4th Street, Room 1-053
     Santa Ana, California 92701
23   (714) 558-8141

24

25   AB2-2007-01-03 V1

DOCKETED ON CM

JAN 18 2007

BY _____ 199

4393

CR 02-938 DOC - 1/3/2007 - Volume I

2

1    **APPEARANCES OF COUNSEL:**

2    On behalf of the UNITED STATES OF AMERICA:

3                    DEPARTMENT OF JUSTICE
                    OFFICE OF THE UNITED STATES ATTORNEY
4                    BY:  TERRI FLYNN
                        BRETT SAGEL
5                        Assistant United States Attorneys
                    411 W. Fourth Street
6                    Suite 8000
                    Santa Ana, California 92701
7                    (714) 338-3500

8

9    On behalf of DEFENDANT RONALD BOYD SLOCUM:

10                   LAW OFFICES OF MICHAEL R. BELTER
                    By:  MICHAEL R. BELTER (CJA)
11                       Attorney at Law
                    65 North Raymond Avenue
12                   Suite 320
                    Pasadena, California 91103
13                   (626) 796-2599

14

15   On behalf of DEFENDANT WAYNE BRIDGEWATER:

16

17                   LAW OFFICES OF MICHAEL V. WHITE
                    BY:  MICHAEL V. WHITE
18                       Attorney at Law
                    1717 Fourth Street
                    Third Floor
19                   Santa Monica, California 90401
                    (310) 576-6242
20
                    -AND-
21

22                   STEWART & HARRIS
                    BY:  WILLIAM S. HARRIS
23                       Attorney at Law
                    1499 Huntington Drive
24                   Suite 403
                    South Pasadena, California 91030
25                   (626) 441-9300

*DEBBIE GALE, U.S. COURT REPORTER*

CR 02-938 DOC - 1/3/2007 - Volume I

3

**APPEARANCES (Continued):**

On behalf of DEFENDANT HENRY MICHAEL HOUSTON:

```
            LAW OFFICES OF MARK F. FLEMING
            By:  MARK F. FLEMING
                 Attorney at Law
            433 "G" Street
            Suite 202
            San Diego, California 92101
            (619) 652-9970


            -AND-


            ROTHSTEIN, DONATELLI, HUGHES,
            DAHLSTROM & SCHOENBURG & FRYE, LLP
            BY:  MARK H. DONATELLI
                 Attorney at Law
            P.O. BOX 8180
            Santa Fe, New Mexico 87504
            (505) 988-8004
```

CR 02-938 DOC - 1/3/2007 - Volume I

4

# I N D E X

**PROCEEDINGS**                                                    **PAGE**

Status Conference                                                    5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CR 02-938 DOC - 1/3/2007 - Volume I

5

|  |  |  |
|---|---|---|
|  | 1 | **SANTA ANA, CALIFORNIA, WEDNESDAY, JANUARY 3, 2007** |
|  | 2 | **Volume I** |
|  | 3 | *(8:41 a.m.)* |
| 08:41:17 | 4 | THE COURT:  All right.  We're on the record in the |
| 08:41:19 | 5 | matter of Mr. Bridgewater.  Mr. Harris is present, |
| 08:41:21 | 6 | Mr. White.  Gentlemen, good morning.  Mr. Donatelli's |
| 08:41:25 | 7 | present with Mr. Fleming, and Mr. Houston.  Good morning. |
| 08:41:29 | 8 | Mr. Slocum's present, and Mr. Belter's present.  The United |
| 08:41:33 | 9 | States Attorney's Office is present, Ms. Flynn, and |
| 08:41:37 | 10 | Mr. Sagel is present. |
| 08:41:45 | 11 | I hope each of you have an indictment in front of |
| 08:41:47 | 12 | you.  I want to go over this in much more detail before the |
| 08:41:51 | 13 | Court decides the motion to sever. |
| 08:41:58 | 14 | Before we begin, I want to talk to Mr. Bridgewater |
| 08:42:00 | 15 | and his counsel.  This can be *ex parte* at any time, but I |
| 08:42:03 | 16 | want to talk about the order that I signed concerning the |
| 08:42:10 | 17 | consistent nosebleeds you're having, and talk to you about |
| 08:42:14 | 18 | that for a moment.  If your attorney gives you permission, |
| 08:42:18 | 19 | you can talk to me directly about that. |
| 08:42:20 | 20 | I signed that order immediately when I saw it.  I |
| 08:42:23 | 21 | know that you've got nosebleeds.  I know that you've been |
| 08:42:26 | 22 | told simply to stuff tissue paper or something up your nose. |
| 08:42:30 | 23 | That's not satisfactory from my standpoint nor Mr. Harris' |
| 08:42:35 | 24 | standpoint, nor Mr. White's standpoint. |
| 08:42:39 | 25 | First of all, I don't want you ever appearing in |

| 08:42:41 | 1 | front of the jury in an inappropriate condition.  And |
|---|---|---|

front of the jury in an inappropriate condition.  And

second, I want you to be able to focus on this trial -- not

that that's such a detriment that you can't, but it's just

another distraction.

        Who evaluated you last time?

        I heard it was Western Med.  'Cause I had him

taken to an outside facility for evaluation.  Was it Western

Med?

        DEFENDANT BRIDGEWATER:  Western Clinic -- Western

something Clinic.

        THE COURT:  Yeah.  It's Western Medical Clinic.

        What was the doctor's name?

        DEFENDANT BRIDGEWATER:  I don't know.  But this

guy acted like he was scared to be around me.  'Cause I've

had this checked with an ENT at the ADX, and they use that

thing like they stick in your ear and look with.  Well, they

do the same thing, 'cause it's way back up in my nose.  And

she stuck it in there and explained what needed to be done.

        When they took me to this place, this guy --

first, he's telling the nurse to hold my head.  And so she

gets the back of my head, and he takes this thing and he

don't even get his face -- he don't stick it where the

problem is.  He just barely sticks it right here, and he

looks at it like this.  He won't even get close enough to

me.  And he says, "Oh, nothing can be done."  He says, "I'm

CR 02-938 DOC - 1/3/2007 - Volume I

7

| | |
|---|---|
| 08:43:59 | 1 |
| 08:44:03 | 2 |
| 08:44:04 | 3 |
| 08:44:07 | 4 |
| 08:44:08 | 5 |
| 08:44:12 | 6 |
| 08:44:15 | 7 |
| 08:44:20 | 8 |
| 08:44:21 | 9 |
| 08:44:25 | 10 |
| 08:44:26 | 11 |
| 08:44:32 | 12 |
| 08:44:32 | 13 |
| 08:44:38 | 14 |
| 08:44:40 | 15 |
| 08:44:44 | 16 |
| 08:44:45 | 17 |
| 08:44:47 | 18 |
| 08:44:50 | 19 |
| 08:44:53 | 20 |
| 08:44:57 | 21 |
| 08:44:59 | 22 |
| 08:45:02 | 23 |
| 08:45:05 | 24 |
| 08:45:08 | 25 |

gonna give you some Vaseline to put on there.  If it bleeds, pinch your nose."

And, you know, that ain't gonna work.

THE COURT:  Probably afraid of the name, you know, the Aryan Brotherhood, or the allegation, and didn't want to get too close to you, if that's true.  Maybe he's an absolutely competent doctor.  I don't know.  But I'm not satisfied.  I'm going to send you back.  And we'll do that within the next week or so.

DEFENDANT BRIDGEWATER:  See, this lady I saw at the ADX, she told 'em what has to be done, and there's an operation.  They go in and they -- what it is, is there's a weak spot in the vein and it won't hold the blood, and it ruptures, which causes the bleeding.  She said they need to cut that part out of there and then seal off the ends of the vein.

THE COURT:  Cauterize it.

DEFENDANT BRIDGEWATER:  I've had it cauterized seven times in about a year and a half span, and it won't work.  So she said it's got to be cut out of there and then seal the ends off.

So, in fact, the C.O. that escorted me to that appointment in the hospital had the same operation done.  When I saw this guy at this Western Clinic, he says, "There's no such thing."  I said, "Man, what do you think?

| 08:45:12 | 1 | This woman just lied to me?" He said, "Well, you'd have to |
| 08:45:15 | 2 | ask her.  I don't know."  So that's how the conversation |
| 08:45:19 | 3 | went.  All right? |
| 08:45:20 | 4 | THE COURT:  I'm not a medical doctor, and I can't |
| 08:45:22 | 5 | get in a dispute with them.  It's outside my expertise, but |
| 08:45:26 | 6 | I'm not satisfied with what I'm hearing at the present time, |
| 08:45:28 | 7 | so you're going back. |
| 08:45:31 | 8 | DEFENDANT BRIDGEWATER:  In fact, it was bleeding |
| 08:45:33 | 9 | this morning.  I got stuff crammed up there right now. |
| 08:45:38 | 10 | THE COURT:  Okay. |
| 08:45:38 | 11 | All right.  We're going to do the same thing we |
| 08:45:53 | 12 | did with the case involving Mills and Bingham.  I'm going to |
| 08:45:57 | 13 | start with Count One, Racketeering Act Three.  I'm going to |
| 08:46:02 | 14 | slowly go through each of these racketeering acts. |
| 08:46:12 | 15 | This is what I call "substantive RICO," 18 USC |
| 08:46:15 | 16 | 1962(c).  And the Racketeering Act Three is a conspiracy to |
| 08:46:19 | 17 | murder and the murder of Richard Barnes.  It occurs, |
| 08:46:25 | 18 | allegedly, on February 13, 1983.  And in the first |
| 08:46:29 | 19 | proceeding, in the Mills and Bingham matter, Mr. Jessner at |
| 08:46:34 | 20 | that time went over a fact situation with me concerning |
| 08:46:37 | 21 | this.  But supposedly, this is the California AB council |
| 08:46:42 | 22 | comprised of Mr. Stinson, Mr. Terflinger, Mr. Griffin, and |
| 08:46:47 | 23 | Mr. Slocum -- one of the defendants before this Court -- who |
| 08:46:51 | 24 | enacted a rule that, if a member of the Aryan Brotherhood |
| 08:46:54 | 25 | became a witness against the AB, a member of the witness's |

CR 02-938 DOC – 1/3/2007 – Volume I

9

| | | |
|---|---|---|
| 08:46:57 | 1 | family would be killed. |
| 08:47:00 | 2 | The council allegedly decided that a member of |
| 08:47:05 | 3 | Steven Barnes' family would be killed because Mr. Barnes had |
| 08:47:08 | 4 | testified against a member of the Aryan Brotherhood. |
| 08:47:11 | 5 | Mr. Griffin was to make the arrangements for the murder, and |
| 08:47:20 | 6 | Curtis Price allegedly murdered Mr. Barnes' father. |
| 08:47:20 | 7 | As a cross-reference my notes show that on |
| 08:47:25 | 8 | page 50, Paragraphs 54 through 63 of Count Two -- so if you |
| 08:47:31 | 9 | turn to page 50, you can check my work over the last week or |
| 08:47:35 | 10 | so -- and, Paragraph 54 to 63, it really sets out in the |
| 08:47:41 | 11 | conspiracy to commit RICO some of the further allegations. |
| 08:47:46 | 12 | If the government was to prove this up -- |
| 08:47:49 | 13 | Ms. Flynn, if you would care to share with the Court, |
| 08:47:55 | 14 | because it may make a difference in terms of the severance |
| 08:47:59 | 15 | motion. You don't have to. You have a three-day |
| 08:48:02 | 16 | requirement. But I think it's going to be very helpful to |
| 08:48:05 | 17 | all concerned. |
| 08:48:07 | 18 | And then I'm going to ask the defense. You don't |
| 08:48:08 | 19 | have to participate in this in any way. I'll simply make |
| 08:48:12 | 20 | the decision concerning the severance or not in a few |
| 08:48:13 | 21 | moments, but it's going to be helpful, I think, to me in |
| 08:48:16 | 22 | just a minute. |
| 08:48:17 | 23 | If you would prove Mr. Barnes' murder up, who |
| 08:48:20 | 24 | would some of the witnesses -- I'm not holding you to all of |
| 08:48:24 | 25 | them, but some of the witnesses. |

CR 02-938 DOC - 1/3/2007 - Volume I

10

| | | |
|---|---|---|
| 08:48:26 | 1 | MS. FLYNN:  Preliminarily, Your Honor, there would |
| 08:48:28 | 2 | be Gene Bentley. |
| 08:48:29 | 3 | THE COURT:  Wailing Gene? |
| 08:48:31 | 4 | MS. FLYNN:  Yes. |
| 08:48:32 | 5 | THE COURT:  Okay. |
| 08:48:32 | 6 | MS. FLYNN:  Brian Healy. |
| 08:48:34 | 7 | THE COURT:  Okay. |
| 08:48:36 | 8 | MS. FLYNN:  Kevin Roach. |
| 08:48:37 | 9 | THE COURT:  Okay. |
| 08:48:38 | 10 | MS. FLYNN:  And Clifford Smith. |
| 08:48:40 | 11 | THE COURT:  And Clifford Smith. |
| 08:48:48 | 12 | Okay.  Now, let me go back.  Does Mr. Bentley -- |
| 08:48:51 | 13 | do I have a *Crawford* issue?  Does Mr. Bentley have a |
| 08:48:53 | 14 | conversation directly with Mr. Slocum concerning this? |
| 08:48:59 | 15 | MS. FLYNN:  No. |
| 08:49:01 | 16 | THE COURT:  Okay.  So Mr. Bentley hears this from |
| 08:49:07 | 17 | some other person? |
| 08:49:09 | 18 | MS. FLYNN:  Yes. |
| 08:49:16 | 19 | THE COURT:  Do you know who that other person is? |
| 08:49:19 | 20 | MS. FLYNN:  I cannot remember right now, |
| 08:49:20 | 21 | Your Honor. |
| 08:49:21 | 22 | THE COURT:  Okay.  Brian Healy, does he have a |
| 08:49:23 | 23 | direct conversation with Mr. Slocum? |
| 08:49:26 | 24 | MS. FLYNN:  No. |
| 08:49:26 | 25 | THE COURT:  Okay.  So also potentially a *Crawford* |

| | | |
|---|---|---|
| 08:49:33 | 1 | issue? |
| 08:49:34 | 2 | MS. FLYNN:  I don't think a potential *Crawford* |
| 08:49:37 | 3 | issue, but -- not directly from the defendants. |
| 08:49:41 | 4 | THE COURT:  Okay.  And then we have Mr. Roach? |
| 08:49:45 | 5 | MS. FLYNN:  Yes.  He learned from Mr. Mills. |
| 08:49:48 | 6 | THE COURT:  From Mr. Mills.  So Roach talks to |
| 08:49:51 | 7 | Mills. |
| 08:49:55 | 8 | And we have Clifford Smith.  Do you know if he has |
| 08:50:02 | 9 | a conversation with Mr. Slocum? |
| 08:50:06 | 10 | MS. FLYNN:  I believe he does.  He was there in |
| 08:50:08 | 11 | Palm Hall when they voted on the new policy to kill a family |
| 08:50:13 | 12 | member.  And I believe that it is that Stinson, Terflinger, |
| 08:50:17 | 13 | Slocum, and Griffin were also present at that meeting.  So |
| 08:50:25 | 14 | he is more of a percipient to the events. |
| 08:50:29 | 15 | THE COURT:  When they vote on the new policy.  In |
| 08:50:32 | 16 | that conversation, do you know if they also specifically |
| 08:50:36 | 17 | delineate that Barnes' father is to be killed? |
| 08:50:40 | 18 | In other words, in one conversation they have the |
| 08:50:42 | 19 | policy that, if you cross the AB, if you have an AB |
| 08:50:45 | 20 | associate or member who's an informant, a family member is |
| 08:50:48 | 21 | subject to be killed.  The next issue is:  In the same |
| 08:50:51 | 22 | conversation or subsequent conversation, is Slocum present, |
| 08:50:56 | 23 | and Slocum and a group decide that it's specifically Barnes' |
| 08:51:01 | 24 | father? |
| 08:51:01 | 25 | MS. FLYNN:  You know, Your Honor, I do not know |

CR 02-938 DOC - 1/3/2007 - Volume I

12

| | | |
|---|---|---|
| 08:51:03 | 1 | that. |
| 08:51:04 | 2 | THE COURT:  Okay.  All right.  Turning to |
| 08:51:06 | 3 | Racketeering Act Five -- |
| 08:51:07 | 4 | And anybody can jump in at any time.  I'm just |
| 08:51:10 | 5 | going to read a short synopsis of what I've written down. |
| 08:51:15 | 6 | This is a conspiracy to murder and the murder of |
| 08:51:22 | 7 | Richard Andreasen.  It occurs October 6, 1983, Leavenworth, |
| 08:51:31 | 8 | Kansas. |
| 08:51:32 | 9 | And in January 1983, the California council, |
| 08:51:35 | 10 | allegedly still composed of Mr. Stinson, Mr. Terflinger, |
| 08:51:41 | 11 | Mr. Griffin, ordered that AB associate Richard Andreasen be |
| 08:51:47 | 12 | murdered because Andreasen had provided information to law |
| 08:51:50 | 13 | enforcement.  Ronald Slocum allegedly sent word to the |
| 08:51:54 | 14 | Federal Commission. |
| 08:51:56 | 15 | On May 24th, 1983, Ricky Lee Rose attempted to |
| 08:52:00 | 16 | murder Andreasen at the Orange County Jail.  And if I |
| 08:52:04 | 17 | remember from the first trial, the testimony was that |
| 08:52:06 | 18 | Mr. Rose not only was not successful, Mr. Andreasen actually |
| 08:52:10 | 19 | got the better of him in the altercation. |
| 08:52:15 | 20 | Barry Mills next ordered, in October 1983, that |
| 08:52:18 | 21 | John Greschner and Ronnie Joe Chriswell murder Andreasen, |
| 08:52:22 | 22 | which occurred on October 6, 1983, at Leavenworth, Kansas. |
| 08:52:26 | 23 | To cross-reference that to the conspiracy in |
| 08:52:29 | 24 | Count Two, you can look at page 53, Paragraphs 75 through |
| 08:52:37 | 25 | 80. |

CR 02-938 DOC - 1/3/2007 - Volume I

13

| | | |
|---|---|---|
| 08:52:43 | 1 | The first stabbing occurs at the Orange County |
| 08:52:47 | 2 | Jail, involving Mr. Rose and Andreasen, and it fails.  And |
| 08:52:50 | 3 | the second stabbing and murder is allegedly off of a kite |
| 08:52:55 | 4 | from the California council, sent by Slocum to Mills at |
| 08:52:59 | 5 | Marion.  Andreasen is stabbed to death by John Greschner and |
| 08:53:04 | 6 | Ronnie Joe Chriswell.  Both were convicted of the murder. |
| 08:53:11 | 7 | Now, this is the evidence that came out in the |
| 08:53:14 | 8 | first trial.  This is the associate warden or whoever was on |
| 08:53:17 | 9 | the scene and gave rather graphic testimony about the knife |
| 08:53:21 | 10 | being plunged through Mr. Andreasen's body with such force |
| 08:53:26 | 11 | that it actually was striking the floor. |
| 08:53:28 | 12 | MS. FLYNN:  Yes. |
| 08:53:29 | 13 | THE COURT:  And this is the one where |
| 08:53:29 | 14 | Mr. Greschner was licking the blood off the knife -- |
| 08:53:33 | 15 | MS. FLYNN:  Yes. |
| 08:53:33 | 16 | THE COURT:  -- when he was taken into custody -- |
| 08:53:36 | 17 | MS. FLYNN:  Yes. |
| 08:53:36 | 18 | THE COURT:  -- and laughing hilariously. |
| 08:53:40 | 19 | I was told, when I spoke to Mr. Jessner and |
| 08:53:44 | 20 | defense counsel in the first case -- and, Mr. Fleming, you |
| 08:53:47 | 21 | were present; Mr. White, you were present; Mr. Harris, you |
| 08:53:49 | 22 | were present -- so, correct me any time, if I'm wrong. |
| 08:53:54 | 23 | These were the witnesses given to me as it pertained to |
| 08:53:58 | 24 | Mills and Bingham, not necessarily to Mr. Slocum: |
| 08:54:08 | 25 | Kevin Roach, Eugene Bentley, George Harp, Thomas |

| | | |
|---|---|---|
| 08:54:08 | 1 | Miller, Glen West, Ronnie Joe Chriswell, Clifford Smith.  At |
| 08:54:18 | 2 | that time there was a holding back of one name:  Brian |
| 08:54:21 | 3 | Healy.  And, of course, in each case, an autopsy physician |
| 08:54:24 | 4 | and civilian witnesses.  But I was particularly interested |
| 08:54:28 | 5 | in who the informants were that would be testifying. |
| 08:54:31 | 6 | Could you go down the list of witnesses -- and |
| 08:54:33 | 7 | remember, this does not have to be complete; it has to give |
| 08:54:36 | 8 | me some indication, though -- who would you be calling? |
| 08:54:41 | 9 | MS. FLYNN:  The names that you said, Your Honor. |
| 08:54:44 | 10 | THE COURT:  Roach, Bentley.  Harp probably -- |
| 08:54:47 | 11 | MS. FLYNN:  Not -- |
| 08:54:47 | 12 | THE COURT:  -- isn't in any condition. |
| 08:54:49 | 13 | MS. FLYNN:  -- we will not be calling. |
| 08:54:51 | 14 | THE COURT:  Miller possibly? |
| 08:54:52 | 15 | MS. FLYNN:  Possibly. |
| 08:54:53 | 16 | THE COURT:  Possibly West? |
| 08:54:54 | 17 | MS. FLYNN:  Yes. |
| 08:54:55 | 18 | THE COURT:  Chriswell? |
| 08:54:55 | 19 | MS. FLYNN:  Yes. |
| 08:54:56 | 20 | THE COURT:  Possibly Smith? |
| 08:54:57 | 21 | MS. FLYNN:  Yes. |
| 08:54:57 | 22 | THE COURT:  Possibly Healy? |
| 08:54:59 | 23 | MS. FLYNN:  Yes. |
| 08:54:59 | 24 | THE COURT:  Any others that come to mind at this |
| 08:55:01 | 25 | time? |

CR 02-938 DOC - 1/3/2007 - Volume I

15

| | | |
|---|---|---|
| 08:55:02 | 1 | MS. FLYNN:  Possibly Ricky Rose. |
| 08:55:03 | 2 | THE COURT:  Okay. |
| 08:55:03 | 3 | MS. FLYNN:  And possibly Al Benton on this issue. |
| 08:55:06 | 4 | He will be called, obviously, on another issue. |
| 08:55:09 | 5 | THE COURT:  Now, Mr. Rose.  I divulged to counsel |
| 08:55:12 | 6 | that in state court, I had Mr. Rose in my court.  And I |
| 08:55:17 | 7 | believe I sentenced him to, I thought, a significant period |
| 08:55:24 | 8 | of time.  In fact, Mr. Rose, I remember, being very polite. |
| 08:55:37 | 9 | He actually had a nose key up his nostril, and returned it |
| 08:55:42 | 10 | to the bailiff after the end of the trial, just to let the |
| 08:55:46 | 11 | bailiff know that he had a nose key the whole time and could |
| 08:55:49 | 12 | get out whenever he wanted to. |
| 08:56:01 | 13 | For the first time, I want to know now about |
| 08:56:04 | 14 | Mr. Slocum.  And, Mr. Belter, if you could participate, it |
| 08:56:07 | 15 | would be helpful.  If you chose not to, that would be fine. |
| 08:56:15 | 16 | MR. BELTER:  Thank you, Your Honor. |
| 08:56:20 | 17 | THE COURT:  When was Mr. Slocum taken into state |
| 08:56:20 | 18 | custody?  And in other words, in 1983, I'm assuming, when |
| 08:56:25 | 19 | Andreason's killed, that Mr. Slocum's in state custody.  And |
| 08:56:25 | 20 | I know in '82, allegedly, when the Barnes conversation went |
| 08:56:27 | 21 | down, he had to be probably at Folsom. |
| 08:56:33 | 22 | So when is Slocum coming into custody? |
| 08:56:36 | 23 | MR. BELTER:  Federal custody, Your Honor? |
| 08:56:37 | 24 | THE COURT:  No.  He would be in state custody back |
| 08:56:39 | 25 | in 1982. |

CR 02-938 DOC - 1/3/2007 - Volume I

16

| | | |
|---|---|---|
| 08:56:40 | 1 | MR. BELTER:  Correct. |
| 08:56:41 | 2 | THE COURT:  Okay.  Probably over at Palm Hall. |
| 08:56:44 | 3 | So is he -- |
| 08:56:46 | 4 | MR. BELTER:  He's in Folsom in '82, Your Honor. |
| 08:56:50 | 5 | THE COURT:  Folsom in '82.  I can run a CII real |
| 08:56:59 | 6 | quick, and an NCIC quick.  Anybody know? |
| 08:57:03 | 7 | MR. BELTER:  The question is when does Mr. Slocum |
| 08:57:06 | 8 | go from state custody to federal custody? |
| 08:57:09 | 9 | THE COURT:  No.  The question is, before 1982, I |
| 08:57:11 | 10 | don't know a lot about Mr. Slocum's history right now.  So I |
| 08:57:15 | 11 | don't know, for instance, when he goes into the state, if |
| 08:57:18 | 12 | it's in 1978.  If he's in and out. |
| 08:57:23 | 13 | MR. BELTER:  1981, Your Honor. |
| 08:57:25 | 14 | THE COURT:  1981.  Okay. |
| 08:57:44 | 15 | So at some point I'm going to be asking, so we can |
| 08:57:48 | 16 | focus, you know:  When is he in state custody?  When is he |
| 08:57:51 | 17 | out of custody?  When is he in federal custody? |
| 08:57:54 | 18 | What I'm trying to do is find out, based upon the |
| 08:57:57 | 19 | government's representations that you would be asking for |
| 08:58:00 | 20 | Mr. Slocum's testimony if I -- regardless -- or, strike |
| 08:58:04 | 21 | that -- you would be going back into Mr. Slocum's |
| 08:58:07 | 22 | communication, even if the case was severed.  Therefore, |
| 08:58:12 | 23 | you're argument is, Judge, you shouldn't be severing it |
| 08:58:16 | 24 | because we're going right back into the same evidence |
| 08:58:19 | 25 | regardless, or asking to go back into the same evidence |

CR 02-938 DOC – 1/3/2007 – Volume I

17

| | | |
|---|---|---|
| 08:58:25 | 1 | because it would fit Mr. Slocum's M.O., being a message |
| 08:58:28 | 2 | carrier. |
| 08:58:34 | 3 | So he goes in, in 1981.  And how long is |
| 08:58:37 | 4 | Mr. Slocum in state custody before he's either released to |
| 08:58:41 | 5 | go back into the civilian world or he transfers to federal? |
| 08:58:46 | 6 | MR. BELTER:  1984 he goes to federal custody, |
| 08:58:48 | 7 | Your Honor. |
| 08:58:48 | 8 | THE COURT:  Okay.  Now, what happens in 1984?  Why |
| 08:58:52 | 9 | does he end up in federal custody? |
| 08:58:55 | 10 | MR. BELTER:  Well, Your Honor, there was a bank |
| 08:58:58 | 11 | robbery conviction in Los Angeles. |
| 08:59:00 | 12 | THE COURT:  So Slocum's in state custody in 1981 |
| 08:59:05 | 13 | on what kind of charge? |
| 08:59:08 | 14 | MR. BELTER:  A robbery. |
| 08:59:09 | 15 | THE COURT:  A robbery, 211? |
| 08:59:11 | 16 | MR. BELTER:  Yes. |
| 08:59:12 | 17 | THE COURT:  And then he serves, looks like -- |
| 08:59:14 | 18 | what? -- three years in state custody.  And then he |
| 08:59:18 | 19 | transfers to federal custody, or did he have a dual |
| 08:59:22 | 20 | commitment?  Did he have a state and a federal commitment? |
| 08:59:27 | 21 | MR. BELTER:  Your Honor, it was a concurrent |
| 08:59:30 | 22 | commitment when he went to federal custody. |
| 08:59:32 | 23 | THE COURT:  Got it.  And it does overlap for a |
| 08:59:32 | 24 | period of time. |
| 08:59:32 | 25 | MR. BELTER:  Correct. |

CR 02-938 DOC - 1/3/2007 - Volume I

18

| | | |
|---|---|---|
| 08:59:33 | 1 | THE COURT: Was it a concurrent commitment? |
| 08:59:37 | 2 | MR. BELTER: Yes. |
| 08:59:37 | 3 | THE COURT: So he must have been sentenced by the |
| 08:59:40 | 4 | feds first and the state second, and the state ran it |
| 08:59:41 | 5 | concurrent? |
| 08:59:43 | 6 | MR. BELTER: No. State first -- yeah. |
| 08:59:45 | 7 | THE COURT: State first. And then the feds ran it |
| 08:59:48 | 8 | concurrent? |
| 08:59:49 | 9 | MR. BELTER: Right. |
| 08:59:50 | 10 | THE COURT: And the feds obviously had a longer |
| 08:59:52 | 11 | period of time. |
| 08:59:53 | 12 | MR. BELTER: Right. |
| 08:59:54 | 13 | THE COURT: So in 1984, Mr. Slocum goes into |
| 08:59:58 | 14 | federal custody. |
| 09:00:00 | 15 | MR. BELTER: Right. That would be the very first |
| 09:00:01 | 16 | week of October 1984. |
| 09:00:04 | 17 | THE COURT: Got it. Thank you. |
| 09:00:05 | 18 | Now, how long is Mr. Slocum -- and do either one |
| 09:00:10 | 19 | of you have a rap sheet? |
| 09:00:14 | 20 | MR. BELTER: I have a rap sheet, Your Honor, a |
| 09:00:17 | 21 | California rap sheet. |
| 09:00:18 | 22 | THE COURT: I'm glad to run it myself. Nobody has |
| 09:00:21 | 23 | to give me information. I can get it myself in your |
| 09:00:23 | 24 | presence, but it would be helpful. |
| 09:00:25 | 25 | How long does he serve from 1984 in federal |

CR 02-938 DOC - 1/3/2007 - Volume I

19

| | | |
|---|---|---|
| 09:00:28 | 1 | custody until he's released? |
| 09:00:30 | 2 | MR. BELTER:  I believe Mr. Slocum gets out -- |
| 09:00:33 | 3 | January of '89, Your Honor. |
| 09:00:34 | 4 | THE COURT:  January of '89.  Okay.  And then he |
| 09:00:37 | 5 | hits the streets, right? |
| 09:00:39 | 6 | MR. BELTER:  Correct. |
| 09:00:40 | 7 | THE COURT:  Streets. |
| 09:00:46 | 8 | Okay.  I'm going to put an easel in the middle of |
| 09:01:07 | 9 | the courtroom, and we'll start marking down some dates. |
| 09:01:17 | 10 | How long is Mr. Slocum on the street?  Is |
| 09:01:21 | 11 | Mr. Slocum on the street from 1989 until the time of this |
| 09:01:24 | 12 | indictment? |
| 09:01:26 | 13 | MR. BELTER:  Until October '89, Your Honor.  And |
| 09:01:28 | 14 | then he comes out in January of '92, and then he's on the |
| 09:01:31 | 15 | street until this indictment. |
| 09:01:33 | 16 | THE COURT:  Let's do that again. |
| 09:01:34 | 17 | January 1989, I thought he hit the street? |
| 09:01:37 | 18 | MR. BELTER:  He did.  And then he went back in, in |
| 09:01:40 | 19 | October of '89 for a parole violation. |
| 09:01:47 | 20 | THE COURT:  And he's in from 1989 until '92? |
| 09:01:51 | 21 | MR. BELTER:  October of '89 until January of '92. |
| 09:01:55 | 22 | THE COURT:  January of 1992.  On the violation? |
| 09:01:58 | 23 | MR. BELTER:  Correct, Your Honor. |
| 09:01:59 | 24 | THE COURT:  Is that federal custody? |
| 09:02:00 | 25 | MR. BELTER:  It is. |

CR 02-938 DOC - 1/3/2007 - Volume I

20

| | | |
|---|---|---|
| 09:02:01 | 1 | THE COURT:  Right? |
| 09:02:01 | 2 | MR. BELTER:  Yes. |
| 09:02:02 | 3 | THE COURT:  Okay.  And so he's not -- Okay. |
| 09:02:11 | 4 | Now, in 1992, he's released again, right? |
| 09:02:18 | 5 | MR. BELTER:  Correct. |
| 09:02:35 | 6 | THE COURT:  And from 1992 to what? |
| 09:02:39 | 7 | MR. BELTER:  Until this indictment -- until the |
| 09:02:44 | 8 | indictment October 17, 2002. |
| 09:03:13 | 9 | THE COURT:  Is it Folsom the whole time on the |
| 09:03:16 | 10 | stateside? |
| 09:03:19 | 11 | MR. BELTER:  Yes. |
| 09:03:40 | 12 | THE COURT:  From '84 to '89, what Bureau of |
| 09:03:42 | 13 | Prisons is he located at? |
| 09:03:45 | 14 | MR. BELTER:  It's Lompoc and Marion, Your Honor. |
| 09:03:48 | 15 | THE COURT:  In that order? |
| 09:03:55 | 16 | MR. BELTER:  Yes, Your Honor.  Lompoc to Marion. |
| 09:03:57 | 17 | And, apparently, from 1989, he left to go to Marion -- |
| 09:04:02 | 18 | excuse me -- '85. |
| 09:04:04 | 19 | THE COURT:  Okay.  Then we've got a short period |
| 09:04:29 | 20 | of time on the street from -- what? -- January to October of |
| 09:04:41 | 21 | '89? |
| 09:04:43 | 22 | MR. BELTER:  Nine months, Your Honor. |
| 09:04:45 | 23 | THE COURT:  About nine months.  Okay.  So -- all |
| 09:05:03 | 24 | right.  Then, we have a violation.  So from October |
| 09:05:06 | 25 | '89 through January of 1992, he goes back into BOP off of a |

CR 02-938 DOC - 1/3/2007 - Volume I

21

| | | |
|---|---|---|
| 09:05:24 | 1 | violation. |
| 09:05:33 | 2 | And what institution?  Do we know? |
| 09:05:35 | 3 | MR. BELTER:  Your Honor, he did that time in |
| 09:05:38 | 4 | Lompoc. |
| 09:05:38 | 5 | THE COURT:  Lompoc? |
| 09:05:41 | 6 | MR. BELTER:  Yes. |
| 09:05:42 | 7 | THE COURT:  Okay.  And he's on the street from |
| 09:05:49 | 8 | '92 to October 17th of 2000, when the indictment comes |
| 09:05:58 | 9 | down -- or 2002.  I'm sorry. |
| 09:06:10 | 10 | Now, that way we can all look at the dates when we |
| 09:06:13 | 11 | go through this.  And if you have any corrections or |
| 09:06:19 | 12 | additions you want to make, that's fine. |
| 09:06:49 | 13 | Concerning Racketeering Act Five, once again, this |
| 09:06:52 | 14 | should be page 53, paragraphs 75 through 80.  And the |
| 09:06:56 | 15 | Court's reviewed some of the testimony from the first trial |
| 09:07:00 | 16 | over this last week and a half. |
| 09:07:11 | 17 | How was the message sent by Mr. Slocum in 1983, |
| 09:07:22 | 18 | since he's in state custody, to the federal council or |
| 09:07:40 | 19 | commission, and specifically Mr. Mills? |
| 09:07:53 | 20 | MS. FLYNN:  Your Honor, I can't remember |
| 09:07:53 | 21 | specifically how it was done.  I know Clifford Smith |
| 09:07:57 | 22 | testified that Slocum was the one that passed it on to the |
| 09:08:01 | 23 | Feds.  I'm trying to remember. |
| 09:08:05 | 24 | THE COURT:  Take your time with it. |
| 09:08:15 | 25 | And, of course, after I hear who is the person |

CR 02-938 DOC - 1/3/2007 - Volume I

22

| | | |
|---|---|---|
| 09:08:20 | 1 | making that statement, I'm going to follow up on each |
| 09:08:24 | 2 | occasion and ask if there's any physical indicia -- like a |
| 09:08:29 | 3 | letter that's recovered.  In other words, I'm doing it for |
| 09:08:32 | 4 | two purposes:  Somewhat to know what's coming, and number |
| 09:08:36 | 5 | two, to make certain that our discovery is absolutely |
| 09:08:39 | 6 | complete; that there's nothing sitting over on the state |
| 09:08:42 | 7 | level, in the CDC level.  Because in Mills' and Bingham's |
| 09:08:46 | 8 | case, I focused on the Feds, the Bureau of Prisons, because |
| 09:08:49 | 9 | most of those murders came out of the federal system so I |
| 09:08:51 | 10 | focused on the Bureau of Prisons.  I know that Judge |
| 09:08:53 | 11 | Klausner's probably done an excellent job, but I'm going |
| 09:08:56 | 12 | through all of this again.  And we're not going to take a |
| 09:09:00 | 13 | chance the CDC is sitting on a letter that all of a sudden |
| 09:09:03 | 14 | appears, or any piece of evidence, later on. |
| 09:09:04 | 15 | MS. FLYNN:  Your Honor, there is some state |
| 09:09:05 | 16 | discovery that was turned over in the Mills case to |
| 09:09:10 | 17 | corroborate that the AB did order Rhino killed.  There was |
| 09:09:15 | 18 | an interview transcript that Rhino -- I'm sorry -- that |
| 09:09:17 | 19 | Andreasen gave to -- I can't remember which police |
| 09:09:21 | 20 | department in Orange County -- that the AB got their hands |
| 09:09:24 | 21 | on in Folsom, that Clifford Smith testified was passed |
| 09:09:28 | 22 | around.  That's why they ordered him killed and believed he |
| 09:09:31 | 23 | was a snitch.  And that's the paperwork that they relied on |
| 09:09:35 | 24 | in sending Ricky Rose to kill in Orange County. |
| 09:09:38 | 25 | So that's been turned over.  That was actually |

CR 02-938 DOC - 1/3/2007 - Volume I

23

| | | |
|---|---|---|
| 09:09:40 | 1 | introduced as an exhibit in the Mills case, along with -- |
| 09:09:43 | 2 | there was some bad photos of the Ricky Rose incident, what |
| 09:09:47 | 3 | Rose looked like and what Andreasen looked like afterwards. |
| 09:09:51 | 4 | They're pretty much illegible photos.  But that is what we |
| 09:09:55 | 5 | have, and the police reports from that incident in Orange |
| 09:09:58 | 6 | County corroborating that. |
| 09:10:00 | 7 | There is no physical kite that I know of, either |
| 09:10:02 | 8 | from the state side or this side. |
| 09:10:05 | 9 | THE COURT:  And nothing came out in Judge |
| 09:10:07 | 10 | Klausner's trial about that? |
| 09:10:09 | 11 | MS. FLYNN:  Nothing came out in that one. |
| 09:10:11 | 12 | THE COURT:  Now, did any of you attend |
| 09:10:13 | 13 | Judge Klausner's trial, or do you have transcripts from |
| 09:10:16 | 14 | Judge Klausner's trial? |
| 09:10:19 | 15 | MR. BELTER:  I'm reading through those |
| 09:10:20 | 16 | transcripts, Your Honor. |
| 09:10:20 | 17 | THE COURT:  Okay.  Mr. Belter, at any time, just |
| 09:10:22 | 18 | speak up if you see something causes you concern in terms of |
| 09:10:26 | 19 | discovery. |
| 09:10:27 | 20 | MR. BELTER:  Your Honor, there is no physical |
| 09:10:29 | 21 | kite.  And the government's never alleged that there's a |
| 09:10:32 | 22 | physical kite. |
| 09:10:33 | 23 | THE COURT:  Okay. |
| 09:10:38 | 24 | MR. BELTER:  And, Your Honor, the only other thing |
| 09:10:40 | 25 | I'd add to that is that -- it's come out in that trial that |

CR 02-938 DOC - 1/3/2007 - Volume I

24

| | | |
|---|---|---|
| 09:10:46 | 1 | there was nothing in Mr. Stinson's records that would |
| 09:10:49 | 2 | indicate that he corresponded with Mr. Slocum. |
| 09:10:52 | 3 | THE COURT:  Okay.  Now, is Mr. Stinson at Folsom |
| 09:11:23 | 4 | in 1983? |
| 09:11:26 | 5 | MR. BELTER:  I believe he was at San Quentin. |
| 09:11:29 | 6 | THE COURT:  Does anybody know?  So I'm going to |
| 09:11:37 | 7 | put down 1983, we know that Slocum is at Folsom, right? |
| 09:11:47 | 8 | MR. BELTER:  That's correct. |
| 09:11:48 | 9 | THE COURT:  Stinson, you believe, is at |
| 09:11:50 | 10 | San Quentin? |
| 09:11:51 | 11 | MR. BELTER:  Yes.  Your Honor, and I can check |
| 09:11:52 | 12 | his -- I believe I have his housing records. |
| 09:11:55 | 13 | THE COURT:  And where is Mr. Terflinger? |
| 09:11:59 | 14 | MR. BELTER:  Same place, San Quentin. |
| 09:12:13 | 15 | THE COURT:  San Quentin.  And Mr. Griffin? |
| 09:12:16 | 16 | MR. BELTER:  Your Honor, I believe Mr. Griffin's |
| 09:12:18 | 17 | at Folsom.  And if I could just check.  Terflinger's at |
| 09:12:39 | 18 | San Quentin. |
| 09:12:40 | 19 | MS. FLYNN:  Your Honor, I don't have the housing |
| 09:12:41 | 20 | records of these men in front of me, and I don't know the |
| 09:12:43 | 21 | state case near as well, but Mr. Smith testified -- Clifford |
| 09:12:47 | 22 | Smith testified at the Palm Hall meeting, they subpoenaed |
| 09:12:50 | 23 | them out.  So even though Stinson was housed in San Quentin, |
| 09:12:52 | 24 | I believe there was a period of time when he was on a writ |
| 09:12:56 | 25 | or a subpoena in Palm Hall. |

*DEBBIE GALE, U.S. COURT REPORTER*

CR 02-938 DOC - 1/3/2007 - Volume I

25

| | | |
|---|---|---|
| 09:12:58 | 1 | THE COURT:  That was my memory, also; that they |
| 09:13:00 | 2 | had a huge meeting. |
| 09:13:02 | 3 | Does anybody have the record of those subpoenas |
| 09:13:05 | 4 | out of San Quentin, for instance?  Because eventually, I'm |
| 09:13:12 | 5 | going to be asking how Mr. Slocum is the conduit to the |
| 09:13:17 | 6 | federal council or commission, and specifically Mr. Mills, |
| 09:13:20 | 7 | in 1983, when I have -- and I understand messages could be |
| 09:13:27 | 8 | sent, obviously -- but I've got two at San Quentin, one at |
| 09:13:33 | 9 | Folsom, Mr. Griffin.  And Mr. Slocum also is allegedly a |
| 09:13:40 | 10 | member of the council. |
| 09:13:46 | 11 | So to decide that family members are susceptible |
| 09:13:50 | 12 | to being killed for transgressions against the Aryan |
| 09:13:57 | 13 | Brotherhood, it would usually mean you would have to have a |
| 09:13:59 | 14 | big meeting.  And if Mr. Smith has cooperated or is |
| 09:14:04 | 15 | truthful, it means that there must be a mass transportation, |
| 09:14:08 | 16 | probably on somebody accused of murder standing the death |
| 09:14:10 | 17 | penalty under subpoena to Palm Hall.  Do you have those |
| 09:14:14 | 18 | kinds of records? |
| 09:14:20 | 19 | MR. BELTER:  Your Honor, do I have those records? |
| 09:14:24 | 20 | THE COURT:  Well, first of all, I don't care. |
| 09:14:25 | 21 | Mr. Smith is going to be on the stand.  He's going to say, |
| 09:14:29 | 22 | "There was a big meeting at Palm Hall.  We were all there. |
| 09:14:32 | 23 | We all voted to have X, Y and Z done."  And if it's not |
| 09:14:37 | 24 | Mr. Barnes, it's going to be something else. |
| 09:14:39 | 25 | And the question is, without giving any of you an |

CR 02-938 DOC - 1/3/2007 - Volume I

26

| | | |
|---|---|---|
| 09:14:42 | 1 | indication, do you have the records that can either blow |
| 09:14:46 | 2 | Mr. Smith out of the water, for want of a better word, and |
| 09:14:49 | 3 | impeach him, because there's no transportation of these |
| 09:14:52 | 4 | people in the time frame that he says?  Or does the |
| 09:14:56 | 5 | government have these records showing, yeah, that there was |
| 09:14:58 | 6 | a mass transportation, specifically including Terflinger and |
| 09:15:05 | 7 | Stinson?  And if you don't, I'm done.  We'll move on. |
| 09:15:12 | 8 | MS. FLYNN:  Your Honor, I don't think there are |
| 09:15:13 | 9 | any records.  I kept in contact with the prosecutors on the |
| 09:15:17 | 10 | state side that have been handling Mr. Stinson and |
| 09:15:21 | 11 | Terflinger and Griffin, and I don't think there are the |
| 09:15:24 | 12 | kinds of records -- |
| 09:15:26 | 13 | THE COURT:  I want to make sure they haven't been |
| 09:15:28 | 14 | subpoenaed. |
| 09:15:29 | 15 | MR. BELTER:  Your Honor, I'd like to have those |
| 09:15:31 | 16 | records. |
| 09:15:32 | 17 | THE COURT:  There we go. |
| 09:15:33 | 18 | MR. BELTER:  Thank you. |
| 09:15:33 | 19 | THE COURT:  You're amazing.  Let's get them. |
| 09:15:37 | 20 | MR. BELTER:  Your Honor, obviously, Mr. Slocum and |
| 09:15:39 | 21 | I were just talking about that.  Thank you. |
| 09:15:41 | 22 | THE COURT:  Okay.  So first thing we're going to |
| 09:15:43 | 23 | do is we're going to get a responsible person from the state |
| 09:15:46 | 24 | side, just like we have a responsible person from the FBI, |
| 09:15:51 | 25 | the DEA, everybody else in here.  Who would that |

CR 02-938 DOC - 1/3/2007 - Volume I

27

| | | |
|---|---|---|
| 09:15:55 | 1 | responsible -- well, you know, I'd like to work with |
| 09:15:57 | 2 | Mr. Beckwith today, 'cause Mr. Beckwith has excellent |
| 09:16:01 | 3 | relations with CDC.  Gentlemen, I think we ought to start |
| 09:16:06 | 4 | there. |
| 09:16:19 | 5 | Have you subpoenaed those records yet? |
| 09:16:21 | 6 | MR. BELTER:  No, Your Honor.  I believe that the |
| 09:16:21 | 7 | lawyers who -- the defense lawyers in the Stinson trial had |
| 09:16:25 | 8 | subpoenaed those records. |
| 09:16:26 | 9 | THE COURT:  So they may have them already? |
| 09:16:29 | 10 | MR. BELTER:  Correct. |
| 09:16:30 | 11 | THE COURT:  And are there -- is Mr. Stinson |
| 09:16:36 | 12 | involved in Judge Klausner's matter? |
| 09:16:39 | 13 | MR. BELTER:  He is. |
| 09:16:39 | 14 | THE COURT:  Who's the lawyer for him? |
| 09:16:42 | 15 | MR. BELTER:  Mike Crain, Paul Potter. |
| 09:16:46 | 16 | THE COURT:  Paul Potter? |
| 09:16:48 | 17 | MR. BELTER:  And Terry Bennett, Your Honor. |
| 09:16:50 | 18 | THE COURT:  Write down for me, today Mr. Belter |
| 09:16:53 | 19 | will call Mr. Potter and Mr. Crain and/or Mr. Reed and find |
| 09:17:07 | 20 | out if they have the housing records or transportation |
| 09:17:13 | 21 | records for specifically -- it seems we ought to start with |
| 09:17:19 | 22 | Stinson and Terflinger, if Mr. Smith is going to say Stinson |
| 09:17:23 | 23 | and Terflinger were there.  Now, maybe Mr. Smith doesn't |
| 09:17:27 | 24 | have a good memory about who specifically was there. |
| 09:17:30 | 25 | Do you remember, Ms. Flynn? |

CR 02-938 DOC - 1/3/2007 - Volume I

28

| | | |
|---|---|---|
| 09:17:31 | 1 | MS. FLYNN:  At the meeting? |
| 09:17:32 | 2 | THE COURT:  Yes. |
| 09:17:33 | 3 | MS. FLYNN:  He had a pretty good memory that he |
| 09:17:36 | 4 | testified to.  If you can give me one minute, Your Honor. |
| 09:17:46 | 5 | 'Cause he testified to that in the last... |
| 09:17:56 | 6 | Okay.  He said "Blinky" Griffin and Rick |
| 09:17:59 | 7 | Terflinger were in Palm Hall. |
| 09:18:04 | 8 | THE COURT:  Griffin and Terflinger were in |
| 09:18:06 | 9 | Palm Hall.  Referring -- it sounds like they were already |
| 09:18:13 | 10 | housed there. |
| 09:18:14 | 11 | MS. FLYNN:  That's, I believe, what he was saying. |
| 09:18:17 | 12 | Then he was brought down to Palm Hall on a warden's |
| 09:18:21 | 13 | transfer. |
| 09:18:22 | 14 | THE COURT:  He being? |
| 09:18:23 | 15 | MS. FLYNN:  Clifford.  Clifford Smith. |
| 09:18:25 | 16 | THE COURT:  Smith brought to Palm Hall on a |
| 09:18:27 | 17 | warden's transfer.  Okay. |
| 09:18:32 | 18 | MS. FLYNN:  This was about in 1980, he says.  He |
| 09:18:38 | 19 | said then they subpoenaed in Mike Thompson from San Quentin. |
| 09:18:45 | 20 | THE COURT:  Okay.  Just a moment.  So Mike |
| 09:18:48 | 21 | Thompson, do you want his records?  Or do we already have |
| 09:18:50 | 22 | them? |
| 09:18:50 | 23 | MR. BELTER:  I think we already have some of these |
| 09:18:52 | 24 | records, Your Honor.  I'm just checking. |
| 09:18:54 | 25 | THE COURT:  And he came in on what, a writ?  Or we |

CR 02-938 DOC - 1/3/2007 - Volume I

29

| | | |
|---|---|---|
| 09:18:57 | 1 | don't know? |
| 09:18:59 | 2 | MS. FLYNN:  He said -- "we brought down" is all he |
| 09:19:02 | 3 | said. |
| 09:19:04 | 4 | THE COURT:  Okay.  Usually the way that that works |
| 09:19:07 | 5 | is somebody's standing trial for murder with death |
| 09:19:11 | 6 | allegations and the subpoenas go out.  So I'm wondering if |
| 09:19:19 | 7 | that, in fact, is the case and he was being tried for murder |
| 09:19:28 | 8 | with death allegations. |
| 09:19:29 | 9 | Okay.  Mike Thompson's brought down. |
| 09:19:32 | 10 | MS. FLYNN:  And these are -- if I remember |
| 09:19:35 | 11 | Mr. Smith's testimony correctly, he said it was kind of over |
| 09:19:38 | 12 | a period of time these men came in and out of Palm Hall, and |
| 09:19:42 | 13 | it wasn't one big sit-down at one time.  They were trying to |
| 09:19:48 | 14 | get as many members in and out to discuss the changes. |
| 09:19:51 | 15 | THE COURT:  Now, in 1984, there was a black-white |
| 09:19:57 | 16 | confrontation at Folsom.  Might have been 1983, but I think |
| 09:20:06 | 17 | it was in 1984 -- no, strike that. |
| 09:20:10 | 18 | Mr. Bingham was involved in a black-white |
| 09:20:13 | 19 | confrontation at Folsom.  Came out of Palm Hall and there |
| 09:20:26 | 20 | were seven or eleven black inmates stabbed.  Was that in |
| 09:20:36 | 21 | '77 or was that in '84? |
| 09:20:41 | 22 | Mr. Harris, Mr. White, do you remember? |
| 09:20:44 | 23 | MR. WHITE:  I think it was the '70s, Your Honor. |
| 09:20:46 | 24 | THE COURT:  I think it was the '70s, also.  Thank |
| 09:20:48 | 25 | you.  Okay.  I think so, too. |

CR 02-938 DOC - 1/3/2007 - Volume I

30

| | | |
|---|---|---|
| 09:20:50 | 1 | MS. FLYNN:  He was on the street. |
| 09:21:02 | 2 | MR. BELTER:  Ms. Flynn's right.  Mr. Bingham was |
| 09:21:04 | 3 | released out of custody in 1984. |
| 09:21:08 | 4 | THE COURT:  So it had to be -- |
| 09:21:13 | 5 | MR. BELTER:  There may have been something |
| 09:21:15 | 6 | independent, but whatever Mr. Bingham was allegedly involved |
| 09:21:19 | 7 | in was the '70s. |
| 09:21:22 | 8 | MS. FLYNN:  Your Honor, I think it was 1979 at |
| 09:21:23 | 9 | Folsom.  It was where he stabbed Inmate Harge while in the |
| 09:21:31 | 10 | cantina area.  And there were -- an unprovoked attack by |
| 09:21:35 | 11 | white inmates of black inmates.  Nine blacks stabbed and one |
| 09:21:43 | 12 | died. |
| 09:21:52 | 13 | THE COURT:  Thank you.  Do we know anything else |
| 09:21:54 | 14 | about -- well, strike that. |
| 09:21:57 | 15 | Is Mr. Slocum allegedly a member of the council in |
| 09:22:04 | 16 | 1983? |
| 09:22:06 | 17 | MS. FLYNN:  That was the -- if I recall correctly, |
| 09:22:08 | 18 | and again, I haven't read this transcript in a while -- part |
| 09:22:12 | 19 | of the meeting was to set up a formal structure and to name |
| 09:22:16 | 20 | all the council members.  And at that time, he was named one |
| 09:22:19 | 21 | of the council members. |
| 09:22:20 | 22 | According to Mr. Smith, they brought in all the |
| 09:22:23 | 23 | big dogs.  There were about nine of them.  They picked, I |
| 09:22:27 | 24 | think it was Blinky Griffin, Terflinger, Stinson, and then I |
| 09:22:31 | 25 | forgot the last guy's name, that went in and out as the |

CR 02-938 DOC - 1/3/2007 - Volume I

09:22:36   1    commissioners of the state.  And then the others were more

09:22:38   2    the council members.  Smith himself was a council member at

09:22:41   3    that time.  They put Mr. Bingham on as a council member.

09:22:44   4    Mr. Slocum was made one.

09:22:46   5         THE COURT:  Because the first trial didn't focus

09:22:48   6    on Mr. Slocum, what other information does either the

09:22:51   7    government or the defense have about how this is allegedly

09:22:54   8    passed?  By giving me the information, you're not acceding

09:22:58   9    that that occurred.  I'm just wondering if somebody had read

09:23:02   10   a discovery report someplace by one of the cooperating

09:23:06   11   witnesses about how Slocum passes the message or why he was

09:23:12   12   selected.

09:23:12   13        MS. FLYNN:  He was selected.  But Mr. Smith

09:23:12   14   testified because he was the message-passer, he could get

09:23:16   15   messages -- he had runners on the street.  And that's what

09:23:19   16   he did.

09:23:20   17        THE COURT:  Why does Slocum have runners on the

09:23:22   18   street?  What makes him special?

09:23:26   19        MS. FLYNN:  They all to some extent had runners on

09:23:27   20   the street, and Slocum had been housed and I think knew the

09:23:31   21   guys in the federal system, but I can't specifically

09:23:32   22   remember now.  But Mr. Smith testified that he had runners

09:23:34   23   on the street, as well.  So when, for example, Slocum was

09:23:37   24   out of custody, Smith used his runners to get in touch with

09:23:42   25   Slocum so that Slocum could then pass a message on to the

CR 02-938 DOC - 1/3/2007 - Volume I

32

| | | |
|---|---|---|
| 09:23:47 | 1 | Feds. |
| 09:23:47 | 2 | THE COURT:  In the narcotics portion of the |
| 09:23:50 | 3 | indictment, Mr. Slocum, when he's at Leavenworth, is |
| 09:23:56 | 4 | involved with a large number of narcotics transactions.  And |
| 09:24:02 | 5 | he's dealing with the same ones -- and it escapes me -- in |
| 09:24:07 | 6 | most of those. |
| 09:24:08 | 7 | MR. BELTER:  Your Honor, it's Mary Bentley. |
| 09:24:10 | 8 | THE COURT:  Mary who? |
| 09:24:12 | 9 | MS. FLYNN:  Mary Bentley. |
| 09:24:14 | 10 | THE COURT:  Mary Bentley.  What relation did Mary |
| 09:24:15 | 11 | Bentley -- |
| 09:24:19 | 12 | MS. FLYNN:  She was Gene Bentley's wife. |
| 09:24:22 | 13 | THE COURT:  Gene Bentley's wife.  Thank you. |
| 09:24:27 | 14 | MR. BELTER:  Your Honor, I might add, though, in |
| 09:24:28 | 15 | 1984, Mr. Slocum hasn't gotten to the federal system yet and |
| 09:24:32 | 16 | is not -- any of the "entrees" necessarily, that seems to be |
| 09:24:38 | 17 | the inference here, haven't been made.  There was no contact |
| 09:24:42 | 18 | with the federal system. |
| 09:24:44 | 19 | THE COURT:  So why would Mr. Slocum have runners |
| 09:24:47 | 20 | on the street?  Was he dealing narcotics on the street?  Why |
| 09:24:50 | 21 | does he have a network out there, allegedly? |
| 09:24:57 | 22 | Okay.  Unanswered. |
| 09:24:58 | 23 | All right.  Racketeering Act Six, Conspiracy to |
| 09:25:01 | 24 | Murder and the Murder of Thomas Lamb, occurs on |
| 09:25:04 | 25 | October 15th, 1988, Marion, Illinois. |

CR 02-938 DOC - 1/3/2007 - Volume I

33

| | | |
|---|---|---|
| 09:25:09 | 1 | Racketeering Act Six -- well, allegedly, in |
| 09:25:17 | 2 | February 1982, the California council, Mr. Stinson, |
| 09:25:20 | 3 | Mr. Terflinger, Mr. Griffin, and Mr. Slocum, decide Thomas |
| 09:25:25 | 4 | Lamb should be murdered for the failure to carry out an |
| 09:25:29 | 5 | order to commit a murder.  The message is allegedly sent by |
| 09:25:34 | 6 | Mr. Slocum in October of 1988 to Mr. Mills, who orders Cleo |
| 09:25:44 | 7 | Roy to murder Thomas Lamb.  And on October 15, 1988, Mr. Roy |
| 09:25:48 | 8 | and Mr. Campbell strangle Mr. Lamb.  They place a noose |
| 09:25:53 | 9 | around Mr. Lamb's neck and they hang him to look like a |
| 09:25:57 | 10 | suicide in his prison cell. |
| 09:25:59 | 11 | Now, the Court heard extensive testimony |
| 09:26:02 | 12 | concerning this murder in the Mills-Bingham trial.  But in |
| 09:26:05 | 13 | the indictment, just for reference, it will be on page 51, |
| 09:26:08 | 14 | and it will be Paragraph 64 through 68 when you look at |
| 09:26:12 | 15 | Count Two, I was told before that the witnesses who would be |
| 09:26:27 | 16 | called when we were focused on Mills and Bingham would be |
| 09:26:27 | 17 | Michael Barnes, Phillip Myers, Kevin Roach, Gene Bentley, |
| 09:26:29 | 18 | George Harp, Glen West, Clifford Smith, Sidney Griffin, and |
| 09:26:34 | 19 | then the correctional officers, autopsy physicians, |
| 09:26:38 | 20 | et cetera, all of which we have heard from. |
| 09:26:40 | 21 | Can you give me some indication, now that the |
| 09:26:42 | 22 | focus is turned to Mr. Slocum and Mr. Bridgewater and |
| 09:26:45 | 23 | Mr. Houston, who's going to be called? |
| 09:26:48 | 24 | MS. FLYNN:  I think all those names you said, |
| 09:26:49 | 25 | Your Honor.  I don't know if you said Frank Ruopoli, and I |

*DEBBIE GALE, U.S. COURT REPORTER*

CR 02-938 DOC - 1/3/2007 - Volume I

34

| | | |
|---|---|---|
| 09:26:53 | 1 | don't know if I would be calling him. |
| 09:26:55 | 2 | THE COURT:  Okay.  But a possibility. |
| 09:26:56 | 3 | MS. FLYNN:  Did you say Glen West? |
| 09:26:58 | 4 | THE COURT:  Yes. |
| 09:26:58 | 5 | MS. FLYNN:  Okay.  Possibly Mr. Benton might know |
| 09:27:03 | 6 | something. |
| 09:27:04 | 7 | THE COURT:  And maybe Al Benton.  Okay. |
| 09:27:16 | 8 | Now, tell me again as much information as any of |
| 09:27:18 | 9 | the sides can recall concerning the message allegedly sent |
| 09:27:22 | 10 | by Mr. Slocum to Mr. Mills.  And what I'm after is to see if |
| 09:27:28 | 11 | there's -- who those witnesses are who make the statement. |
| 09:27:34 | 12 | If they're from the California side, if we're satisfied with |
| 09:27:38 | 13 | discovery or if there are additional requests; and third, if |
| 09:27:42 | 14 | there's any independent indicia of formulation. |
| 09:27:46 | 15 | MS. FLYNN:  There is a kite.  It was Exhibit 48 in |
| 09:27:49 | 16 | the last one.  The kite that says we have someone on TL. |
| 09:27:53 | 17 | It's the Masterson kite. |
| 09:27:54 | 18 | THE COURT:  It was Exhibit -- |
| 09:27:57 | 19 | MS. FLYNN:  48 in the last trial. |
| 09:27:58 | 20 | THE COURT:  Now, just a moment. |
| 09:28:16 | 21 | MS. FLYNN:  And, Your Honor, that's the kite that |
| 09:28:18 | 22 | shows that the state put Tommy Lamb in the hat.  And Smith |
| 09:28:22 | 23 | says it was during these Palm Hall meetings that Lamb was |
| 09:28:28 | 24 | talked about as being somebody to put in the hat.  Slocum -- |
| 09:28:35 | 25 | THE COURT:  Just a minute.  So Slocum is at |

CR 02-938 DOC - 1/3/2007 - Volume I

35

| | | |
|---|---|---|
| 09:28:44 | 1 | Folsom, but he's brought down to Palm Hall? |
| 09:28:48 | 2 | MS. FLYNN: No. The -- the -- well, I think |
| 09:28:51 | 3 | Palm Hall is in Folsom, isn't it? Or Chino. |
| 09:28:54 | 4 | THE COURT: No, Palm Hall is in Chino. |
| 09:28:55 | 5 | MS. FLYNN: It's in Chino. Yes, he's brought |
| 09:28:58 | 6 | down. They have their meetings. They put a bunch of |
| 09:29:01 | 7 | different people in the hat. They talk about Rhino at the |
| 09:29:03 | 8 | time, Tommy Lamb, the Barnes killing. |
| 09:29:07 | 9 | THE COURT: Okay. Now, just a moment. |
| 09:29:13 | 10 | So that means that Mr. Slocum, if Mr. Smith, et |
| 09:29:17 | 11 | al., is correct, has to be transported out of Folsom down to |
| 09:29:23 | 12 | Palm Hall. Do you have those transfer records or do you |
| 09:29:45 | 13 | need them? |
| 09:29:45 | 14 | MR. BELTER: Your Honor, I know Mr. Slocum was |
| 09:29:48 | 15 | transferred down to Chino at some point. And I believe it's |
| 09:29:51 | 16 | in 1982. |
| 09:29:56 | 17 | THE COURT: How long was he there, do you know? |
| 09:29:59 | 18 | In other words -- first of all, I don't care. I just care |
| 09:30:01 | 19 | that you have the discovery. |
| 09:30:03 | 20 | MR. BELTER: Three weeks, Your Honor. |
| 09:30:05 | 21 | THE COURT: Three weeks. Let me ask it again. |
| 09:30:21 | 22 | The only reason I'm asking this is I don't know what |
| 09:30:24 | 23 | Mr. Smith's going to say. Mr. Smith may say, you know, |
| 09:30:29 | 24 | "Mr. Slocum was brought down to Palm Hall and I can't |
| 09:30:35 | 25 | remember the date, but he was there a year." |

CR 02-938 DOC - 1/3/2007 - Volume I

36

| | | |
|---|---|---|
| 09:30:39 | 1 | "Well, do you remember when, Mr. Smith?" |
| 09:30:42 | 2 | "Well '82, '83, '84.  The years kind of run |
| 09:30:46 | 3 | together when you're doing a life term." |
| 09:30:47 | 4 | "Well, can you be more specific, Mr. Smith?" |
| 09:30:51 | 5 | "No.  It was a long time ago. |
| 09:30:54 | 6 | Well, it was a long time. |
| 09:30:55 | 7 | Now, the only reason I'm going through that with |
| 09:30:58 | 8 | you is do you have the records? |
| 09:31:00 | 9 | MR. BELTER:  Your Honor, I have Mr. Slocum's C |
| 09:31:02 | 10 | file, which the Court is aware what that is. |
| 09:31:05 | 11 | THE COURT:  Absolutely. |
| 09:31:06 | 12 | MR. BELTER:  The State C file. |
| 09:31:08 | 13 | THE COURT:  So you're satisfied? |
| 09:31:09 | 14 | MR. BELTER:  Your Honor, what I'd like to do is |
| 09:31:10 | 15 | review the C file and talk to Mr. Slocum briefly about that |
| 09:31:14 | 16 | and make sure I do have exactly the records. |
| 09:31:17 | 17 | THE COURT:  Do you have them with you today? |
| 09:31:19 | 18 | MR. BELTER:  I don't have them with me, |
| 09:31:22 | 19 | Your Honor. |
| 09:31:22 | 20 | THE COURT:  Where is it? |
| 09:31:23 | 21 | MR. BELTER:  I may actually have it on my C drive |
| 09:31:25 | 22 | here. |
| 09:31:26 | 23 | THE COURT:  We'll be in continuous session until |
| 09:31:30 | 24 | I'm absolutely satisfied that you're satisfied. |
| 09:31:32 | 25 | MR. BELTER:  Right.  I understand.  That's fine. |

CR 02-938 DOC - 1/3/2007 - Volume I

37

| | | |
|---|---|---|
| 09:31:33 | 1 | THE COURT: Okay. So gentlemen, I'm going to go |
| 09:31:34 | 2 | through this piece by piece. And then if we need something |
| 09:31:37 | 3 | from CDC, we'll start now and we'll get it from them. All |
| 09:31:41 | 4 | right. |
| 09:31:41 | 5 | MS. FLYNN: Your Honor, additionally, if I could |
| 09:31:41 | 6 | just comment that when Lamb was killed, Slocum was actually |
| 09:31:44 | 7 | in the unit that Lamb was killed in. |
| 09:31:55 | 8 | THE COURT: But that was in October of 1988? |
| 09:31:58 | 9 | MS. FLYNN: Yes. |
| 09:32:08 | 10 | THE COURT: So what I don't understand in the Lamb |
| 09:32:10 | 11 | murder is if in 1982, the council wants Lamb killed, when |
| 09:32:19 | 12 | this message actually goes to the federal side. Is it in |
| 09:32:24 | 13 | '82 and somewhat forgotten with the renewal, you know, by |
| 09:32:29 | 14 | Mr. Slocum to Mr. Mills, or is this message reinvigorated |
| 09:32:38 | 15 | for the first time in 1988? And where is Mr. Mills located |
| 09:32:53 | 16 | when Mr. Slocum is allegedly communicating with him? |
| 09:32:59 | 17 | So I've got three entities that are running around |
| 09:33:01 | 18 | in my mind, California council, how it gets and when to the |
| 09:33:05 | 19 | federal side, and how and where Mr. Mills is physically |
| 09:33:08 | 20 | located compared to Mr. Slocum. Because the jury, once |
| 09:33:12 | 21 | again, is going to have a hard enough time of understanding |
| 09:33:16 | 22 | how the messages are passed. |
| 09:33:18 | 23 | MS. FLYNN: Lamb goes into federal custody in, I |
| 09:33:21 | 24 | think, September of 1983. |
| 09:33:24 | 25 | THE COURT: Okay. |

CR 02-938 DOC - 1/3/2007 - Volume I

38

| | | |
|---|---|---|
| 09:33:24 | 1 | MS. FLYNN:  And he's at Lompoc for much of it and |
| 09:33:28 | 2 | then at Marion, starting in December of '85. |
| 09:33:34 | 3 | THE COURT:  Okay.  So Lamb goes into Lompoc in |
| 09:33:37 | 4 | '83. |
| 09:33:42 | 5 | MS. FLYNN:  Well, he's in -- I'm not sure what |
| 09:33:44 | 6 | TRM -- he's in TRM in '83, and then Lompoc in '84. |
| 09:33:50 | 7 | THE COURT:  Okay.  And then in 1985, he goes over |
| 09:33:54 | 8 | to Marion? |
| 09:33:55 | 9 | MS. FLYNN:  Yes. |
| 09:33:55 | 10 | THE COURT:  And then he's murdered in 1988? |
| 09:34:04 | 11 | MS. FLYNN:  Yes. |
| 09:34:04 | 12 | THE COURT:  And, of course, Mr. Mills was in |
| 09:34:06 | 13 | Marion in that period of time. |
| 09:34:08 | 14 | MS. FLYNN:  Yes. |
| 09:34:08 | 15 | THE COURT:  Mr. Slocum would be at Marion, and, |
| 09:34:10 | 16 | obviously, Mr. Lamb's at Marion. |
| 09:34:21 | 17 | MS. FLYNN:  Yes. |
| 09:34:21 | 18 | MR. BELTER:  Your Honor, our records show that |
| 09:34:21 | 19 | Slocum's in a different block, however, at Marion. |
| 09:34:21 | 20 | THE COURT:  Right.  And you should have those |
| 09:34:21 | 21 | records from our discovery -- |
| 09:34:23 | 22 | MR. BELTER:  I do. |
| 09:34:24 | 23 | THE COURT:  -- in the Mills-Bingham matter. |
| 09:34:26 | 24 | Then when is the message passed?  Is it passed in |
| 09:34:30 | 25 | 1982, or is it passed in 1988 to Mills?  In other words, it |

| | | |
|---|---|---|
| 09:34:34 | 1 | comes from the California council, who makes this decision |
| 09:34:38 | 2 | in '82.  Does it go right over to the federal side and they |
| 09:34:42 | 3 | sit on it?  Or is it Mr. Slocum coming back into Marion and, |
| 09:34:47 | 4 | being in Mr. Mills' presence as head of the commission, that |
| 09:34:52 | 5 | reinvigorates that message?  Or do we know?  And if so, |
| 09:34:58 | 6 | who's going to tell us this? |
| 09:35:05 | 7 | MS. FLYNN:  Glen West will testify he talked to |
| 09:35:07 | 8 | Mills, that Mills got word from the state that the state had |
| 09:35:10 | 9 | ordered it, and that Mills approved it. |
| 09:35:15 | 10 | THE COURT:  Okay. |
| 09:35:16 | 11 | MS. FLYNN:  Glen West also talked to Cleo Roy, who |
| 09:35:19 | 12 | told him that they strangled him to make it look like a |
| 09:35:22 | 13 | suicide, and they did it because Barry told them to. |
| 09:35:27 | 14 | THE COURT:  Okay.  Now, I'm going to be asking you |
| 09:35:33 | 15 | in camera if you need Mr. Roy as a witness at some point |
| 09:35:37 | 16 | outside the presence of the government, because |
| 09:35:41 | 17 | transportation's always a problem.  So I don't want any |
| 09:35:44 | 18 | surprises. |
| 09:35:48 | 19 | MS. FLYNN:  Kevin Roach will say that he talked to |
| 09:35:51 | 20 | Mills about it, and that Mills used the Lamb killing as an |
| 09:35:57 | 21 | example of the continuity between the state and the Feds, |
| 09:36:01 | 22 | all one organization, that the order came through Slocum. |
| 09:36:05 | 23 | THE COURT:  So it's going to be Roach testifying, |
| 09:36:08 | 24 | who states, "I talked to Mills" -- I being Roach -- "who |
| 09:36:13 | 25 | said that Slocum sent the message." |

CR 02-938 DOC - 1/3/2007 - Volume I

40

| | | |
|---|---|---|
| 09:36:16 | 1 | MS. FLYNN:  Yes. |
| 09:36:17 | 2 | THE COURT:  Or carried the message. |
| 09:36:22 | 3 | Okay. |
| 09:36:32 | 4 | MS. FLYNN:  Barnes and Griffin will both testify |
| 09:36:35 | 5 | that they knew Lamb was in the hat, that the State had put |
| 09:36:38 | 6 | him in the hat, that that was the word in Marion.  They were |
| 09:36:42 | 7 | in the unit at the time. |
| 09:36:47 | 8 | THE COURT:  Do either West or Roach, who seem to |
| 09:36:50 | 9 | be more specific, tell us when the message was allegedly |
| 09:36:55 | 10 | conveyed, if it was '82 or '88? |
| 09:36:59 | 11 | MS. FLYNN:  No, Your Honor. |
| 09:37:00 | 12 | THE COURT:  Okay.  Once again, is there any |
| 09:37:05 | 13 | indication from any of the witnesses that you know about why |
| 09:37:09 | 14 | Slocum's the message carrier?  Because at the end of this, |
| 09:37:12 | 15 | I'm going to be asking if there are any exceptions.  I can |
| 09:37:17 | 16 | find no exception in any of the racketeering acts that I'm |
| 09:37:20 | 17 | going through wherein Slocum was not the message carrier. |
| 09:37:24 | 18 | We'll go through this one by one, though.  Okay? |
| 09:37:36 | 19 | Okay.  Racketeering Act Number Seven, Conspiracy |
| 09:37:38 | 20 | to Murder and Murder of Arva Lee Ray.  August 1989, Lompoc, |
| 09:37:43 | 21 | California. |
| 09:37:44 | 22 | Mr. Ray was misbehaving and using excessive drugs, |
| 09:37:51 | 23 | and was he also involved in blatant homosexuality? |
| 09:37:57 | 24 | MS. FLYNN:  Yes, sir. |
| 09:37:57 | 25 | THE COURT:  Is Mr. Ray the person who was |

CR 02-938 DOC - 1/3/2007 - Volume I

41

| | | |
|---|---|---|
| 09:37:57 | 1 | hot-shotted?  No, strike that.  He was with Dale Crone. |
| 09:37:59 | 2 | MS. FLYNN:  Yes. |
| 09:37:59 | 3 | THE COURT:  That was his -- his lover. |
| 09:38:02 | 4 | MS. FLYNN:  Yes. |
| 09:38:03 | 5 | THE COURT:  Is Mr. Crone still alive? |
| 09:38:05 | 6 | MS. FLYNN:  Yes, Your Honor. |
| 09:38:07 | 7 | THE COURT:  Okay.  Is he a potential witness? |
| 09:38:10 | 8 | MS. FLYNN:  Most likely not, Your Honor.  He may |
| 09:38:12 | 9 | be, though. |
| 09:38:14 | 10 | THE COURT:  Okay.  In August 1989, Mr. Filkins |
| 09:38:16 | 11 | agreed to seek permission from the Federal Commission to |
| 09:38:20 | 12 | murder AB member Ray.  Allegedly, Mr. Mills -- strike that. |
| 09:38:23 | 13 | The jury found Mr. Mills guilty.  So Mr. Mills and |
| 09:38:26 | 14 | Mr. Bingham authorized the murder. |
| 09:38:28 | 15 | Is this the prisoner that Al Benton had some |
| 09:38:38 | 16 | friendship with or was it McKinney?  I think it was Puppet |
| 09:38:40 | 17 | that he had a special affection for, and was a little bit |
| 09:38:44 | 18 | perturbed that Kennedy had committed the murder when Kennedy |
| 09:38:49 | 19 | wasn't an AB member. |
| 09:38:51 | 20 | MS. FLYNN:  Yes, that's the McKinney murder. |
| 09:38:56 | 21 | THE COURT:  Okay.  Ray is strangled by Filkins, |
| 09:38:58 | 22 | but he's not hung.  On August 1989, Mr. Mills and |
| 09:39:06 | 23 | Mr. Bingham inform Mr. Slocum that they had authorized Ray's |
| 09:39:10 | 24 | murder, and Slocum informed the AB at Lompoc that the |
| 09:39:13 | 25 | Federal Commission had authorized Ray's murder. |

CR 02-938 DOC – 1/3/2007 – Volume I

42

09:39:22   1           Is this the matter where Filkins initially tried
09:39:25   2   to hot-shot Ray?
09:39:28   3           MS. FLYNN:  Yes, Your Honor.
09:39:29   4           THE COURT:  Okay.  With Miller present, and
09:39:32   5   Filkins strangles Ray, but he didn't want it to look like
09:39:37   6   suicide.
09:39:38   7           As far as the indictment's concerned, you'll find
09:39:40   8   it at page 60, Paragraphs 127 through 134.  I was told
09:39:47   9   initially, when we were focused on the Mills and Bingham
09:39:51  10   trial, that Thomas Miller would be called, who was a
09:39:53  11   participant, and he was, in fact, called.
09:39:56  12           Leroy Crone might be called, who was an
09:39:59  13   eyewitness, came into the room.  Kevin Roach, Gene Bentley,
09:40:05  14   Phil Myers, who was present during the planning.  Richard
09:40:08  15   Bernard.  William Kelly, present during the planning.  And
09:40:13  16   Robert Mills, who stated he received a letter from Barry
09:40:17  17   Mills to kill Arva Lee Ray, according to his Grand Jury
09:40:21  18   testimony on October 7th of 1992.  That Judge Gadbois
09:40:25  19   apparently sentenced Mr. Filkins to life without possibility
09:40:30  20   of release on this particular crime.
09:40:34  21           Are those the same potential witnesses who may be
09:40:38  22   called?
09:40:39  23           MS. FLYNN:  Yes, Your Honor.  I don't know, did
09:40:41  24   you mention Bentley?
09:40:42  25           THE COURT:  Yes.

CR 02-938 DOC - 1/3/2007 - Volume I

43

| 09:40:43 | 1 | MS. FLYNN:  Okay.  And Bernard? |
| 09:40:44 | 2 | THE COURT:  Yes. |
| 09:40:44 | 3 | MS. FLYNN:  I'm sorry. |
| 09:40:46 | 4 | THE COURT:  Miller, Crone, Roach, Bentley, Myers, |
| 09:40:48 | 5 | Bernard, Kelly. |
| 09:40:50 | 6 | MS. FLYNN:  Michael Manby also testified. |
| 09:40:53 | 7 | THE COURT:  Michael Manby. |
| 09:40:54 | 8 | MS. FLYNN:  He could be a potential witness. |
| 09:41:04 | 9 | THE COURT:  Okay. |
| 09:41:04 | 10 | MS. FLYNN:  Michael Wagner and Glen West.  I don't |
| 09:41:04 | 11 | know if you mentioned those.  I'm sorry. |
| 09:41:04 | 12 | THE COURT:  Thank you. |
| 09:41:15 | 13 | Okay.  Now, in 1989, we know Mr. Slocum is at |
| 09:41:21 | 14 | Marion.  The murder occurs at Lompoc.  Mr. Mills is at |
| 09:41:34 | 15 | Marion in '89. |
| 09:41:41 | 16 | MR. WHITE:  Yes. |
| 09:41:42 | 17 | THE COURT:  Mr. Bingham is at Marion in '89? |
| 09:41:47 | 18 | MR. WHITE:  Yes. |
| 09:41:48 | 19 | THE COURT:  Then Slocum at Marion has to be |
| 09:41:50 | 20 | conveying the message -- |
| 09:41:56 | 21 | MR. BELTER:  He's actually on the street, Your |
| 09:41:57 | 22 | Honor. |
| 09:41:57 | 23 | MS. FLYNN:  He's on the street at this time, Your |
| 09:41:57 | 24 | Honor. |
| 09:41:58 | 25 | THE COURT:  He is? |

CR 02-938 DOC - 1/3/2007 - Volume I

44

| | | |
|---|---|---|
| 09:41:58 | 1 | MS. FLYNN:  Yeah, this goes down on January '89 to |
| 09:41:58 | 2 | October '89.  It was August of '89 that Ray was killed. |
| 09:42:07 | 3 | THE COURT:  So he's on the street. |
| 09:42:08 | 4 | Now, if this message is conveyed, then, by Mills |
| 09:42:19 | 5 | and Bingham back to Lompoc through Slocum, who's on the |
| 09:42:24 | 6 | street, it has to be a call, a phone call, or a letter. |
| 09:42:27 | 7 | What is it? |
| 09:42:28 | 8 | MS. FLYNN:  There was a phone call with members at |
| 09:42:30 | 9 | Lompoc.  I think it was Kelly and Filkins, if I remember |
| 09:42:33 | 10 | correctly. |
| 09:42:35 | 11 | THE COURT:  Okay.  Just a moment. |
| 09:42:36 | 12 | MS. FLYNN:  I believe they were the ones that |
| 09:42:37 | 13 | placed a phone call from Lompoc to Slocum on the street. |
| 09:42:41 | 14 | THE COURT:  Kelly and Filkins to Slocum on the |
| 09:42:51 | 15 | street. |
| 09:42:55 | 16 | MR. BELTER:  Your Honor, I think that that may be |
| 09:42:57 | 17 | confusing it with the Barnett -- |
| 09:42:59 | 18 | MS. FLYNN:  I think I may be -- actually, I did |
| 09:43:02 | 19 | confuse that, yeah. |
| 09:43:04 | 20 | THE COURT:  Okay.  Thank you. |
| 09:43:08 | 21 | MS. FLYNN:  This is the one where they got the |
| 09:43:10 | 22 | kite. |
| 09:43:10 | 23 | THE COURT:  Okay. |
| 09:43:11 | 24 | MS. FLYNN:  They got a hit-and-miss message. |
| 09:43:15 | 25 | THE COURT:  This is a kite, not a phone call. |

CR 02-938 DOC - 1/3/2007 - Volume I

45

| | | |
|---|---|---|
| 09:43:17 | 1 | Mr. Belter, thank you.  It's a kite.  So it's a hit-and-miss |
| 09:43:21 | 2 | message.  And do we know the exhibit number on that? |
| 09:43:28 | 3 | MS. FLYNN:  Your Honor, it was destroyed.  William |
| 09:43:34 | 4 | Kelly testified about it. |
| 09:43:48 | 5 | THE COURT:  Is there any physical evidence?  Any |
| 09:43:49 | 6 | kite or any phone call that anybody knows about, or is this |
| 09:43:58 | 7 | going to come from an informant?  Is that going to be the |
| 09:44:01 | 8 | sole source of the information? |
| 09:44:02 | 9 | MR. BELTER:  From an informant, Your Honor. |
| 09:44:05 | 10 | MS. FLYNN:  An informant. |
| 09:44:09 | 11 | THE COURT:  So sole indicia of Mr. Slocum passing |
| 09:44:13 | 12 | this message will be cooperators. |
| 09:44:28 | 13 | Okay.  Racketeering Act Eight, Conspiracy to |
| 09:44:31 | 14 | Murder and Attempted Murder of Jeffrey "Monster" Barnett, |
| 09:44:35 | 15 | March 13, 1990. |
| 09:44:37 | 16 | In June 1983, Mr. Griffin ordered Mr. Barnett to |
| 09:44:40 | 17 | be murdered because Barnett's wife had refused to smuggle |
| 09:44:44 | 18 | narcotics, allegedly, into the prison.  June 19, 1983, AB |
| 09:44:50 | 19 | associate, Richard Woerner, attempted to murder Barnett by |
| 09:44:54 | 20 | stabbing him.  Apparently unsuccessfully.  And in |
| 09:44:57 | 21 | March 1990, Mr. Slocum informed Mr. Mills again that the |
| 09:45:00 | 22 | California Commission wanted "Monster" Barnett murdered.  So |
| 09:45:04 | 23 | Mr. Slocum's on the street at that time. |
| 09:45:12 | 24 | MR. BELTER:  Your Honor, it appears -- Your Honor, |
| 09:45:17 | 25 | just -- what was the date again?  'Cause I believe Mr. -- |

CR 02-938 DOC - 1/3/2007 - Volume I

46

| | | |
|---|---|---|
| 09:45:26 | 1 | THE COURT:  March 1990. |
| 09:45:28 | 2 | MR. BELTER:  He's in Lompoc, Your Honor. |
| 09:45:30 | 3 | MS. FLYNN:  He goes in in October of '89. |
| 09:45:34 | 4 | THE COURT:  Yeah, so he's in Lompoc.  Thank you. |
| 09:45:40 | 5 | Thank you very much. |
| 09:45:53 | 6 | Okay.  Mills orders Slocum to have Hicklin and |
| 09:45:55 | 7 | Gibson murder Barnett.  And Slocum then relays that message |
| 09:46:03 | 8 | to Hicklin and Gibson to murder Barnett.  And on March 13th, |
| 09:46:08 | 9 | Mr. Gibson holds Mr. Barnett and Hicklin repeatedly stabs |
| 09:46:13 | 10 | Monster. |
| 09:46:14 | 11 | And I remember at the trial, Monster was angry, |
| 09:46:16 | 12 | more angry that they didn't take him head on, that they |
| 09:46:21 | 13 | snuck up behind him.  He didn't mind being stabbed so |
| 09:46:25 | 14 | much -- I'm not being facetious about that.  That didn't |
| 09:46:26 | 15 | seem to bother him as much because it was just a plastic |
| 09:46:29 | 16 | shank, but he was infuriated that they tried to sneak up on |
| 09:46:33 | 17 | him.  And you'll find that page 54, Paragraph 81 through 86. |
| 09:46:39 | 18 | Now, here's what I'm curious about.  It sounds to |
| 09:46:42 | 19 | me like I've got two messages to deal with, potentially. |
| 09:46:47 | 20 | I've got one message, allegedly, that Mr. Slocum |
| 09:47:00 | 21 | carries from the California Commission to Mr. Mills.  And he |
| 09:47:09 | 22 | apparently was doing that in, allegedly, 1990, when he's in |
| 09:47:15 | 23 | custody at Lompoc.  That's the way I'm reading this.  And |
| 09:47:22 | 24 | then I've got a second message, allegedly, that he's |
| 09:47:26 | 25 | carrying for Mr. Mills back to Mr. Gibson -- that means he's |

CR 02-938 DOC - 1/3/2007 - Volume I

47

| | | |
|---|---|---|
| 09:47:46 | 1 | got to be communicating with the California Commission and |
| 09:47:49 | 2 | then he's got to be communicating with Mr. Mills over in |
| 09:47:57 | 3 | Marion, and all this is carried out at Lompoc. |
| 09:48:02 | 4 | MR. BELTER:  Correct. |
| 09:48:03 | 5 | THE COURT:  So, of course, the obvious question |
| 09:48:07 | 6 | becomes, as I'm trying to put this together, is this going |
| 09:48:11 | 7 | to come strictly through cooperators, again, or is there any |
| 09:48:15 | 8 | physical kite or phone call or any additional records needed |
| 09:48:19 | 9 | from CDC?  Because if the testimony by any of the |
| 09:48:23 | 10 | cooperators is that it came out, for instance, by a |
| 09:48:26 | 11 | three-way phone call, or it came out in terms of a kite, |
| 09:48:29 | 12 | then I want to make sure that CDC doesn't have something, |
| 09:48:32 | 13 | because we've only focused on Mr. Mills and Bingham so far |
| 09:48:37 | 14 | on the federal level. |
| 09:48:39 | 15 | MR. BELTER:  Your Honor, we've not been provided |
| 09:48:40 | 16 | any physical evidence or corroboration of any message or |
| 09:48:47 | 17 | telephone call. |
| 09:48:50 | 18 | MS. FLYNN:  Your Honor, Kelly testified that there |
| 09:48:52 | 19 | was a telephone call sometime in, I think he says October of |
| 09:48:56 | 20 | '89. |
| 09:48:57 | 21 | THE COURT:  Okay. |
| 09:48:58 | 22 | MS. FLYNN:  We have nothing to corroborate that. |
| 09:49:00 | 23 | And there was cross-examination of Mr. Kelly on that point |
| 09:49:04 | 24 | regarding the time that Slocum went into custody. |
| 09:49:07 | 25 | THE COURT:  Okay.  Now, Kelly -- |

| | | |
|---|---|---|
| 09:49:09 | 1 | MS. FLYNN:  And whether or not that call could |
| 09:49:13 | 2 | have happened. |
| 09:49:14 | 3 | THE COURT:  And Kelly would have been where? |
| 09:49:17 | 4 | MS. FLYNN:  Lompoc. |
| 09:49:17 | 5 | THE COURT:  Lompoc.  So the phone call involving |
| 09:49:27 | 6 | Slocum and what?  The California Commission or Mills? |
| 09:49:31 | 7 | MS. FLYNN:  They wanted to double-check with |
| 09:49:33 | 8 | Slocum if he was still in the hat to see what to do. |
| 09:49:37 | 9 | THE COURT:  Right.  And it's pretty general, |
| 09:49:38 | 10 | though.  There's two conversations I'm dealing with.  I just |
| 09:49:42 | 11 | figured that out a couple days after Christmas.  I wasn't |
| 09:49:43 | 12 | dealing with one phone call, lumping it together.  I had to |
| 09:49:48 | 13 | be dealing with two separate communications.  And it was |
| 09:49:51 | 14 | pretty general from Mr. Kelly's part about that message, |
| 09:49:54 | 15 | whether it came from the state side in to him, or whether |
| 09:50:00 | 16 | it's with Mills, or whether it's just lumped all together. |
| 09:50:04 | 17 | And we don't know. |
| 09:50:05 | 18 | And the reason I'm asking is this.  If there's a |
| 09:50:08 | 19 | phone call, I've focused so far on the Bureau of Prisons. |
| 09:50:11 | 20 | And the Mills and Bingham case, I just had to look at BOP |
| 09:50:16 | 21 | and see if there were any records concerning phone calls or |
| 09:50:19 | 22 | a three-way call.  But over the last couple weeks looking at |
| 09:50:24 | 23 | this, it occurred to me that if the testimony was truthful, |
| 09:50:27 | 24 | that this could have been a phone call that he's referring |
| 09:50:31 | 25 | to coming from the state side.  And if so, has anybody |

CR 02-938 DOC - 1/3/2007 - Volume I

49

| | | |
|---|---|---|
| 09:50:35 | 1 | checked CDC?  Because from the defense perspective, if they |
| 09:50:39 | 2 | haven't kept records or destroyed them, or it doesn't exist, |
| 09:50:42 | 3 | then it's powerful impeachment.  If it does exist, then it's |
| 09:50:48 | 4 | powerful evidence for the government. |
| 09:50:51 | 5 | MS. FLYNN:  Your Honor, I've inquired if they have |
| 09:50:55 | 6 | recordings in that time period and they do not, is what I've |
| 09:50:58 | 7 | been told by CDC. |
| 09:51:00 | 8 | THE COURT:  Okay.  Mr. Belter, are you going to |
| 09:51:02 | 9 | subpoena somebody from CDC or get an affidavit to that |
| 09:51:07 | 10 | effect? |
| 09:51:07 | 11 | MR. BELTER:  Yes, Your Honor. |
| 09:51:08 | 12 | THE COURT:  Okay.  That covers the record, at |
| 09:51:08 | 13 | least.  It may not cover the truthfulness of it, but at |
| 09:51:11 | 14 | least we're going to find out they have no recordings.  I |
| 09:51:15 | 15 | accept Ms. Flynn's representation that she's checked.  I |
| 09:51:20 | 16 | just don't accept CDC's representation orally. |
| 09:51:24 | 17 | Okay.  These were the witnesses -- |
| 09:51:25 | 18 | MS. FLYNN:  Actually, Your Honor, this is actually |
| 09:51:29 | 19 | a BOP call. |
| 09:51:35 | 20 | Kelly was in Lompoc at the time.  I checked with a |
| 09:51:39 | 21 | state facility to see if records of three-way calls would |
| 09:51:44 | 22 | have existed at that time.  And they said, no, because there |
| 09:51:47 | 23 | was some indication that Slocum might have already gone into |
| 09:51:51 | 24 | custody.  And the call Kelly had with Slocum could have been |
| 09:51:51 | 25 | a three-way call.  I called that facility and they did not |

CR 02-938 DOC - 1/3/2007 - Volume I

50

| | | |
|---|---|---|
| 09:51:55 | 1 | record at that time. |
| 09:51:55 | 2 | THE COURT:  So it sounds like, to me, that there's |
| 09:51:58 | 3 | no surprises.  The end result is everybody from the |
| 09:52:01 | 4 | government to the defense knows you're going to be dealing |
| 09:52:03 | 5 | with a witness on direct and cross who says a phone call was |
| 09:52:07 | 6 | placed at such and such a place, at such and such a time |
| 09:52:12 | 7 | period, and there's not going to be a surprise message or |
| 09:52:14 | 8 | surprise phone call. |
| 09:52:15 | 9 | Okay.  These were the witnesses you mentioned: |
| 09:52:18 | 10 | Barnett, Roach, Bentley, McVeigh, who was an eyewitness to |
| 09:52:25 | 11 | the stabbing, Olson, who was an eyewitness to the stabbing, |
| 09:52:29 | 12 | Manby, planning the murder, Myer, and then Kelly, planning |
| 09:52:34 | 13 | the murder.  Basically, those potential people? |
| 09:52:39 | 14 | MS. FLYNN:  Yes, Your Honor.  I think Mr. Smith |
| 09:52:43 | 15 | and Michael Wagner could also be potential witnesses on |
| 09:52:47 | 16 | this. |
| 09:52:58 | 17 | THE COURT:  Thank you.  Once again, Mr. Slocum is |
| 09:53:01 | 18 | allegedly the message carrier.  Do any of you need a break |
| 09:53:13 | 19 | at all? |
| 09:53:18 | 20 | Okay.  We'll do one more, then take a break. |
| 09:53:21 | 21 | Racketeering Act Ten, Conspiracy to Murder and |
| 09:53:23 | 22 | Attempted Murder of Joel Burkett, March 1st, 1992, Marion, |
| 09:53:26 | 23 | Illinois. |
| 09:53:27 | 24 | Stabbed by Lawrence Klaker, according to my notes, |
| 09:53:31 | 25 | at Marion.  Defended the AB, allegedly, in California State |

CR 02-938 DOC – 1/3/2007 – Volume I

51

| | | |
|---|---|---|
| 09:53:35 | 1 | Prison, and the word went out initially through Sahakian to |
| 09:53:38 | 2 | the Federal AB. |
| 09:53:40 | 3 | Now, tell me, is Sahakian transferred from the |
| 09:53:43 | 4 | State of California sometime after 1992 into the federal |
| 09:53:48 | 5 | system?  Does anybody know? |
| 09:53:56 | 6 | MR. BELTER:  Your Honor, I believe he's in federal |
| 09:53:58 | 7 | custody at the time. |
| 09:54:00 | 8 | THE COURT:  Okay.  So then Mr. Mills verifies |
| 09:54:18 | 9 | through Slocum that Burkett was a snitch and cooperated with |
| 09:54:23 | 10 | state authorities.  Burkett apparently had given up |
| 09:54:26 | 11 | information about knives and hiding places to the state |
| 09:54:30 | 12 | authorities.  Apparently, in 1986, the California Commission |
| 09:54:34 | 13 | had ordered Burkett's murder for disposing weapons to the |
| 09:54:36 | 14 | authorities in Folsom prison.  In '91, the California |
| 09:54:42 | 15 | Commission of Mr. Stinson, Terflinger and Griffin ordered |
| 09:54:46 | 16 | Sahakian to deliver the message to the Federal AB.  In July |
| 09:54:51 | 17 | '91, the California Commission sent word to Mr. Slocum that |
| 09:54:56 | 18 | Mr. Burkett was to be murdered in July '91.  Mr. Slocum |
| 09:55:00 | 19 | informed Mr. Mills.  Mills told Greschner to tell Klaker to |
| 09:55:05 | 20 | murder Mr. Burkett.  And on March 1st, 1992, Mr. Klaker |
| 09:55:08 | 21 | stabbed Burkett.  You'll find that at page 57, Paragraphs |
| 09:55:13 | 22 | 101 through 110. |
| 09:55:15 | 23 | You initially told me that Kevin Roach would be |
| 09:55:18 | 24 | called, Mr. Bentley, Mr. West, Mr. Risk, who was an |
| 09:55:23 | 25 | eyewitness.  He's the gentleman, isn't he, who went on |

CR 02-938 DOC - 1/3/2007 - Volume I

52

| | | |
|---|---|---|
| 09:55:27 | 1 | vacation?  Was it Mr. Risk?  Was Mr. Risk the gentleman who |
| 09:55:33 | 2 | went on vacation to New Mexico? |
| 09:55:36 | 3 | MR. WHITE:  No.  Risk is the friend of the |
| 09:55:40 | 4 | Indians. |
| 09:55:41 | 5 | MS. FLYNN:  The Don Quixote guy. |
| 09:55:45 | 6 | THE COURT:  He's the one who went down during |
| 09:55:47 | 7 | spring break to New Mexico -- |
| 09:55:49 | 8 | MS. FLYNN:  Yes.  Actually, Your Honor, you're |
| 09:55:50 | 9 | right. |
| 09:55:51 | 10 | THE COURT:  -- for vacation.  And then pulled the |
| 09:55:52 | 11 | robberies, went to Colorado and pulled two more.  It will be |
| 09:55:56 | 12 | a pleasure to see him again. |
| 09:56:00 | 13 | MR. DONATELLI:  Those are nice vacation spots. |
| 09:56:14 | 14 | THE COURT:  When does this message go out?  I'm |
| 09:56:20 | 15 | potentially dealing with two different time periods, 1986 or |
| 09:56:24 | 16 | close to the time of murder, 1991.  While we're looking for |
| 09:56:51 | 17 | that, the reason that that's going to be important is the |
| 09:56:52 | 18 | witnesses a lot of times will mush that together.  A message |
| 09:57:02 | 19 | was simply sent by Mr. Slocum, end of discussion.  But if |
| 09:57:02 | 20 | it's '86, then he's going to be in Marion.  If it's '91, |
| 09:57:11 | 21 | then he's at Lompoc.  And how is that message sent? |
| 09:57:15 | 22 | Hit-and-miss? |
| 09:57:19 | 23 | MS. FLYNN:  According to Roach, he says that Mills |
| 09:57:21 | 24 | told him that Burkett needed to be hit and that Sahakian had |
| 09:57:26 | 25 | brought the information from the state system. |

53

| | | |
|---|---|---|
| 09:57:31 | 1 | Roach says that Mills told him he independently |
| 09:57:34 | 2 | confirmed that through Slocum and that Mills learned that |
| 09:57:37 | 3 | the California Commission had ordered the hit. |
| 09:57:46 | 4 | THE COURT:  Now, that still leaves two potential |
| 09:57:48 | 5 | time periods, '86 when the California Commission orders it, |
| 09:57:53 | 6 | or '91.  It sounds more realistic that it's '91.  But it's |
| 09:58:00 | 7 | lumped together.  So I don't think anybody's going to know. |
| 09:58:11 | 8 | If it's '91, it means Mr. Slocum's at Lompoc |
| 09:58:16 | 9 | communicating with Mr. Mills.  So Mr. Mills is sitting in |
| 09:58:21 | 10 | Marion at the time, asking Mr. Slocum at Lompoc to verify |
| 09:58:25 | 11 | with California Commission, who's scattered all over the |
| 09:58:30 | 12 | place probably by 1991.  So my question's going to be, where |
| 09:58:32 | 13 | are Griffin, Stinson, and Terflinger at the time?  Are they |
| 09:58:42 | 14 | up in Pelican Bay?  And if they're up in Pelican Bay, how is |
| 09:58:47 | 15 | Slocum acting as the go-between sitting over in Lompoc?  It |
| 09:58:51 | 16 | seems awfully difficult -- not to communicate with Mills.  I |
| 09:58:54 | 17 | understand that that can readily take place through a |
| 09:58:58 | 18 | transfer.  But how is he communicating, then, with the |
| 09:59:00 | 19 | Commission to make the verification?  And if so, is this a |
| 09:59:05 | 20 | phone call or is it a kite?  And if it's either, is there |
| 09:59:06 | 21 | any independent indicia or evidence concerning that?  Or |
| 09:59:06 | 22 | once again, are we going to be dealing with cooperators? |
| 09:59:06 | 23 | MR. BELTER:  Your Honor, they -- |
| 09:59:23 | 24 | THE COURT:  I don't want any surprises.  I don't |
| 09:59:24 | 25 | want them to come up with the CDC.  I don't trust them.  Let |

CR 02-938 DOC - 1/3/2007 - Volume I

54

| | | |
|---|---|---|
| 09:59:25 | 1 | me just say that.  I don't trust them in terms of looking. |
| 09:59:26 | 2 | I don't trust them in terms of the pressure that needs to be |
| 09:59:29 | 3 | applied to come up with this stuff. |
| 09:59:33 | 4 | MR. BELTER:  Those gentlemen are in Pelican Bay, |
| 09:59:35 | 5 | Your Honor. |
| 09:59:35 | 6 | THE COURT:  They're in Pelican Bay. |
| 09:59:35 | 7 | MR. BELTER:  And my understanding is the |
| 09:59:36 | 8 | government will present informant witnesses or -- |
| 09:59:40 | 9 | THE COURT:  So nobody knows anything about any |
| 09:59:41 | 10 | independent kite? |
| 09:59:43 | 11 | MR. BELTER:  There's no independent kite. |
| 09:59:45 | 12 | THE COURT:  No phone call?  And nobody's concerned |
| 09:59:47 | 13 | about that? |
| 09:59:54 | 14 | MR. WHITE:  The jury should be concerned. |
| 09:59:56 | 15 | THE COURT:  But there's no surprises.  All of you |
| 09:59:59 | 16 | are satisfied that subpoenas don't need to go out to CDC, |
| 10:00:03 | 17 | nobody needs to worry about a kite, or if they have |
| 10:00:06 | 18 | independent evidence? |
| 10:00:15 | 19 | Okay.  Racketeering Act Eleven, Twelve, Thirteen, |
| 10:00:16 | 20 | and Fourteen.  These are a series of narcotics.  I've just |
| 10:00:20 | 21 | listed them as narcotics.  Write down these dates quickly. |
| 10:00:23 | 22 | It's an easy way to summarize them. |
| 10:00:23 | 23 | Racketeering Act Eleven occurs on 8/22/92, |
| 10:00:27 | 24 | 8/24/92, 8/25/92.  Racketeering Act Twelve, more narcotics, |
| 10:00:33 | 25 | October 4th, '92, October 6, '92.  Racketeering |

CR 02-938 DOC - 1/3/2007 - Volume I

55

| | | |
|---|---|---|
| 10:00:37 | 1 | Act Thirteen, November 12, '92, November 13, '92. |
| 10:00:41 | 2 | Racketeering Act Fourteen, January 1st, '93, January 9, '93, |
| 10:00:47 | 3 | January 20, 1993. |
| 10:00:53 | 4 | Who's going to testify concerning those and how |
| 10:00:55 | 5 | long is that going to take? |
| 10:00:58 | 6 | MS. FLYNN:  Your Honor, I don't anticipate it |
| 10:01:00 | 7 | taking a long time. |
| 10:01:01 | 8 | THE COURT:  How long? |
| 10:01:03 | 9 | MS. FLYNN:  Mary Bentley will testify. |
| 10:01:04 | 10 | THE COURT:  Mary Bentley. |
| 10:01:05 | 11 | MS. FLYNN:  And then there will be, I believe, |
| 10:01:07 | 12 | phone records. |
| 10:01:10 | 13 | THE COURT:  Phone records to corroborate her? |
| 10:01:14 | 14 | MS. FLYNN:  Yeah, 'cause their use of a |
| 10:01:15 | 15 | communication device. |
| 10:01:17 | 16 | THE COURT:  Okay.  And is there any recording |
| 10:01:19 | 17 | coming off of those?  Any actual conversation? |
| 10:01:20 | 18 | MS. FLYNN:  I don't think we have any recordings, |
| 10:01:22 | 19 | Your Honor. |
| 10:01:22 | 20 | THE COURT:  No actual conversations? |
| 10:01:23 | 21 | MS. FLYNN:  No, no actual conversations. |
| 10:01:25 | 22 | THE COURT:  So in other words, you're able really |
| 10:01:27 | 23 | to prove that, from your perspective, through Mary Bentley? |
| 10:01:31 | 24 | MS. FLYNN:  Right.  And maybe a couple other of |
| 10:01:33 | 25 | the bigger witnesses, like Gene Bentley, that may know |

CR 02-938 DOC - 1/3/2007 - Volume I

56

| | | |
|---|---|---|
| 10:01:36 | 1 | something about it. |
| 10:01:39 | 2 | THE COURT:  Okay.  We'll start with Racketeering |
| 10:01:39 | 3 | Act Fifteen.  Why don't we -- |
| 10:01:40 | 4 | MR. DONATELLI:  Judge, can I ask a question?  I |
| 10:01:42 | 5 | looked at Mary Bentley and I haven't seen any *Giglio* |
| 10:01:45 | 6 | information about Mary Bentley in any discovery that we've |
| 10:01:49 | 7 | gotten. |
| 10:01:50 | 8 | THE COURT:  Okay.  We'll find it. |
| 10:01:53 | 9 | Okay.  Then how long do you need?  Half an hour? |
| 10:01:57 | 10 | Make it easy.  How about 10:30.  Okay.  Thanks a lot. |
| 10:02:01 | 11 | *(Recess held at 10:01 a.m.)* |
| 10:09:10 | 12 | *(Further proceedings reported by Jane Rule in* |
| 10:09:15 | 13 | *Volume II.)* |
| 10:09:15 | 14 | -oOo- |
| 10:09:15 | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

CR 02-938 DOC – 1/3/2007 – Volume I

57

-oOo-


CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.


Date:  January 4, 2006



DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR