**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to General Order 05-01, Local Rule 5-4 and/or the Federal Rules of Civil Procedure, the following deficiency(ies) has been found with your electronically filed document, docket number: _____.

**ERRORS WITH DOCUMENT**
☐ Document submitted in the wrong case.
☐ Incorrect document is attached to the docket entry.
☐ Document linked incorrectly to the wrong document.
☐ Incorrect Document Type selected (i.e., event selected does not match document attached).
☐ Case number is incorrect or missing.
☐ Proof of Service is missing for non-electronically served parties.
☐ Electronic signature is missing (/s/).
☐ Hearing information is missing.
☐ Hearing information incorrect.
☐ Case is closed.
☐ Other

**ACTION TAKEN BY THE CLERK**
☐ The deficiency indicated above has been corrected by the clerk.
☐ Hearing date VACATED to be reset at a later date, if necessary.
☐ The hearing date has been CONTINUED to _____ at _____
☐ Other

**ACTION REQUIRED BY FILER**
The deficiency must be corrected by _____.
                                                                *Date*
☐ Filing an amended/corrected document.
☐ Filing an amended Notice of Hearing.
☐ Re-filing the document(s) using the correct event: _____
☐ Re-filing the document and attaching the correct document.
☐ Other

Clerk, U.S. District Court

Dated: _____          By: _____
                                                                Deputy Clerk

G-112 (10/06)          **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**