```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEPHEN G. WOLFE (Cal. Bar No. 116400)
 4  JOSEPH N. AKROTIRIANAKIS (Cal. Bar No. 197971)
    Assistant United States Attorney
 5  1500 United States Courthouse
    312 North Spring Street
 6  Los Angeles, California 90012
         Telephone: (213) 894-2467
 7       Facsimile: (213) 894-3713
         Email: joseph.akrotirianakis@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 02-938-VAP |
|---|---|---|
| Plaintiff, | ) | <u>STIPULATIONS REGARDING INMATE QUARTERS HISTORIES</u> |
| v. | ) | |
| DAVID MICHAEL SAHAKIAN, | ) | |
| Defendant. | ) | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant David Michael Sahakian, through his counsel of record, hereby agree and stipulate that all "inmate quarters histories," including trial exhibits 250-323, which appear on their face to be genuine business records

//
//
//
//
//

from the Bureau of Prisons are authentic, and otherwise admissible at the trial of this action.

IT IS SO STIPULATED.

On Behalf of Plaintiff United States of America:
THOMAS P. O'BRIEN
United States Attorney

_____   August 14, 2008
STEPHEN G. WOLFE                     Date
JOSEPH N. AKROTIRIANAKIS
Assistant United States Attorneys

On Behalf of Defendant David Michael Sahakian:

_____   Aug 14, 2008
JOSEPH L. GREEN                      Date
BURTON H. SHOSTAK
Counsel for Defendant
David Michael Sahakian