1 | Joseph L. Green, Esq., Fed.#34850
Leritz, Plunkert & Bruning, P.C.
One City Centre, Suite 2001
St. Louis, Missouri 63101
Telephone: (314) 231-9600
Facsimile: (314) 231-9480

Burton H. Shostak, Esq., Fed.#4359
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, Missouri 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
David M. Sahakian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

**UNITED STATES OF AMERICA**,

　　　　Plaintiff,

　　vs.

**DAVID SAHAKIAN, ET AL**.,

　　　　Defendants.

Case No.: CR-02-938-VAP-09

**MOTION FOR JUDGMENT OF ACQUITTAL AT THE CLOSE OF ALL THE EVIDENCE**

　　COMES NOW Defendant, David Sahakian, and moves this Honorable Court for a Judgment of Acquittal at the close of all the evidence. In support of his Motion Defendant states as follows:

　　1.　　The evidence in this case taken as a whole is insufficient to prove Defendant's guilt beyond a reasonable doubt as a matter of law.

　　2.　　The Government has failed to prove each and every element of each Count in the Indictment for the jury to return a verdict of guilty.

3. The evidence offered is equally consistent with the findings of innocence.

WHREEFORE, Defendant respectfully requests this Court enter a judgment of acquittal at the close of all the evidence and for any further orders this Court deems just and proper.

Dated this 3rd day
of October, 2008

| /s/ Joseph L. Green | /s/ Burton H. Shostak |
|---|---|
| Joseph L. Green, Fed.#34850 | Burton H. Shostak, Fed.#4359 |
| Leritz, Plunkert & Bruning, P.C. | Shostak & Shostak, LLC |
| One City Centre, Suite 2001 | 8015 Forsyth Boulevard |
| St. Louis, Missouri 63101 | St. Louis, MO 63105 |
| Telephone: (314) 231-9600 | Telephone: (314) 725-3200 |
| Facsimile: (314) 231-9480 | Facsimile: (314) 725-3275 |
| E-mail: jgreen@leritzlaw.com | E-mail: bshostak@shostaklawfirm.com |