1 **UNITED STATES DISTRICT COURT**

2 **CENTRAL DISTRICT OF CALIFORNIA**

3 **WESTERN DIVISION AT RIVERSIDE**

4 HONORABLE VIRGINIA A. PHILLIPS, JUDGE PRESIDING

5

6

7 UNITED STATES OF AMERICA,           )
                                      )
        PLAINTIFF,                    )
8                                     )
        VS.                           ) CR NO. 02-938(A)-VAP
9                                     ) VOLUME II
    DAVID MICHAEL SAHAKIAN,           )
10                                    )
        DEFENDANT.                    )
11 _____)

12

13

14 REPORTER'S TRANSCRIPT OF PROCEEDINGS

15 RIVERSIDE, CALIFORNIA

16 THURSDAY, AUGUST 14, 2008

17 1:15 P.M.

18

19

20 **DEBORAH D. PARKER, CSR 10342**
   **OFFICIAL COURT REPORTER**
21 **UNITED STATES DISTRICT COURT**
   **411 WEST FOURTH STREET**
   **SUITE 1-053**
22 **SANTA ANA, CALIFORNIA 92701**
   **(714) 542-8409**
23 **D.PARKER@IX.NETCOM.COM**

24

25

2

```
 1   APPEARANCES OF COUNSEL:

 2

 3       FOR THE PLAINTIFF, UNITED STATES OF AMERICA:

 4                           THOMAS P. O'BRIEN
                             UNITED STATES ATTORNEY
 5
                             CHRISTINE C. EWELL
 6                           ASSISTANT UNITED STATES ATTORNEY
                             CHIEF, CRIMINAL DIVISION
 7

 8                           STEPHEN G. WOLFE
                             JOSEPH N. AKROTIRIANAKIS
 9                           ASSISTANT UNITED STATES ATTORNEYS
                             UNITED STATES DISTRICT COURT
10                           1500 UNITED STATES COURTHOUSE
                             312 NORTH SPRING STREET
11                           SUITE 1504
                             LOS ANGELES, CALIFORNIA 90012
12                           (213) 894-2467

13

14       FOR THE DEFENDANT, DAVID MICHAEL SAHAKIAN:

15                           JOSEPH L. GREEN
                             LERITZ PLUNKERT AND BRUNING
16                           ONE CITY CENTRE
                             SUITE 2001
17                           ST. LOUIS, MISSOURI 63101
                             (314) 231-9600
18
                             BURTON H. SHOSTAK
19                           MOLINE SHOSTAK AND MOHAN
                             8015 FORSYTH BOULEVARD
20                           ST. LOUIS, MISSOURI 63105
                             (314) 725-3200
21

22

23

24

25
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
 1                         I N D E X

 2

 3    PLAINTIFF'S WITNESSES:   DIRECT  CROSS  REDIRECT  RECROSS

 4     GLEN WEST                  38
                                  67
 5

 6

 7                       E X H I B I T S

 8    PLAINTIFF'S EXHIBITS:              IDENTIFICATION  EVIDENCE

 9     2, 2A, 3, 3A, 4, 4A ARYAN                          80
            BROTHERHOOD OATH, PROPERTY
10          OF STOREY, BERNARD AND
            VOUGHT
11
       5 AND 6 MEMBERSHIP LISTS FOUND IN                 104
12          PROPERTY TYLER DAVIS
            BINGHAM
13
       27    PHOTOGRAPH OF GLEN WEST'S                    100
14          TATTOO

15     43    PHOTOGRAPH OF DAVID                          101
            SAHAKIAN
16
       44    MAP                                          46
17
       51 AND 52 PHOTOGRAPHS OF HOBBY                     50
18          CRAFT AND VISITING ROOM

19     72    PHOTOS FROM GLEN WEST'S                      121
            PHOTO ALBUM
20
       77 THROUGH 79 PHOTOGRAPHS OF                       72
21          TYLER BINGHAM, RONALD
            SLOCUM AND DAVID SAHAKIAN
22
       250 THROUGH 323 INMATE HISTORY                     60
23          QUARTERS

24

25
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
 1    RIVERSIDE, CALIFORNIA; THURSDAY, AUGUST 14, 2008; 1:15 P.M.

 2                            -OOO-

 3         (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT

 4          IN THE PRESENCE OF THE JURY:)

 5              THE COURT:  LET THE RECORD REFLECT THE PRESENCE OF

 6    ALL MEMBERS OF THE JURY.  ALL COUNSEL AND DEFENDANT PRESENT.

 7              YOU MAY RESUME.

 8              MR. GREEN:  THANK YOU, JUDGE.

 9              WE HAD LEFT OFF BEFORE THE LUNCH BREAK TALKING

10    ABOUT THE HOMICIDE OF PERRY YORK AT LEWISBURG IN 1996.  AND

11    IT'S RELEVANT BECAUSE IT HAS TO DO WITH THE -- NOT ONLY THE

12    THINGS THAT WERE GOING ON THROUGHOUT THE COUNTRY AT THAT

13    TIME IN FEDERAL INSTITUTIONS, BUT SPECIFICALLY LEWISBURG FOR

14    WHICH COUNTS 6 AND 7 ARE BEING RELATED TO IN 1997, JUST LESS

15    THAN A YEAR LATER.

16              ALSO YOU'LL HEAR FROM SIS OFFICER NELSON APONTE

17    ABOUT THE CLIMATE AND CULTURE OF LEWISBURG AT THAT TIME.  AS

18    I SAID BEFORE, HE WILL TESTIFY TO THAT.  IT WAS A SIMMERING

19    CAULDRON OF RACIAL TENSION.

20              NOW, IT'S ALSO IMPORTANT IN THAT FROM 1994 TO

21    2001, 42 HOMICIDES HAD OCCURRED THROUGHOUT THE FEDERAL

22    BUREAU OF PRISONS.  FROM 1994 TO 2001, 42 HOMICIDES HAD

23    OCCURRED.  THAT'S JUST DEATHS.  THAT DOESN'T INCLUDE THE

24    HUNDREDS AND THOUSANDS OF ASSAULTS THAT OCCURRED DURING THAT

25    SAME TIME PERIOD.  AND JUST AS NO LESS SIGNIFICANT, FOR A
```

1    FOUR-YEAR PERIOD AT USP MARION, WE KNOW BECAUSE OF THE

2    RECORDS KEPT BY THE BUREAU OF PRISONS THAT IN THAT FOUR-YEAR

3    PERIOD OVER 300 WEAPONS WERE SEIZED.  OVER 300 WEAPONS

4    SEIZED IN ONE INSTITUTION THAT HAD ONLY A POPULATION OF

5    AROUND 400 INMATES.

6          AND THE REASON THAT MARION ONLY HAD A POPULATION

7    OF 400 INMATES IS BECAUSE THEY WERE CHANGING MARION FROM A

8    MAXIMUM SECURITY PRISON TO A LOWER LEVEL PRISON BECAUSE THEY

9    HAD TURNED ADX FLORENCE INTO THE NEW ALCATRAZ IN THE

10   ROCKIES.  SO ALL THE SERIOUS AND BAD GUYS WERE GOING TO ADX

11   AND IT HAD -- WAS HAVING A LARGER POPULATION.  LEWISBURG AND

12   LEAVENWORTH, THEY HAVE POPULATIONS IN THE THOUSANDS OF

13   INMATES.  BUT MARION ONLY HAD 400.

14         AND THOSE WHERE JUST THE WEAPONS THAT WERE FOUND.

15   THAT'S NOT THE WEAPONS THAT WEREN'T FOUND.  AND THE OTHER

16   THING THAT THE BUREAU OF PRISONS KEEPS IS THAT WHEN THEY

17   SEIZE THOSE WEAPONS, THEY ALSO IDENTIFY THE INMATES FROM

18   WHOM THEY SEIZED THEM FROM.

19         AND WHAT THEIR OWN RECORDS SHOW IS THAT THESE

20   WEAPONS SHOW NO BIAS TOWARDS ANY CREED OR COLOR.  EVERY

21   INMATE AT ONE TIME -- I SHOULDN'T SAY EVERY INMATE AT ONE

22   TIME OR ANOTHER -- BUT IT KNOWS NO RACIAL LINES.  THE

23   INMATES OF -- THAT WERE FROM CALIFORNIA, THE INMATES THAT

24   WERE FROM NEW YORK, THE INMATES THAT WERE BLACK, THE INMATES

25   THAT WERE WHITE, THE INMATES WHO WERE WITH THE MEXICAN

MAFIA, I MEAN, DURING THAT PERIOD OF TIME, THEY ALL HAD

ACCESS TO A WEAPON.

EVERY INMATE THAT TESTIFIES IN THIS CASE WILL SAY

YOU COULD ALWAYS GET ACCESS TO A WEAPON, BECAUSE YOU HAVE TO

KNOW WHERE ONE IS, ONE, IF YOU NEED TO GET IT, OR TWO, SO

YOU CAN BE WATCH, BE ON POINT, WATCHING YOUR BACK.

SO WHY IS KNOWING ABOUT THE BOP AND HOW IT WORKS

AND THE CULTURE OF THE INMATES IN WHICH THEY LIVE IN, WHY IS

THAT IMPORTANT?  AS WAS MENTIONED EARLIER, BECAUSE YOU HAVE

TO UNDERSTAND THE CONTEXT IN WHICH THE EVIDENCE IS GIVEN

FROM THE WITNESS STAND.  YOU HAVE TO UNDERSTAND IF THERE IS

DOCUMENTATION OF IT, WHEN AND HOW IT WAS GATHERED.  AND IF

THERE IS NO DOCUMENTATION AND THERE'S ONLY AN INMATE

TESTIFYING FROM THAT STAND, IS THERE CORROBORATION.  IS

THERE A DOCUMENT THAT CAN CORROBORATE WHAT THEY TESTIFY TO?

WE SHOULD KNOW WHERE THEY WERE.  WE SHOULD KNOW IF THEY HAD

AN OPPORTUNITY TO HEAR.  WE SHOULD KNOW IF THEY HAD AN

OPPORTUNITY TO OBSERVE.

IT'S ALSO IMPORTANT FOR THIS REASON.  IT HELPS YOU

UNDERSTAND THE MOTIVATION AS TO WHY INMATES BEHAVE THE WAY

THEY DO.  IF YOU'RE AN INMATE WHO HAS THE WHEREWITHAL AND

THE ABILITIES TO GET ALONG WITH OTHERS AND STILL PROMOTE

YOURSELF AS STRONG, THEN YOU'RE GOING TO DO OKAY AND YOU'RE

GOING TO GO IN THE STEP-DOWN PROGRAM.  IF YOU'RE AN INMATE

OF MEANS THAT HAS MONEY, MAYBE YOU CAN BUY YOUR SECURITY AND

1    GET ALONG AND GET IN THE STEP-DOWN PROGRAM AND GET YOUR

2    FREEDOM.  IF YOU'RE AN INMATE WHO IS A GOOD FIGHTER, THEN

3    IT'S EASIER TO GET ALONG BECAUSE YOU'LL HAVE A REPUTATION OF

4    BEING A GOOD FIGHTER AND YOU'D BE LEFT ALONE.  IF YOU'RE AN

5    INMATE WHO'S A CON MAN, YOU CAN WORK YOUR CONS AND GET BY

6    FOR A WHILE JUST CONNING YOUR WAY THROUGH.

7         AND FOR THOSE INMATES THAT ARE UNSUCCESSFUL IN

8    LIVING IN THIS TYPE OF ENVIRONMENT AND THEY DON'T WANT TO GO

9    TO A SHU, LIVE IN SOLITARY CONFINEMENT, THERE IS A SAFETY

10   VALVE.  THERE IS ONE OTHER WAY TO GET BY IN THIS SYSTEM AS

11   IT'S SET UP, AND THAT IS IF YOU ARE BAD ENOUGH OR YOU BEHAVE

12   BAD ENOUGH OR IF YOU CAN PRESENT YOURSELF AS BEING AN INMATE

13   WHO HAS INFLUENCE OVER OTHER INMATES OR HAS SOME CLOUT WITH

14   OTHER INMATES AND HAS SOME INSIDE KNOWLEDGE, THEN YOU CAN

15   SNITCH YOUR WAY OUT OR YOU CAN COOPERATE YOUR WAY OUT.

16        AND IF YOU'RE BAD ENOUGH AND/OR IF YOU REPRESENT

17   YOURSELF AS BEING HIGH ENOUGH IN A GANG, THEN YOU'LL BE

18   TAKEN SERIOUSLY.  AND IN TURN FOR COPPING OUT, YOU WILL

19   RECEIVE THOSE BENEFITS THAT YOU COULD NOT OTHERWISE GET.

20   THERE IS -- THAT'S HOW THE SYSTEM IS SET UP.

21        IT WAS MENTIONED A LITTLE BIT EARLIER, BUT YOU'RE

22   GOING TO HEAR WITNESSES TESTIFY FROM THE PENITENTIARY THAT

23   PART OF THEIR TESTIMONY THEY'RE GETTING BENEFITS FOR.  SOME

24   ARE GETTING BENEFITS OF TENS OF THOUSANDS OF DOLLARS.  SOME

25   ARE NOT GETTING BENEFITS OF $10,000, BUT THEY ARE ALLOWED TO

8

```
1    GO TO A FACILITY OR A CONFINEMENT THAT GIVES THEM MORE
2    FREEDOMS, GIVE THEM MORE PRIVILEGES.  SO THEY WERE ABLE TO
3    ACHIEVE SOMETHING THAT THEY COULD NOT OTHERWISE ACHIEVE.
4            AND SO THEY'RE -- AND ESPECIALLY IF THEY HAVE
5    SOMETHING THAT THE GOVERNMENT WANTS TO HEAR, THE BUREAU OF
6    PRISONS WANTS TO HEAR, THEN THAT'S ANOTHER WAY IN WHICH THEY
7    CAN ACHIEVE THEIR BENEFITS.
8            SO TAKING THAT AND UNDERSTANDING THE CULTURE OF
9    WHAT WE'RE TALKING ABOUT HERE, NOW WE CAN GET TO DAVID
10   SAHAKIAN.  AND THE EVIDENCE THAT YOU'RE GOING TO HEAR IS
11   THAT DAVID SAHAKIAN ENTERED THE FEDERAL BUREAU OF PRISONS IN
12   1991.
13           AND AGAIN, ONE OF THE GOOD THINGS ABOUT THE BUREAU
14   OF PRISONS AND THE GOVERNMENT IS THEY'RE NOT SHORT ON
15   DOCUMENTATION.  AND THEY ARE VERY GOOD AT KEEPING THE
16   HOUSING QUARTERS OF WHERE AN INMATE GOES THROUGHOUT THE
17   INSTITUTION.  AND YOU'RE GOING TO HAVE ACCESS TO THAT.  AND
18   THAT'S GOING TO BECOME IMPORTANT BECAUSE THAT SERVES AS A
19   BASIS OF WHETHER OR NOT WE CAN AT FIRST ESTABLISH WHETHER
20   SOMEBODY HAD THE OPPORTUNITY TO HEAR OR TO OBSERVE WHAT THEY
21   SAID THAT THEY SAW.
22           AND THE OTHER THING THAT'S IMPORTANT IS THAT IT
23   DEMONSTRATES WHAT I SAID EARLIER, THAT DAVID SAHAKIAN SPENT
24   MOST OF HIS TIME AT MARION PENITENTIARY.  YOU'LL HEAR THAT
25   HE DOESN'T HAVE BLOOD ON HIS HANDS.  HE DIDN'T PHYSICALLY
```

1    ASSAULT SOMEBODY WITH A KNIFE AND HE DIDN'T KILL ANYBODY.

2    IT'S THE GOVERNMENT WITNESSES WHO ACTUALLY KILLED SOMEBODY,

3    AND THEY'RE COMING IN RECEIVING THEIR BENEFITS AND SAYING

4    WHY -- GIVING THEIR MOTIVATIONS NOW AS TO WHY THEY DID THAT.

5            YOU WILL ALSO HEAR THAT DAVID SAHAKIAN, AT LEAST

6    UNTIL 1995, REALLY WASN'T EVEN ON ANYBODY'S RADAR.  HE

7    WASN'T ON THE BOP'S RADAR.  HE WASN'T ON THE GOVERNMENT'S

8    RADAR.  AND FROM THAT EXHIBIT YOU SAW EARLIER THAT'S ALLEGED

9    TO BE TAKEN OUT OF DAVID'S CELL, HE'S NOT EVEN MENTIONED IN

10   HERE.  AND THERE ARE GUYS THAT ARE MENTIONED IN HERE WHO

11   ENTERED THE ARYAN BROTHERHOOD, LIKE BENTLEY AND WEST, AFTER

12   DAVID DID.  YET THEY ARE MENTIONED IN THIS DOCUMENT AND

13   DAVID'S NAME IS NOT.

14           THERE'S ALSO GOING TO BE EVIDENCE THAT THERE WILL

15   BE SOME LIST IN WHICH DAVID'S NAME IS ABSENT FROM.  REMEMBER

16   WHEN I TOLD YOU BEFORE THAT THE BOP GATHERS -- DOCUMENTS

17   EVERYTHING AND THEN WHEN THEY GATHER THEIR INFORMATION, THEY

18   SEND TO IT TO THE SACRAMENTO INTELLIGENCE UNIT.  THEY ALSO

19   LET EACH OTHER KNOW WHAT'S GOING ON AROUND THE COUNTRY BY

20   DISPERSING THAT INFORMATION.  AND ONE FORM IN WHICH THEY DO

21   IT IS CALLED A THREAT ASSESSMENT REPORT.  THEY'RE JUST NOT

22   GATHERING INFORMATION ON THE ARYAN BROTHERHOOD, WHICH ARE

23   JUST ONE OF 100 DIFFERENT PRISON GANGS THROUGHOUT THE

24   INSTITUTION, THEY'RE GATHERING INFORMATION ON ALL GANGS AND

25   ON ALL POTENTIALLY -- INMATES WHO CAN BE A THREAT TO THE

1   INSTITUTIONS OR TO THE OFFICERS.

2        AND AS LATE AS 1995 WHEN THE BOP IS TRYING TO

3   IDENTIFY THE MEMBERS OF THE ARYAN BROTHERHOOD, DAVID'S NOT

4   EVEN MENTIONED.  HE DOES NOT -- HE HAS HIS OWN MONEY FOR

5   COMMISSARY.  HE DOESN'T NEED TO BE INVOLVED IN ANY ILLEGAL

6   ACTIVITIES TO HAVE MONEY ON HIS BOOKS.  HE COMES FROM A

7   FAMILY OF SOME MEANS.

8        BUT YOU WON'T FIND -- WHEN I TALKED TO YOU BEFORE

9   ABOUT THE INCIDENT REPORT THAT AN INMATE GETS WHEN THEY

10  BREAK ONE OF THE RULES OR REGULATIONS, YOU'RE GOING TO HEAR

11  FROM TIME TO TIME, SOME WITNESSES ARE GOING TO REFER TO THAT

12  AS SHOTS, THAT THEY GOT A SHOT.  WELL, DAVID SAHAKIAN, HIS

13  SHOT IS MOSTLY, ALTHOUGH HE HAS SOME, IS DISOBEYING

14  OFFICERS, AND HE TESTED POSITIVE IN 1995 AT LEAVENWORTH FOR

15  DRUGS.  AND HE ENDED UP IN THE SHU.

16       NOW HE WAS ONLY AT LEAVENWORTH FOR A TOTAL OF NINE

17  MONTHS.  AND FOR THREE OF THOSE NINE MONTHS -- I'M SORRY, HE

18  WAS ONLY THERE FOR SEVEN MONTHS.  FOR THREE OF THOSE SEVEN

19  MONTHS, HE WAS IN THE SHU BECAUSE HE TESTED DIRTY FOR DRUGS.

20  HE'S NOT RUNNING ANY DRUG RING, ALTHOUGH HE USED ON THAT

21  OCCASION AND HE GOT CAUGHT FOR IT.

22       AND UP UNTIL THIS CASE, THE BOP HAD INFORMATION

23  THAT IT WAS MARK NYQUIST AND MC ELHINEY WHO WERE RUNNING THE

24  DRUGS.  AND THE GOVERNMENT'S WITNESS BENTLEY WAS RUNNING THE

25  DRUGS AT LEAVENWORTH BY HIS OWN ADMISSIONS BEFORE THAT.  AND

```
1    IT'S AFTER SEPTEMBER OF 1995 THAT DAVID IS THEN SENT BACK TO
2    MARION PENITENTIARY TO SERVE OUT HIS TIME.
3         WHAT HAPPENS AT MARION PENITENTIARY IS WHAT YOU'VE
4    HEARD ABOUT ALREADY BEFORE IS THAT THE RACIAL TENSIONS THAT
5    ARE OCCURRING THROUGHOUT THE COUNTRY ARE ALSO OCCURRING AT
6    MARION, ALTHOUGH MARION HAS A MUCH SMALLER POPULATION.
7         AND ONE OF THE CHARACTERS INVOLVED IN THIS IS A
8    GENTLEMAN BY THE NAME OF WALTER JOHNSON.  AND AS I TOLD YOU
9    BEFORE, AND I BELIEVE MR. BENTLEY WILL TESTIFY TO THIS, IS
10   THAT THE DC BLACKS, BECAUSE THEY ARE NOW -- HAD THE NUMBERS
11   AND THEY'RE SPREAD THROUGHOUT THE COUNTRY, THEY ARE WHAT ARE
12   CALLED SELLING DEATH.  THEY'RE LETTING EVERYBODY KNOW THAT
13   THEY'RE THE NEW KIDS ON THE BLOCK AND THAT THEY GOT THE
14   NUMBERS AND THEY'RE THE UP-AND-COMING THING AND THEY'RE
15   GOING TO RUN THESE INSTITUTIONS.
16        AND THE REASON FOR THAT IS THERE USED TO BE A
17   PRISON BY WASHINGTON, D.C. NAMED LORTON, AND IT WAS CLOSED.
18   AND WHEN IT CLOSED, ALL THAT POPULATION GOT SPREAD OUT
19   THROUGH THE OTHER INSTITUTIONS.
20        THE OTHER THING THAT'S GOING ON DURING THIS TIME
21   IN THE COUNTRY IS THAT YOU HAVE THE DRUG LAWS ARE BEING MORE
22   FULLY ENFORCED.  THE WAR ON DRUGS IS GOING ON.  AND YOU HAVE
23   WHAT ARE CALLED THE CRACK LAWS.  AND THE CRACK -- FOR THOSE
24   PEOPLE WHO DEAL IN CRACK AND FOR THOSE PEOPLE WHO WERE
25   CHARGED WITH DRUGS DEALING WITH CRACK, THEIR SENTENCES AT
```

```
 1    THAT POINT IN TIME WERE MORE SEVERE THAN PEOPLE WHO WERE
 2    DEALING IN MARIJUANA OR COCAINE AND THAT, AND THAT LED TO
 3    WHAT WERE CALLED THE CRACK RIOTS DURING THIS TIME.
 4            AND FOR THOSE MINORITIES AND THOSE GANGS WHO --
 5    WHICH THE AB WAS NOT INVOLVED IN WHO FELT THAT THEY WERE
 6    BEING DISCRIMINATED AGAINST, THEY TOOK OVER FOUR OR FIVE
 7    PRISONS AT THAT TIME AND HAD RIOTS IN ALL OF THEM AT THE
 8    SAME TIME.  THIS LED TO, AGAIN, A MAJOR SHUTDOWN OF THE
 9    PENITENTIARIES THROUGHOUT THE COUNTRY AND HAVING -- TRYING
10    TO DISPERSE THE NUMBERS TO MAKE THEM LOWER, PUTTING
11    DIFFERENT INMATES AT DIFFERENT INSTITUTIONS.
12            ONE OF THE GANGS THAT THAT AFFECTED WAS THE DIRTY
13    WHITE BOYS.  THE DIRTY WHITE BOYS, AGAIN, BY THE BOP'S OWN
14    INTELLIGENCE, WAS A SEPARATE AND DISTINCT GANG FROM THE AB,
15    FROM THE ARYAN BROTHERHOOD.  AND THEY HAD MUCH LARGER
16    NUMBERS THAN THE ARYAN BROTHERHOOD.
17            THE DIRTY WHITE BOYS, AGAIN, AT ONE TIME, HAD A
18    FRIENDLY RELATIONSHIP WITH THE ARYAN BROTHERHOOD.  BUT IN
19    1996, BECAUSE THEIR NUMBERS WERE GETTING SO BIG, THERE WAS
20    SOME TENSION BETWEEN THE ARYAN BROTHERHOOD HIERARCHY, FOR
21    LACK OF A BETTER TERM, BEING BARRY MILLS AND THE DIRTY WHITE
22    BOYS.  AND THE DIRTY WHITE BOYS WOULDN'T ALLOW ANY OF THEIR
23    MEMBERS TO BE RECRUITED BY THE AB, AND THE AB PUT A
24    MORATORIUM ON TAKING ANYBODY WHO WAS FROM THE DIRTY WHITE
25    BOYS.  AND THIS OCCURRED IN 1996.
```

1          AND THE BUREAU OF PRISONS WAS AWARE OF THIS

2     BECAUSE THEY WERE MONITORING THE TELEPHONE CALLS AND THE

3     CORRESPONDENCE THAT WAS GOING BACK AND FORTH, AS WELL AS

4     THEIR OTHER INTELLIGENCE-GATHERING TECHNIQUES.

5          NOW THIS IS IMPORTANT BECAUSE YOU HAVE TWO KEY

6     DIRTY WHITE BOYS INVOLVED IN THIS CASE.  JESSIE VAN METER,

7     WHO YOU'VE HEARD ABOUT EARLIER, AND MICHAEL WAGNER.  MICHAEL

8     WAGNER AND JESSIE VAN METER, BY THEIR OWN ADMISSIONS, WERE

9     CAPTAINS OF THE DIRTY WHITE BOYS.  AND THEY WERE THE GUYS,

10    ALONG WITH THEIR OTHER DIRTY WHITE BOY MEMBERSHIP, STEVE

11    RITTER, WHO GOT ATTACKED AND JUMPED ON IN MARION IN JANUARY

12    OF 1997.

13         NOW, MICHAEL MC ELHINEY, AN ADMITTED AB MEMBER,

14    WAS AT MARION AT THAT TIME.  AND IT WASN'T DAVID SAHAKIAN

15    WHO WAS UPSET AND ANGRY ABOUT WHAT OCCURRED.  IT WAS JESSIE

16    VAN~METER AND MICHAEL WAGNER, AND THEY WANTED TO IMMEDIATELY

17    RETALIATE.

18         AND YOU'RE GOING TO HEAR EVIDENCE THAT IT WAS

19    JESSIE VAN METER WHO ASKED THE OTHER WHITE INMATES, WHO ARE

20    NOW SEGREGATED AND PUT ONTO A TIER BY THEMSELVES, BECAUSE

21    THAT'S ONE OF THE PROCEDURES OF THE BUREAU OF PRISONS IS

22    THAT IF YOU HAVE KNOWN ENEMIES OR IF YOU'RE -- IF YOU HAVE

23    BEEN IDENTIFIED WITH A PARTICULAR GROUP, THEN THEY DO WHAT

24    ARE CALLED SEPARATION SHEETS THAT ARE KEPT IN YOUR FILE.

25    AND YOU'RE NOT SUPPOSED TO BE HOUSED NEXT TO ONE OF YOUR

KNOWN ENEMIES.  AND OBVIOUSLY IF YOU HAD AN ASSAULT WITH

SOMEBODY, THAT'S A KNOWN ENEMY.

WELL, JESSIE VAN~METER AND MICHAEL WAGNER ARE

PUTTING TOGETHER SAYING HOW THEY WANT TO RETALIATE FOR WHAT

JUST HAPPENED TO THEM ON THE YARD.  AND JESSIE VAN METER IS

INSTRUCTING THE WHITE INMATES, NOT DAVID SAHAKIAN, NOT

MICHAEL MC ELHINEY, BUT JESSIE VAN METER, IS TO "GET ME ALL

THE BACKS OF YOUR WATCHES."

BECAUSE THE BACK OF THE WATCHES -- AT THAT TIME

THE INMATES COULD HAVE THEM -- WERE MADE OF STAINLESS STEEL.

AND THEY COULD TAKE THE STAINLESS STEEL OF THE BACK OF THE

WATCHES AND THEY COULD BEND IT AND THEN MELT IT ONTO THE END

OF A TOOTHBRUSH OR SOME OTHER -- OR A PLASTIC TRAY OR

WHATEVER, AND THEN THEY COULD USE THAT STAINLESS STEEL TO

CUT THE GRID OF THEIR -- THE BARS ON THEIR CELL OR THE TRACK

DOWN AT THE BOTTOM OR THE ALUMINUM LIGHT FIXTURE IN THEIR

CELL SO THEY COULD GET A PIECE OF METAL THAT THEY COULD THEN

SHARPEN ON THEIR CONCRETE FLOOR TO ARM THEMSELVES.  THIS WAS

JESSIE VAN METER WHO IS DOING THIS.

NOW, IT'S ALSO IMPORTANT TO KNOW THAT JESSIE

VAN METER SENT A KITE, OR A LETTER, TO RAYMOND OESCHLE, ONE

OF THE INDIVIDUALS WHO ATTACKED WAYNE ALTON.  AND IN THAT

LETTER WHAT HE TELLS RAY OESCHLE IS THAT HE RECOGNIZES THAT

RAY OESCHLE HAS ALSO, EVEN THOUGH HE'S A WHITE INMATE, HAS

TAKEN ON THE MUSLIM RELIGION, AND THAT EVEN THOUGH THAT HE

1   DOESN'T AGREE WITH THAT, HE'S STILL -- HE'S STILL PROUD OF

2   HIM FOR WHAT HE DID AND THAT HE DOESN'T HAVE TO BE WORRIED

3   ABOUT WHAT HE HEARD HAPPENED IN LEWISBURG, THAT WASN'T ONE

4   OF HIS BOYS THAT DID IT, AND THAT HE'LL MAKE SURE THAT HE'S

5   PROTECTED HERE AT MARION EVEN THOUGH HE'S A MUSLIM.  THAT'S

6   JESSIE VAN METER GIVING THE INSTRUCTIONS AND PATTING RAY

7   OESCHLE ON THE BACK FOR THE ASSAULT THAT HE DID AND TELLING

8   HIM HE'S GOING TO PROVIDE HIM SAFETY.

9        NOW THERE'S ALSO WHAT'S GOING ON WITH MICHAEL

10  WAGNER AND JESSIE VAN METER DURING THIS TIME IS THEY'RE

11  GOING TO MICHAEL MC ELHINEY, THE AB WHO YOU HEARD ABOUT

12  EARLIER, AND THEY'RE SAYING THAT THEY'RE GOING TO TAKE THIS

13  THING NATIONWIDE.  AND IT'S MICHAEL MC ELHINEY WHO IS

14  TELLING THEM, "JUST COOL YOUR JETS.  DON'T GET CRAZY HERE ON

15  US."

16       NOW IT'S IMPORTANT TO NOTE THAT IN THIS SYSTEM

17  THAT HAS OVER 200 FACILITIES, DURING THE MIDDLE OF THE

18  1990S, THERE WERE NO MORE, AT ITS HIGHEST POINT, MORE THAN

19  40 MEMBERS OF THE ARYAN BROTHERHOOD DISPERSED THROUGHOUT ALL

20  THESE INSTITUTIONS.  AND MOST OF THEM WERE HELD IN THE MORE

21  SECURE FACILITIES.  AND MOST OF THE LEADERSHIP WAS BEING

22  HELD AT ADX FLORENCE ONCE IT OPENED UP.

23       IN FACT, ONE OF THE WITNESSES WILL TESTIFY THAT

24  BEFORE ALL THIS STUFF STARTED KICKING OUT AROUND '95 OR IN

25  '96, THAT THEIR MEMBERSHIP ONLY WAS ABOUT 15 IN THE FEDERAL

1    BUREAU OF PRISONS.

2         NOW THAT'S IN RELATIONSHIP TO THE DC BLACKS WHO

3    HAVE THOUSANDS, THE BLACK GUERILLA FAMILY WHO HAVE

4    THOUSANDS, OF THE EL RUKNS AND THE LATIN KINGS WHO HAVE

5    THOUSANDS, OF THE DIRTY WHITE BOYS WHO HAVE HUNDREDS, OF THE

6    SKINHEADS WHO HAVE HUNDREDS.

7         WHEN I TOLD YOU EARLIER THAT THERE WERE 42

8    KILLINGS BETWEEN 1994 AND 2001 IN THE FEDERAL

9    PENITENTIARIES, EVEN THOUGH THE WHITE POPULATION MADE UP

10   LESS THAN 30 PERCENT OF THE INMATE POPULATION, 63 PERCENT OF

11   THOSE VICTIMS WERE WHITE.  THAT IS THE CULTURE THAT WAS

12   GOING ON AT THIS TIME AND THE VIOLENCE THAT WAS GOING ON AT

13   THIS TIME IN OUR COUNTRY WITH RESPECT TO THESE INSTITUTIONS.

14        THIS IS NOT AN ISOLATED-IN-A-VACUUM CASE.  YOU

15   HAVE TO TAKE IT IN ITS CONTEXT, AND THAT IS WHAT, WHEN

16   NELSON APONTE FROM LEWISBURG, WHEN HE COMES AND TESTIFIES

17   FOR US WHEN WE CALL HIM, AND JOSEPH YONKMAN AND OTHER

18   INMATES THAT WE'RE GOING TO CALL, THAT'S THE EVIDENCE THAT

19   WE'RE GOING TO PRESENT.  AND IT'S NOT EVIDENCE THAT WE, AS

20   THE DEFENSE WENT OUT AND GOT.  WE GOT IT FROM THE BUREAU OF

21   PRISONS.  IT'S -- THAT'S EVIDENCE THAT'S BEEN OUT THERE.

22        HERE IS AN EXAMPLE OF SOME OF THE INTELLIGENCE

23   THAT THE BOP COLLECTED DURING THIS TIME PERIOD.  THIS IS A

24   LETTER TO OFFICER ELLIOTT WHO JUST SO HAPPENED TO BE ONE OF

25   THE OFFICERS THAT WAS INVOLVED IN THE SEARCH OF DAVID

1    SAHAKIAN'S CELL AND THAT ALLEGED DOCUMENT -- THAT ALLEGED

2    DOCUMENT WAS TAKEN FROM.  AND I'M GOING TO GET TO THAT

3    DOCUMENT IN A LITTLE BIT.

4         BUT THIS IS A LETTER FROM WAHKIL JOHNSON, A NAME

5    THAT YOU KEEP ON HEARING.  AND HE IS SAYING THERE THAT HE IS

6    GOING TO WAR AND HE'S NOT GOING TO WAIT UNTIL SOMEBODY

7    STRIKES HIM FIRST.  AND WE KNOW THAT THE TIME PERIOD, EVEN

8    THOUGH THIS DOCUMENT IS HARD TO TELL WHEN IT WAS GENERATED,

9    FROM ANOTHER LETTER THAT YOU CAN SEE "ADM" UP HERE IN THE

10   CORNER, THAT'S ADMINISTRATION FOR THE BUREAU OF PRISONS

11   RECEIVED ON MARCH 20TH, 1997.  AGAIN, THIS IS WAHKIL JOHNSON

12   EXPLAINING WHAT HE MEANT BY HIM GOING TO WAR, IN THIS LETTER

13   TO OFFICER ELLIOTT, AND TO ASSURE THEM THAT HE WASN'T MAKING

14   A THREAT TO OFFICER ELLIOTT, HE WAS JUST MAKING A STATEMENT

15   IN GENERAL THAT HE'S NOT GOING TO WAIT UNTIL SOMEBODY GETS

16   HIM FIRST.  AND THEN HE'S SPREADING IT AROUND.  AND HIS

17   UNCLE WAS KILLED IN 1980, AND HE'S NOT GOING TO WAIT FOR

18   THAT TO HAPPEN TO HIM.

19        YOU'RE ALSO GOING TO HEAR THAT THE BUREAU OF

20   PRISONS ARE MONITORING THE TELEPHONE CONVERSATIONS, AND THEY

21   MAKE INTEL REPORTS ABOUT THOSE CONVERSATIONS.  AND

22   WAHKIL JOHNSON IS ON THE PHONE SPREADING THIS THROUGHOUT THE

23   COUNTRY TO, FOR LACK OF A BETTER TERM, ALL HIS HOMEYS, AND

24   SAYING "WE'RE AT WAR.  TAKE OUT ANY WHITE -- ANY WHITE

25   GUY -- WHITE DUDE THAT YOU CAN.  AND IF ANY GUARD GETS IN

1    YOUR WAY, TAKE HIM OUT ALSO."  THIS IS WHAT'S GOING ON IN

2    1997.  IT DOESN'T START WITH DAVID SAHAKIAN.

3         YOU HAD HEARD ABOUT WHAT WERE SO-CALLED HIT LISTS.

4    AND YOU'RE GOING TO HEAR FROM INMATES THAT WHEN THEY GET

5    ONTO A TIER AND BECAUSE THEY DON'T KNOW -- THE CULTURE IS

6    SUCH THAT THEY DON'T KNOW WHERE THEY'RE GOING, THEY GOT TO

7    MAKE SURE THAT THE BUREAU OF PRISONS HASN'T MESSED UP AND

8    PUT THEM ON A TIER WITH SOMEBODY WHO THEY HAD A BEEF WITH OR

9    SOMEBODY WHO HAS A GRUDGE AGAINST THEM OR ONE OF THEIR

10   ENEMIES.  AND SO THEY'RE VERY VIGILANT WHEN THEY FIRST GET

11   ONTO A NEW TIER.

12        AND SO ONE OF THE THINGS THAT THEY KEEP WITH THEIR

13   PERSONAL PROPERTY IS A LIST OF PEOPLE TO WATCH OUT FOR.  ONE

14   OF THE INMATES IS GOING TO TESTIFY THAT IT'S A

15   WATCH-YOUR-BACK LIST.  AND HERE'S AN EXAMPLE OF ONE OF THEM

16   THAT WAS FOUND ON AN INMATE, AND YOU'LL NOTICE THAT IT HAS

17   THE NAMES OF A COUPLE OF INMATES -- SEVERAL INMATES AND THAT

18   THEY'RE NOTED FROM BEING FROM DC.  SPECIFICALLY I WANT TO

19   POINT OUT THE NAME OF TONY WRIGHT AND, I BELIEVE, DAVE

20   JACKSON WHO WAS MENTIONED EARLIER.

21        NOW, IT'S INTERESTING THAT DAVE JACKSON'S NAME'S

22   BEEN MENTIONED BECAUSE DAVE JACKSON ACTUALLY KILLED ANOTHER

23   INMATE IN 1999.  HE WAS SOMEBODY WHO WAS KNOWN TO BE A

24   VIOLENT CHARACTER AND TO LOOK OUT FOR.  TONY WRIGHT WILL

25   BECOME RELEVANT IN A LITTLE BIT.

1      BUT WITH RESPECT TO HAVING A WATCH-YOUR-BACK LIST

2  OR WHEN YOU GET MOVED ONTO A NEW TIER, IN FRONT OF THAT TIER

3  IS A LIST OF INMATES WHO YOU'RE GOING TO BE HOUSED WITH, AND

4  IT LOOKS SOMETHING LIKE THIS.  THIS ONE'S NOT A VERY GOOD

5  CLOSE-UP PICTURE, BUT WHAT -- THOSE ARE NAMES OF INMATES WHO

6  YOU'RE GOING TO BE LIVING WITH WHILE YOU'RE THERE.

7      AND WHAT INMATES WOULD DO IS WHEN THEY WOULD BE

8  WALKED INTO THE TIER, THEY WOULD TRY TO LOOK AT THAT AS LONG

9  AS THEY COULD TO SEE WHO WAS GOING TO -- WHO THEY WERE GOING

10  TO BE LOCKED UP WITH.  AND THEN IF THEY WERE GOING TO BE

11  LOCKED UP WITH SOMEBODY -- HERE IS A FARTHER AWAY PICTURE OF

12  THAT -- AS THEY'RE WALKING BY AND THEY ARE GOING DOWN THEIR

13  TIER, THEY CAN SEE IT.

14      THEN THEY CAN EITHER NOTIFY THE PRISON OFFICIALS

15  THAT A MISTAKE HAS BEEN MADE OR IF THE BUREAU OF PRISONS

16  DOESN'T THINK A MISTAKE'S BEEN MADE, THEN THEY COULD BE

17  VIGILANT THEMSELVES AND THEY CAN GET READY.  THEY CAN LOOK

18  FOR THAT WEAPON THAT'S HIDDEN ON THE TIER, OR THEY CAN SEE

19  IF THEY CAN -- IF THEY HAVE A FRIEND OR A BUDDY THERE TO

20  WATCH THEIR BACK OR GET A SENSE OF WHAT'S GOING ON, BECAUSE

21  IF YOU WAIT TOO LONG OR YOU LET YOUR GUARD DOWN, YOU CAN END

22  UP BEING ASSAULTED OR KILLED.

23      NOW, WITH RESPECT TO DAVID SAHAKIAN AND THE

24  CHARGES OF JOEL BURKETT, REMEMBER THE CHARGES OF THE

25  ATTEMPTED MURDER OF JOEL BURKETT AND THE ATTEMPTED MURDERS

1    OF JIMMY LEE INMAN, HE IS NOT CHARGED WITH ACTUALLY INJURING

2    OR ATTACKING THESE INDIVIDUALS.  IF YOU REMEMBER, HE IS

3    CHARGED WITH BRINGING A MESSAGE FROM PELICAN BAY IN

4    CALIFORNIA, FROM THE STATE INSTITUTION TO USP MARION IN

5    1991.  AND AGAIN, FROM SOME OF THE DEBRIEFS OF THE SNITCHES

6    OR COOPERATING WITNESSES, THEY TESTIFIED THAT DAVE IS THE

7    ONE WHO BROUGHT THE MESSAGE.

8         NOW, MIND YOU, WHEN WE ASK THE OFFICERS, THERE

9    WILL BE NO TAPE-RECORDED CONVERSATIONS ABOUT IT, THERE WILL

10   BE NO OTHER DOCUMENTATION TO SUPPORT THAT HE BROUGHT IT IN,

11   THERE WILL BE NO LETTER TO SAY THAT HE BROUGHT THAT MESSAGE

12   IN.  AND MORE IMPORTANTLY IS, IS THAT DAVID SAHAKIAN WAS

13   NEVER HOUSED AT PELICAN BAY.  HE WAS NEVER THERE.  AND SO HE

14   CANNOT BRING A MESSAGE FROM PELICAN BAY TO A PLACE THAT HE

15   WAS NEVER HOUSED AT.  PELICAN BAY DID NOT OPEN UP AS AN

16   INSTITUTION UNTIL 1989.  AND DAVID SAHAKIAN WAS NEVER THERE.

17   AND IN 1991, HE WENT TO THE FEDERAL BUREAU OF PRISONS AND

18   HAS BEEN -- SPENT MOST OF HIS TIME AT MARION.

19        THAT BRINGS US TO 1995 WHEN GREG STOREY WAS THE

20   INDIVIDUAL WHO KILLED CHARLES LEGER.  WHAT YOU'RE GOING TO

21   HEAR FROM THE EVIDENCE IN THIS CASE IS THAT WHEN CHARLES

22   LEGER AND GREG STOREY WERE IN THEIR REC CAGE, THEY WEREN'T

23   IN THERE BY THEMSELVES, THERE WERE SIX OTHER INMATES IN THAT

24   CELL.  AGAIN, DAVID SAHAKIAN WAS NOT ONE.  HE WAS PHYSICALLY

25   LOCATED IN A DIFFERENT AREA OF THE INSTITUTION.

1           AND WHAT YOU WILL HEAR FROM SOME OF THESE

2   EYEWITNESSES TO THAT EVENT IS THAT CHARLES LEGER AND GREG

3   STOREY HAD BEEN BEEFING FOR A WHILE.  AND IN FACT THE NIGHT

4   BEFORE, THEY HAD THREATENED EACH OTHER.  AND IN THIS TYPE OF

5   CULTURE, YOU CAN'T LET A THREAT GO BY WITHOUT BEING

6   PERCEIVED AS WEAK.  AND IF YOU'RE PERCEIVED AS WEAK, THEN

7   YOU'RE JUMPED ON.

8           AND SO THEY CALLED EACH OTHER OUT AND HAD THAT

9   FIGHT IN WHICH LEGER WAS KILLED.  AND YOU'LL HAVE THE

10  EYEWITNESSES, AT LEAST SOME OF THE EYEWITNESSES, HERE

11  TESTIFYING HOW THAT WENT DOWN.

12          AND YOU'LL ALSO HAVE THE TESTIMONY OF WITNESSES

13  WHO ARE NOT ASSOCIATED WITH ANY OF THESE GUYS WHO ARE

14  INMATES WHO CAN TESTIFY THAT THEY HEARD AND THEY SAW CHARLES

15  LEGER AND GREG STOREY ARGUING WITH EACH OTHER THE NIGHT

16  BEFORE.  YOU'LL HAVE ONE -- SOMEBODY WILL EVEN TESTIFY ABOUT

17  THEY HEARD IT WHEN THEY WERE IN THE KITCHEN THE NIGHT

18  BEFORE.

19          AND WHAT'S NOT UNUSUAL IN THIS TYPE OF ENVIRONMENT

20  IS THAT THESE GUYS, AS YOU HEARD, THEY MAKE THEIR OWN HOOCH.

21  THEY MAKE THEIR OWN WINE IN THESE FACILITIES.  AND THEY'LL

22  GET DRUNK AND THEY WILL MOUTH OFF TO EACH OTHER.

23          AND ONE OF THE WAYS IN WHICH SOME PEOPLE DEAL

24  WITHOUT HAVING A FIGHT AND GET ALONG WITH OTHERS IS BRAVADO,

25  YOU KNOW, AND THEY'LL BARK OUT THEIR TOUGHNESS INSTEAD OF

1    ACTUALLY DOING IT.  BUT ONCE SOMEBODY THREATENS YOU OR CALLS

2    YOU OUT, THEN YOU GOT TO BE READY.  AND THEY BOTH WENT TO

3    THE REC YARD THAT NEXT DAY TO BE READY.

4              NOW, THE INTELLIGENCE THAT EXISTED AT THAT TIME IN

5    1995, THE GOVERNMENT BROUGHT CHARGES AGAINST GREG STOREY FOR

6    THE MURDER OF CHARLES LEGER.  AND HE WAS GOING TO GO TO

7    TRIAL ON IT, BUT HE WORKED OUT A DEAL WITH THE GOVERNMENT

8    AND HE PLED GUILTY TO KILLING CHARLES LEGER, BUT HE DID IT

9    IN A WAY WHERE HE PRESENTED, AT HIS SENTENCING, EVIDENCE

10   THAT HE ACTED IN SELF-DEFENSE, TO TRY TO MITIGATE HIS ROLE

11   IN KILLING CHARLES LEGER.  AND THE GOVERNMENT'S POSITION AT

12   THE TIME WAS, IS THAT HE HAD DONE IT BECAUSE MC ELHINEY HAD

13   ORDERED HIM TO KILL BUBBA.

14             BUT THERE WAS A PROBLEM WITH THAT BECAUSE

15   MC ELHINEY AND BUBBA, CHARLES LEGER, WERE FRIENDS.  MOST OF

16   MC ELHINEY'S TATTOOING WAS DONE BY CHARLES LEGER.  CHARLES

17   LEGER WAS, EVEN BY THE BOP'S INTELLIGENCE, AN AB MEMBER.

18   AND WHAT YOU'VE HEARD HERE BEFORE IS THAT SUPPOSEDLY ANOTHER

19   AB MEMBER CAN'T BE KILLED UNLESS IT'S APPROVED BY THE

20   SO-CALLED COMMISSION.

21             THERE WASN'T ANY EVIDENCE OF THAT.  THE CASE

22   DIDN'T GO TO TRIAL.  CHARLES LEGER NEVER SAID THAT DAVID

23   SAHAKIAN ORDERED HIM TO DO ANYTHING.  THE GOVERNMENT'S

24   POSITION AT THE TIME WAS THAT MC ELHINEY HAD ORDERED HIM TO

25   DO IT.  AND NOW 10 YEARS LATER, AFTER HE'S PLED, HE'S GOING

1    TO SAY SOMETHING DIFFERENT.  AND YOU WILL HAVE THE ADVANTAGE

2    OF HAVING THE SWORN STATEMENTS FROM ORIGINAL PROCEEDINGS TO

3    THE CONTRARY.

4         THAT BRINGS US CLOSER IN TIME TO THE LEWISBURG

5    INCIDENTS.

6         OH, I ALMOST FORGOT.  ONE OF THE WITNESSES THAT

7    YOU HEARD ABOUT EARLIER IS A GENTLEMAN BY THE NAME MICHAEL

8    EYESELLE.  MICHAEL EYESELLE WAS ONE OF THE EYEWITNESSES TO

9    THE LEGER HOMICIDE.  AND WE ANTICIPATE HE WILL TESTIFY.

10         AND JUST TO SHOW YOU THE TYPE OF VIOLENCE THAT

11   THIS CULTURE IS, HE WILL ALSO -- HE'S LUCKY TO BE HERE TODAY

12   TO TESTIFY BECAUSE HE WAS ATTACKED JUST A COUPLE OF YEARS

13   AGO WHEN HE WAS IN COLEMAN AND WAS ALMOST PARALYZED.  AND HE

14   WAS ATTACKED BY SIX OTHER INMATES AT THE COLEMAN

15   PENITENTIARY.  BUT HE WILL TESTIFY THAT THIS WAS A PERSONAL

16   THING BETWEEN CHARLES LEGER AND GREG STOREY.

17         SO WE GET CLOSER IN TIME TO THE EVENTS THAT ARE

18   OCCURRING AT MARION.  MARION, YOU HAVE THE GUY SITUATION.

19   BUTCH JOHNSON -- I'M SORRY --WAHKIL JOHNSON HITS GOTTI IN

20   THE HEAD ON HIS WAY OUT OF THE REC, SOME SAY AS A CHECK-OUT

21   MOVE, SOME SAY TO ESTABLISH, YOU KNOW, HIS REP BECAUSE HE

22   HIT GOTTI.  AND THEN THERE'S THIS ALLEGATION THAT GOTTI THEN

23   HIRES THE ARYAN BROTHERHOOD TO CONTRACT TO KILL WAHKIL

24   JOHNSON.  THAT WAS IN 1996.  THAT WAS IN 1996.

25         SUPPOSEDLY, IT'S ALLEGED THAT DAVID SAHAKIAN IS

1    THE ONE THAT PASSED THE MESSAGE ON TO BARRY MILLS THAT GOTTI

2    HAD CONTRACTED THE ARYAN BROTHERHOOD TO PERFORM THE HIT ON

3    WAHKIL JOHNSON.  THERE'S A PROBLEM WITH THAT.  THEY'RE NOT

4    TOGETHER.

5         THERE'S ALSO ANOTHER PROBLEM WITH THAT, IS THAT

6    NOBODY -- YOU'RE GOING TO HEAR CONFLICTING EVIDENCE ON WHAT

7    THE PRICE WAS, THAT THE -- ONE -- SOME SAY 50,000, SOME SAY

8    100,000, SOME SAY 500,000.  SPEEDY WEST, OR GLEN WEST,

9    HIMSELF WILL SAY 50,000 AT ONE POINT IN TIME AND 500,000 AT

10   ANOTHER TIME.

11        BUT WAHKIL JOHNSON'S NEVER HIT.  HE'S NEVER

12   KILLED.  AND THIS IS SUPPOSED TO BE AN ORGANIZED GANG WHO

13   HAS THEIR TENTACLES SPREAD THROUGHOUT THE COUNTRY AND THE

14   MOST POWERFUL GANG IN THE COUNTRY, AND THEY CAN'T GET THAT

15   LITTLE THING DONE FOR 50,000 OR $500,000.  THAT WILL BE THE

16   EVIDENCE WITH RESPECT TO THAT.

17        NOW THE EVIDENCE WILL ALSO SHOW THAT DAVID

18   SAHAKIAN, NOT BECAUSE OF HIS OWN WISH BUT BECAUSE WHERE THE

19   BUREAU OF PRISONS PUT HIM, HE WAS HOUSED WITH JOHN GOTTI FOR

20   A TIME.  AND HE AND JOHN GOTTI DID BECOME FRIENDS.  THAT'S

21   IT, BECAUSE YOU'RE FORCED TO GET ALONG WITH THEM.  THERE

22   WILL BE NO EVIDENCE TO ANYTHING MORE THAN THAT.

23        THE DC BLACKS ARE SELLING THEIR DEATH ON THE TIERS

24   THROUGHOUT THE COUNTRY.  THE DIRTY WHITE BOYS WANT TO

25   RETALIATE, AND THEY WANT TO SPREAD IT ACROSS THE COUNTRY.

```
 1   THEY WANT TO DO THIS ON THEIR OWN BECAUSE THEY SEE THIS AS
 2   AN OPPORTUNITY FOR THEM TO BECOME THE UP-AND-COMING GANG.
 3   MICHAEL WAGNER AND JESSIE VAN METER HAD SPECIFIC DISCUSSIONS
 4   WHERE THEY SAY THEY DON'T WANT TO INVOLVE THE AB, THAT THIS
 5   IS THEIR BEEF WITH THE DC BLACKS.
 6          YET THERE WILL BE EVIDENCE THAT THEIR -- THEY
 7   SUPPOSEDLY TAKE A MESSAGE FROM DAVID SAHAKIAN TO ADX TO
 8   BARRY MILLS, AND THAT IT'S DAVID THAT IS DECLARING THE WAR
 9   TO SPREAD ACROSS THE ENTIRE COUNTRY.
10          WHAT THE EVIDENCE IS GOING TO BE IS THAT THERE'S A
11   TELEPHONE CONVERSATION FROM BARRY MILLS IN APRIL OF 1997
12   WHERE HE'S TRYING TO CONFIRM INFORMATION THAT HE'S BEEN
13   GIVEN THAT DAVID SAHAKIAN AND MICHAEL MC ELHINEY HAD BEEN
14   HIT AT MARION, AND THEREFORE THERE'S A WAR ON AND WE NEED TO
15   REACT.  THAT IS MISINFORMATION.  BUT HE'S TRYING TO CONFIRM
16   WHETHER OR NOT DAVID SAHAKIAN AND MICHAEL MC ELHINEY WERE
17   HIT WHEN IN FACT THEY WEREN'T.
18          YOU WILL ALSO HEAR THAT WHAT HAS GONE OUT IS SOME
19   OF THE INMATES KNOW THAT THERE'S PROBLEMS IN LEWISBURG,
20   THERE'S PROBLEMS AT MARION, THERE'S PROBLEMS AT BEAUMONT,
21   AND THINGS ARE GETTING TENSE.  AND SO THEY'RE TRYING TO WARN
22   EACH OTHER, "BE ON THE LOOKOUT," TAKEN IN A DIFFERENT
23   CONTEXT THAN A CALL TO WAR.
24          LEWISBURG HAPPENS, AND YOU'RE GOING TO HEAR FROM
25   AL BENTON, WHO IS ADMITTEDLY ON THE COMMISSION AT THE TIME
```

26

1    IN AUGUST OF 1997, THAT HE IS THE ONE WHO MADE THE DECISION

2    IN LEWISBURG TO KILL THOSE INMATES.  HE ALONE MADE THAT

3    DECISION.  AND THAT HE BROUGHT IN WAYNE BRIDGEWATER TO DO

4    IT, THAT HE IMMEDIATELY -- I SHOULDN'T SAY IMMEDIATELY --

5    THAT WITHIN 24 HOURS, HE THEN DEBRIEFS WITH THE GOVERNMENT

6    TO SAY THAT, "HEY, THIS IS WHAT'S GOING ON," AND HE MADE A

7    DEAL WITH THE GOVERNMENT FOR THOSE MURDERS THAT ORIGINATED

8    WITH HIM.

9          THIS LEADS TO THE INDICTMENT THAT WE'RE HERE TODAY

10   FOR WHICH ALSO LED TO THE INVESTIGATIONS CONDUCTED BY AN ATF

11   AGENT BY THE NAME OF HALUALANI.  THAT LED TO SEARCH WARRANTS

12   BEING ISSUED AND SPECIFICALLY A SEARCH WARRANT BEING ISSUED

13   FOR DAVID SAHAKIAN'S CELL IN MARION IN OCTOBER OF 2002.

14          AND WHAT HAPPENED IN OCTOBER OF 2002 WAS, THERE

15   WAS A LOCAL JUDGE -- FEDERAL JUDGE THERE BY THE NAME OF

16   JUDGE GILBERT, AND HE ISSUED VERY SPECIFIC PROCEDURES ON HOW

17   THAT CELL SEARCH WAS SUPPOSED TO BE CONDUCTED.  AND THE ATF

18   AGENT, THE LOCAL ATF AGENT IN MARION, ILLINOIS, WAS AN AGENT

19   BY THE NAME OF JOSHUA KNAPP, AND HE WAS -- HE SIGNED OFF ON

20   ACKNOWLEDGING THAT THESE ARE THE PROCEDURES UNDER WHICH WE

21   ARE SUPPOSED TO TAKE STUFF FROM MR. SAHAKIAN'S CELL.

22          A SPECIAL MAGISTRATE BY THE NAME OF JULIE

23   BLACKSHAW WAS THEN APPOINTED HERE IN CALIFORNIA TO LOOK AT

24   THOSE THINGS THAT WERE TAKEN FROM DAVID SAHAKIAN'S CELL AND

25   SPECIFICALLY SEPARATE LEGAL MATERIAL FROM PERSONAL ITEMS

```
1    THAT COULD POTENTIALLY HAVE EVIDENTIARY BASIS.  THUS, THE
2    GOVERNMENT ALLEGES THAT THIS DOCUMENT CAME FROM DAVID
3    SAHAKIAN'S CELL.
4            YOU WILL SEE A VIDEO OF THAT CELL SEARCH.  YOU
5    WILL SEE THE OFFICERS WHO WERE INVOLVED IN THAT CELL SEARCH
6    TAKING THE STUFF AND PUTTING IT IN BOXES AND THEN TAPING
7    THOSE BOXES UP.  YOU WILL HEAR TESTIMONY THAT SUPPOSEDLY
8    THOSE BOXES WERE THEN KEPT IN THEIR TAPED POSITION UNTIL
9    THEY WERE RECEIVED BY JULIE BLACKSHAW HERE IN CALIFORNIA
10   WHERE SHE OPENED THEM UP AND SHE SAYS SHE FOUND THIS
11   DOCUMENT IN THERE.
12           BUT WE WILL PRESENT EVIDENCE THAT THAT ISN'T WHAT
13   HAPPENED, THAT IN FACT THOSE BOXES OF DAVID SAHAKIAN, ONCE
14   THE CAMERA WAS TURNED OFF, WERE TAKEN TO THE SIS OFFICE AT
15   MARION, ILLINOIS DOWNSTAIRS IN THE BASEMENT OF THE MARION
16   PENITENTIARY AND OPENED UP.
17           PART OF IT WAS BECAUSE OF THE PROCEDURES THAT
18   JUDGE GILBERT HAD ORDERED THAT DAVID SAHAKIAN SHOULD HAVE
19   HIS LEGAL MATERIALS AND THEREFORE HE WANTED THAT COPY SO IT
20   WOULDN'T DISRUPT DAVID SAHAKIAN IN MARION WITH RESPECT TO
21   HIS LEGAL PROCEDURES.  AND THAT THOSE LEGAL PAPERS WERE
22   SUPPOSED TO BE RETURNED TO DAVID AND THEN THEY WOULD GO ON
23   TO MARION, ILLINOIS -- I MEAN TO -- OUT HERE TO CALIFORNIA.
24           YOU'LL HEAR EVIDENCE THAT ATF AGENTS AS WELL AS
25   SIS AGENTS HAD ACCESS TO THAT MATERIAL IN DAVID'S BOXES FOR
```

1  OVER A TWO-WEEK PERIOD OF TIME, AND SPECIFICALLY THAT JULIE

2  BLACKSHAW SENDS A DOCUMENT -- SENDS A LETTER WITH A BUNCH OF

3  DOCUMENTS SHE IDENTIFIES OUT OF MR. SAHAKIAN'S PROPERTY AS

4  COMING FROM IT IN JULY OF 2003.

5        BUT IN MAY OF 2003, DAVID SAHAKIAN, AT JUDGE

6  GILBERT'S ORDER, HIS LEGAL MATERIALS ARE RETURNED TO HIM IN

7  HIS CELL AND THIS PIECE OF PAPER IS IN THERE.  NOT KNOWING

8  WHAT TO DO WITH IT, KNOWING THAT IT'S NOT HIS PIECE OF

9  PAPER, THIS DOCUMENT IS THEN PLACED UNDER SEAL AND FILED

10  WITH JUDGE GILBERT IN MAY OF 2003, TWO MONTHS BEFORE JULIE

11  BLACKSHAW EVER IDENTIFIES IT FOR ANYBODY.

12        MR. SAHAKIAN IS NOT RACIST.  THE ARYAN BROTHERHOOD

13  IS NOT RACIST.  YOU ARE GOING TO HEAR FROM BLACK INMATES WHO

14  ARE GOING TO TESTIFY IN THIS CASE THAT WE'LL CALL WHO WILL

15  SAY AS MUCH, THAT DAVID IS A FRIEND OF THEIRS.  AND THEY'LL

16  TALK ABOUT HOW IN PRISON WHEN YOU ARE PUT ON A TIER WITH --

17  AND FORCED TO LIVE WITH PEOPLE WHO YOU HAVEN'T CHOSEN TO

18  LIVE WITH, THAT YOU IMMEDIATELY LOOK, AS WE ALL DO, FOR

19  THOSE THINGS THAT YOU HAVE IN COMMON.  AND THE FIRST THING

20  IS HOME, GEOGRAPHY, WHERE DO YOU COME FROM.  AND THEN

21  UNFORTUNATELY THINGS BREAK DOWN UPON RACIAL LINES IN THE

22  PENITENTIARY.

23        AND YOU'LL HEAR ONE OF HIS FRIENDS TESTIFY, WHO

24  HAS BEEN HIS FRIEND FOR OVER 30 YEARS, THAT BECAUSE OF THE

25  WAY THE CULTURE IS IN THE PENITENTIARY, THAT EVEN THOUGH

1    DAVID'S A FRIEND OF HIS, THAT IF HE SEES HIM AND HE'S ON THE

2    SAME TIER AND HE'S BEING ATTACKED, HE CAN'T GO AND SAVE HIS

3    OWN FRIEND, THAT THAT IS THE WORLD IN WHICH THEY LIVE IN.

4          YOU'RE ALSO GOING TO HEAR THAT AS THE SEARCH

5    WARRANTS WERE BEING ISSUED AND THIS DOCUMENT WAS BEING

6    GATHERED AND THE EVIDENCE WAS BEING GATHERED, THAT SOME OF

7    THESE MEMBERS OF THE ARYAN BROTHERHOOD WHO ALLEGE THAT THEY

8    HAD A HIGHER POSITION THAN THEY ACTUALLY DID BECAME

9    GOVERNMENT COOPERATING WITNESSES, AND THAT THEY BECAME

10   GOVERNMENT COOPERATING WITNESSES AND THAT THEY RECEIVED

11   BENEFITS FOR THAT, BENEFITS THAT THEY COULDN'T OTHERWISE

12   GET.

13         BUT THERE WAS A PERIOD OF TIME WHEN THEY WERE -- A

14   LOT OF THEM WERE HOUSED IN A SPECIAL UNIT OF ADX CALLED THE

15   H UNIT, THAT WHILE THEY WERE IN THE H UNIT THEY WERE ALLOWED

16   TO VIEW OTHER INMATES' MAIL, THAT WHILE THEY WERE IN H UNIT

17   THEY WERE ALLOWED TO HAVE TV'S, HAVE VIDEOS, THAT THEY GOT

18   PRIVILEGES THAT THEY WERE NOT OTHERWISE ABLE TO GET WHEN

19   THEY WERE INMATES.

20         MORE IMPORTANTLY, THEY WERE GIVEN COMPUTERS TO

21   WORK ON WHILE THEY WERE THERE IN THIS UNIT, AND UNDER THE

22   GUISE OF THAT, THEY WERE SUPPOSED TO HELP ASSIST THE

23   GOVERNMENT, THE BUREAU OF PRISONS, IN BRINGING THIS CASE AND

24   TO HELP THEM WITH THEIR TESTIMONY IN REGARDS TO THIS CASE.

25         I HAD SHOWED YOU BEFORE THE WATCH-YOUR-BACK LIST

1    THAT HAD TONY WRIGHT'S NAME ON IT.  THIS WAS TAKEN FROM AN

2    INMATE BY THE NAME OF BRANDON KITCHEN WHO HAS NO ASSOCIATION

3    WITH ANY PARTICULAR GANG, BUT HE'S NOT A VERY LARGE YOUNG

4    MAN, LOOKS YOUNG IN AGE, AND HE KNOWS THE WRITING ON THE

5    WALL BECAUSE OF HIS OWN STATURE AND THE WAY HE LOOKS.  AND

6    HE HAS HAD SOME SHOTS FOR POSSESSING WEAPONS BECAUSE THAT'S

7    THE ONLY WAY HE CAN DEFEND HIMSELF.

8          HE WILL TELL YOU THAT THE REASON HE HAD THAT LIST

9    WAS JUST FOR THAT.  WHEN HE GETS TRANSFERRED, DOESN'T KNOW

10   WHERE HE'S GOING, HE NEEDS TO KNOW WHO TO LOOK OUT FOR AND

11   WATCH HIS BACK.

12         THIS IS TONY WRIGHT, A DC BLACK.  TONY WRIGHT IS

13   WELL DOCUMENTED AS BEING A VIOLENT INDIVIDUAL.  HE ACTUALLY

14   MADE A SPEAR AND TRIED TO SPEAR ONE OF THE CAPTAINS AT

15   MARION DURING THIS TIME PERIOD THAT WE'RE TALKING ABOUT.

16         BUT MORE IMPORTANTLY, IN 1998 HE ATTACKED STEVE

17   RICHARDSON.  HE ATTACKED HIM WITH A SHANK.  STEVE RICHARDSON

18   ENDED UP HAVING OVER SEVENTY STAB WOUNDS ON HIS BODY.  HE

19   SURVIVED.

20         AND THIS ISN'T AN ISOLATED INCIDENT.  THIS IS JUST

21   ONE OF MANY INCIDENTS THAT OCCURRED.  AND THEY'RE NOT

22   NECESSARILY ALL ON RACIAL LINES.  DANNY MC PHEETERS, ONE OF

23   THE GOVERNMENT'S WITNESSES IN THIS CASE, ATTACKED JIMMY

24   BARTLETT, ANOTHER GOVERNMENT WITNESS IN THIS CASE, ALLEGEDLY

25   FOR A CHECK-OUT MOVE BECAUSE HE WANTED TO MOVE.  HE DIDN'T

1    LIKE WHERE HE WAS ANYMORE.

2           AT THE END OF THIS CASE, YOU'RE GOING TO HAVE

3    ENOUGH INFORMATION TO LOOK AT THE EVIDENCE AND DECIDE THE

4    FACTS ON THE TRUE CONTEXT IN WHICH THEY ORIGINATED.  YOU

5    NEED TO UNDERSTAND THE CONTEXT IN WHICH THEY ORIGINATED TO

6    COME TO THE TRUTH OF WHAT WAS GOING ON DURING THIS TIME

7    PERIOD IN OUR FEDERAL PENITENTIARIES.  AND IT WILL

8    DEMONSTRATE TO YOU THAT DAVID SAHAKIAN DIDN'T HAVE ANYTHING

9    TO DO WITH THIS.  HE WAS TRYING TO SURVIVE, AS ANY INMATE

10   WAS TRYING TO SURVIVE, THE BEST WAY HE CAN.  AND HE WAS

11   DOING IT WITHOUT GETTING BLOOD ON HIS HANDS.

12          BUT THE GOVERNMENT'S WITNESSES WEREN'T ABLE TO DO

13   THAT, AND THEY GOT THE BLOOD ON THEIR HANDS AND THEY GOT THE

14   BENEFIT FOR IT, AND THEY RECEIVED BETTER BENEFITS BECAUSE

15   THEY GOT THE BLOOD ON THEIR HANDS.  THAT'S THE SYSTEM THAT

16   WE'RE TALKING ABOUT.

17          AT THE END OF THE CASE, WE'LL BE ASKING YOU FOR A

18   NOT GUILTY ON ALL COUNTS.

19          THE COURT:  THANK YOU.

20          ALL RIGHT.  LADIES AND GENTLEMEN, IN JUST A

21   MOMENT, I'M GOING TO CALL ON COUNSEL FOR THE GOVERNMENT TO

22   CALL ITS FIRST WITNESS.  BEFORE WE DO THAT, WE'RE GOING TO

23   HAND OUT TO YOU THOSE JUROR NOTEBOOKS SO THAT YOU'LL HAVE

24   THE OPPORTUNITY TO TAKE NOTES NOW THAT YOU'RE GOING TO START

25   HEARING EVIDENCE.

1    LET ME TELL YOU A LITTLE BIT ABOUT THE NOTEBOOKS

2    YOU'LL BE GETTING MOMENTARILY.  THERE ARE SEVERAL SECTIONS

3    IN THEM.  ONE SECTION IS FOR PHOTOGRAPHS.  WE TAKE -- I'M

4    SORRY -- WE.  MY LAW CLERK TAKES A PHOTOGRAPH OF MOST OF THE

5    WITNESSES WHO WILL TESTIFY, AND THEN AS WE GO ALONG DURING

6    THE TRIAL, WE'LL PUT THAT PHOTOGRAPH -- A COPY OF THE

7    PHOTOGRAPH -- A COPY OF THE PHOTOGRAPH, THANKS TO THE MAGIC

8    OF DIGITAL CAMERAS, IN YOUR NOTEBOOKS BEHIND THE TAB THAT

9    SAYS "WITNESSES."  SO AS THE CASE GOES ALONG AND YOU WANT TO

10   REFRESH YOUR MEMORY ABOUT THE WITNESSES, YOU'LL HAVE THOSE.

11   IT HAS A SECTION THAT SAYS "JURY INSTRUCTIONS,"

12   AND YOU'VE SEEN A LITTLE BIT BACK AND FORTH TODAY, BECAUSE

13   WE'RE TRYING TO PUT THOSE JURY INSTRUCTIONS I READ TO YOU

14   LAST NIGHT INTO ABSOLUTE PERFECT, FINAL FORM.  SO YOU'LL

15   HAVE A COPY OF THOSE.

16   DURING THE COURSE OF THE TRIAL, AS THINGS COME UP,

17   I READ ANOTHER INSTRUCTION TO YOU FROM TIME TO TIME, AND

18   EVERY TIME I DO THAT, AT THE NEXT BREAK OR THE NEXT MORNING,

19   THAT INSTRUCTION GOES IN YOUR NOTEBOOK AS WELL.

20   AND THEN THERE'S A SUBSTANTIAL SECTION AT THE BACK

21   THAT SAYS "NOTES."  RIGHT NOW IT'S BLANK PAGES.  IT'S FOR

22   YOU TO TAKE NOTES WITH.

23   SO EACH OF YOU GETS A NOTEBOOK.  IT'S LABELED WITH

24   YOUR NUMBER.  AND LIKE I SAID, THOSE REMAIN ON THE SEAT

25   EVERY TIME YOU LEAVE UNTIL THE END OF THE CASE WHEN YOU GO

1   BACK TO DELIBERATE.

2            YOU WILL HAVE THOSE IN JUST A MOMENT.

3            ONE OR TWO OTHER THINGS I WANT TO MENTION.  FIRST

4   OF ALL, AS TO THE TEMPERATURE IN HERE, IT SORT OF FLUCTUATES

5   BETWEEN REFRIGERATOR AND OVEN.  SO I TEND, FOR THE SAKE OF

6   ALERTNESS, TO HAVE IT -- IF I HAVE THOSE TWO CHOICES, TO

7   KEEP IT A LITTLE COOLER.  BUT I NOTICE THE SHIVERING THIS

8   MORNING, SO I DID ASK AT LUNCH THAT THEY WARM IT UP A FEW

9   DEGREES.

10            THE BEST ADVICE IS TO DRESS IN LAYERS BECAUSE

11   EVERY ONCE IN A WHILE IN THE SUMMER WHEN THE HEAT GETS

12   REALLY BAD, THEN YOU'LL BE PINING FOR THE COOLNESS THAT YOU

13   FEEL TODAY.  BUT USUALLY WE KEEP IT A LITTLE ON THE COOL

14   SIDE.  IF YOU'RE REALLY UNCOMFORTABLE, LET ME KNOW.  WE WILL

15   MAKE A CHANGE.

16            EVERYTHING THAT GOES ON IN THE COURTROOM, WITH ONE

17   EXCEPTION I'LL GET TO, EVERYTHING THAT GOES ON IN HERE

18   DURING THE TRIAL IS FOR YOUR BENEFIT.  SO IF YOU CAN'T HEAR

19   SOMEONE, LET ME KNOW.  IF YOU CAN'T HEAR ONE OF THE LAWYERS

20   OR THE WITNESSES SPEAKING, PLEASE LET ME KNOW.  I TRY TO

21   KEEP AN EYE ON YOU.  ALL YOU HAVE TO DO IS RAISE YOUR HAND

22   AND SIGNAL ME AND WE'LL CORRECT THAT.  THE ACOUSTICS ARE

23   GOOD, BUT SOMETIMES PEOPLE DO STEP AWAY FROM THE MICROPHONE

24   OR WE'LL GET AN UNUSUALLY SOFT-SPOKEN WITNESS AND I'LL

25   REMIND THEM TO SPEAK UP.  SO JUST LET ME KNOW.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1      WE DID BRING IN THE EXTRA MONITORS SO THAT ALL OF

2  YOU CAN SEE.  AND THE LAWYERS WILL WORK ON MAKING SURE THAT

3  THINGS GET BLOWN UP ON IT SO YOU CAN SEE THINGS.  BUT IF

4  YOU'RE HAVING TROUBLE SEEING OR SOMETHING GETS MOMENTARILY

5  BLOCKED OR IT'S OUT OF FOCUS, SOMETIMES THE ATTORNEYS ARE SO

6  BUSY, YOU KNOW, QUESTIONING THE WITNESSES THAT THEY MAY NOT

7  BE AWARE OF THAT, SO JUST LET ME KNOW.

8      WE DO TAKE A REGULAR -- USUALLY JUST ONE RECESS IN

9  THE MORNING AND ONE IN THE AFTERNOON.  BUT THIS ISN'T --

10 CONTRARY TO WHAT YOU MIGHT HAVE FELT LIKE YESTERDAY, IT'S

11 NOT AN ENDURANCE CONTEST.  AND IF YOU'RE UNCOMFORTABLE FOR

12 WHATEVER REASON -- YOU DON'T HAVE TO TELL ME THE REASON --

13 AND YOU NEED A RECESS, ALL YOU HAVE TO DO IS JUST SIGNAL ME,

14 AND WE'LL TAKE A RECESS.  AND I'D RATHER TAKE AN EXTRA

15 RECESS OR AN EARLIER ONE AND HAVE YOU ABLE TO PAY ATTENTION

16 TO THE VERY IMPORTANT EVIDENCE THAN KEEP TO A RIGID

17 SCHEDULE.  JUST LET THEY KNOW.  AND LIKE I SAID, I TRY TO

18 KEEP AN EYE ON YOU.

19     AND THEN THE EXCEPTION TO THE RULE I MENTIONED

20 ABOUT EVERYTHING THAT WE DO IS FOR YOUR BENEFIT IS ON THE

21 RARE OCCASIONS, AND BELIEVE ME, THEY REALLY ARE RARE, WHEN

22 WE HAVE WHAT'S CALLED A SIDEBAR.  I THINK PEOPLE BECAME

23 AWARE OF THE TERM "SIDEBAR" A FEW YEARS AGO DURING AN

24 INFAMOUS TRIAL WHERE THERE WERE TOO MANY OF THEM.

25     THE REASON TO HAVE A SIDEBAR, IN MY EXPERIENCE, IS

1    BECAUSE SOMETIMES I THINK IF I TALK TO THE ATTORNEYS, I CAN

2    EITHER MAKE A SUGGESTION OR WE CAN WORK SOMETHING OUT SO

3    THAT WE CAN ACTUALLY USE YOUR TIME MORE EFFICIENTLY.  AS FAR

4    AS I'M CONCERNED, THAT'S THE ONLY REASON TO HAVE A SIDEBAR.

5              THAT'S THE ONLY TIME WHEN WE HAVE A SIDEBAR IS

6    WHEN WE'RE TALKING ABOUT SOMETHING THAT IS NOT FOR YOUR

7    BENEFIT.  EVERY TIME WE DO THAT, MISS DILLARD PUTS ON THAT

8    BUZZING NOISE SO YOU CAN FEEL FREE TO STAND UP, STRETCH,

9    TALK QUIETLY AMONGST YOURSELVES.  STRETCHING OFTEN FEELS

10   GOOD.

11             SOMETIMES THE ATTORNEYS MAY ASK IF THEY CAN

12   APPROACH THE BENCH, AND SOMETIMES I'LL SAY NO, MEANING I'M

13   GOING TO TAKE IT UP WITH THEM WHEN YOU ARE ON A BREAK.

14   DON'T HOLD THAT AGAINST THEM.  DON'T PAY ANY ATTENTION TO

15   THAT.  THAT'S ROUTINE.

16             OTHER TIMES, THEY MAY NOT HAVE ASKED AND I'LL

17   SUGGEST OR ASK THEM TO COME TO THE SIDEBAR SO THAT I CAN

18   MAKE A SUGGESTION TO THEM ABOUT HOW TO MOVE THINGS ALONG A

19   LITTLE MORE EFFICIENTLY.

20             AND THE GOVERNMENT'S FIRST WITNESS IS MR. WEST.

21             MR. AKROTIRIANAKIS:  THE GOVERNMENT CALLS GLEN

22   WEST, YOUR HONOR.

23             THE COURT:  ALL RIGHT.

24             DO WE NEED TO TAKE A RECESS AT THIS TIME?

25             MR. AKROTIRIANAKIS:  IF WE COULD, VERY BRIEFLY.

36

1          THE COURT:  ACTUALLY, I THINK I'LL JUST ASK DO WE

2    NEED A RECESS, OR SHOULD WE JUST ASK THE JURY TO WAIT.

3          MR. AKROTIRIANAKIS:  IN THE HALLWAY.

4          THE COURT:  IN THE HALLWAY, ALL RIGHT.

5          MARVA, COULD YOU ESCORT THE JURY TO WAIT IN THE

6    HALLWAY FOR ONE MOMENT.

7          THANK YOU, LADIES AND GENTLEMEN, IF YOU'LL JUST

8    WAIT OUTSIDE FOR A MOMENT.

9       (*JURY OUT.*)

10      *(THE FOLLOWING PROCEEDINGS WERE HAD OUTSIDE THE*

11      *PRESENCE OF THE JURY.)*

12         THE COURT:  YOU MAY BE SEATED.

13         MR. SHOSTAK:  YOUR HONOR, IF THE COURT PLEASE, I

14   SIMPLY WANT TO CALL TO YOUR ATTENTION THAT DURING THE

15   OPENING STATEMENT, IN LOOKING AT THE TABLE FOR COUNSEL FOR

16   THE GOVERNMENT, I NOTICED SEVERAL TIMES THERE WAS WHAT

17   APPEARED TO ME TO BE SOME SNICKERING GOING ON IN FRONT OF

18   THE JURY WHEN MR. GREEN WAS TALKING.

19         THE COURT:  YOU SAY THE GOVERNMENT?

20         MR. SHOSTAK:  YES.  AND SMILING AND KIND OF

21   LAUGHING, AND I'M JUST SURPRISED AT THAT.  AND I WANTED TO

22   CALL YOUR ATTENTION.

23         MR. AKROTIRIANAKIS:  I DON'T UNDERSTAND.  IS

24   COUNSEL SAYING THAT THE GOVERNMENT COUNSEL WERE SNICKERING

25   DURING THE OPENING STATEMENT?

```
1              THE COURT:  I THINK THAT'S WHAT HE SAID.

2              MR. SHOSTAK:  THAT'S WHAT I SAID.  THAT'S WHAT IT

3      APPEARED TO ME.

4              MR. WOLFE:  I DENY IT, YOUR HONOR.  I DENY IT ON

5      MY BEHALF.  I DENY IT ON BEHALF OF MR. AKROTIRIANAKIS.  I

6      DID NOT DO SUCH A THING OR HEAR OR SEE IT.

7              IF YOUR HONOR HAS A DIFFERENT OPINION AND WISHES

8      ME TO MAKE A RECORD, I WOULD INVITE YOUR HONOR TO DO SO.

9              MR. AKROTIRIANAKIS:  I HAVE NO IDEA WHAT ON EARTH

10     HE'S TALKING ABOUT.

11             THE COURT:  WELL, I CAN'T SAY THAT I WAS LOOKING

12     AT GOVERNMENT COUNSEL THE ENTIRE TIME.  BUT I DIDN'T SEE

13     ANYTHING.  I SAW POKER FACES, AS I EXPECT AND AS I REQUIRE.

14     BUT I DIDN'T SEE ANYTHING.  IF YOU SAW SOMETHING FROM THE

15     SIDE THAT APPEARED THAT WAY, I THINK YOU WERE MISTAKEN.

16             MR. SHOSTAK:  OKAY.

17         (PAUSE.)

18         (THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT

19          IN THE PRESENCE OF THE JURY:)

20             THE COURT:  LET THE RECORD REFLECT AGAIN THE

21     PRESENCE OF ALL MEMBERS OF THE JURY IN THE COURTROOM.

22             AND THE GOVERNMENT MAY CALL ITS FIRST WITNESS.

23             MR. AKROTIRIANAKIS:  YES, YOUR HONOR.  GLEN WEST.

24             THE COURT:  THANK YOU.

25             THE CLERK:  COULD YOU PLEASE STAND AND RAISE YOUR
```

38

1    RIGHT HAND.

2              GLEN WEST, PLAINTIFF'S WITNESS, SWORN

3              THE WITNESS:  I DO.

4              THE CLERK:  PLEASE BE SEATED.

5              PLEASE STATE YOUR FULL NAME AND SPELL IT FOR THE

6    RECORD.

7              THE WITNESS:  GLEN ALAN WEST, G-L-E-N, A-L-A-N,

8    W-E-S-T.

9              THE COURT:  THANK YOU.

10             MR. WEST, MAKE SURE THAT YOU -- DON'T GET TOO

11   CLOSE TO THE MICROPHONE BECAUSE THEN WE GET FEEDBACK, BUT

12   PLEASE MAKE SURE TO STAY CLOSE ENOUGH THAT THE AUDIO SYSTEM

13   PICKS UP YOUR VOICE.

14             IF YOU NEED WATER, THERE'S CUPS AND A PITCHER

15   RIGHT THERE FOR YOU.

16             THANK YOU.  YOU MAY INQUIRE.

17             MR. AKROTIRIANAKIS:  THANK YOU, YOUR HONOR.

18                      DIRECT EXAMINATION

19   BY MR. AKROTIRIANAKIS:

20   Q.   GOOD AFTERNOON, MR. WEST.  MY NAME IS JOE

21   AKROTIRIANAKIS.  I REPRESENT THE GOVERNMENT IN THIS CASE.

22             HAVE WE EVER MET IN PERSON?

23   A.   NO, SIR.

24   Q.   HAVE WE SPOKEN ON THE TELEPHONE?

25   A.   TWICE.

```
1   Q.    AND FOR A TOTAL OF A COUPLE OF HOURS?

2   A.    MAYBE THAT LONG.

3   Q.    MR. WEST, ARE YOU FAMILIAR WITH THE ARYAN BROTHERHOOD?

4   A.    YES, SIR.

5   Q.    HOW IS IT THAT YOU ARE FAMILIAR WITH THE ARYAN

6   BROTHERHOOD?

7   A.    I WAS A MEMBER OF IT.

8   Q.    AND WERE YOU A MEMBER OF THE FACTION OF THE ARYAN

9   BROTHERHOOD THAT EXISTS IN FEDERAL PRISON?

10  A.    YES, SIR.

11  Q.    WERE YOU IN PRISON AT THAT TIME?

12  A.    YES, SIR.

13  Q.    HAVE YOU SINCE DROPPED OUT OF THE ARYAN BROTHERHOOD?

14  A.    YES, SIR.

15  Q.    WHEN DID YOU DROP OUT OF THE ARYAN BROTHERHOOD?

16  A.    BASICALLY STARTED PULLING BACK FROM THEM IN ABOUT, I'D

17  SAY '97, SOMEWHERE IN THAT AREA.

18  Q.    AND WHEN WERE YOU -- WHEN WERE YOU RELEASED FROM

19  PRISON, SIR?

20  A.    I BELIEVE IT WAS 2000.

21  Q.    AND HAVE YOU HAD CONTACT WITH THE ARYAN BROTHERHOOD

22  SINCE THE TIME THAT YOU WERE RELEASED FROM PRISON IN 2000?

23  A.    NO, SIR.

24  Q.    FOR THE MAJORITY OF YOUR TIME THAT YOU WERE IN PRISON,

25  WERE YOU A MEMBER OF THE ARYAN BROTHERHOOD?
```

1    A.    A GOOD PORTION OF IT, YES, SIR.

2    Q.    AND WHAT WAS THE TOTAL PERIOD OF TIME, WOULD YOU SAY,

3    APPROXIMATELY, IN TERMS OF THE LENGTH OF YEARS THAT YOU WERE

4    A MEMBER OF THE ARYAN BROTHERHOOD?

5    A.    FROM 1980 TO -- ACTUALLY, UP UNTIL I WAS RELEASED IN

6    2000.

7    Q.    NOW, AFTER YOU WERE RELEASED FROM PRISON IN 2000, WERE

8    YOU LATER ARRESTED IN CONNECTION WITH THIS CASE?

9    A.    YES, SIR.

10   Q.    AND APPROXIMATELY WHEN WAS THAT?

11   A.    I BELIEVE IT WAS 2002.

12   Q.    AND WERE YOU PUT BACK IN CUSTODY AT THAT TIME?

13   A.    YES, SIR.

14   Q.    WERE YOU CHARGED AS A DEFENDANT IN THE INDICTMENT IN

15   THIS CASE?

16   A.    YES, SIR.

17   Q.    WERE YOU CHARGED, IF YOU RECALL, IN THE FIRST COUNT,

18   THE RACKETEERING COUNT?

19   A.    NO, SIR.

20   Q.    WERE YOU CHARGED IN COUNT 2, THE RACKETEERING

21   CONSPIRACY COUNT?

22   A.    NO, SIR.

23   Q.    ON AUGUST 20TH, 2003, DID YOU PLEAD GUILTY TO AN

24   INFORMATION CHARGING YOU WITH THE CONSPIRACY TO COMMIT THE

25   MURDER OF ROBERT WILSON?

1    A.    YES, SIR.

2    Q.    AND DO YOU RECALL APPROXIMATELY WHEN THE CONSPIRACY

3    ITSELF WAS?

4    A.    IT WOULD HAVE HAD TO BE AROUND 1982, I WOULD THINK.

5    Q.    NOW, AT THE TIME THAT YOU PLED GUILTY TO THAT

6    CONSPIRACY, DID YOU MAKE AN AGREEMENT TO COOPERATE WITH THE

7    GOVERNMENT IN THIS CASE?

8    A.    YES, SIR.

9    Q.    AND DO YOU HAVE A PLEA AGREEMENT?

10   A.    YES, SIR.

11   Q.    IS IT A PART OF THAT PLEA AGREEMENT THAT YOU COOPERATE

12   WITH THE GOVERNMENT?

13   A.    YES, SIR.

14   Q.    DOES IT REQUIRE YOUR TESTIMONY HERE TODAY?

15   A.    YES, SIR.

16   Q.    AS PART OF YOUR PLEA AGREEMENT, IS IT YOUR

17   UNDERSTANDING THAT THE GOVERNMENT HAS AGREED TO DISMISS THE

18   CHARGE AGAINST YOU THAT IS CONTAINED IN THE INDICTMENT IN

19   THIS CASE?

20   A.    YES, SIR.

21   Q.    WHAT IS YOUR FURTHER UNDERSTANDING OF THE PLEA

22   AGREEMENT IN TERMS OF YOUR OBLIGATIONS AND THE GOVERNMENT'S

23   OBLIGATIONS?

24   A.    THAT ANYTIME I'M CALLED, I HAVE TO TESTIFY AND TESTIFY

25   TO THE TRUTH.

```
 1   Q.   AND IF -- IF YOU FAIL IN FULFILLING YOUR OBLIGATIONS,

 2   WHAT IS YOUR UNDERSTANDING?

 3   A.   THAT THE CHARGES WOULD BE REINSTATED.

 4   Q.   HAVE YOU BEEN YET SENTENCED ON THE CHARGE TO WHICH YOU

 5   PLED GUILTY TO MURDER CONSPIRACY?

 6   A.   NO, SIR.

 7   Q.   AS A RESULT OF YOUR COOPERATION IN THIS CASE, DO YOU

 8   EXPECT TO GET A RECOMMENDATION FROM THE OFFICE OF THE UNITED

 9   STATES ATTORNEY AS TO WHAT YOUR SENTENCE SHOULD BE?

10   A.   YES, SIR.

11   Q.   NOW, YOU ARE NOT IN CUSTODY AT THE PRESENT; IS THAT

12   CORRECT?

13   A.   NO, SIR.

14   Q.   THAT WAS A BAD QUESTION.

15        YOU'RE NOT NOW IN CUSTODY, ARE YOU, SIR?

16   A.   NO, SIR.

17   Q.   SO AT SOME POINT WHEN YOU WERE ARRESTED IN 2002 UNTIL

18   NOW, YOU WERE RELEASED?

19   A.   YES, SIR.

20   Q.   OKAY.  WERE YOU RELEASED ON BOND?

21   A.   NO, SIR.

22   Q.   OR RECOGNIZANCE?

23   A.   YES, SIR.

24   Q.   THAT MEANS THAT YOU ARE AWARE OF YOUR OBLIGATIONS TO

25   APPEAR IN COURT WHEN CALLED TO DO SO OR ORDERED BY THE
```

1    COURT; IS THAT RIGHT?

2    A.    YES, SIR.

3    Q.    NOW, WHEN YOU WERE RELEASED ON YOUR RECOGNIZANCE, TO

4    WHOM WERE YOU RELEASED?

5    A.    TO THE WITNESS PROTECTION PROGRAM.

6    Q.    IS THAT THE WITSEC, WITNESS SECURITY PROGRAM?

7    A.    YES, SIR.

8    Q.    WHY WERE YOU PUT INTO THE WITSEC PROGRAM, IN YOUR

9    UNDERSTANDING?

10   A.    BECAUSE I WAS IN THE HAT WITH THE BRAND.

11   Q.    NOW, YOU USED THE TERM "IN THE HAT."  WHAT DOES THAT

12   MEAN?

13   A.    IT MEANS TARGETED TO KILL.

14   Q.    AND YOU REFERRED TO "THE BRAND."  WHAT IS THE BRAND?

15   A.    THE ARYAN BROTHERHOOD.

16   Q.    NOW, THAT EXPRESSION "IN THE HAT," IS THAT AN

17   EXPRESSION COMMONLY USED IN THE ARYAN BROTHERHOOD?

18   A.    YES, SIR.

19   Q.    WHY IS IT THAT YOU BELIEVE THAT YOU ARE IN THE HAT FOR

20   COOPERATING WITH THE GOVERNMENT?

21   A.    BECAUSE JUST STANDARD POLICY.

22   Q.    ARYAN BROTHERHOOD POLICY?

23   A.    YES, SIR.

24   Q.    AND HOW IS IT THAT YOU ARE FAMILIAR WITH THE ARYAN

25   BROTHERHOOD POLICY?

1    A.    BECAUSE I WAS IN IT FOR YEARS.

2    Q.    NOW, WITHOUT IDENTIFYING WHAT OTHER PROCEEDINGS THEY

3    WERE, HAVE YOU PREVIOUSLY TESTIFIED IN OTHER LEGAL

4    PROCEEDINGS IN CONNECTION WITH THIS CASE?

5    A.    YES, SIR.

6    Q.    WAS YOUR TESTIMONY IN THOSE OTHER PROCEEDINGS GOVERNED

7    BY THE SAME PLEA AGREEMENT WE'VE ALREADY DISCUSSED THIS

8    AFTERNOON?

9    A.    YES, SIR.

10   Q.    IN ADDITION TO WHAT YOU HAVE ALREADY TESTIFIED TO, HAVE

11   YOU BEEN PROMISED ANYTHING ELSE IN CONNECTION WITH THIS CASE

12   OR THOSE OTHER PROCEEDINGS?

13   A.    NO, SIR.

14   Q.    MR. WEST, HOW OLD ARE YOU TODAY?

15   A.    54.

16   Q.    AND IN WHAT YEAR DID YOU FIRST ENTER THE FEDERAL PRISON

17   SYSTEM?

18   A.    I BELIEVE IT WAS 1971.

19   Q.    AND YOU PREVIOUSLY TESTIFIED THAT YOU WERE RELEASED IN

20   APPROXIMATELY 2000.

21   A.    YES, SIR.

22   Q.    AND IS IT YOUR RECOLLECTION THAT YOU WERE A FEDERAL

23   PRISONER FOR THOSE APPROXIMATELY 30 YEARS?

24   A.    YES, SIR.

25   Q.    HAVE YOU BEEN HOUSED AT DIFFERENT FEDERAL PRISONS IN

1    THAT TIME?

2    A.    YES, SIR.

3    Q.    WHAT TYPES OF FEDERAL PRISONS WERE YOU HOUSED IN?

4    A.    MAINLY ALL THE PRISONS THAT THEY HAVE.  LEAVENWORTH,

5    LOMPOC, MARION, ATLANTA.  SO BASICALLY THE LEVEL FIVE

6    PRISONS.

7    Q.    NOW YOU PREFERRED TO LEVEL FIVE PRISONS.  YOU ARE

8    FAMILIAR WITH DIFFERENT LEVELS OF FEDERAL PRISONS?

9    A.    YES, SIR.

10   Q.    ARE THOSE, IN YOUR UNDERSTANDING, BASED ON THE SECURITY

11   CLASSIFICATION OF THE INSTITUTION?

12   A.    YES, SIR.

13   Q.    ARE YOU FAMILIAR WITH THE TERM "PENITENTIARY"?

14   A.    YES, SIR.

15   Q.    IS YOUR UNDERSTANDING -- WELL, WHEN YOU USE THE WORDS

16   "LEVEL FIVE" OR THE TERM "LEVEL FIVE," DO YOU EQUATE THAT

17   WITH, AS YOU UNDERSTAND, THE TERM "PENITENTIARY"?

18   A.    YES, SIR.

19   Q.    AND THAT IS THE HIGHEST LEVEL -- SECURITY LEVEL FEDERAL

20   PRISON, BASED ON YOUR EXPERIENCE AS A FEDERAL PRISONER?

21   A.    YES, SIR.

22   Q.    MR. WEST, TO YOUR RIGHT THERE ARE A SERIES OF FOLDERS.

23   CAN YOU -- JUST SORT OF PICK THEM ALL.  THEY HAVE DIFFERENT

24   LABELS AT THE TOP THAT INDICATE THE NUMBER OF THE EXHIBIT

25   THAT'S IN THE FOLDER.  AND ONE OF THEM SAYS EXHIBIT 44 ALONG

1    THE TOP.  IF I CAN GUIDE YOU TO THAT.

2         MR. AKROTIRIANAKIS:  YOUR HONOR, WE HAVE A

3    STIPULATION TO THE ADMISSIBILITY OF EXHIBIT 44.

4         THE COURT:  ALL RIGHT, THANK YOU.

5         IT IS ORDERED ADMITTED.  AND YOU MAY PUBLISH.

6         (PLAINTIFF'S EXHIBIT 44 RECEIVED IN EVIDENCE.)

7         MR. AKROTIRIANAKIS:  THANK YOU, YOUR HONOR.

8    BY MR. AKROTIRIANAKIS:

9    Q.   MR. WEST, I BELIEVE ALSO THAT ON THE SCREEN THAT'S

10   RIGHT THERE IN FRONT OF YOU, YOU PROBABLY SEE WHAT'S ON THE

11   SCREEN DOWN HERE?

12   A.   IT'S BLANK.

13   Q.   IT'S BLANK.  OKAY.  IN THE FOLDER BEFORE YOU IS

14   EXHIBIT 44.  AND IF YOU CAN SEE THIS, IS THAT WHAT IT LOOKS

15   LIKE?

16   A.   YES, SIR.

17   Q.   OKAY.  BY "THIS," FOR THE RECORD, I'M REFERRING TO THE

18   SCREEN THAT'S IN THE COURT'S WELL.

19         THE COURT:  IF YOU TOUCH THE BUTTON THAT'S ON THE

20   BOTTOM FAR RIGHT, IT SHOULD TURN IT ON.

21         MR. AKROTIRIANAKIS:  WE CAN GO ALONG THIS WAY,

22   YOUR HONOR, IF IT'S OKAY.

23   BY MR. AKROTIRIANAKIS:

24   Q.   MR. WEST, DIRECTING YOUR ATTENTION TO EXHIBIT 44 WHICH

25   IS BEFORE YOU, DO YOU RECOGNIZE IT AS A MAP OF THE UNITED

1    STATES?

2    A.    YES, SIR.

3    Q.    AND IT DOESN'T HAVE EVERY ONE OF THE PENITENTIARIES YOU

4    JUST MENTIONED, BUT IT DOES HAVE SOME OF THEM.    CAN YOU

5    PLEASE TELL THE JURY WHICH OF THE FIVE INSTITUTIONS SHOWN ON

6    EXHIBIT 44 YOU WERE AT SOME POINT HOUSED DURING YOUR ALMOST

7    30 YEARS AS A FEDERAL PRISONER?

8    A.    USP MARION, USP LEAVENWORTH, USP LOMPOC.

9    Q.    NOW, REFERRING YOU TO USP LOMPOC, THAT'S HERE IN

10   CALIFORNIA; CORRECT?

11   A.    YES, SIR.

12   Q.    AND CAN YOU DESCRIBE USP LOMPOC.

13            I'M GOING TO ASK YOU A SERIES OF QUESTIONS TO SORT

14   OF GUIDE YOU AROUND.    WELL, LET ME DO IT THIS WAY.

15            IN RELATION TO UNITED STATES PENITENTIARY AT

16   MARION, IS LOMPOC MORE OR LESS RESTRICTED?

17   A.    IT'S LESS RESTRICTED.

18   Q.    IS THAT LIKEWISE TRUE WITH THE LEAVENWORTH

19   PENITENTIARY?

20   A.    YES, SIR.

21   Q.    ARE LOMPOC AND LEAVENWORTH SIMILAR IN TERMS OF THE

22   RESTRICTIONS OR FREEDOMS THAT THE INMATES HAVE?

23   A.    PRETTY CLOSE.

24   Q.    OKAY.    CAN YOU PLEASE DESCRIBE WHAT THE YARD WOULD BE

25   LIKE AT EITHER OF THOSE PRISONS IN TERMS OF WHETHER OR NOT

1    YOU COULD ACCESS A YARD, WHETHER OTHER INMATES WOULD BE

2    THERE AT THAT TIME, AND THE LIKE.

3    A.    BASICALLY EACH ONE HAD AN HOURLY MOVEMENT.  SO EVERY

4    HOUR, IF YOU'RE IN THE BLOCK, YOU CAN GO TO THE YARD, COME

5    BACK IN, STAY OUT THERE MOST OF THE DAY IF YOU DIDN'T HAVE

6    TO GO TO YOUR JOB.

7    Q.    AND WHAT ABOUT THE REC UNIT; WAS THERE A REC UNIT AT

8    LOMPOC?

9    A.    YEAH, A COUPLE OF THEM.  YOU HAVE A WEIGHT PILE ON THE

10   YARD.  YOU HAVE A WEIGHT PILE IN THE GYM.  GHC ROOMS

11   UPSTAIRS.

12   Q.    AND "HC," IS THAT HOBBY CRAFT?

13   A.    NO.  THE HOBBY CRAFT -- THEY HAD ALSO HOBBY CRAFT.  THE

14   GHC WAS ETHNIC ROOMS, BASICALLY.  THE ITALIANS HAD A ROOM,

15   SPANISH HAD A ROOM, WHERE YOU COULD JUST BASICALLY GO UP AND

16   HANG OUT.

17   Q.    AND I WANT TO MAKE SURE I'M UNDERSTANDING YOU.  ARE YOU

18   SAYING "GHC"?

19   A.    YEAH.

20   Q.    DO YOU KNOW WHAT THAT STANDS FOR?

21   A.    I HAVE NO IDEA.

22   Q.    OKAY, THE GHC ROOMS.

23          NOW, DID THEY ALSO HAVE SIMILAR FACILITIES AT

24   LEAVENWORTH?

25   A.    YEAH.

1   Q.   AND THE HOBBY CRAFT ROOM, YOU ALREADY TESTIFIED THEY

2   HAD ONE OF THOSE AT LEAVENWORTH?

3   A.   YES, SIR.

4   Q.   AND I'M SORRY.  THEY HAD ONE AT LOMPOC ALSO?

5   A.   YES, SIR.

6   Q.   AND DID YOU SPEND A SIGNIFICANT AMOUNT OF TIME IN HOBBY

7   CRAFT?

8   A.   YES, SIR.

9   Q.   WAS PART OF THAT RELATED TO ACTIVITIES THAT YOU

10  UNDERTOOK IN BEHALF OF THE ARYAN BROTHERHOOD?

11  A.   SOME OF IT, YES, SIR.

12  Q.   OKAY.  WE'LL GET INTO THOSE IN JUST A MOMENT.

13       LET ME ASK YOU ABOUT THE VISITING ROOM AT

14  LEAVENWORTH.  IS IT AN OPEN VISITING ROOM?

15  A.   YES, SIR.

16  Q.   ARE YOU PERMITTED TO HAVE CONTACT VISITS?

17  A.   YES, SIR.

18  Q.   AND WHY DON'T YOU DESCRIBE, PLEASE, WHAT A CONTACT

19  VISIT IS.

20  A.   CONTACT VISIT BASICALLY MEANS YOU'RE SITTING AT THE

21  SAME TABLE.  YOU CAN HUG AND KISS ONCE WHEN THEY COME IN.

22  SO IT'S BASICALLY JUST SITTING ACROSS THE TABLE FROM EACH

23  OTHER.

24  Q.   AND IS THAT -- IS THAT LEVEL OF VISITING ROOM OR THE

25  FACT OF A CONTACT VISITING ROOM THE CASE BOTH IN --

```
 1              THE COURT:  MR. ESTRADA IS JUST GOING TO SEE IF HE
 2    CAN GET THE MONITOR WORKING.
 3         (PAUSE IN THE PROCEEDINGS.)
 4    BY MR. AKROTIRIANAKIS:
 5    Q.   WHILE WE'RE WAITING, MR. WEST, I'LL DIRECT YOUR
 6    ATTENTION TO EXHIBITS 51 AND 52 IN THE FOLDER BEFORE YOU.
 7    I'LL JUST ASK YOU TO VIEW THOSE.
 8    A.   (WITNESS SO COMPLIES.)
 9              MR. AKROTIRIANAKIS:  AND THE GOVERNMENT OFFERS 51
10    AND 52 BASED ON A STIPULATION JUST REACHED BETWEEN THE
11    PARTIES.
12              THE COURT:  SO NO OBJECTION TO 51 OR 52; IS THAT
13    RIGHT?
14              MR. GREEN:  NO OBJECTION.
15              THE COURT:  THANK YOU.  51 AND 52 ARE ORDERED
16    ADMITTED.  YOU MAY PUBLISH.
17         (PLAINTIFF'S EXHIBITS 51 AND 52 RECEIVED IN
18         EVIDENCE.)
19              MR. AKROTIRIANAKIS:  THANK YOU, YOUR HONOR.
20    BY MR. AKROTIRIANAKIS:
21    Q.   MR. WEST, I'M PLACING A PICTURE OF THE FIRST PAGE OF
22    EXHIBIT 1 ON THE OVERHEAD DOCUMENT CAMERA.
23              DO YOU RECOGNIZE THAT AS THE ENTRANCE TO THE HOBBY
24    CRAFT ROOM AT USP LEAVENWORTH?
25    A.   YES, SIR.
```

```
 1   Q.   AND I'M PLACING THE SECOND PAGE OF EXHIBIT 52.

 2            IS THAT LOOKING INTO THE HOBBY CRAFT ROOM?

 3            I'M SORRY.  THEY'RE THERE IN A PLASTIC FOLDER, BUT

 4   YOU CAN REMOVE THEM.  THERE ARE SEVERAL PICTURES IN

 5   EXHIBIT 51.

 6   A.   YES, SIR.

 7   Q.   AND THE PAGE BEHIND THAT AS WELL.

 8   A.   SAME ROOM.

 9   Q.   SO THERE'S SOME PAINTINGS AND EASELS SHOWN IN THESE

10   PHOTOGRAPHS.

11            ARE INMATES PERMITTED TO DO PAINTING AND OTHER

12   TYPES OF ARTWORK AT USP LEAVENWORTH?

13   A.   YES, SIR, IN THAT ROOM.

14   Q.   AND IS THAT LIKEWISE TRUE AT USP LOMPOC?

15   A.   LOMPOC HOBBY ROOM WAS MORE WOODWORK, LEATHER WORK.

16   MOST OF THE PAINTING THERE WAS DONE IN THE CELLS.

17   Q.   SO YOU COULD PAINT IN YOUR CELL?

18   A.   YES, SIR.

19   Q.   NOW, WHAT OTHER TYPES OF HOBBIES OR CRAFTS DID THEY

20   HAVE AVAILABLE TO THE INMATES AT UNITED STATES PENITENTIARY

21   AT LEAVENWORTH?

22   A.   THEY HAD POTTERY ON THE ROOM STRAIGHT ACROSS.  THEY HAD

23   LEATHER WORK, THE ART ROOM, AND I BELIEVE THAT'S IT.  THEY

24   DID HAVE THE LAPIDARY FOR A WHILE.

25   Q.   I BEG YOUR PARDON, SIR?
```

52

1    A.    THEY HAD A LAPIDARY FOR A WHILE, JEWELRY MAKING.

2    Q.    JEWELRY MAKING, OKAY.

3          ARE INMATES PERMITTED TO CROCHET AT LEAVENWORTH?

4    A.    YES, SIR.

5    Q.    I'M PLACING EXHIBIT 52 IN EVIDENCE ON THE OVERHEAD

6    DOCUMENT CAMERA.

7          I ASK YOU, MR. WEST, IF YOU RECOGNIZE THAT

8    PHOTOGRAPH AS THE VISITING ROOM AT UNITED STATES

9    PENITENTIARY AT LEAVENWORTH?

10   A.    YES, SIR.

11   Q.    AND NOW I'M PLACING THE SECOND PAGE OF THE EXHIBIT ON

12   THE DOCUMENT CAMERA.  IS THAT ALSO THE VISITING ROOM?

13         SIR -- OH, I'M SORRY.

14   A.    YES, SIR.

15   Q.    AND WE SEE A VENDING MACHINE THERE TO THE RIGHT SIDE OF

16   THE PHOTOGRAPH.  CAN VISITORS PURCHASE A SOFT DRINK OUT OF

17   THE VENDING MACHINE TO HAVE DURING THE VISIT?

18   A.    YES, SIR.

19   Q.    NOW THESE VISITS, HOW LONG CAN A VISIT LAST?

20   A.    I DON'T REMEMBER WHAT THE TIME FRAME WAS ON

21   LEAVENWORTH.  I BELIEVE ALL DAY.  AND IT DEPENDED IF YOUR

22   VISITOR CAME FROM OUT OF STATE OR NOT, YOU COULD GET SPECIAL

23   PERMISSION FOR ALL DAY.  I DON'T REMEMBER EXACTLY WHAT THE

24   TIME FRAME WAS.

25   Q.    AND IS YOUR EXPERIENCE AT LOMPOC SIMILAR?  AN ALL-DAY,

1    A CONTACT VISIT?

2    A.    IF THEY WERE -- IF THE VISITOR WAS -- FROM OUT OF STATE

3    OR YOU GOT PRIOR APPROVAL.

4    Q.    I PLACE THE THIRD PAGE OF EXHIBIT 52 ON THE DOCUMENT

5    CAMERA.

6              SIR, IS THAT ANOTHER PICTURE OF THE VISITING ROOM

7    AT THE UNITED STATES PENITENTIARY AT LEAVENWORTH?

8    A.    YES, SIR.

9    Q.    MR. WEST, CAN YOU DESCRIBE FOR US THE DIFFERENCES

10   BETWEEN VISITING AT LEAVENWORTH ON THE ONE HAND, TOGETHER

11   WITH LOMPOC AND MARION ON THE OTHER HAND?

12   A.    WELL, ON MARION, IT WAS A CLOSED VISIT.  YOU WERE IN A

13   GLASS BOOTH.  YOU SPOKE OVER A PHONE.  NO CONTACT.  IN

14   LEAVENWORTH AND LOMPOC, YOU HAD CONTACT WITH YOUR VISITOR,

15   NO BARRICADE BETWEEN YOU.

16   Q.    ARE YOU FAMILIAR WITH THE -- WELL, AND LET ME ASK YOU,

17   THEN, ABOUT THE YARD AT MARION.  WAS THAT MORE RESTRICTED

18   THAN LOMPOC AND LEAVENWORTH?

19   A.    YES, IT WAS.

20   Q.    AND WHAT ABOUT THE CELLBLOCKS, GENERALLY; WERE THEY

21   MORE RESTRICTED AT MARION?

22   A.    YES.

23   Q.    IN WHAT WAYS WERE THE CELLBLOCKS AND THE RECREATION

24   YARD MORE RESTRICTED AT MARION?

25   A.    WELL, AT MARION, BASICALLY THE CELL DOORS WERE LOCKED

1  23 HOURS A DAY.  TWO PEOPLE CAME OUT ON THE REC AT A TIME ON

2  THE RANGE, WHEREAS IN LEAVENWORTH THE CELL DOORS OPENED IN

3  THE MORNING AND CLOSED IN THE EVENING.

4  Q.   NOW, WHEN YOU SAY TWO PEOPLE CAME OUT TO REC ON THE

5  RANGE, ARE YOU FAMILIAR WITH THE TERM "INDOOR RECREATION"?

6  A.   YES, SIR.

7  Q.   IS THAT WHAT YOU'RE REFERRING TO?

8  A.   YES, SIR.

9  Q.   OKAY.  EXPLAIN INDOOR RECREATION.

10  A.   IT STARTED OUT WITH ONE PERSON AT A TIME.  THEN IT WENT

11  TO TWO PEOPLE, AND THEN IT WENT TO THREE PEOPLE.  THEY KEPT

12  BRINGING IT UP.  BUT BASICALLY YOU'D JUST COME OUT OF YOUR

13  CELL AND RECREATE ON THE RANGE IN FRONT OF THE CELLS.

14  Q.   HOW BIG IS THE RANGE FROM END TO END?

15  A.   I BELIEVE IT'S 18 CELLS.

16  Q.   AND ABOUT HOW WIDE IS EACH CELL?

17  A.   MAYBE -- MAYBE FIVE FEET.

18      *(TELEPHONE INTERRUPTION.)*

19          THE COURT:  DO YOU WANT TO STATE THE QUESTION

20  AGAIN?

21  BY MR. AKROTIRIANAKIS:

22  Q.   THE QUESTION I BELIEVE WAS HOW MANY -- WHAT IS THE

23  WIDTH OF EACH CELL, APPROXIMATELY?

24  A.   SOMEWHERE BETWEEN FIVE AND SIX FEET.

25  Q.   SO ARE WE TALKING ABOUT APPROXIMATELY 100 FEET LONG,

1    THE ENTIRE RANGE?

2    A.    YEAH, THAT'S ABOUT RIGHT.

3    Q.    AND HOW WIDE IS THE AREA OUTSIDE THE CELLS ON THE

4    RANGE?

5    A.    PROBABLY ABOUT EIGHT FEET FROM THE FRONT OF THE CELLS

6    TO THE WALL.

7    Q.    SO THE SPACE IN WHICH YOU CAN DO INDOOR RECREATION IS

8    EIGHT FEET BY APPROXIMATELY 100 FEET?

9    A.    YES, SIR.

10   Q.    AND WHAT TYPES OF THINGS CAN YOU DO ON INDOOR

11   RECREATION?

12   A.    RUN, PUSH-UPS, SIT-UPS.  THEY HAVE A PULL-UP BAR, A DIP

13   BAR.  BASICALLY ANY CALISTHENICS YOU CAN THINK OF.

14   Q.    AND THERE'S YOU AND ONE OTHER INMATE, OR PERHAPS TWO?

15   A.    WELL, IT STARTED -- THEY CHANGED THE NUMBERS OFF AND

16   ON.  IT STARTED WITH ONE, AND THEN IT WENT TO TWO AT A TIME.

17   THEN IT WENT TO THREE AT A TIME.  THEN IT WENT TO HALF A

18   RANGE AT A TIME.

19   Q.    HOW IS THAT DIFFERENT FROM -- WELL, LET ME ASK YOU.  DO

20   YOU HAVE THE SAME TYPE OF -- OR ANY TYPE OF INDOOR

21   RECREATION AT LOMPOC OR LEAVENWORTH?

22   A.    WELL, YOU CAN BE -- YOU CAN BE OUT OF YOUR CELL ON THE

23   RANGE, PLAYING CARDS OR DOMINOES OR WHATNOT.

24   Q.    AND ALL DAY LONG?

25   A.    YES, SIR.

```
1   Q.   HOW LONG, ONCE AGAIN, IS THE INDOOR RECREATION PERIOD

2   AT MARION?

3   A.   ONE HOUR.

4   Q.   AND DO THEY HAVE ALSO OUTDOOR RECREATION AT MARION?

5   A.   YES, SIR.

6   Q.   DESCRIBE OUTDOOR RECREATION.

7   A.   AT THE END OF EACH RANGE, THERE'S A CAGE THAT THEY

8   BUILT THAT'S GOT A BASKETBALL HOOP IN IT.  AND THEY WOULD

9   RUN ONE ENTIRE RANGE OUT THERE FOR AN HOUR A WEEK.

10  Q.   SO ONE HOUR A WEEK OUTDOOR RECREATION WITH THE ENTIRE

11  RANGE AND ONE HOUR A DAY WITH ONE OR TWO OTHER PEOPLE?

12  A.   YES, SIR.

13  Q.   AND OUTDOOR RECREATION AT LOMPOC AND LEAVENWORTH, WOULD

14  THAT BE THE SAME; YOU'RE FREE TO THE YARD?

15  A.   YEAH, AN HOURLY MOVEMENT.  SO EVERY HOUR THEY WOULD

16  OPEN THE DOOR TO THE CELLBLOCK AND YOU'D GO OUT OR COME IN.

17  Q.   AND WHAT IS THE CONCEPT OF THE MOVEMENT ITSELF?  WHAT

18  ARE YOU REQUIRED TO DO ON AN HOURLY BASIS?

19  A.   WELL, YOU CAN EITHER LEAVE YOUR BLOCK AND GO TO THE

20  YARD.  I THINK IT'S A 10-HOUR MOVEMENT.  YOU'VE GOT 10 HOURS

21  TO GET FROM YOUR BLOCK TO WHERE YOU'RE GOING, AND THEN THEY

22  LOCK EVERYTHING BACK DOWN.

23  Q.   I'M SORRY.  YOU'RE SAYING 10 HOURS?

24  A.   TEN MINUTES, 10-MINUTE MOVEMENT ON THE HOUR.

25  Q.   I SEE.
```

1    A.    SO YOU'VE GOT 10 MINUTES TO GO FROM YOUR BLOCK TO THE

2    YARD OR TO THE HOBBY SHOP OR WHEREVER YOU'RE GOING.

3    Q.    AND SAY YOU WANTED TO SPEND AS LONG AS YOU COULD DURING

4    ONE DAY ON THE YARD.  WHAT WOULD BE THE MAXIMUM AMOUNT OF

5    TIME THAT YOU'D BE ABLE TO DO THAT?

6    A.    PRETTY MUCH FROM BREAKFAST TIME UP UNTIL THE

7    4:00 O'CLOCK COUNT.

8    Q.    SO IN REALITY THE HOURLY MOVEMENT WAS BASICALLY

9    SOMETHING LIKE THE RECESS PERIOD IN BETWEEN CLASSES AT

10   SCHOOL OR SOMETHING?

11   A.    RIGHT.  IF YOU WANTED TO COME BACK IN, YOU COULD.  YOU

12   DIDN'T HAVE TO.

13   Q.    BUT BASICALLY YOU'VE GOT TO BE SOMEWHERE?

14   A.    RIGHT.

15   Q.    OTHER THAN DURING THE RECESS PERIOD?

16   A.    RIGHT.

17   Q.    ARE YOU FAMILIAR WITH THE TERM "SHU" OR "SPECIAL

18   HOUSING UNIT"?

19   A.    YES, SIR.

20   Q.    WHAT IS THE SPECIAL HOUSING UNIT?

21   A.    THAT'S THE HOLE.

22   Q.    AND HOW WOULD YOU DESCRIBE THE HOLE, OR THE SPECIAL

23   HOUSING UNIT OR THE SHU, IN COMPARISON TO, LET'S SAY, THE

24   CONDITIONS YOU DESCRIBED AT THE UNITED STATES PENITENTIARY

25   AT MARION; IS IT MORE OR LESS RESTRICTIVE?

58

1    A.    PRETTY MUCH THE SAME AS MARION, IF YOU'RE IN THE HOLE.

2    A LITTLE MORE CONTACT BECAUSE PEOPLE ARE COMING IN AND OUT

3    MORE OFTEN.

4    Q.    AND THE HOLE YOU'RE DESCRIBING, ARE YOU TALKING ABOUT

5    THE SHU AS IT EXISTS AT A PRISON LIKE LOMPOC AND

6    LEAVENWORTH?

7    A.    YES, SIR.

8    Q.    OKAY.  AND SO GOING TO MARION ACTUALLY IS SIMILAR TO

9    BEING IN THE HOLE AT LOMPOC AND LEAVENWORTH?

10   A.    YES, SIR.

11   Q.    WHAT ABOUT THE HOLE AT MARION; DO THEY HAVE ONE?

12   A.    YES, SIR.

13   Q.    HOW IS THAT DIFFERENT FROM BEING IN THE GENERAL

14   POPULATION AT MARION?

15   A.    IT'S NOT A GREAT DEAL DIFFERENT OTHER THAN YOU DON'T

16   HAVE A TELEVISION IN THE CELL.

17   Q.    ARE THERE -- IS THERE RECREATION IN THE SHU?

18   A.    YES, SIR.

19   Q.    AND NOW I'M TALKING ABOUT THE SHU AT MARION.

20   A.    YEAH.

21   Q.    OKAY.  AND WHAT ARE THE CONDITIONS OF RECREATION IN THE

22   MARION SHU?

23   A.    BASICALLY AN HOUR AT A TIME, TWO PEOPLE.

24   Q.    IS THERE OUTDOOR REC?

25   A.    YEAH.  THEY'VE GOT SOME -- THEY GOT SOME CAGES OUTSIDE

1    WITH BASKETBALL HOOPS IN THEM.

2    Q.   SO IS THE REC FOR THE SHU NOT TOO DIFFERENT AT MARION

3    THAN IT IS FOR THE REGULAR RANGES?

4    A.   YEAH, PRETTY MUCH THE SAME.

5    Q.   NOW, ARE YOU FAMILIAR WITH THE ADMINISTRATIVE MAXIMUM

6    SECURITY FACILITY IN FLORENCE?

7    A.   NO, SIR.

8    Q.   HAVE YOU HEARD OF IT?

9    A.   YES, SIR.

10   Q.   HAVE YOU EVER -- YOU'VE NEVER BEEN HOUSED THERE

11   YOURSELF?

12   A.   NO, SIR.

13   Q.   DO YOU RECALL WHERE YOU WERE HOUSED AT OR ABOUT THE

14   TIME THAT THE ADX OPENED?

15   A.   YEAH.  I WAS IN B BLOCK IN MARION.

16   Q.   AND WERE YOU THERE WITH OTHER ARYAN BROTHERHOOD

17   MEMBERS?

18   A.   THERE WAS TWO OTHERS THERE.

19   Q.   WHO WERE THEY?

20   A.   MC ELHINEY AND SAHAKIAN.

21   Q.   THIS IS AFTER ADX OPENED?

22   A.   AFTER -- YEAH, AFTER THEY TRANSFERRED EVERYBODY OUT.

23   Q.   OKAY.  SO I WANT TO TAKE YOU BACK IN TIME TO BEFORE THE

24   ADX OPENED.  WERE THERE, PRIOR TO THE OPENING OF ADX, A

25   GREATER NUMBER OF ARYAN BROTHERHOOD MEMBERS AT MARION THAN

1    THERE WERE AFTER THE ADX OPENED?

2    A.    YES, SIR.

3    Q.    OKAY.  NOW, DO YOU REMEMBER APPROXIMATELY WHEN IT WAS

4    THAT THOSE ARYAN BROTHERHOOD MEMBERS WERE TRANSFERRED FROM

5    MARION TO THE ADX?

6    A.    WOULD HAVE BEEN LATE '90S SOMEWHERE.

7    Q.    WHO WERE THE ARYAN BROTHERHOOD MEMBERS THAT YOU RECALL

8    HAVING BEEN AT MARION PRIOR TO THE ADX HAVING BEEN OPENED?

9    A.    BARRY MILLS, T.D. BINGHAM, WAYNE BRIDGEWATER, EDGAR

10   HEVLE, JOHNNY CAMPBELL, MYSELF, KENNY AGTUCA, CLEO ROY.

11   THAT'S ALL I CAN THINK OF.

12   Q.    NOW, WAS BARRY MILLS, WHO YOU REFERRED TO, ONE OF THE

13   FIRST OR THE FIRST OF THE ARYAN BROTHERHOOD MEMBERS TO BE

14   TRANSFERRED FROM MARION TO THE ADX?

15   A.    YES, SIR.

16   Q.    OKAY.

17          MR. AKROTIRIANAKIS:  YOUR HONOR, AT THIS TIME THE

18   GOVERNMENT WOULD OFFER EXHIBITS 250 THROUGH 323 BASED ON THE

19   STIPULATION THAT I PROVIDED TO THE COURT'S DEPUTY CLERK THIS

20   MORNING.

21          THE COURT:  THANK YOU.  250 THROUGH 323 ARE

22   ORDERED ADMITTED.  YOU MAY PUBLISH.

23        (PLAINTIFF'S EXHIBITS 250 THROUGH 323 RECEIVED IN

24        EVIDENCE.)

25          MR. AKROTIRIANAKIS:  THANK YOU, YOUR HONOR.

```
 1              ACTUALLY, THIS WITNESS -- OR THIS -- ONE OF THESE

 2     EXHIBITS THAT I WOULD LIKE TO SHOW THE WITNESS, YOUR HONOR,

 3     I HADN'T ANTICIPATED USING WITH HIM.

 4              MAY I APPROACH WITH IT?

 5              THE COURT:  YOU MAY.

 6     BY MR. AKROTIRIANAKIS:

 7     Q.  SIR, I HAND YOU EXHIBIT --

 8              MR. AKROTIRIANAKIS:  YOUR HONOR, I HAVE ONE OR TWO

 9     QUESTIONS.

10              THE COURT:  GO AHEAD.

11     BY MR. AKROTIRIANAKIS:

12     Q.  SIR, I HAND YOU EXHIBIT 292.

13              HAVE YOU SEEN DOCUMENTS SIMILAR TO THAT BEFORE?

14     A.  YES, SIR.

15     Q.  AND THAT IS THE INMATE QUARTER HISTORY FOR BARRY MILLS

16     WHO YOU TESTIFIED TO.

17              DO YOU BELIEVE THAT REFERRING TO THAT DOCUMENT

18     WOULD HELP YOU RECALL WHEN IT WAS THAT HE TRANSFERRED FROM

19     MARION TO THE ADX?

20     A.  YEAH.  I CAN FIGURE IT OUT, PROBABLY.

21              (WITNESS READING.)

22              LOOKS LIKE 1998.

23     Q.  I'M GOING TO PLACE THIS DOCUMENT, EXHIBIT 292, ON THE

24     DOCUMENT CAMERA.  I THINK YOUR SCREEN IS NOW WORKING,

25     MR. WEST.
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1    A.    1995.

2    Q.    HAVE YOU REVIEWED DOCUMENTS SUCH AS THIS IN THE PAST?

3    A.    YES, SIR.

4    Q.    OKAY.  AND THIS ONE IS SEVERAL PAGES LONG, IS IT NOT?

5    A.    YES, SIR.

6    Q.    OKAY.  IN YOUR EXPERIENCE REVIEWING THESE TYPES OF

7    DOCUMENTS -- AND INCIDENTALLY, WAS THAT IN CONNECTION WITH

8    THE OTHER PROCEEDINGS IN WHICH YOU'VE TESTIFIED THAT YOU

9    PREVIOUSLY HAVE TALKED ABOUT THIS AFTERNOON?

10   A.    YES, SIR.

11   Q.    OKAY.  THE DOCUMENT IS ESSENTIALLY IN REVERSE

12   CHRONOLOGICAL ORDER; IS THAT CORRECT?

13   A.    YES, SIR.

14   Q.    OKAY.  SO IF WE START AT THE BACK OF THE DOCUMENT, WE

15   SEE THE FIRST HOUSING ASSIGNMENT FOR THE PARTICULAR INMATE

16   FOR WHOM THE QUARTERS HISTORY RELATES; IS THAT RIGHT?

17   A.    YES, SIR.

18   Q.    OKAY.  AND ON THE LEFT -- THE LEFT FAR COLUMN FOR

19   THE -- ON THE DOCUMENT INDICATES A NAME OF A FACILITY.

20   A.    YES, SIR.  MARION.

21   Q.    IS "M-A-R" MARION?

22   A.    YES, SIR.

23   Q.    AND "F-L-M," IS THAT FLORENCE MAXIMUM?

24   A.    YES, SIR.

25   Q.    OKAY.  SO THE LAST DATE ON THIS HISTORY LOG, THE LAST

1    ASSIGNMENT AT MARION STARTED, ACCORDING TO THE DOCUMENT, ON

2    OCTOBER 7, 1994, AND ENDED ON DECEMBER 20, 1994; IS THAT

3    CORRECT?

4    A.    YES, SIR.

5    Q.    AND LIKEWISE, THE FIRST HOUSING ASSIGNMENT FOR THE ADX,

6    OR THE FLORENCE MAXIMUM, BEGAN ON DECEMBER 20 OF 1994,

7    ACCORDING TO THIS DOCUMENT.

8    A.    YES, SIR.

9    Q.    AND ONCE AGAIN, THIS IS THE INMATE QUARTERS HISTORY FOR

10   BARRY MILLS; IS THAT RIGHT?

11   A.    YES, SIR.

12   Q.    I WANT TO MOVE ON TO YOUR ENTRANCE INTO THE ARYAN

13   BROTHERHOOD ORGANIZATION.

14        AND YOU PREVIOUSLY TESTIFIED THAT THAT WAS IN

15   APPROXIMATELY 1980; IS THAT CORRECT?

16   A.    YES, SIR.  I WAS PUT UP IN '79 AND PUT IN IN '80.

17   Q.    NOW, WHEN YOU SAY YOU WERE PUT UP IN '79 AND PUT IN IN

18   '80, WHAT'S IN THE MEANWHILE?

19   A.    PROBATIONARY PERIOD.

20   Q.    IN WHAT PRISON WERE YOU INCARCERATED IN 1979 WHEN YOU

21   WERE PUT UP?

22   A.    LEAVENWORTH.

23   Q.    AND WHAT WERE THE CIRCUMSTANCES THAT LED YOU TO FIRST

24   BECOME INTERESTED IN BEING PUT UP FOR MEMBERSHIP IN THE

25   ARYAN BROTHERHOOD?

```
1    A.    I WAS CELLING WITH TOMMY SILVERSTEIN.

2    Q.    WHO IS TOMMY SILVERSTEIN?

3    A.    A MEMBER OF THE ARYAN BROTHERHOOD.

4    Q.    WAS MR. SILVERSTEIN, IN YOUR UNDERSTANDING, A LONG TIME

5    MEMBER OF THE ARYAN BROTHERHOOD?

6    A.    YES, SIR.

7    Q.    AND WHAT WAS THE EXCHANGE BETWEEN YOU AND

8    MR. SILVERSTEIN WHEN YOU FIRST HEARD FROM HIM OF THE ARYAN

9    BROTHERHOOD?

10   A.    I WAS CELLING WITH HIM, AND WE JUST GOT TO TALKING

11   ABOUT IT.

12   Q.    HOW IS IT THAT YOU AND MR. SILVERSTEIN -- LET ME

13   WITHDRAW THAT.

14          WHAT IS YOUR UNDERSTANDING OF MR. SILVERSTEIN'S

15   ROLE IN THE ARYAN BROTHERHOOD AT THAT TIME, ABOUT 1979,

16   1980?

17   A.    HE WAS ONE OF THE TOP PEOPLE, IN THE FEDERAL SYSTEM

18   ANYWAYS.

19   Q.    NOW AT THAT TIME, DID THE ARYAN BROTHERHOOD HAVE THE

20   SAME TYPE OF ORGANIZATIONAL STRUCTURE THAT IT LATER TOOK ON?

21   A.    NO, SIR.

22   Q.    WHAT WAS THE STRUCTURE, AS YOU UNDERSTOOD IT?

23   A.    EVERYBODY WAS EQUAL.  HOWEVER, BARRY MILLS RAN IT.

24   Q.    WAS BARRY MILLS INCARCERATED AT LEAVENWORTH WHERE YOU

25   AND MR. SILVERSTEIN WERE?
```

1    A.   NO, SIR.

2    Q.   I WANT TO TALK FOR A FEW MINUTES ABOUT THE PROBATIONARY

3    PERIOD, AS YOU'VE REFERRED TO IT.

4         DID YOU SPEAK WITH OTHER ARYAN BROTHERHOOD MEMBERS

5    OTHER THAN MR. SILVERSTEIN DURING THAT PROBATIONARY PERIOD?

6    A.   YES, SIR.

7    Q.   WHO DO YOU RECALL?

8    A.   BARRY MILLS, AL BENTON, JOHN GRESCHNER, KENNY AGTUCA.

9    Q.   AND HOW WAS THE ARYAN BROTHERHOOD INITIALLY DESCRIBED

10   FOR YOU OR EXPLAINED TO YOU?

11   A.   BASICALLY JUST EACH GUY LOOKING OUT FOR EACH OTHER.

12   Q.   AND THIS AGAIN IS IN APPROXIMATELY 1979?

13   A.   YES, SIR.

14   Q.   WERE THE -- DID THE ARYAN BROTHERHOOD AT THAT TIME HAVE

15   ANY BLACK MEMBERS?

16   A.   NO, SIR.

17   Q.   DID IT HAVE ANY LATINO OR HISPANIC MEMBERS?

18   A.   NO, SIR.

19   Q.   DID IT HAVE ANYONE AT ALL THAT WAS NOT WHITE?

20   A.   KENNY AGTUCA, WHO WAS FILIPINO.

21   Q.   DID IT HAVE ANYONE ELSE OTHER THAN MR. AGTUCA?

22   A.   NO, SIR.

23   Q.   SO HE WAS UNIQUE IN THAT REGARD?

24   A.   YES, SIR.

25   Q.   AT SOME POINT, DID YOU LEARN THAT THE AB STOOD FOR

1    SOMETHING MORE THAN JUST LOOKING OUT FOR ONE ANOTHER?

2    A.    YES, SIR.

3    Q.    IS THAT FURTHER UNDERSTANDING PART OF THE REASON WHY

4    YOU ULTIMATELY DROPPED OUT OF THE ARYAN BROTHERHOOD?

5    A.    YES, SIR.

6    Q.    AT SOME POINT, DID YOU LEARN THAT THERE WAS BENEFIT TO

7    YOU TO BEING AN ARYAN BROTHERHOOD MEMBER?

8    A.    OH, IMMEDIATELY.

9    Q.    I BEG YOUR PARDON?

10   A.    IMMEDIATELY.

11   Q.    AND WHAT DID YOU IMMEDIATELY LEARN WERE THE BENEFITS OF

12   BEING A MEMBER OF THE ARYAN BROTHERHOOD?

13   A.    WELL, WE HAD ACCESS TO THE DRUGS THAT CAME IN, MONEY.

14   WE HAD ACCESS TO GAMBLING TABLES.  WE HAD ACCESS TO PRETTY

15   MUCH ANYTHING WE WANTED.

16   Q.    HOW IS IT THAT THE ARYAN BROTHERHOOD HAD THIS ACCESS TO

17   ANYTHING YOU WANTED?

18           THE COURT:  ACTUALLY, MR. AKROTIRIANAKIS, WHY

19   DON'T WE TAKE A RECESS AS THIS POINT.

20           MR. AKROTIRIANAKIS:  YES, YOUR HONOR.

21           THE COURT:  LADIES AND GENTLEMEN, WE'LL TAKE OUR

22   AFTERNOON RECESS FOR 15 MINUTES OR 16 MINUTES, LET'S SAY,

23   3:15 BY THE COURTROOM CLOCK.

24           PLEASE REMEMBER, DON'T DISCUSS THE CASE.  DON'T

25   DISCUSS ANYTHING RELATED TO THE CASE IN THE BROADEST

1    POSSIBLE SENSE, ANY OF THE TESTIMONY THAT YOU'VE NOW HEARD,

2    ANYTHING THAT YOU'VE HEARD IN THE COURSE OF -- DURING THE

3    TIME THAT YOU HAVE BEEN IN THE COURTROOM, ANY OF THE

4    PARTICIPANTS IN THE CASE, THE ATTORNEYS, WITNESSES, ANYONE

5    THAT YOU SEE IN THE COURTROOM.

6            DON'T MAKE UP YOUR MINDS ABOUT THE CASE, ABOUT ANY

7    ASPECT OF THE CASE.  KEEP AN OPEN MIND.

8            THANK YOU, LADIES AND GENTLEMEN.

9        (*JURY OUT.*)

10           THE COURT:  WE ARE IN RECESS.

11       *(RECESS.)*

12       *(THE FOLLOWING PROCEEDINGS WERE HAD IN OPEN COURT*

13       *IN THE PRESENCE OF THE JURY:)*

14           THE COURT:  LET THE RECORD REFLECT THE PRESENCE OF

15   ALL MEMBERS OF THE JURY, ALL COUNSEL AND THE DEFENDANT

16   PRESENT, AND THE WITNESS ON THE WITNESS STAND.

17           YOU MAY RESUME.

18           MR. AKROTIRIANAKIS:  THANK YOU, YOUR HONOR.

19                       DIRECT EXAMINATION

20   BY MR. AKROTIRIANAKIS:

21   Q.   MR. WEST, YOU WERE TESTIFYING AT THE TIME OF THE BREAK

22   ABOUT SOME OF THE BENEFITS THAT CAME ALONG WITH BEING A

23   MEMBER OF THE ARYAN BROTHERHOOD.  AND I BELIEVE YOU

24   TESTIFIED THAT YOU HAD ACCESS PRETTY MUCH TO ANYTHING YOU

25   WANTED?

1    A.    YES, SIR.

2    Q.    NOW, YOU PREVIOUSLY TESTIFIED THAT THERE WAS ABOUT A

3    HANDFUL OF ARYAN BROTHERHOOD MEMBERS AT THE LEAVENWORTH

4    PRISON WHERE YOU WERE AT THE TIME YOU BECAME A MEMBER; IS

5    THAT RIGHT?

6    A.    YES, SIR.

7    Q.    HOW IS IT, THEN, THAT WITH ONLY JUST A FEW MEMBERS AT

8    LEAVENWORTH, YOU WERE ABLE TO HAVE ACCESS TO WHATEVER IT IS

9    THAT YOU WANTED?

10   A.    BECAUSE ANY PEN WE WERE IN, EVEN IF THERE WAS ONLY ONE

11   THERE, WE BASICALLY RAN THE PENITENTIARY.

12   Q.    HOW WAS IT JUST ONE PERSON COULD RUN THE PENITENTIARY?

13   A.    BECAUSE THE REPUTATION OF THE ARYAN BROTHERHOOD.

14   Q.    WHAT IS THAT REPUTATION?

15   A.    VIOLENCE.  WE GET WHAT WE WANT.

16   Q.    AND IF YOU DON'T?

17   A.    YOU GET KILLED.

18   Q.    I WANT TO RETURN TO ASKING YOU ABOUT THE PROBATIONARY

19   PERIOD.  DURING THAT TIME, WERE YOU EDUCATED OR SCHOOLED ON

20   THE ARYAN BROTHERHOOD'S POLICIES AND ITS RULES?

21   A.    YES, SIR.

22   Q.    WHAT RULES DID YOU LEARN WERE THE RULES OF THE ARYAN

23   BROTHERHOOD?

24   A.    BASICALLY AT THAT TIME, YOU BACK A BROTHER NO MATTER

25   WHAT.  YOU NEVER PUT YOUR HANDS ON A BROTHER.  YOU GOT AN

```
 1   EQUAL SHARE OF WHATEVER THE BRAND MADE IN THAT PENITENTIARY.
 2   Q.   DID THE ARYAN BROTHERHOOD HAVE RULES ABOUT TESTIFYING
 3   AGAINST OTHER MEMBERS OF THE ORGANIZATION?
 4   A.   OH, YEAH.  STRICTLY FORBIDDEN.
 5   Q.   HAVE YOU EVER HEARD THE TERM "SNITCH" OR "RAT"?
 6   A.   YES, SIR.
 7   Q.   WAS THAT AGAINST THE RULES, TO BE A SNITCH OR RAT?
 8   A.   YES, SIR.
 9   Q.   AND WHAT WAS THE PENALTY FOR VIOLATING THAT RULE OR ANY
10   OF THOSE OTHER RULES ABOUT PUTTING YOUR HANDS ON A BROTHER
11   OR NOT SHARING?
12   A.   BASICALLY DEATH, FOR THE MOST PART.
13   Q.   NOW WHAT ABOUT FOLLOWING ORDERS?  YOU INDICATED THAT
14   YOU HAD TO FOLLOW ORDERS WITHOUT QUESTION?
15   A.   YES, SIR.
16   Q.   WAS THAT, TOO, A RULE THAT WAS FOLLOWED ON PAIN OF
17   DEATH?
18   A.   YES, SIR.
19   Q.   DO YOU KNOW OF EXCEPTIONS TO THAT POLICY?
20   A.   ONE WITH DALLAS SCOTT.
21   Q.   PLEASE DESCRIBE IT.
22   A.   DALLAS WAS IN LEAVENWORTH, AND BARRY SENT WORD DOWN
23   THERE FOR HIM TO KILL A GUY.  DALLAS DIDN'T THINK IT WAS
24   LEGITIMATE, SO HE DIDN'T DO IT.
25   Q.   WAS THE GUY A -- THAT YOU TESTIFIED TO A MEMBER OF THE
```

1    ARYAN BROTHERHOOD?

2    A.    NO, SIR.

3    Q.    OKAY.  NOW, OTHER THAN THAT SINGLE EXCEPTION THAT YOU

4    TESTIFIED TO, DO YOU KNOW OF OTHER OCCASIONS IN THE

5    20-SOME-ODD YEARS OR THE 20 YEARS THAT YOU WERE A MEMBER OF

6    THE ARYAN BROTHERHOOD WHERE THE DISOBEDIENCE TO A DIRECT

7    ORDER WAS TOLERATED IN THAT MANNER?

8    A.    NO, SIR.

9    Q.    I TAKE IT, INCIDENTALLY, THAT DALLAS SCOTT WAS NOT

10   KILLED FOR FAILING TO OBEY THAT ORDER?

11   A.    NO, HE WASN'T.

12   Q.    WHY IS THAT?

13   A.    DALLAS HAD LONG-STANDING, AND HE CONVINCED BARRY AND

14   T.D. THAT HE WAS RIGHT IN NOT DOING IT.

15   Q.    AND THAT WAS ACCEPTED?

16   A.    YES, SIR.

17   Q.    AND THAT WAS UNIQUE?

18   A.    YES, SIR.

19   Q.    NOW, YOU BECAME A MEMBER IN 1980 OR '81?

20   A.    YES, SIR.

21   Q.    ARE YOU FAMILIAR WITH AL BENTON?

22   A.    YES, SIR.

23   Q.    WHAT WAS AL BENTON -- WELL, WAS AL BENTON A MEMBER OF

24   THE ARYAN BROTHERHOOD AT THE TIME THAT YOU BECAME A MEMBER?

25   A.    YES, SIR.

1   Q.   AND WHAT, IF YOU KNOW, WAS HIS ROLE IN THE ARYAN

2   BROTHERHOOD?

3   A.   I'M NOT SURE IF HE WAS ON THE COMMISSION RIGHT AT THAT

4   TIME OR NOT, BUT HE WAS REAL TIGHT WITH BARRY MILLS AND

5   SHORTLY LATER BECAME ON THE COMMISSION.

6   Q.   SO DO YOU RECALL APPROXIMATELY WHEN THE FORMATION OF

7   THE COMMISSION IN A FORMAL WAY WAS?

8   A.   THAT WOULD HAVE BEEN JUST PRIOR TO THE -- EVERYBODY

9   BEING SHIPPED TO FLORENCE.  SO IT WOULD HAVE BEEN '80 --

10  '93, '94, SOMEWHERE IN THERE.

11  Q.   I THINK I'M CONFUSING YOU.  YOU PREVIOUSLY TESTIFIED

12  THAT AT THE VERY BEGINNING WHEN YOU BEGAN YOUR PROBATIONARY

13  PERIOD WITH THE ARYAN BROTHERHOOD, THAT THERE WASN'T THE

14  TYPE OF FORMAL STRUCTURE THAT THERE LATER BECAME.

15  A.   RIGHT.

16  Q.   BUT THAT THERE WAS -- BUT THAT BARRY AND T.D. RAN IT.

17  A.   RIGHT.

18  Q.   OKAY.  WAS THERE A POINT IN TIME BETWEEN THEN, THE LATE

19  '70S, EARLY '80S, AND THE TRANSFER OUT TO THE ADX WHERE

20  AL BENTON WAS INSTALLED AS A MEMBER OF THE THREE-MEMBER

21  COMMISSION?

22  A.   YES, SIR.

23  Q.   OKAY.  WAS THAT CLOSER TO THE EARLIER DATE, THE EARLY

24  '80S?

25  A.   YEAH, IT WOULD HAVE BEEN.

1    Q.    AND SO AT THAT TIME, WERE THE THREE COMMISSIONERS THEN

2    MILLS, BINGHAM AND BENTON?

3    A.    YES, SIR.

4    Q.    NOW, WHERE DID YOU FIRST MEET AL BENTON?

5    A.    IN THE CONTROL UNIT IN MARION.

6    Q.    AND SO -- AND THIS WAS STILL BEFORE YOU BECAME A FULL

7    MEMBER OF THE ARYAN BROTHERHOOD?

8    A.    YES, SIR.

9    Q.    AND SO YOU HAD TRANSFERRED FROM LEAVENWORTH TO MARION

10   AT THAT TIME?

11   A.    YES, SIR.

12   Q.    AND WHERE WAS MR. MILLS HOUSED AT THE TIME THAT YOU

13   FIRST MET AL BENTON?

14   A.    IN THE CONTROL UNIT.

15   Q.    DID YOU ALSO MEET MR. MILLS AT THE TIME THAT YOU MET

16   MR. BENTON?

17   A.    YES, SIR.

18   Q.    AND WAS THAT IN THE VERY EARLY 1980S?

19   A.    YES, SIR.

20         MR. AKROTIRIANAKIS:  YOUR HONOR, THE GOVERNMENT

21   OFFERS EXHIBITS 76, 77, 78, AND 79 UPON A STIPULATION

22   REACHED AT THE BREAK WITH COUNSEL.

23         THE COURT:  THANK YOU.  EXHIBITS 76, 77, 78 AND 79

24   ARE ORDERED ADMITTED, AND YOU MAY PUBLISH.

25         MR. AKROTIRIANAKIS:  THANK YOU, YOUR HONOR.

1          *(PLAINTIFF'S EXHIBITS 77 THROUGH 79 RECEIVED IN*

2          *EVIDENCE.)*

3     BY MR. AKROTIRIANAKIS:

4     Q.    MR. WEST, DO YOU RECOGNIZE EXHIBIT 76 AS A PICTURE OF

5     BARRY MILLS?

6     A.    YES, SIR.

7     Q.    AND DO YOU RECOGNIZE EXHIBIT 77 AS A PICTURE OF T.D.

8     BINGHAM?

9     A.    YES, SIR.

10    Q.    DO YOU RECOGNIZE EXHIBIT 79 AS TWO PHOTOGRAPHS OF THE

11    DEFENDANT --

12    A.    YES, SIR.

13    Q.    -- DAVID SAHAKIAN?

14          AND THAT'S EXHIBIT 79, FOR THE RECORD.

15          AND EXHIBIT 78 I'M NOW PLACING ON THE DOCUMENT

16    CAMERA.

17          DO YOU RECOGNIZE THAT INDIVIDUAL AS RONALD BOYD

18    SLOCUM?

19    A.    YES, SIR.

20    Q.    NOW LET ME STEP OUT OF THE 1979, 1980, 1981 TIME FRAME

21    FOR A MOMENT.

22          IT'S MY UNDERSTANDING THAT YOU HAD SEVERAL STINTS

23    WHEN YOU WERE AT THE MARION PENITENTIARY?

24    A.    YES, SIR.

25    Q.    OKAY.  WAS -- AND IN ONE OF THOSE, BARRY MILLS LEFT

```
 1   MARION AND WAS TRANSFERRED TO THE ADMINISTRATIVE MAXIMUM

 2   SECURITY FACILITY?

 3   A.   YES, SIR.

 4   Q.   AND WAS THAT YOUR -- WAS THAT YOUR LAST STINT AT

 5   MARION?

 6   A.   YES, SIR.

 7   Q.   OKAY.  WHAT WAS THE APPROXIMATE TIME FRAME OF YOUR LAST

 8   STINT AT MARION?

 9   A.   I WOULD SAY ABOUT FIVE YEARS.

10   Q.   SO WORKING BACK, IF YOU WERE RELEASED IN 2000, YOU

11   ARRIVED AT MARION FOR THE LAST TIME IN APPROXIMATELY 1995?

12   A.   MAYBE EARLIER THAN THAT.

13   Q.   AND WHERE HAD YOU BEEN IMMEDIATELY BEFORE?

14   A.   I THINK I CAME BACK FROM LOMPOC THAT TIME.

15   Q.   AND PRIOR TO BEING AT LOMPOC?

16   A.   MARION.

17   Q.   AND PRIOR TO BEING AT MARION?

18   A.   LEAVENWORTH.

19   Q.   OKAY.  AND PRIOR TO BEING AT LEAVENWORTH?

20   A.   MARION.

21   Q.   AND WAS IT ON THIS OCCASION AT MARION THAT YOU WERE

22   THERE WITH BENTON AND MILLS AND YOU BECAME A MEMBER OF THE

23   ARYAN BROTHERHOOD?

24   A.   NO, THAT WAS THE FIRST TIME.

25   Q.   OKAY.  WAS IT YET ONE FURTHER BACK STINT AT MARION?
```

1    A.    YEAH.    THAT WAS -- THAT WAS THE ONE WHEN I WAS THERE

2    FROM '80, 1980 -- I'M NOT SURE WHEN THEY SHIPPED ME BACK OUT

3    THE FIRST TIME.

4    Q.    IN THE EARLY '80S?

5    A.    YES, SIR.

6    Q.    AND WHERE DID YOU GO FROM MARION ON THAT OCCASION?

7    A.    I BELIEVE I WENT BACK TO LOMPOC THE FIRST TIME.

8    Q.    HAVE YOU HAD OCCASION, IN CONNECTION WITH OTHER

9    PROCEDURES THAT YOU TESTIFIED ABOUT, TO REVIEW YOUR OWN

10   INMATE QUARTERS HISTORY?

11   A.    YES, SIR.

12   Q.    AND DID IT COMPORT WITH YOUR RECOLLECTION AS TO YOUR

13   PLACEMENT AT DIFFERENT FACILITIES?

14   A.    FOR THE MOST PART.    I MEAN, I'M OFF ON SOME OF THE

15   YEARS, AND I WENT BACK AND FORTH SO MANY TIMES.    BUT FOR THE

16   MOST PART, YES.

17   Q.    SO AS FAR AS YOU RECALL, THE INMATE QUARTERS HISTORY

18   WAS ACCURATE?

19   A.    YES, SIR.

20   Q.    AND IT DOESN'T GO BACK QUITE ALL THE WAY TO THE

21   BEGINNING OF THE '80S, I DON'T THINK, BUT SUCH AS IT IS, YOU

22   RECALL IT AS ACCURATE?

23   A.    YES, SIR.

24   Q.    OKAY.    I WON'T TAKE THE TIME NOW.

25          LET ME FOCUS YOU ON THE LAST TIME THAT YOU WERE AT

1    MARION.  THAT WOULD HAVE BEEN -- WELL, YOU RECALL THAT

2    MR. MILLS LEFT MARION BEFORE -- OR RIGHT AT THE TIME OF THE

3    OPENING OF THE ADX?

4    A.   YES, SIR.

5    Q.   AND WE EARLIER LOOKED AT HIS QUARTERS HISTORY, AND IT

6    SHOWED THAT HE WAS LEAVING IN 1994.

7         DO YOU RECALL THAT?

8    A.   YES, SIR.

9    Q.   OKAY.  SO YOU WOULD HAVE -- YOU MUST HAVE BEEN AT

10   MARION IN 1994.

11   A.   YES, SIR.

12   Q.   ALL RIGHT.  NOW -- AND YOU WERE THERE FROM '94 TO 2000?

13   A.   YES, SIR.

14   Q.   NOW, AT MARION, DID YOU KNOW AN INMATE NAMED JOHN

15   GOTTI?

16   A.   YES, SIR.

17   Q.   DID YOU KNOW AN INMATE NAMED NICODEMO SCARFO?

18   A.   YES, SIR.

19   Q.   DID MR. MILLS, BARRY MILLS, ALSO KNOW THOSE TWO

20   INMATES?

21   A.   YES, SIR.

22   Q.   OKAY.  WHO IS JOHN GOTTI?

23   A.   THE MAFIA.  HEAD OF THE GAMBINO FAMILY.

24   Q.   AND WHO IS NICODEMO SCARFO?

25   A.   THE PIZZA CONNECTION.  ITALIAN MAFIA GUY.

1    Q.    IS IT YOUR UNDERSTANDING THAT MR. GOTTI'S ORGANIZED

2    CRIME FAMILY IS FROM NEW YORK?

3    A.    YES, SIR.

4    Q.    AND DO YOU KNOW WHAT CITY MR. SCARFO'S ORGANIZED CRIME

5    FAMILY IS?

6    A.    NO, I DON'T.

7    Q.    IS HE SIMILARLY INVOLVED IN THE MAFIA?

8    A.    YES.

9    Q.    DO YOU KNOW IF BARRY MILLS KNEW THESE PEOPLE AS WELL?

10   A.    YES, SIR, HE DID.

11   Q.    WAS HE FRIENDLY WITH THEM?

12   A.    YES, SIR.

13   Q.    DID THEY TALK EXTENSIVELY?

14   A.    YES, SIR.

15   Q.    HAD YOU BEEN PRESENT FOR ANY OF THOSE DISCUSSIONS?

16   A.    YES, SIR.

17   Q.    AND IN ADDITION TO THOSE DISCUSSIONS THAT YOU WERE

18   PRESENT FOR, DID MR. MILLS EVER TELL YOU ABOUT DISCUSSIONS

19   HE HAD WITH EITHER SCARFO OR GOTTI OR BOTH?

20   A.    YES, SIR, SEVERAL TIMES.

21   Q.    OKAY.  NOW DO YOU KNOW WHETHER GOTTI OR SCARFO OR BOTH

22   DISCUSSED WITH BARRY MILLS THE ORGANIZATION OF THE MAFIA?

23   A.    YES, SIR, THEY DID.

24   Q.    HOW DO YOU KNOW THAT?

25   A.    FROM BARRY TELLING ME.

```
1    Q.   OKAY.  LET ME RETURN NOW TO YOUR ARYAN BROTHERHOOD

2    SCHOOLING.

3              AS PART OF YOUR SCHOOLING AND MEMBERSHIP IN THE

4    ARYAN BROTHERHOOD, DO YOU TAKE AN OATH?

5    A.   NO, SIR.

6    Q.   OKAY.  HAVE YOU KNOWN OTHER ARYAN BROTHERHOOD MEMBERS

7    TO HAVE TAKEN OATHS?

8    A.   YES, SIR.

9    Q.   IS THAT -- IS THAT SOMETHING THAT BEGAN AT SOME POINT

10   IN TIME THAT YOU WERE ALREADY A MEMBER OF THE ARYAN

11   BROTHERHOOD?

12   A.   YES, SIR.

13   Q.   AND IN RELATION TO MILLS' FRIENDSHIP WITH JOHN GOTTI

14   AND NICODEMO SCARFO, CAN YOU SAY WHETHER THE INSTITUTION OF

15   OATHS IN THE ARYAN BROTHERHOOD HAPPENED BEFORE OR AFTER

16   BARRY MILLS BECAME FRIENDLY WITH THESE TWO INMATES?

17   A.   AFTER.

18   Q.   OKAY.  DID YOU HAVE ANY DISCUSSION AT ANY POINT WITH

19   BARRY MILLS ABOUT THE INSTITUTION OF ARYAN BROTHERHOOD

20   OATHS?

21   A.   YES, SIR.

22   Q.   AND WHAT WERE THOSE DISCUSSIONS?

23   A.   WELL, HE'S DRAWING THEM UP SAYING THAT EVERYBODY HAD TO

24   TAKE THEM.  AND MYSELF AND EVERYBODY ELSE WHO HAD BEEN IN

25   THE BRAND FOR A WHILE TOLD HIM, "WE'RE NOT GOING TO DO IT."
```

1  Q.   WERE ULTIMATELY OATHS INSTITUTED FOR NEW MEMBERS TO THE

2  AYRAN BROTHERHOOD?

3  A.   YES, SIR.

4  Q.   AND HAVE YOU BEEN PRESENT FOR THE TAKING OF AN OATH FOR

5  ANY NEW MEMBER?

6  A.   YES, SIR.

7  Q.   DO YOU RECALL IN GENERAL TERMS WHAT THE OATH WAS AND

8  THE TYPE OF OATH IT WAS?

9  A.   THERE WAS SOMETHING WRITTEN ON A PIECE OF PAPER.  THEY

10  WOULD PUT IN THEIR HAND.  BURN IT.  SOMETHING TO THE EFFECT

11  THAT THE BRAND COMES FIRST.  YOU DIE FOR THE BRAND.  COMES

12  BEFORE FAMILY.  I DON'T REMEMBER THE EXACT WORDING ON IT.

13  Q.   IF I COULD DIRECT YOUR ATTENTION TO EXHIBITS 2, 3 AND 4

14  IN THE FOLDERS BEFORE YOU.

15  A.   I GOT A 3A HERE.

16  Q.   SO THERE IS 2, AND THEN 3 AND 4.  AND BEHIND EACH ONE

17  THERE'S 2A, 3A, 4A, WHICH ARE TRANSCRIPTIONS.

18       AND MY QUESTION FOR YOU IS GOING TO BE WHETHER YOU

19  REMEMBER THAT AS THE TYPE OF OATH.

20  A.   YES, SIR.

21  Q.   WHICH EXHIBIT ARE YOU LOOKING AT WHEN YOU'RE --

22  A.   2.

23  Q.   OKAY.  AND COULD I ASK YOU TO LOOK AT 3 AND 4 ALSO.

24  A.   (WITNESS SO COMPLIES.)

25       YES, SIR.

1           MR. AKROTIRIANAKIS:  THE GOVERNMENT CONDITIONALLY
2     OFFERS 2, 2A, 3, 3A, 4 AND 4A.
3           MR. GREEN:  WE JUST HAVE AN OBJECTION.  LACK OF
4     FOUNDATION.  INSUFFICIENT KNOWLEDGE.
5           THE COURT:  ALL RIGHT.  THE OBJECTION IS
6     OVERRULED.
7           AND EXHIBITS 2 THROUGH 4 -- AND THE A'S ARE JUST
8     COPIES; CORRECT?
9           MR. AKROTIRIANAKIS:  THEY ARE TRANSCRIPTIONS, YOUR
10    HONOR.
11          THE COURT:  TRANSCRIPTIONS ARE ALSO ORDERED
12    ADMITTED AT THIS TIME.  YOU MAY PUBLISH.
13          MR. AKROTIRIANAKIS:  THANK YOU, YOUR HONOR.  I'M
14    JUST GOING TO PUBLISH EXHIBIT 2, WITH THE COURT'S
15    PERMISSION.
16        *(PLAINTIFF'S EXHIBITS 2, 2A, 3, 3A, 4 AND 4A*
17        *RECEIVED IN EVIDENCE.)*
18          MR. AKROTIRIANAKIS:  IT'S DIFFICULT, SO I'LL ALSO
19    READ IT.  IT'S SHORT.
20          IT READS:  *INTEGRITY, LOYALTY, SILENCE COMPRISE*
21    *PRINCIPAL ETHICS OF HONOR.  THESE VIRTUES I SHALL REVERE*
22    *WHILE PURSUING BOTH PERSONAL AND COMMON ENDEAVORS.  MY*
23    *STRENGTH, WILL AND INTELLECT DEVOTED.  MY EYES BEYOND*
24    *TOMORROW'S HORIZON.  MY HEART TESTED AND TRUE.  MY TONGUE*
25    *ETERNALLY SILENT.  WITH THESE WORDS I PLEDGE MY LIFE.*

```
 1   BY MR. AKROTIRIANAKIS:

 2   Q.    MR. WEST, DID BARRY MILLS ULTIMATELY RELENT AND NOT

 3   REQUIRE HISTORICAL ARYAN BROTHERHOOD MEMBERS TO TAKE ANY

 4   TYPE OF OATH OF THIS SORT?

 5   A.    YES, SIR.

 6   Q.    YOU WERE GRANDFATHERED IN, IF YOU WILL?

 7   A.    YES, SIR.

 8   Q.    HAVE YOU EVER HEARD THE TERM "BLOOD IN, BLOOD OUT"?

 9   A.    YES, SIR.

10   Q.    IN RELATION TO THE ARYAN BROTHERHOOD?

11   A.    YES, SIR.

12   Q.    WHAT HAVE YOU HEARD ABOUT THAT TERM?

13   A.    BASICALLY IT WAS KILL SOMEBODY TO GET IN, DIE TO GET

14   OUT.

15   Q.    WAS THE "BLOOD IN" PART OF THAT OATH UNIFORMLY APPLIED

16   TO EVERY MEMBER OF WHICH YOU'RE AWARE OF?

17   A.    NO, SIR.

18   Q.    IN YOUR PERSONAL CASE, DID YOU TAKE ANYONE'S LIFE TO

19   BECOME A MEMBER OF THE ARYAN BROTHERHOOD?

20   A.    NO, SIR.

21   Q.    WHY IS THAT?

22   A.    BECAUSE I WAS ALREADY CLOSE WITH SILVERSTEIN, BARRY

23   MILLS.  I WAS PRODUCING MONEY AND I HAD A REPUTATION.

24   Q.    DID YOU HAVE OTHER THINGS THAN ENFORCEMENT OF

25   ORGANIZATIONAL WILL, THEN, TO OFFER THE ARYAN BROTHERHOOD?
```

1    A.    YES, SIR.

2    Q.    AND ARE THOSE THE THINGS THAT YOU DESCRIBED?

3    A.    YES, SIR.

4    Q.    NOW DO YOU KNOW OF CIRCUMSTANCES WHERE THE "BLOOD IN"

5    PART HAS BEEN A REQUIREMENT FOR MEMBERSHIP?

6    A.    YES, SIR.

7    Q.    AND CAN YOU -- IS THAT MORE THAN JUST ONE CASE?

8    A.    YES, SIR.

9    Q.    LET ME MOVE ON TO THE "BLOOD OUT" PART FOR A MINUTE.

10            IS THAT SOMETHING THAT YOU BELIEVE APPLIES TO

11   YOURSELF, EVEN THOUGH YOU WEREN'T ASKED TO MURDER SOMEBODY

12   TO BECOME A MEMBER OF THE ARYAN BROTHERHOOD?

13   A.    CERTAINLY.

14   Q.    AND IS IT YOUR UNDERSTANDING AT THE TIME THAT YOU

15   BECAME A MEMBER OF THE ARYAN BROTHERHOOD THAT YOU WERE

16   MAKING A COMMITMENT FOR THE ENTIRE TIME OF THE REST OF YOUR

17   LIFE?

18   A.    YES, SIR.

19   Q.    AND DO YOU BELIEVE THAT YOU WOULD STILL BE HELD TO THAT

20   TODAY?

21   A.    YES, SIR.

22   Q.    NOW, EVEN THOUGH YOU WEREN'T ASKED TO COMMIT AN ACT OF

23   VIOLENCE OR MURDER ON BEHALF OF ARYAN BROTHERHOOD TO BECOME

24   A MEMBER, DID YOU HAVE ANY UNDERSTANDING AS TO WHETHER YOU

25   COULD BE CALLED UPON TO COMMIT SUCH AN ACT AFTER HAVING

83

1   BECOME A MEMBER?

2   A.   YES, SIR.

3   Q.   WHAT WAS YOUR UNDERSTANDING IN THAT REGARD?

4   A.   AT ANY TIME BARRY OR ANYBODY ASKED ME TO DO IT, I

5   WOULD'VE HAD TO DO IT.

6   Q.   AND AT THAT TIME, IN THE EARLY '80S OR -- OR EVEN

7   AFTER, AND AT THAT POINT IN YOUR LIFE, WOULD YOU HAVE?

8   A.   YES, SIR.

9   Q.   WHAT WOULD HAPPEN TO YOU IF YOU HADN'T ANSWERED THAT

10  CALL IN THE AFFIRMATIVE AT THAT TIME?

11  A.   MOST LIKELY, UNLESS I HAD AN AWFUL GOOD REASON, I'D

12  HAVE BEEN KILLED.

13  Q.   I WANT TO RETURN TO YOUR SCHOOLING FOR A MOMENT AND

14  DISCUSS SOME OF THE OTHER RULES OF THE ARYAN BROTHERHOOD.

15         YOU TESTIFIED PREVIOUSLY ABOUT LAYING YOUR HANDS

16  OR PUTTING YOUR HANDS ON OTHER BROTHERS.  DO YOU RECALL THAT

17  TESTIMONY?

18  A.   YES, SIR.

19  Q.   NOW, WERE THERE OCCASIONS WHERE VIOLENCE AGAINST

20  ANOTHER BROTHER WAS SANCTIONED OR EVEN ORDERED?

21  A.   ONLY IF IT WAS A KILLING.

22  Q.   AND WHAT WERE THE TYPES OF CIRCUMSTANCES IN WHICH IT

23  WOULD BE PERMITTED OR ORDERED THAT YOU WOULD KILL ANOTHER

24  BROTHER?

25  A.   IF A BROTHER WAS GOING TO TESTIFY FOR THE GOVERNMENT OR

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
 1   IF HE WAS FOUND SNITCHING TO THE POLICE AT THE PENITENTIARY.

 2   ON A FEW OCCASIONS, IF HE WAS TAKING TOO MUCH OF THE DRUGS

 3   THAT WERE COMING IN AND NOT PUTTING IT BACK INTO THE POT.

 4   Q.   DO YOU KNOW OF CIRCUMSTANCES WERE ARYAN BROTHERHOOD

 5   MEMBERS WERE KILLED?

 6   A.   YES, SIR.

 7   Q.   FOR THOSE REASONS?

 8   A.   YES, SIR.

 9   Q.   NOW, DID THE KILLING OF ANOTHER ARYAN BROTHERHOOD

10   MEMBER HAVE TO BE APPROVED AT SOME LEVEL WITHIN THE

11   ORGANIZATION?

12   A.   YES, SIR.

13   Q.   AND WHAT WAS THAT?

14   A.   AT THE COMMISSION LEVEL.

15   Q.   WAS PART OF YOUR SCHOOLING IN THE ARYAN BROTHERHOOD A

16   HISTORY, IF YOU WILL, OF THE ORGANIZATION?

17   A.   YES, SIR.

18   Q.   WHO PROVIDED YOU THAT SCHOOLING?

19   A.   MAINLY BARRY MILLS.

20   Q.   PLEASE TELL US WHAT YOU WERE TOLD BY MR. MILLS OF THE

21   HISTORY OF THE ARYAN BROTHERHOOD.

22   A.   THAT IT WAS FIRST STARTED IN CALIFORNIA, MAINLY BY SOME

23   IMPRISONED EX-VIETNAM VETS GOING BY THE NAME OF BLUE BOYS.

24   Q.   AND HOW DID A -- HOW DID THE FEDERAL FACTION OF THE

25   ARYAN BROTHERHOOD COME TO BE, IF MR. MILLS SHARED THAT WITH
```

1    YOU?

2    A.    WELL, BARRY -- WHEN BARRY WAS TRANSFERRED INTO THE

3    FEDERAL SYSTEM, BARRY, SILVERSTEIN AND EDGAR HEVLE ALL CAME

4    OVER AT THE SAME TIME AND THEY STARTED RECRUITING IN THE

5    FEDERAL SYSTEM.

6    Q.    DO YOU KNOW WHETHER THEY HAD THE PERMISSION OF THE

7    CALIFORNIA ARYAN BROTHERHOOD TO DO THAT?

8    A.    YES, SIR, THEY DID.

9    Q.    NOW WERE YOU TOLD -- WELL, LET ME ASK YOU ONE MORE

10   QUESTION ON THAT.

11            DO YOU KNOW HOW AL BENTON CAME TO BE AFFILIATED

12   WITH THE ARYAN BROTHERHOOD?

13   A.    HE BECAME FRIENDS WITH BARRY IN ATLANTA.

14   Q.    DID MR. MILLS TELL YOU EVER THAT HE HAD RECRUITED

15   AL BENTON INTO THE ARYAN BROTHERHOOD?

16   A.    YES, SIR.

17   Q.    DO YOU KNOW WHERE AL BENTON IS FROM?

18   A.    I BELIEVE NEW YORK.

19   Q.    AND THE OTHER MEMBERS YOU MENTIONED, MILLS, HEVLE?

20   A.    CALIFORNIA.

21   Q.    AND SILVERSTEIN; RIGHT?

22   A.    CALIFORNIA.

23   Q.    DID YOU RECEIVE INSTRUCTION AT THE TIME THAT YOU BECAME

24   A MEMBER OF THE ARYAN BROTHERHOOD OR DURING YOUR

25   PROBATIONARY PERIOD WITH THE ARYAN BROTHERHOOD ABOUT WHAT

1  OBLIGATIONS AN ARYAN BROTHERHOOD MEMBER WOULD HAVE UPON HIS

2  RELEASE FROM PRISON?

3  A.   YES, SIR.

4  Q.   WHAT DID YOU LEARN?

5  A.   THAT YOU WOULD CONTINUE IN CRIMINAL ENTERPRISE TO

6  FUNNEL MONEY BACK INTO THE ARYAN BROTHERHOOD THAT WAS STILL

7  INSIDE, TO HELP SUPPORT THE ORGANIZATION.

8  Q.   WAS THAT EXPECTED OF ALL MEMBERS RELEASED FROM PRISON?

9  A.   YES, SIR.

10  Q.   AND WHAT WAS THE PENALTY, IF YOU KNOW, FOR FAILING TO

11  RISE TO THAT OBLIGATION?

12  A.   SAME THING.  DEATH.

13  Q.   NOW, AS FAR AS THE RELATIONSHIP BETWEEN THE CALIFORNIA

14  ARYAN BROTHERHOOD AND THE FEDERAL ARYAN BROTHERHOOD, YOU

15  PREVIOUSLY TESTIFIED THAT THE FEDERAL ARYAN BROTHERHOOD WAS

16  DEVELOPED WITH THE CONSENT OF THE CALIFORNIA ARYAN

17  BROTHERHOOD; IS THAT CORRECT?

18  A.   YES, SIR.

19  Q.   HOW DID THE ORGANIZATION'S -- THE FACTIONS OF THE

20  ORGANIZATION OPERATE TOGETHER?

21  A.   WELL, FOR EXAMPLE, IF SOMEONE FROM THE STATE SYSTEM

22  CAME INTO THE FEDERAL SYSTEM THAT THE STATE WANTED KILLED,

23  WE WOULD TAKE CARE OF IT.  VICE VERSA.  DRUG MONEY WAS SENT

24  BACK AND FORTH.

25  Q.   WHAT ABOUT MEMBERS WHO WERE -- BECAME MEMBERS OF THE

| | |
|---|---|
| 1 | ARYAN BROTHERHOOD IN CALIFORNIA STATE PRISON AND THEN WERE |
| 2 | RELEASED BUT REINCARCERATED IN FEDERAL PRISON, WAS THERE A |
| 3 | POLICY FOR THEM? |
| 4 | A.   THEY'RE AUTOMATICALLY STILL IN. |
| 5 | Q.   DO YOU KNOW OF ANY EXAMPLES? |
| 6 | A.   RONNIE SLOCUM.  THE DEFENDANT. |
| 7 | Q.   ARE THERE OTHERS? |
| 8 | A.   YEAH.  THERE ARE, BUT I CAN'T THINK OF THEM. |
| 9 | Q.   DURING YOUR TIME IN THE ARYAN BROTHERHOOD -- FOCUSING |
| 10 | ON THE FEDERAL ARYAN BROTHERHOOD FOR THE MOMENT, THE FEDERAL |
| 11 | FACTION -- APPROXIMATELY HOW MANY MEMBERS WERE THERE AT ANY |
| 12 | GIVEN TIME? |
| 13 | A.   FOR THE MOST PART, I WOULD SAY 30 TO 40, TOPS. |
| 14 | Q.   IN ADDITION TO THOSE 30 TO 40, WERE THERE OTHER PEOPLE |
| 15 | WHO HUNG AROUND, WORKED WITH, WORKED FOR, ET CETERA, THE |
| 16 | GANG WHO WERE NOT FULL MEMBERS OF IT? |
| 17 | A.   YEAH, A BUNCH OF THOSE. |
| 18 | Q.   HOW IS IT THAT -- WELL, ARE THOSE PEOPLE THAT THE |
| 19 | BUREAU OF PRISONS CALLS "ASSOCIATES"? |
| 20 | A.   YES, SIR. |
| 21 | Q.   NOW, HOW IS IT THAT THE ARYAN BROTHERHOOD GETS |
| 22 | ASSOCIATES TO COME AND WORK FOR YOU? |
| 23 | A.   BECAUSE THEY WANTED TO BE A MEMBER.  THEY ASPIRE TO BE |
| 24 | US. |
| 25 | Q.   WERE THE ASSOCIATES SUBJECT TO THE SAME RULES AND |

```
 1   ORDERS AS THE ARYAN BROTHERHOOD MEMBERSHIP WHICH YOU'VE

 2   ALREADY TESTIFIED TO?

 3   A.   FOR THE MOST PART, YES.

 4   Q.   NOW I WANT TO ASK YOU ABOUT SOME OTHER NAMES FOR THE

 5   ARYAN BROTHERHOOD.

 6            HAVE YOU HEARD OF THE ARYAN BROTHERHOOD REFERRED

 7   TO AS THE AB?

 8   A.   YES, SIR.

 9   Q.   THE BRAND?

10   A.   YES, SIR.

11   Q.   IS "THE BRAND" A COMMON REFERENCE FOR THE ARYAN

12   BROTHERHOOD?

13   A.   YES, SIR.

14   Q.   WHAT ABOUT "THE ROCK"; HAVE YOU HEARD THAT TERM?

15   A.   YES, SIR.

16   Q.   IS THAT A REFERENCE TO ANYTHING IN PARTICULAR?

17   A.   THE SHAMROCK.

18   Q.   WHAT IS THE SHAMROCK?

19   A.   A TATTOO THAT MULTI BRAND MEMBERS HAVE.

20   Q.   DID YOU HAVE A TATTOO OF A SHAMROCK?

21   A.   YES, SIR.

22   Q.   WE'LL COME BACK TO THAT IN A MOMENT.

23            HAVE YOU HEARD THE EXPRESSION "IN THE CAR"?

24   A.   YES, SIR.

25   Q.   WHAT DOES "IN THE CAR" MEAN?
```

1  A.   IT MEANT YOU WERE EITHER IN THE BRAND OR CLOSE ENOUGH

2  TO THEM THAT YOU GOT THE SAME BENEFITS THAT WE HAD.

3  Q.   AND WHAT AGAIN ARE THOSE BENEFITS?

4  A.   ANYTHING YOU WANTED, REALLY.  DRUGS, HOMEMADE MEALS IN

5  THE KITCHEN, LAUNDRY DONE.  BASICALLY ANYTHING YOU WANTED IN

6  THE PEN.

7  Q.   YOU ALREADY TESTIFIED TO THE TERM "IN THE HAT."

8        ARE YOU FAMILIAR WITH THE TERM "GREEN LIGHT"?

9  A.   YES, SIR.

10  Q.   WHAT DOES "GREEN LIGHT" MEAN?

11  A.   IT MEANS GO.  KILLING.

12  Q.   ARE YOU FAMILIAR WITH THE TERM "ON SIGHT"?

13  A.   YES, SIR.

14  Q.   AND FOR THE RECORD, THAT'S S-I-G-H-T?

15  A.   YES, SIR.

16  Q.   WHAT DOES "ON SIGHT" MEAN?

17  A.   IT MEANS KILLING WHEREVER YOU SEE THEM.  IT DOESN'T

18  MATTER.

19  Q.   NOW, EVEN IF SOMEBODY IS TO BE KILLED ON SIGHT, MIGHT

20  IT STILL TAKE SEVERAL YEARS TO GET TO THAT PERSON?

21  A.   YES, SIR.

22  Q.   HAVE YOU EVER HEARD THE EXPRESSION TO "GET NEXT TO

23  SOMEBODY"?

24  A.   YES, SIR.

25  Q.   WHAT DOES "GET NEXT TO SOMEBODY" MEAN?

90

1    A.    BEFRIEND HIM TO WHERE YOU GET INTO A PLACE WHERE YOU

2    CAN KILL HIM PRIVATELY.

3    Q.    AND HAVE YOU HEARD THE TERM "ROCKING SOMEONE TO SLEEP"

4    OR TO "ROCK SOMEONE TO SLEEP"?

5    A.    YES, SIR.

6    Q.    IS THAT A RELATED CONCEPT?

7    A.    SAME THING.

8    Q.    OKAY.  WAS THERE A RULE IN THE ARYAN BROTHERHOOD THAT

9    ONLY -- THAT A BROTHER COULD ONLY BE KILLED WITH COMMISSION

10   APPROVAL AND ONLY THEN BY ANOTHER BROTHER?

11   A.    YES, SIR.

12   Q.    DID CERTAIN OF THE PRISONS IN WHICH YOU WERE HOUSED

13   HAVE NICKNAMES TO WHICH THEY WERE REFERRED BY THE INMATES?

14   A.    YES, SIR.

15   Q.    WHAT ARE SOME OF THOSE?

16   A.    LEAVENWORTH WAS "THE BIG TOP."

17           THE COURT:  COULD YOU REPEAT THAT?

18           THE WITNESS:  LEAVENWORTH WAS "THE BIG TOP."

19   BY MR. AKROTIRIANAKIS:

20   Q.    YOU SAY "BIG TOP" LIKE A CIRCUS TENT?

21   A.    YEAH, BECAUSE OF THE DOME OVER IT.

22   Q.    OKAY.

23   A.    MARION WAS "THE SWAMP."  LOMPOC, THEY JUST CALL IT "THE

24   POC."

25   Q.    DID YOUR -- NOW, I BELIEVE THAT YOU TESTIFIED THAT YOU

1    MET THOMAS SILVERSTEIN AT LEAVENWORTH.

2    A.   YES, SIR.

3    Q.   AND IT WAS AFTER YOU TRANSFERRED TO MARION THAT YOU

4    BECAME A FULL MEMBER OF THE ARYAN BROTHERHOOD?

5    A.   YES, SIR.

6    Q.   DID YOUR PREEXISTING FRIENDSHIP WITH TOMMY SILVERSTEIN,

7    WHO WAS YOUR CELLMATE AS YOU TESTIFIED, GIVE YOU SOME

8    HEIGHTENED STATUS EVEN UPON YOUR ENTRY TO THE ARYAN

9    BROTHERHOOD?

10   A.   YES, SIR.

11   Q.   HOW WOULD YOU DESCRIBE IT?

12   A.   I -- BASICALLY PUT ME UP WITH BARRY AND T.D. AND ALL

13   THE REST OF THEM.

14   Q.   WAS THERE AN ADVANTAGE TO YOU TO BEING IN THAT KIND OF

15   A POSITION OVER AND ABOVE BEING ON THE RANK AND FILE OF

16   ARYAN BROTHERHOOD MEMBERS?

17   A.   NOT SO MUCH AT THAT TIME.

18   Q.   LET ME ASK YOU A QUESTION:  IF YOU WERE HIGHER IN

19   STATUS WITHIN THE ARYAN BROTHERHOOD, WAS IT -- WERE YOU ABLE

20   TO PUSH DOWN, IF YOU WILL, THE WORK OF ENFORCING THE WILL OF

21   THE ORGANIZATION?

22   A.   YES, SIR.

23   Q.   SO IS IT FAIR TO SAY THAT THE LOWER LEVEL ARYAN

24   BROTHERHOOD MEMBERS WERE ASSIGNED TO DO ASSAULTS AND

25   KILLINGS ON BEHALF OF THE ORGANIZATION?

```
1   A.    YES, SIR.

2   Q.    AND WOULD YOU HAVE BEEN IN A POSITION TO ORDER OTHERS

3   TO COMMIT MURDER ON BEHALF OF THE ORGANIZATION?

4   A.    YES, SIR.

5   Q.    ARE YOU FAMILIAR WITH OTHER PRISON GANGS OTHER THAN THE

6   ARYAN BROTHERHOOD?

7   A.    YES, SIR.

8   Q.    CAN YOU NAME A FEW OF THOSE THAT YOU'RE FAMILIAR WITH?

9   A.    MEXICAN MAFIA, BLACK GUERILLA FAMILY, RASTAFARIANS,

10  DIRTY WHITE BOYS.

11  Q.    NOW, DURING YOUR TIME IN PRISON, WHAT WAS YOUR

12  UNDERSTANDING, IF YOU HAD ONE, OF THE SIZE OF THE ARYAN

13  BROTHERHOOD MEMBERSHIP—WISE RELATIVE TO THESE OTHER GANGS

14  YOU'VE IDENTIFIED?

15  A.    WOULD YOU REPEAT THAT?

16  Q.    IT'S A LONG, COMPLICATED AND PROBABLY BAD QUESTION.

17        WAS THE ARYAN BROTHERHOOD BIGGER OR SMALLER THAN

18  THESE OTHER GANGS YOU'VE TESTIFIED TO?

19  A.    FOR THE MOST PART, SMALLER, IN NUMBERS.

20  Q.    WHAT ABOUT IN INFLUENCE?

21  A.    MUCH BIGGER.

22  Q.    WHAT DO YOU MEAN BY THAT?

23  A.    DIRTY WHITE BOYS WERE BASICALLY IN TRAINING, WANTING TO

24  BE ARYAN BROTHERHOOD.  ABOUT THE ONLY ONE EQUAL TO US OR

25  CLOSE TO IT WOULD BE THE MEXICAN MAFIA.
```

```
1   Q.   WOULD THE MEXICAN MAFIA, FROM TIME TO TIME, BE ALLIED
2   WITH THE ARYAN BROTHERHOOD IN CERTAIN RESPECTS?
3   A.   YES, SIR.
4   Q.   DID THE ARYAN BROTHERHOOD HAVE A POLICY ABOUT WHETHER
5   YOU WOULD HAVE TO LIE ON BEHALF OF A BROTHER IF YOU WERE
6   ASKED TO DO SO?
7   A.   YES, SIR.
8   Q.   DID THAT POLICY INCLUDE COMMITTING PERJURY?
9   A.   YES, SIR.
10  Q.   FROM TIME TO TIME, IN YOUR EXPERIENCE, WERE ARYAN
11  BROTHERHOOD MEMBERS CHARGED WITH VARIOUS CRIMES?
12  A.   YES, SIR.
13  Q.   AND HAVE YOU EVER HEARD OF AN ARYAN BROTHERHOOD MEMBER
14  CHARGED WITH A CRIME SUBPOENAING THE PRESENCE AT THEIR TRIAL
15  OF OTHER ARYAN BROTHERHOOD MEMBERS?
16  A.   YES, SIR.
17  Q.   WHAT WERE THE PURPOSES OF SUBPOENAING ARYAN BROTHERHOOD
18  MEMBERS TO THE PLACE OF THE TRIAL?
19  A.   TO GET EVERYBODY TOGETHER SO THEY CAN DISCUSS WHAT'S
20  GOING ON IN EACH PEN, UPDATE EACH OTHER ON ANY NEWS THAT
21  NEEDED TO BE TOLD.
22  Q.   NOW, HAD YOU EVER PERSONALLY BEEN CALLED OUT FROM
23  WHATEVER PRISON YOU MAY THEN HAVE BEEN INCARCERATED TO
24  ATTEND ONE OF THESE MEETINGS?
25  A.   YES, SIR.
```

1    Q.    TELL US ABOUT THAT.

2    A.    I WAS CALLED TO MEMPHIS, TENNESSEE FROM

3    JOHNNY CAMPBELL.  MYSELF AND SILVERSTEIN WERE CALLED DOWN

4    THERE.  I WAS CALLED OUT TO ST. LOUIS FOR HOMER RAY

5    MATTHEWS' TRIAL.  A BUNCH OF US WERE CALLED DOWN THERE SO WE

6    COULD GET TOGETHER.

7    Q.    WHAT FACILITY WERE YOU HOUSED IN WHEN YOU WERE CALLED

8    BY JOHNNY CAMPBELL TO TENNESSEE?

9    A.    MARION.

10   Q.    WHERE WERE YOU HOUSED WHEN YOU WERE CALLED TO

11   TENNESSEE?

12         LET ME ASK YOU THIS:  WAS IT A FEDERAL BUREAU OF

13   PRISONS FACILITY?

14   A.    OH, YEAH.  YES, SIR.

15   Q.    OKAY.  WAS IT MORE, OR LESS, RESTRICTED THAN MARION?

16   A.    OH, YOU MEAN WHERE WE WENT TO?

17   Q.    YOU WERE SUBPOENAED BY MR. CAMPBELL FOR -- TO BE A

18   WITNESS AT HIS TRIAL?

19   A.    YES, SIR.

20   Q.    AND OTHER MEMBERS WERE AS WELL?

21   A.    RIGHT.

22   Q.    NOW WHEN -- AND THAT WAS IN TENNESSEE SOMEWHERE?

23   A.    YES, SIR.

24   Q.    DID YOU SAY MEMPHIS?

25   A.    MEMPHIS FCI.

1    Q.    OKAY.  AND "FCI," DO YOU KNOW WHAT THAT STANDS FOR?

2    A.    FEDERAL CORRECTIONS INSTITUTE.

3    Q.    EARLIER WE TALKED ABOUT LEVEL 5 IN PENITENTIARIES.

4    WHAT IS AN FCI LIKE RELATIVE TO A PENITENTIARY OR A LEVEL 5?

5    A.    VACATION.

6    Q.    SO WAS IT A WAY TO GIVE ANOTHER ARYAN BROTHERHOOD

7    MEMBER A VACATION, BY CALLING HIM OUT TO TESTIFY AT TRIAL?

8    A.    YES, SIR.

9    Q.    NOW FOCUSING ON THIS PARTICULAR TRIAL WITH CAMPBELL IN

10   MEMPHIS, TENNESSEE, DID YOU TESTIFY AT MR. CAMPBELL'S TRIAL?

11   A.    I CAN'T REMEMBER.  I DON'T THINK HE ACTUALLY CALLED ME

12   UP AND HE TOLD ME WHAT HE WANTED TO SAY, BUT I DON'T THINK I

13   WAS CALLED.  I JUST DON'T REMEMBER.

14   Q.    NOW, LET ME ASK A COUPLE OF QUESTIONS ABOUT THE

15   CONCEPTS IN THAT ANSWER.

16          YOU SAID HE TOLD YOU WHAT HE WANTED TO SAY?

17   A.    YES, SIR.

18   Q.    ARE YOU SAYING THAT HE TOLD YOU WHAT YOUR TESTIMONY WAS

19   TO BE?

20   A.    YES, SIR.

21   Q.    AND DO YOU RECALL THE GENERAL NATURE OF WHAT HE TOLD

22   YOU?

23   A.    YES, SIR.

24   Q.    WITHOUT GETTING INTO ALL WHAT IT WAS, WAS IT THE TRUTH

25   OR NOT THE TRUTH?

1    A.    NOT THE TRUTH.

2    Q.    OKAY.  AND YOU KNEW THAT AT THE TIME?

3    A.    YES, SIR.

4    Q.    AND DID THAT SURPRISE YOU, THAT YOU WERE BEING ASKED TO

5    COMMIT PERJURY ON BEHALF OF ANOTHER MEMBER OF THE ARYAN

6    BROTHERHOOD?

7    A.    NO, SIR.

8    Q.    THIS MAY BE AN OBVIOUS POINT, BUT WHY WOULD YOU DO

9    THAT?  WHY IS IT THAT YOU WOULD CALL SOMEBODY OUT FOR THAT

10   PURPOSE?

11   A.    TO HELP HIM BEAT HIS CASE.

12   Q.    NOW, IN ADDITION TO PROVIDING PERJURIOUS TESTIMONY,

13   WERE THERE PERSONAL ADVANTAGES TO YOU AS AN ARYAN

14   BROTHERHOOD MEMBER GOING TO AN FCI IN MEMPHIS AS OPPOSED TO

15   THE HIGH-SECURITY PRISON IN ILLINOIS?

16   A.    YES, SIR.

17   Q.    WHAT WERE THOSE?

18   A.    EASY ACCESS TO DRUGS DOWN THERE.  I MEAN, AS SOON AS WE

19   GOT THERE, JOHNNY SENT US OVER SOME DRUGS.  CONTACT VISITS

20   WHILE WE WERE THERE.  AND WE COULD GET DRUGS TO BRING BACK

21   TO MARION WITH US.

22   Q.    WERE YOU ABLE TO PROCURE DRUGS THAT YOU COULD SMUGGLE

23   BACK TO MARION?

24   A.    YES, SIR.

25   Q.    DID THAT FACILITY, FCI MEMPHIS, HAVE AN OPEN VISITING

1    ROOM SIMILAR TO WHAT YOU TESTIFIED ABOUT LEAVENWORTH?

2    A.    YES, SIR.

3    Q.    AND IT DIDN'T HAVE WHAT YOU HAD AT MARION WITH THE

4    SCREEN?

5    A.    NO, SIR.

6    Q.    NOW THE OTHER TIME THAT YOU INDICATED YOU HAD BEEN

7    CALLED OUT FOR THAT KIND OF TESTIMONY IN ST. LOUIS, WHO DID

8    YOU SAY WAS ON TRIAL?

9    A.    THAT WAS HOMER RAY MATTHEWS.

10   Q.    HOMER RAY MATTHEWS?  DID YOU TESTIFY ON BEHALF OF

11   MR. MATTHEWS?

12   A.    NO, SIR.

13   Q.    OKAY.  SO WAS IT YOUR UNDERSTANDING THAT HE HAD EVER --

14   DO YOU KNOW WHETHER HE EVER INTENDED TO ACTUALLY CALL YOU AS

15   A WITNESS?

16   A.    NO, I DON'T BELIEVE HE DID.

17   Q.    OKAY.  SO ON THAT OCCASION, WAS IT STRICTLY TO HAVE

18   THIS MEETING AND A VACATION, TO USE YOUR WORD?

19   A.    YES, SIR.

20   Q.    AND WAS THAT COMMON?

21   A.    YEAH, FAIRLY COMMON.

22   Q.    WHAT ABOUT THE IDEA OF NOT WANTING TO COMMIT PERJURY?

23   A.    ABOUT WHAT?

24   Q.    THE IDEA OF NOT WANTING TO COMMIT PERJURY IF ASKED TO

25   DO SO.  HOW WOULD THAT HAVE RESULTED FOR YOU?

1    A.    BADLY.

2    Q.    AND SO YOU HAD AN UNDERSTANDING EVEN BEFORE TRAVELING

3    WHAT YOU WERE GOING TO BE REQUIRED TO DO?

4    A.    YES, SIR.

5    Q.    DID THE ARYAN BROTHERHOOD HAVE A POLICY ABOUT HOW TO

6    DEAL WITH SOMEBODY WHO MIGHT ATTACK AN ARYAN BROTHERHOOD

7    MEMBER OR SOMEBODY WHO'S BEING PROTECTED BY THE ARYAN

8    BROTHERHOOD?

9    A.    YES, SIR.

10   Q.    BEFORE I ASK YOU WHAT IT WAS, DID THEY HAVE A POLICY

11   ABOUT ANYBODY WHO MIGHT INSULT THE ARYAN BROTHERHOOD?

12   A.    YES, SIR.

13   Q.    AND DID THE ARYAN BROTHERHOOD HAVE A POLICY ABOUT

14   SOMEONE GENERALLY DISRESPECTING THE ORGANIZATION?

15   A.    YES, SIR.

16   Q.    OKAY.  DID ALL OF THOSE -- DID ALL OF THOSE RULES OR

17   VIOLATIONS THEN HAVE A SIMILAR RESULT?

18   A.    YES, SIR.

19   Q.    AND THAT WAS?

20   A.    IN THE HAT.

21   Q.    NOW, HOW MINOR AN INFRACTION OR MEASURE OF DISRESPECT

22   ARE WE TALKING ABOUT HERE?

23   A.    THAT DEPENDED.  I MEAN, IF YOU JUST MOUTHED OFF TO

24   THEM, PROBABLY NOT.  TOOK DRUGS FROM HIM, SHORTED HIM IN

25   DRUGS, TOUCHED HIM IN ANY WAY, THREATENED HIM IN ANY WAY,

1    MAYBE BE KILLED.

2    Q.    NOW YOU MENTIONED DRUGS.  DID THE ARYAN BROTHERHOOD

3    HAVE A POLICY ABOUT DRUG USE WITHIN THE ORGANIZATION?

4    A.    NOT REALLY.

5    Q.    WHAT WAS DRUG USE WITHIN THE ORGANIZATION LIKE?

6    A.    WIDESPREAD.

7    Q.    DID YOU YOURSELF USE DRUGS?

8    A.    YES, SIR.

9    Q.    WHAT DRUGS DID YOU USE?

10    A.    HEROIN AND SPEED.

11    Q.    SPEED IS A STREET NAME.  DO YOU KNOW WHAT THE --

12    A.    METHAMPHETAMINE.

13    Q.    OKAY.  AND DO YOU HAVE A NICKNAME, SIR?

14    A.    SPEEDY.

15    Q.    IN THE CONTEXT OF THE ARYAN BROTHERHOOD?

16    A.    SPEEDY.

17    Q.    AND IS THAT A REFERENCE TO SPEED?

18    A.    YES, SIR.

19    Q.    WE'LL COME BACK TO DRUGS IN JUST A MINUTE.

20            IN TERMS OF DISPLAYING SYMBOLS OF ARYAN

21    BROTHERHOOD MEMBERSHIP, YOU TESTIFIED PREVIOUSLY TO TATTOOS.

22            DID ALL OR MOST ARYAN BROTHERHOOD MEMBERS WEAR

23    TATTOOS?

24    A.    YES.

25    Q.    WAS IT MOST, OR WAS IT ALL?

1    A.   I WOULD SAY MOST.  BECAUSE TOWARDS THE END, WE WERE

2    ENCOURAGING THEM NOT TO PUT THEM ON SO THE ADMINISTRATION

3    WOULDN'T KNOW WHO WAS AND WHO WASN'T.

4    Q.   EVEN IF THE ADMINISTRATION -- AND BY THAT, YOU MEAN THE

5    BUREAU OF PRISONS?

6    A.   YES, SIR.

7    Q.   EVEN IF THE ADMINISTRATION WOULDN'T KNOW WHETHER

8    SOMEBODY WAS A MEMBER OF THE ARYAN BROTHERHOOD BECAUSE THEY

9    WEREN'T WEARING TATTOOS, IN YOUR EXPERIENCE, WOULD THE

10   INMATE POPULATION KNOW THAT FACT?

11   A.   YES, SIR.

12   Q.   IF I COULD ASK YOU TO LOOK AT THE FOLDER THAT IS

13   EXHIBIT 27.

14          MR. AKROTIRIANAKIS:  AND I'D OFFER THIS EXHIBIT

15   UPON A STIPULATION WITH THE DEFENSE, YOUR HONOR.

16          THE COURT:  IF THERE IS ONE?

17          MR. AKROTIRIANAKIS:  YES, WE HAVE ONE.

18          THE COURT:  ALL RIGHT.  THANK YOU.

19          EXHIBIT 27 IS ORDERED ADMITTED.  YOU MAY PUBLISH.

20          MR. AKROTIRIANAKIS:  THANK YOU, YOUR HONOR.

21          *(PLAINTIFF'S EXHIBIT 27 RECEIVED IN EVIDENCE.)*

22   BY MR. AKROTIRIANAKIS:

23   Q.   AND YOU'RE WELCOME TO THE EXHIBIT IN THE FOLDER, SIR,

24   BUT IT'S ALSO ON THE OVERHEAD.

25          DO YOU RECOGNIZE THAT?

1    A.    YES, SIR.

2    Q.    IS THAT A PHOTOGRAPH OF A TATTOO THAT YOU FORMERLY HAD?

3    A.    YES, SIR.

4    Q.    DO YOU STILL HAVE IT?

5    A.    NO, SIR.

6    Q.    AND I'LL PLACE IT BACK.  IT'S EXHIBIT 27 ON THE

7    DOCUMENT CAMERA.

8           WHAT IS THE -- WHAT ARE THE LETTERS THAT ARE

9    HERE -- WELL, WHAT IS THE TATTOO, ACTUALLY?

10   A.    IT'S A WIZARD OVER A BALL WITH THE LETTERS "AB" INSIDE

11   WITH A SMALL SHAMROCK ON TOP OF EACH ONE.

12   Q.    IF I COULD ASK YOU, SIR, TO LOOK AT EXHIBIT 43 IN THE

13   FOLDER BEFORE YOU.

14          MR. AKROTIRIANAKIS:  AND WE HAVE A STIPULATION TO

15   THIS EXHIBIT AS WELL, YOUR HONOR.  THE GOVERNMENT OFFERS IT.

16          THE COURT:  EXHIBIT 43 ORDERED ADMITTED.  AND YOU

17   MAY PUBLISH.

18      *(PLAINTIFF'S EXHIBIT 43 RECEIVED IN EVIDENCE.)*

19   BY MR. AKROTIRIANAKIS:

20   Q.    YOU WERE HOUSED WITH THE DEFENDANT FOR A NUMBER OF

21   YEARS AT THE MARION PRISON; IS THAT RIGHT?

22   A.    YES, SIR.

23   Q.    AND DID YOU AT THAT TIME -- AT THAT POINT IN TIME HAVE

24   AN OPPORTUNITY AT ANY POINT TO SEE HIS TATTOOS?

25   A.    YES, SIR.

1  Q.    AND IS THAT A SHAMROCK ON THE DEFENDANT'S CHEST IN THIS

2  PICTURE?

3  A.    YES, SIR.

4  Q.    OKAY.  NOW, WE TALKED ABOUT THE REMOVAL OF YOUR TATTOO.

5         WHEN DID YOU HAVE YOUR TATTOOS REMOVED?

6  A.    AFTER I GOT ON THE WITNESS PROTECTION PROGRAM.

7  Q.    AND WAS THE REMOVAL OF YOUR TATTOOS SOMETHING THAT WAS

8  PAID FOR BY WITNESS SECURITY?

9  A.    YES, SIR.

10  Q.    IS YOUR UNDERSTANDING THAT THAT IS FOR YOUR PROTECTION?

11  A.    YES, SIR.

12  Q.    OKAY.  AND YOU CONSIDER THAT TO BE A BENEFIT THAT YOU

13  HAVE RECEIVED AS PART OF YOUR PROTECTION?

14  A.    YES, SIR.

15  Q.    I WANT TO TALK ABOUT SOME OF THE OTHER BENEFITS THAT

16  YOU'VE RECEIVED AS PART OF YOUR PROTECTION.

17         HAVE YOU RECEIVED MONEY FROM THE WITSEC PROGRAM?

18  A.    YES, SIR.

19  Q.    WHAT HAS THE WITSEC PROGRAM PAID FOR, FOR YOU?

20  A.    THEY FUNDED ME UNTIL I FOUND A JOB, FOR MY RENT,

21  CLOTHING AND FURNITURE, AND ARE NOW PAYING SOME MEDICAL

22  BILLS FOR ME.

23  Q.    NOW, I'VE REVIEWED YOUR -- YOUR -- THE AMOUNTS OF

24  PAYMENTS YOU'VE RECEIVED FROM THE WITNESS SECURITY PROGRAM.

25         THEY'VE PAID SUBSISTENCE FOR YOU?

1    A.    YES, SIR.

2    Q.    AND MEDICAL EXPENSES?

3    A.    YES, SIR.

4    Q.    THE MEDICAL EXPENSES HAVE BEEN HIGHER IN THE LAST YEAR.

5          HAVE YOU BEEN ILL, SIR?

6    A.    YES, SIR.

7    Q.    DOES THAT ACCOUNT FOR THE INCREASE IN THE MEDICAL

8    EXPENSES?

9    A.    YES, SIR.

10    Q.    IN OTHER WORDS, THEY WEREN'T JUST GIVING YOU THE MONEY?

11    A.    NO, THEY WERE JUST PAYING THE BILL.

12    Q.    WOULD YOU AGREE WITH ME THAT IT WAS A QUITE A BIT OF

13    MEDICAL EXPENSES IN THE PAST YEAR?

14    A.    YES, SIR.

15    Q.    HAVE YOU RECEIVED IN CONNECTION WITH THIS CASE ANY

16    PAYMENTS OR ASSISTANCE OR SUBSISTENCE OR ANYTHING OF ANY

17    VALUE FROM THE ATF, THE INVESTIGATORY AGENCY IN THIS CASE?

18    A.    NO, SIR.

19    Q.    ARE YOU FAMILIAR WITH GENERALLY THE MEMBERSHIP OF THE

20    ARYAN BROTHERHOOD AT THE TIME THAT YOU WERE ASSOCIATED WITH

21    THAT AND A MEMBER OF THAT ORGANIZATION?

22    A.    YES, SIR.

23    Q.    HAVE YOU SEEN MEMBERSHIP LISTS?

24    A.    YES, SIR.

25    Q.    CAN I ASK YOU TO LOOK AT EXHIBITS 5 AND 6 IN THE

1    FOLDERS BEFORE YOU.

2    A.    (WITNESS SO COMPLIES.)

3    Q.    AND THESE ARE ANOTHER TWO EXHIBITS THAT HAVE 5A AND 6A,

4    TYPEWRITTEN TRANSCRIPTION BEHIND THE EXHIBIT.

5            MY QUESTION FOR YOU, MR. WEST, IS WHETHER YOU

6    RECOGNIZE THE NAMES ON THIS LIST AS MEMBERS OF THE ARYAN

7    BROTHERHOOD?

8    A.    YES, SIR.  ALL OF THEM.

9            MR. AKROTIRIANAKIS:  THE GOVERNMENT OFFERS 5 AND

10   6, YOUR HONOR.

11           THE COURT:  ANY OBJECTIONS TO 5 AND 6?

12           MR. GREEN:  NOT TO 5, JUDGE, BUT TO 6, THAT WE

13   HAVE AN OBJECTION.  LACK OF FOUNDATION.  I MIGHT BE ABLE TO

14   STIPULATE.

15       *(PAUSE.)*

16           MR. GREEN:  I'LL STIPULATE TO BOTH, JUDGE.

17           THE COURT:  EXHIBITS 5 AND 6 ORDERED ADMITTED, AND

18   YOU MAY PUBLISH.

19       *(PLAINTIFF'S EXHIBITS 5 AND 6 RECEIVED IN*

20        *EVIDENCE.)*

21           MR. AKROTIRIANAKIS:  YOUR HONOR, I'LL PLACE

22   DOCUMENT 6 ON THE OVERHEAD CAMERA, AND ABOUT TWO-THIRDS OF

23   THE WAY DOWN THE LIST IS THE NAME OF THE DEFENDANT, DAVID

24   SAHAKIAN.

25

```
1    BY MR. AKROTIRIANAKIS:

2    Q.    MR. WEST, DO YOU HAVE AN UNDERSTANDING AS TO THE SECOND

3    COLUMN, THE DIFFERENT NUMBERS HERE, THERE'S A SEQUENCE OF

4    FIVE NUMBERS FOLLOWED BY A DASH, FOLLOWED BY A THREE NUMBER?

5    A.    LOOKS LIKE THE PRISON NUMBERS.

6    Q.    AND WHEN YOU WERE A FEDERAL PRISONER, DID YOU HAVE --

7    A.    THAT'S MY PRISON NUMBER, YEAH.

8    Q.    YOU'RE, OF COURSE, REFERRING TO WHERE IT SAYS "GLEN

9    WEST" DOWN HERE?

10   A.    YES, SIR.

11   Q.    AND NOW I'LL PLACE EXHIBIT 5 ON THE DOCUMENT CAMERA.

12         YOUR NUMBER'S ACTUALLY, ON MY COPY, OBLITERATED BY

13   THE HOLE IN THE SHEET, BUT DO YOU RECOGNIZE THE NUMBER NEXT

14   TO THE LETTERS "EST" AND THE THREE-HOLE PUNCH?

15   A.    YES, SIR.  THOSE ARE MY PRISON NUMBERS.

16   Q.    AND DO YOU SEE "SAHAKIAN" A FEW LINES ABOVE?

17   A.    YES, SIR.

18   Q.    I WANT TO RETURN TO SOME OF THE OTHER ILLEGAL ACTIVITY

19   IN PRISON.  WE TALKED A LITTLE BIT ABOUT DRUGS WHICH I WANT

20   TO COME BACK TO IN JUST A SECOND.

21         BUT LET ME ASK YOU, WAS THERE GAMBLING IN PRISON?

22   A.    YES, SIR.

23   Q.    AND DOES THE ARYAN BROTHERHOOD BECOME INVOLVED IN THE

24   GAMBLING IN PRISON?

25   A.    YES, SIR.
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
1   Q.   IN WHAT WAY DOES THE ARYAN BROTHERHOOD INVOLVE ITSELF
2   IN GAMBLING IN PRISON?
3   A.   WE RUN FOOTBALL TICKETS, BASKETBALL TICKETS, POKER
4   TABLES, AND EVEN BASEBALL TICKETS SOMETIMES.
5   Q.   IS THAT A PROFIT-MAKING BUSINESS?
6   A.   OH, YES, SIR.
7   Q.   DOES THE ARYAN BROTHERHOOD ALLOW OTHER INMATES TO RUN
8   ANY BOOKMAKING OR GAMBLING ACTIVITIES IN PENITENTIARIES
9   WHERE THE ARYAN BROTHERHOOD IS PRESENT?
10  A.   NOT UNLESS WE GET A CUT.
11  Q.   AND WHAT DO YOU MEAN BY GETTING A CUT?
12  A.   WE GET PART OF THEIR PROFIT.
13  Q.   WHAT IF THEY REFUSE TO PAY?
14  A.   THEY'RE OUT OF BUSINESS.
15  Q.   WHAT DO YOU MEAN?
16  A.   WE EITHER TELL THEM TO SHUT IT DOWN.  IF THEY DIDN'T,
17  WE KILL THEM.
18  Q.   AND WHAT ABOUT COLLECTING GAMBLING DEBTS?  WAS THAT
19  SOMETHING THAT THE ARYAN BROTHERHOOD, AT ANY TIME, HAD
20  OCCASION TO DO, AS FAR AS YOU KNOW?
21  A.   YES, SIR.
22  Q.   AND HOW WERE -- HOW WERE GAMBLING DEBTS COLLECTED BY
23  THE ARYAN BROTHERHOOD?
24  A.   BASICALLY JUST BY THE THREAT OF FORCE.
25  Q.   IS THERE ALCOHOL IN PRISON?
```

1    A.    YES, SIR.

2    Q.    HOW IS THAT ACCOMPLISHED?  I TAKE IT THERE'S NO LIQUOR

3    STORE.

4    A.    NO.  BUT THERE'S -- A LOT OF PEOPLE MAKE WINE.  A FEW

5    OF THE PENS I'VE BEEN IN ACTUALLY HAD A STILL SET UP FOR

6    MAKING WHISKEY, AND THEY SOLD IT BY THE QUART.

7    Q.    NOW YOU SAY THERE WAS A STILL SET UP.  THAT'S NOT THE

8    PEN OR NOT THE PRISON THAT HAD THE STILL SET UP?

9    A.    IN LOMPOC, ON THE SECOND FLOOR ABOVE THE KITCHEN.

10   Q.    AND THE PRISON WAS -- WAS -- HAD BUILT THE STILL?

11   A.    NO, AN INMATE DID.

12   Q.    LET'S TALK ABOUT THE WINE FOR A MINUTE.

13            HOW DO YOU MAKE WINE; DO YOU KNOW?

14   A.    YEAH.

15   Q.    OKAY.

16   A.    FRUIT --

17   Q.    WOULD YOU PLEASE EXPLAIN IT.

18   A.    FRUIT, SUGAR, WATER, LITTLE BIT OF YEAST, AND LET IT

19   SIT.

20   Q.    AND DOES THAT PROCESS CHEMICALLY CHANGE IT INTO --

21   A.    IT WILL FERMENT IT OVER TIME INTO WINE.

22   Q.    AND HAVE YOU HAD IT BEFORE?

23   A.    OH, YES, SIR.

24   Q.    NOW, YOU INDICATED THAT -- THAT MAYBE YOU HADN'T -- HAD

25   YOU INDICATED THAT WINE OR ALCOHOL WAS BEING SOLD IN THE

1    PRISONS?

2    A.    YES, SIR.

3    Q.    OKAY.  DID THE ARYAN BROTHERHOOD GET INVOLVED IN THE

4    SELLING OF ALCOHOL?

5    A.    GENERALLY NOT, NO, BECAUSE THERE JUST WASN'T MUCH MONEY

6    IN IT.

7    Q.    WASN'T A HIGH-PROFIT BUSINESS?

8    A.    NO, SIR.

9    Q.    DID YOU RECEIVE ANY BENEFIT BY VIRTUE OF THE FACT THAT

10   OTHER INMATES WERE MAKING ALCOHOLIC BEVERAGES AND THAT YOU

11   WERE AN ARYAN BROTHERHOOD MEMBER?

12   A.    YES, SIR.  IF I WANTED A QUART, I'D JUST GO GET ONE AND

13   NOT PAY FOR IT.

14   Q.    WERE YOU EVER REFUSED?

15   A.    NO, SIR.

16   Q.    DO YOU KNOW WHY?

17   A.    BECAUSE I WAS ARYAN BROTHERHOOD.

18   Q.    NOW, YOU TESTIFIED EARLIER TO THE AVAILABILITY OF DRUGS

19   IN PRISON.

20          IN ADDITION TO YOUR CONSUMPTION OF HEROIN AND

21   METHAMPHETAMINE, DID YOU DISTRIBUTE DRUGS WITHIN PRISON?

22   A.    YES, SIR.

23   Q.    WAS THAT ON BEHALF OF THE ARYAN BROTHERHOOD?

24   A.    YES, SIR.

25   Q.    WAS IT FOR THE BENEFIT OF THE ARYAN BROTHERHOOD?

1    A.    YES, SIR.

2    Q.    DID THE ARYAN BROTHERHOOD MAKE PROFIT FROM YOUR DRUG

3    DISTRIBUTION IN PRISON?

4    A.    YES, SIR.

5    Q.    TO WHOM WERE YOU SELLING DRUGS?

6    A.    TO ALL THE OTHER INMATES.

7    Q.    AND YOU TESTIFIED THAT YOU USED BOTH HEROIN AND

8    METHAMPHETAMINE IN PRISON.

9          WERE THOSE THE SAME DRUGS THAT YOU DISTRIBUTED?

10   A.    YES.

11   Q.    WERE THERE OTHERS?

12   A.    SOME MARIJUANA THAT I DISTRIBUTED, BUT MARIJUANA WAS

13   BULKIER, SO WE COULD MAKE MORE MONEY OFF THE HEROIN OR THE

14   CRANK.

15   Q.    NOW AT WHAT -- AND YOU JUST NOW USED THE WORD "CRANK."

16   IS THAT ANOTHER --

17   A.    METHAMPHETAMINE.

18   Q.    OKAY.  THE DRUGS THAT YOU TESTIFIED TO HAVING BEEN

19   SMUGGLED INTO THE PRISONS, IS THAT SOMETHING THAT IS MORE

20   EASILY ACCOMPLISHED IN A PRISON SUCH AS LOMPOC AND

21   LEAVENWORTH AS OPPOSED TO MARION?

22   A.    YES, SIR.

23   Q.    OKAY.  AND IS THAT RELATED TO THE VISITING ROOM AND SO

24   ON?

25   A.    YES, SIR.

1    Q.   LET ME ASK YOU JUST AS A POINT OF INFORMATION, HOW IS

2    IT THAT METHAMPHETAMINE IS INGESTED TYPICALLY IN PRISON?

3    A.   INJECTED.

4    Q.   AND WHAT ABOUT HEROIN?

5    A.   INJECTED.

6    Q.   OKAY.  WITH WHAT DO YOU INJECT IT?

7    A.   A SYRINGE.

8    Q.   AND IS THAT A -- WHAT THE JURY MIGHT COMMONLY THINK OF

9    AS A SYRINGE?

10   A.   SOMETIMES.  BUT GENERALLY THEY WERE HOMEBUILT.

11   Q.   AND CAN YOU DESCRIBE -- HAVE YOU EVER BUILT ONE

12   YOURSELF?

13   A.   YES, SIR.

14   Q.   LET ME ASK YOU FIRST, IS THERE A PRISON TERM OR SLANG

15   TERM REFERENCE FOR HOMEMADE SYRINGE?

16   A.   IKE AND MIKE.

17   Q.   IKE AND MIKE?

18   A.   YES, SIR.

19   Q.   NOW IF YOU COULD BRIEFLY TELL US HOW YOU BUILD A

20   PRISONMADE SYRINGE.

21   A.   TAKE A CLEAR BALLPOINT PEN, TAKE THE FILLER OUT OF IT,

22   CUT IT DOWN TO THE SIZE YOU WANT, GENERALLY THREE OR

23   FOUR INCHES.  GET A GRAPE -- WHAT WE CALL THE GRAPE, THE

24   DROPPER OFF OF AN EYEDROPPER.  ATTACH IT TO THE BACK END TO

25   USE THE SUCTION WHICH SUCK THE DRUGS UP.  MELT THE NEEDLE

1    INTO THE OTHER END.  SO YOU END UP WITH AN OUTFIT ABOUT YEA

2    LONG (INDICATING).  AND IF YOU CAN PUSH THE GRAPE, SUCK THE

3    DRUGS UP, TAP IT IN, PUSH THE GRAPE AGAIN TO SEND THE DRUGS

4    INTO YOU.

5    Q.   FOR SOME WHO MAY NOT KNOW, HEROIN IS SOMETHING THAT IS

6    INGESTED -- INJECTED IN A LIQUID FORM?

7    A.   YES, SIR.

8    Q.   BUT YOU START OUT WITH A SOLID FORM?

9    A.   YES, SIR.

10   Q.   AND HOW IS IT THAT YOU TAKE IT FROM BEING IN A SOLID

11   FORM TO BEING A LIQUID FORM?

12   A.   PUT IT IN A SPOON, A CAP.  DROP A LITTLE WATER ON TOP

13   OF IT.  PUT FIRE UNDER IT, A LITTLE PIECE OF COTTON INSIDE,

14   THEN YOU DRAW IT UP THROUGH THE COTTON.

15   Q.   AND THEREAFTER YOU INJECT IT?

16   A.   YES, SIR.

17   Q.   IS THE INGESTION OF METHAMPHETAMINE ACCOMPLISHED IN

18   GENERALLY THE SAME WAY?

19   A.   YES, SIR.

20   Q.   AND IS THAT -- BOTH OF THOSE SOMETHING THAT YOU DID IN

21   THE MANNER YOU'VE DESCRIBED?

22   A.   YES, SIR.

23   Q.   ARE YOU -- YOU PREVIOUSLY TESTIFIED TO A PICTURE OF

24   RONALD SLOCUM.  AND I'LL PUT IT BACK UP IN A MINUTE.

25           LET ME JUST FIRST ASK YOU:  HOW DID YOU -- YOU'VE

1    MET RONALD SLOCUM?

2    A.    YES, SIR.

3    Q.    HOW DID YOU FIRST MEET HIM?

4    A.    I MET HIM THROUGH CORRESPONDENCE WHEN HE WAS ON THE

5    STREET.

6    Q.    AND WHERE WERE YOU THEN INCARCERATED?

7    A.    I WAS AT LEAVENWORTH AT THAT TIME.

8          MR. AKROTIRIANAKIS:  WITH THE COURT'S PERMISSION,

9    CAN I PLACE A DOCUMENT ON THE SCREEN.

10          THE COURT:  WHAT --

11          MR. AKROTIRIANAKIS:  IT'S EXHIBIT 78 WHICH IS IN

12    EVIDENCE.

13    BY MR. AKROTIRIANAKIS:

14    Q.    DO YOU KNOW MR. SLOCUM BY OTHER NICKNAMES?

15    A.    YES.  SLO.  RONNIE, SLANG SLO.

16    Q.    HAVE YOU HEARD HIM REFERRED TO AS MC COOL?

17    A.    YES, SIR.

18    Q.    HAVE YOU SENT CORRESPONDENCE TO MR. SLOCUM?

19    A.    YES, SIR.

20    Q.    AND DO YOU KNOW WHETHER OTHER ARYAN BROTHERHOOD MEMBERS

21    SENT CORRESPONDENCE TO HIM?

22    A.    YES, SIR, SEVERAL HAVE.

23    Q.    NOW, IN YOUR EXPERIENCE, WAS THAT CORRESPONDENCE ALWAYS

24    ULTIMATELY DESTINED FOR MR. SLOCUM?

25    A.    YES, SIR.

```
1    Q.   NOW, WOULD YOU EVER HAVE MR. SLOCUM --

2              LET ME FIRST ASK YOU:  WAS HE ON THE OUTSIDE FOR A

3    SIGNIFICANT PART OF THE TIME THAT YOU WERE ON THE INSIDE?

4    A.   YES, SIR.

5    Q.   DID HE REMAIN LOYAL TO THE ARYAN BROTHERHOOD?

6    A.   YES, SIR.

7    Q.   DID HE DO THOSE OBLIGATIONS THAT YOU PREVIOUSLY

8    TESTIFIED TO, ENGAGING IN DIFFERENT ACTIVITIES ON THE STREET

9    AND SENDING MONEY BACK INTO THE PRISON?

10   A.   YES, SIR.

11   Q.   IS HE SOMEWHAT OF A MODEL OF AN ARYAN BROTHERHOOD

12   MEMBER ON THE STREET?

13   A.   YES, SIR.

14   Q.   DID YOU EVER SEND MESSAGES TO MR. SLOCUM TO BE

15   FORWARDED ON TO OTHER ARYAN BROTHERHOOD MEMBERS?

16   A.   YES, SIR.

17   Q.   IS IT YOUR UNDERSTANDING THAT OTHER ARYAN BROTHERHOOD

18   MEMBERS WOULD ENGAGE IN A SIMILAR PRACTICE?

19   A.   YES, SIR.

20   Q.   WHY WOULD YOU NEED TO DO THAT, TO SEND MESSAGES TO

21   SLOCUM IN ORDER TO BE FORWARDED ON TO SOMEBODY ELSE?

22   A.   BECAUSE YOU CAN'T WRITE FROM ONE PENITENTIARY TO

23   ANOTHER, SO YOU'D SEND IT TO HIM AND THEN IT'S COMING FROM

24   THE STREET INTO THE NEXT PENITENTIARY.

25   Q.   NOW, DO YOU RECALL WHERE IT WAS THAT YOU WROTE TO
```

1    MR. SLOCUM?

2    A.    SOMEWHERE DOWN HERE IN SOUTHERN CALIFORNIA.  I DON'T

3    REMEMBER THE EXACT ADDRESS.

4    Q.    IS THERE BEFORE YOU A FILE THAT'S NO. 75?  AND THEN

5    THERE'S GOING TO BE SEVERAL EXHIBITS IN THERE -- OR SEVERAL

6    PAGES --

7    A.    YEAH.  IT WAS CHINO.

8    Q.    IF YOU COULD LOOK THROUGH AND SEE IF YOU SEE ONE THAT

9    ACTUALLY IS IN YOUR HANDWRITING.

10   A.    (WITNESS SO COMPLIES.)

11         YES, SIR.

12   Q.    DID YOU FIND A RETURN ENVELOPE IN YOUR HANDWRITING?

13   A.    YES, SIR.

14   Q.    AND IS THAT SOMETHING THAT YOU SENT TO MR. SLOCUM?

15   A.    YES, SIR.

16   Q.    AND JUST FOR FUTURE REFERENCE AS WE GO ALONG, BUT

17   WITHOUT YOU PRESENT HERE, MY UNDERSTANDING OF YOUR TESTIMONY

18   IS THAT ONE OF THE PAGES IN THAT EXHIBIT THAT YOU'RE LOOKING

19   AT, WHICH IS EXHIBIT 75, IS IN YOUR HANDWRITING AND YOU

20   RECOGNIZE IT AS SUCH.  AND IT SAYS "GLEN WEST" IN THE TOP

21   LEFT CORNER?

22   A.    YES, SIR.

23   Q.    OKAY.  NOW IN ADDITION TO SENDING LETTERS TO

24   MR. SLOCUM, DID YOU RECEIVE LETTERS FROM HIM?

25   A.    YES, SIR.

1    Q.    DID YOU HAVE CONVERSATIONS WITH HIM ON THE TELEPHONE?

2    A.    YES, SIR.

3    Q.    DO YOU KNOW WHETHER CONVERSATIONS BETWEEN A PRISON

4    INMATE --

5          WELL, LET ME ASK YOU THIS:  IF YOU'RE A PRISON

6    INMATE, CAN YOU RECEIVE TELEPHONE CALLS?

7    A.    NO, SIR.

8    Q.    YOU CAN MAKE THEM OUT?

9    A.    YES, SIR.

10   Q.    CAN YOU MAKE THEM ONLY TO -- TO CERTAIN PHONE NUMBERS,

11   OR CAN YOU CALL TO ANYBODY YOU LIKE?

12   A.    NO.  JUST PHONE NUMBERS THAT ARE PRE-APPROVED.

13   Q.    SO DO YOU HAVE TO SUBMIT A LIST OF NUMBERS?

14   A.    YES, SIR.

15   Q.    AND THEY ARE EITHER APPROVED OR NOT BY THE BUREAU OF

16   PRISONS?

17   A.    YES, SIR.

18   Q.    WAS MR. SLOCUM ONE OF THE NUMBERS ON YOUR APPROVED

19   LIST?

20   A.    YES, SIR.

21   Q.    AND YOU TESTIFIED THAT YOU RECALLED, UPON REVIEWING THE

22   EXHIBIT, THAT HE LIVED IN CHINO.

23         WOULD YOU CALL HIM IN CHINO?

24   A.    YES, SIR.

25   Q.    DO YOU KNOW IF HE LIVED WITH ANYBODY OR IF HE LIVED

1   ALONE?

2   A.   NO.  HE LIVED WITH HIS WIFE.

3   Q.   OKAY.  AND WHAT WAS HER NAME, IF YOU KNOW?

4   A.   I BELIEVE IT WAS MICHELLE.

5   Q.   IN YOUR WRITINGS TO MR. SLOCUM, IN YOUR TELEPHONE

6   CONVERSATION WITH HIM, WOULD YOU ON OCCASION DISCUSS DRUGS

7   WITH HIM?

8   A.   YES, SIR.

9   Q.   AND WOULD YOU OUT AND OUT SAY "DRUGS" OR "HEROIN"?

10  A.   NO, SIR.

11  Q.   OKAY.  HOW WOULD YOU TALK ABOUT DRUGS WITHOUT REFERRING

12  TO THEM AS SUCH?

13  A.   I CAN TELL HIM I NEEDED SOME "GO-FAST," MEANING SPEED,

14  OR WE WOULD JUST TALK AROUND IT.  HE WOULD KNOW WHAT I

15  NEEDED.  AND I WOULD TELL HIM I'D SEND HIM SOME MONEY.  THE

16  AMOUNT OF MONEY I SENT WOULD DICTATE HOW MUCH HEROIN HE SENT

17  BACK.

18  Q.   WOULD YOU USE OTHER CODED LANGUAGE IN YOUR CONVERSATION

19  WITH HIM TO REFER TO THINGS OTHER THAN DRUGS?

20  A.   YEAH.  MONEY WAS --

21          THE COURT:  COULD YOU RESTATE YOUR QUESTION AGAIN

22  A LITTLE MORE SLOWLY, PLEASE.

23          MR. AKROTIRIANAKIS:  I BEG YOUR PARDON.  I'M SORRY

24  IF I'VE BEEN GOING TOO FAST, YOUR HONOR.

25

```
 1   BY MR. AKROTIRIANAKIS:

 2   Q.   WOULD YOU DISCUSS WITH MR. SLOCUM OTHER MATTERS OTHER

 3   THAN DRUGS?

 4   A.   YES, SIR.

 5   Q.   AND IN THAT DISCUSSION, WOULD YOU ALSO USE CODED

 6   LANGUAGE?

 7   A.   YES, SIR.

 8   Q.   CAN YOU GIVE US A FEW EXAMPLES, PLEASE?

 9   A.   IF I WANTED MONEY SENT SOMEWHERE, I'D TELL HIM "BEES

10   AND HONEY."  I'D TELL HIM -- I REMEMBER ONE CONVERSATION

11   WITH HIM, I WAS TELLING HIM ABOUT WEASEL.  I WANTED NOTHING

12   TO GO TO HIM.  I TOLD HIM, "DON'T GIVE HIM ANY BEES AND

13   HONEY.  NOTHING."

14   Q.   WEASEL WAS ANOTHER MEMBER OF THE ARYAN BROTHERHOOD?

15   A.   HE WAS UP AT THE TIME.

16   Q.   NOW, HOW WOULD YOU SEND MONEY TO SLOCUM?  WOULD YOU

17   SEND IT DIRECTLY TO HIM, OR WOULD YOU SEND IT TO A THIRD

18   PARTY TO BE SENT TO HIM?

19   A.   GENERALLY TO A THIRD PARTY.  OFTEN IT WOULD GO STRAIGHT

20   TO HIM.  SEVERAL DIFFERENT ADDRESSES WE HAD.

21   Q.   AND AS FAR AS SENDING THE MONEY, WOULD YOU SEND IT

22   YOURSELF FROM THE PRISON, OR WOULD YOU GET IT TO HIM IN A

23   DIFFERENT WAY?

24   A.   NO.  WHOEVER I SOLD THE DRUGS TO, I WOULD GIVE HIM THE

25   ADDRESS TO SEND THE MONEY TO.  HE WOULD TELL HIS PEOPLE WHEN
```

```
1    THEY CAME UP TO VISIT HIM, HE WOULD GIVE THEM THE ADDRESS,
2    AND THEN THEY WOULD SEND THE MONEY.
3    Q.   WAS THAT THE GENERAL OPERATION OF HOW DRUG TRAFFICKING
4    OR DRUG SALES WORKED IN PRISON?
5    A.   YES, SIR, FOR THE MOST PART.
6    Q.   BUYING THEM ON CREDIT?
7    A.   YES, SIR.
8    Q.   DID YOU EVER HAVE OCCASION WHERE EITHER YOURSELF OR
9    SOMEONE ELSE IN THE ARYAN BROTHERHOOD WOULD HAVE TO GO AND
10   COLLECT ON THAT CREDIT?
11   A.   YES, SIR.
12   Q.   AND HOW WAS THE COLLECTION DONE?
13   A.   JUST BASICALLY WENT OUT AND GAVE THEM THE TIME FRAME.
14   "MONEY'S GOT TO BE THERE BY THIS DATE OR WE'RE COMING BACK
15   AND KILL YOU."
16   Q.   DID YOU FIND IT EFFECTIVE?
17   A.   YES, SIR.
18   Q.   ARE YOU FAMILIAR WITH THE SMUGGLING OF HEROIN AND OTHER
19   NARCOTICS THROUGH THE VISITING ROOM AT THE UNITED STATES
20   PENITENTIARY AT LEAVENWORTH?
21   A.   YES, SIR.
22   Q.   OKAY.  NOW, CAN YOU TELL US ONCE AGAIN WHAT THE TIME
23   FRAMES WERE WHERE YOU WERE AT THE UNITED STATES PENITENTIARY
24   AT LEAVENWORTH?
25   A.   I WAS THERE IN THE LATE '70S.  THEN I WAS BACK THERE
```

```
 1    AGAIN IN THE '80S AT SOME POINT.  BACK THERE AGAIN IN THE
 2    '90S AT SOME POINT.  AS TO THE SPECIFIC YEAR, I JUST CAN'T
 3    REMEMBER THEM.
 4    Q.   OKAY.  CAN I REFER YOU -- I THINK IT'S PROBABLY THE
 5    LAST OF THE FOLDERS THERE, IT'S NO. 319.
 6              ACTUALLY, I CAN DO IT AN EASIER WAY.
 7              MR. WEST, YOU PREVIOUSLY TESTIFIED THAT YOUR
 8    REVIEW BEFORE TODAY OF YOUR INMATE QUARTERS HISTORY, YOU
 9    FOUND IT TO BE CONSISTENT WITH YOUR RECOLLECTION AS TO THE
10    DIFFERENT PRISONS AT WHICH YOU WERE HOUSED.
11    A.   YES.
12    Q.   AND DO YOU RECOGNIZE THE DOCUMENT BEFORE YOU,
13    EXHIBIT 319, AS YOUR INMATE QUARTERS HISTORY?
14    A.   YES, SIR.
15    Q.   OKAY.  I WOULD DIRECT YOU TO THE FOURTH PAGE OF THAT
16    EXHIBIT.
17              MR. AKROTIRIANAKIS:  WITH THE COURT'S PERMISSION,
18    I'LL PUT ON IT THE OVERHEAD.
19              THE COURT:  GO AHEAD.
20    BY MR. AKROTIRIANAKIS:
21    Q.   DO YOU SEE HERE, SIR, THAT ACCORDING TO THE DOCUMENT --
22    I DIRECT YOUR ATTENTION TO THE FIFTH PAGE OF THE EXHIBIT.
23              ACCORDING TO THE DOCUMENT, SIR, YOU WERE IN -- YOU
24    WERE HOUSED AT THE -- AT LVN, LEAVENWORTH, IS YOUR
25    UNDERSTANDING?
```

1    A.    YES, SIR.

2    Q.    OKAY.  YOU WERE HOUSED IN LEAVENWORTH IN 1992 AND AT

3    LEAST THE FIRST HALF OF 1993.  DO YOU SEE THAT?

4    A.    YES, SIR.

5    Q.    AND DOES THAT COMPORT WITH YOUR RECOLLECTION OF YOUR

6    HOUSING?

7    A.    YES, SIR.

8    Q.    OKAY.  NOW IN THAT TIME FRAME, THE 1992-1993 TIME FRAME

9    WHILE YOU WERE HOUSED AT LEAVENWORTH, WERE DRUGS BEING

10   SMUGGLED INTO THE PRISON?

11   A.    YES, SIR.

12   Q.    AND WAS THE ARYAN BROTHERHOOD ENGAGED IN THE

13   TRAFFICKING OF NARCOTICS INTO THE PRISON?

14   A.    YES, SIR.

15   Q.    DID THAT INVOLVE THE VISITING ROOM?

16   A.    YES, SIR.

17   Q.    OKAY.  TELL US HOW THE ARYAN BROTHERHOOD WOULD SMUGGLE

18   DRUGS INTO THE PRISON USING THE VISITING ROOM.

19   A.    WELL, WE HAVE A VISITOR -- THE DRUGS SENT TO A

20   VISITOR'S -- TO AN INMATE'S VISITOR THAT WAS COMING,

21   BALLOONED UP IN BALLOONS.  THAT VISITOR WOULD COME AND PASS

22   THEM TO THE INMATE IN THE VISITING ROOM.  HE WOULD SWALLOW

23   THEM, COME BACK IN AND THROW THEM UP OR EITHER GO TO THE

24   TOILET.

25   Q.    DO YOU KNOW PEOPLE WHO ACTUALLY DID THAT PROCESS?

1    A.    YES, SIR.

2    Q.    AND WERE YOU FAMILIAR WITH THE TERM "MULE"?

3    A.    YES, SIR.

4    Q.    IS THAT A REFERENCE TO THAT PROCESS?

5    A.    YES, SIR.

6    Q.    NOW, WERE THERE OTHER WAYS TO GET DRUGS INTO THE PRISON

7    OTHER THAN MULING THEM THROUGH THE VISITING ROOM?

8    A.    YES, SIR.

9    Q.    WE'LL COME BACK TO THOSE IN JUST A MOMENT.

10            DID YOU, YOURSELF, DIRECT THE VARIOUS MULING AND

11    SO ON INTO AND THROUGH THE VISITING ROOM?

12    A.    NOT SO MUCH IN LEAVENWORTH, NO.

13    Q.    WAS THERE ANOTHER PERSON WHO SOMEWHAT SPECIALIZED IN

14    THAT?

15    A.    YEAH.  MARK NYQUIST.

16    Q.    OKAY.  WAS THERE ANYBODY ELSE AT THAT TIME?

17    A.    AL BENTON WAS THERE.  BENTLEY.  GREG FREELAND.

18            MR. AKROTIRIANAKIS:  YOUR HONOR, THE GOVERNMENT

19    OFFERS EXHIBIT 72 TO WHICH WE HAVE A STIPULATION AS WELL.

20            THE COURT:  ALL RIGHT.  EXHIBIT 72 IS ORDERED

21    ADMITTED, AND YOU MAY PUBLISH.

22        (PLAINTIFF'S EXHIBIT 72 RECEIVED IN EVIDENCE.)

23    BY MR. AKROTIRIANAKIS:

24    Q.    I PLACED EXHIBIT 2 (SIC) ON THE OVERHEAD CAMERA.

25    THAT'S TWO PHOTOGRAPHS.  AND NOW THE CAMERA IS ZOOMED IN ON

122

1    THE BOTTOM OF THE TWO PHOTOGRAPHS.

2              ARE YOU ABLE TO SEE THAT FROM WHERE YOU ARE, SIR?

3    A.   YES.

4    Q.   IF YOU CAN'T, IT'S ALSO IN THE FOLDERS BEFORE YOU.

5              THE COURT:  DID YOU SAY "2" OR "72"?

6              MR. AKROTIRIANAKIS:  72, YOUR HONOR.

7              THE COURT:  I'M SORRY.  OKAY.

8    BY MR. AKROTIRIANAKIS:

9    Q.   ARE YOU ABLE TO MAKE OUT THE PHOTOGRAPH, RECOGNIZING

10   THAT AS A PHOTOCOPY OF A PHOTOGRAPH?

11   A.   YES, SIR.

12   Q.   DO YOU FIND YOURSELF IN THIS PHOTOGRAPH?

13   A.   YEAH.  I'M ON THE RIGHT.

14   Q.   OKAY.  AND WHO ELSE IS IN THE PHOTOGRAPH WITH YOU?

15   A.   NEXT TO ME IS AL BENTON.  AND THEN BENTLEY.  THAT'S

16   BENTLEY.  BEHIND HIM IS MARK NYQUIST.  NEXT ONE IS GREG

17   FREELAND.  AND I DON'T REMEMBER HIS NAME.

18   Q.   THIS PERSON WHOSE NAME YOU DON'T RECALL, FOR THE

19   RECORD, HE'S GOT THE SHAVED HEAD AND WEARING A MUSTACHE.

20             WAS HE A MEMBER OF THE ARYAN BROTHERHOOD?

21   A.   NO, SIR.

22   Q.   WAS HE ONE OF THE HANGER-ONS OR ASSOCIATES?

23   A.   YES.

24   Q.   WAS HE INVOLVED IN THE NARCOTICS TRAFFICKING?

25   A.   YES, SIR.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

123

1    Q.    INCIDENTALLY, CAN YOU SEE THE BACKGROUND IN THIS

2    PICTURE?

3    A.    YES, SIR.

4    Q.    DO YOU RECOGNIZE IT?

5    A.    YES, SIR.

6    Q.    WHERE IS IT?

7    A.    IT'S JUST OUTSIDE THE ART ROOM, UPSTAIRS LEAVENWORTH.

8    Q.    IS THAT A -- WELL, LET ME FIRST ASK YOU:  HOW DO YOU --

9         YOU DIDN'T HAVE A CAMERA WHEN YOU WERE AT

10   LEAVENWORTH?

11   A.    NO.

12   Q.    OKAY.  HOW IS IT THAT YOU ACCOMPLISHED HAVING A PICTURE

13   TAKEN?

14   A.    YOU BUY A TOKEN AT THE COMMISSARY.  YOU GO UP TO THE

15   ART ROOM.  AND AN INMATE WHOSE JOB IT WAS GETS THE TOKEN,

16   TAKES THE PICTURE.

17   Q.    AND IS THIS SORT OF GROUPING OF ARYAN BROTHERHOOD

18   MEMBERS AND ASSOCIATES FOR A PICTURE SOMETHING THAT WAS

19   COMMON?

20   A.    YES, SIR.

21   Q.    DO YOU SHARE THE PICTURES WITH YOUR FRIENDS?

22   A.    YES, SIR.  EVERYBODY GOT A COPY.

23   Q.    AND WHEN I SAY "YOUR FRIENDS," I'M REFERRING TO THE

24   ARYAN BROTHERHOOD MEMBERS?

25   A.    YES, SIR.

1    Q.    DO YOU ALLOW JUST ANYBODY IN THE PICTURE WITH YOU?

2    A.    NO.

3    Q.    AND THE TOP RIGHT OF THE OTHER PHOTOGRAPH IN

4    EXHIBIT 72.

5    A.    YES, SIR.  THAT'S ME.

6    Q.    OKAY.  AND IS THIS BENTLEY AGAIN?

7    A.    YES, SIR.

8    Q.    AND NYQUIST IN THE MIDDLE?

9    A.    YES, SIR.

10   Q.    DO YOU KNOW WHO THIS PERSON IS?

11   A.    GREG FREELAND.

12   Q.    OKAY.  AND HE'S THE SAME PERSON WE SAW IN THE OTHER

13   PHOTOGRAPH?

14   A.    YES, SIR.

15   Q.    AND DO YOU KNOW WHO THE OTHER PERSON IS?

16   A.    AL BENTON.

17   Q.    OKAY.  AND DO YOU RECOGNIZE THE BACKGROUND IN THIS --

18   IN THIS PHOTOGRAPH?

19   A.    SAME PLACE.

20   Q.    OKAY.  WAS THAT SORT OF A DESIGNATED SPOT FOR --

21   A.    YEAH.  WELL, THEY JUST HAD -- THESE WERE PAINTINGS THAT

22   SOMEONE HAD DONE ON TARPS, AND THEY HAD SEVERAL OF THEM.

23   YOU COULD ROLL THEM DOWN AND STAND IN FRONT OF THAT AS THE

24   BACKDROP.

25   Q.    SO YOU GOT TO CHOOSE WHICH ONE YOU WANTED TO HAVE IT

1    TAKEN IN FRONT OF?

2    A.    YES, SIR.

3              THE COURT:  IS NOW A LOGICAL BREAKING?

4              MR. AKROTIRIANAKIS:  AS GOOD AS ANY, YOUR HONOR.

5              THE COURT:  ALL RIGHT.  WE'LL RECESS, AS FAR AS

6    THE JURY IS CONCERNED, THIS EVENING.

7              THANK YOU FOR YOUR ATTENTION AND PATIENCE TODAY.

8              AND REMEMBER WHAT I HAD ADMONISHED YOU OR DIRECTED

9    YOU BEFORE.  DON'T DO ANY -- DON'T TALK TO ANYONE ABOUT THE

10   CASE.  DON'T DO ANY RESEARCH ABOUT THE CASE OR ANYTHING

11   CONNECTED WITH THE CASE.  THAT MEANS RESEARCHING, FOR

12   EXAMPLE, ANYTHING ABOUT THE -- NOT JUST THE CASE BUT THE

13   ARYAN BROTHERHOOD IN GENERAL OR ANY OTHER ORGANIZATIONS

14   YOU'VE HEARD MENTIONED DURING TRIAL SO FAR OR ANY OF THE

15   PERSONS THAT YOU'VE HEARD MENTIONED, ANYTHING RELATED TO ANY

16   OF THE TESTIMONY YOU'VE HEARD OR ANYTHING IN THE OPENING

17   STATEMENTS OR ANYONE HAVING ANYTHING TO DO WITH THE CASE,

18   ANY PERSONS THAT YOU'VE SEEN IN THE COURTROOM, THE

19   ATTORNEYS, ANYONE ELSE, ANY OF THE WITNESSES THAT YOU'VE

20   HEARD ABOUT.

21             DON'T MAKE UP YOUR MINDS ABOUT THE CASE OR ANY

22   ASPECT OF THE CASE.  YOU MUST KEEP AN OPEN MIND UNTIL YOU'VE

23   HEARD ALL OF THE EVIDENCE.

24             I REPEAT THIS ADMONITION IN VARYING WAYS TO YOU

25   SEVERAL TIMES A DAY.  THAT DOESN'T MEAN IT'S NOT JUST AS

```
 1   IMPORTANT AS THE FIRST TIME YOU HEARD ME TALK ABOUT IT
 2   DURING JURY SELECTION, BUT I DO REPEAT IT, NOT SO THAT YOU
 3   GET TIRED OF HEARING IT, BUT BECAUSE IT IS SO VERY
 4   IMPORTANT.  AND SO DON'T LET THE FACT THAT IT'S BEING
 5   REPEATED MAKE IT SOUND UNIMPORTANT.  IT'S ALL THE MORE
 6   IMPORTANT.
 7           AND THE LONGER WE GO IN THE TRIAL, ACTUALLY, THE
 8   MORE IMPORTANT IT IS BECAUSE THE MORE TIME YOU ALL HAVE
 9   INVESTED IN IT.  SO I THINK IT PROBABLY GETS HARDER AND
10   HARDER THE LONGER THAT YOU SPEND LISTENING TO THINGS THAT
11   YOU CANNOT TALK ABOUT YET, BUT PLEASE REMEMBER HOW IMPORTANT
12   IT IS THAT YOU NOT TALK ABOUT THE CASE OR ANYTHING RELATED
13   TO THE CASE IN ANY FASHION, NOR MAKE UP YOUR MINDS ABOUT IT
14   YET.
15           THANK YOU VERY MUCH.  AND WE'LL SEE YOU TOMORROW
16   MORNING AT 9:00 O'CLOCK.
17       (JURY OUT.)
18       (THE FOLLOWING PROCEEDINGS WERE HAD OUTSIDE THE
19       PRESENCE OF THE JURY.)
20           THE COURT:  THE WITNESS MAY BE EXCUSED.  WE GO ON
21   THE RECORD.
22           THE CLERK:  PLEASE BE SEATED.
23           THE COURT:  WE ARE ON THE RECORD OUTSIDE THE
24   PRESENCE OF THE MEMBERS OF THE JURY.
25           I HAD JUST A COUPLE OF ISSUES TO TAKE UP WITH
```

```
1    COUNSEL.

2              ONE IS THAT AS TO THE COURT'S -- THE JURY

3    INSTRUCTIONS, I NOTICED YESTERDAY WHEN I READ THEM THAT I

4    FOUND WHAT I THOUGHT WAS AN ERROR AND I CHANGED IT TODAY.  I

5    JUST WANT TO DOUBLE-CHECK WITH YOU ALL.  THERE WERE A COUPLE

6    OF SMALL MISTAKES.

7              THERE WAS ONE THAT I CAUGHT -- I THINK I CAUGHT

8    ALL OF THESE BEFORE I READ THEM.  THERE WAS ONE -- JUST ONE

9    INSTRUCTION IN THE PRINTED FORM THAT WAS SUBMITTED THAT

10   STILL HAD THE OTHER TWO DEFENDANTS AND I DIDN'T READ THOSE

11   NAMES.  THAT WAS PRETTY MINOR.  IT'S -- I FORGET WHICH ONE,

12   BUT IT'S THE ONE -- IT'S THE -- I FORGET WHICH NUMBER IT IS.

13   BUT IT'S THE INSTRUCTION THAT REFERS TO TELLING THE JURY

14   THAT THE SUBSTANTIVE -- IT'S THE SUBSTANTIVE LAW OF THE

15   STATES THAT APPLIES ON THE PREDICATE ACTS.

16              MR. AKRONTIRIANAKIS:  YES, YOUR HONOR.

17              THE COURT:  AND IT REFERRED TO -- IT REFERRED TO

18   KANSAS, ILLINOIS AND PENNSYLVANIA.  BUT IT SHOULDN'T HAVE

19   REFERRED TO PENNSYLVANIA.

20              MR. AKRONTIRIANAKIS:  IT SHOULD NOT HAVE REFERRED

21   TO ILLINOIS, YOUR HONOR.

22              THE COURT:  WELL, YOU NEVER GAVE THE SUBSTANTIVE

23   LAW AS TO PENNSYLVANIA, YOU GAVE THE SUBSTANCE LAW FOR THE

24   STATE OF ILLINOIS AND THE STATE OF KANSAS.

25              MR. WOLFE:  YOUR HONOR, THE SUBSTANTIVE LAW OF
```

1   EACH OF THOSE THREE STATES IS RELEVANT.  NOW IF WE HAVE

2   OMITTED ONE --

3         THE COURT:  YOU OMITTED PENNSYLVANIA.

4         MR. WOLFE:  WELL, THEN WE NEED --

5         THE COURT:  BUT ONE OF THE PREDICATE ACTS TOOK

6   PLACE IN LEWISBURG WHICH IS PENNSYLVANIA.

7         MR. WOLFE:  YES, YOUR HONOR.  THE VICAR COUNTS 6

8   AND 7 EMPLOY THE LAW OF PENNSYLVANIA.  WE WILL BE OBLIGED IN

9   THE FINAL INSTRUCTIONS.

10         THE COURT:  IN THE FINAL INSTRUCTIONS.  ALL RIGHT,

11   BUT WE DON'T -- WE DIDN'T GIVE THOSE DETAILED INSTRUCTIONS

12   AT THIS TIME.

13         MR. WOLFE:  I DON'T IMAGINE THAT THAT IS AN ERROR.

14         THE COURT:  NO, THAT'S NOT AN ERROR.

15         MR. WOLFE:  I APOLOGIZE FOR MAKING THAT MISTAKE

16   AND WE WILL TRY TO MAKE SURE THAT --

17         THE COURT:  THAT'S ALL RIGHT.  I MEAN, I'M NOT --

18   I DON'T MEAN TO SOUND CRITICAL.  I'M JUST TRYING TO MAKE

19   SURE THAT WHAT WE ACTUALLY PUT IN THE JURY BOOKS IS CORRECT.

20   SO THERE'S ACTUALLY -- ACTUALLY, YOU DIDN'T MAKE A MISTAKE.

21   IT REALLY SHOULD HAVE ALL THREE STATES.

22         MR. WOLFE:  WELL, IT CERTAINLY SHOULD.  IT MAY BE

23   THAT RACKETEER COUNT 1 DOESN'T REQUIRE IT, BUT COUNTS 6

24   AND 7 CERTAINLY DO.

25         THE COURT:  SO RIGHT NOW IT'S BECAUSE COUNT 1

```
 1   REQUIRES ILLINOIS -- A DEFINITION OF THE -- AND ELEMENTS OF

 2   MURDER AND ATTEMPTED MURDER AS TO THE PREDICATE ACTS AND THE

 3   RICO COUNT, WHICH WOULD BE THE LAW OF ILLINOIS AND THE LAW

 4   OF KANSAS, WHICH IS WHAT YOU PROVIDED.  BUT NOT FOR 6 AND 7.

 5   I SEE.  ALL RIGHT.  ALL RIGHT.  THAT WAS THE ONLY ISSUE AS

 6   TO THOSE.

 7          AND THEN, MR. GREEN, I DON'T KNOW IF THIS -- YOU

 8   DID THIS ON -- DELIBERATELY, BUT JUST SO YOU KNOW, WHEN

 9   YOU'RE USING THE ELMO WHEN YOU'RE EXAMINING WITNESSES, YOU

10   MAY WANT TO FOCUS IN ON MORE SO THAT THE JURY CAN READ.

11          MR. GREEN:  I FIGURED THAT OUT, JUDGE.

12          THE COURT:  OKAY.

13          MR. GREEN:  I APPRECIATE IT.  THANK YOU.

14          THE COURT:  ALL RIGHT.  NOT THAT I COULD SHOW YOU,

15   BUT SOMEBODY ELSE COULD.

16          MR. GREEN:  I WAS SO SCARED OF IT GOING OFF THAT I

17   JUST DID THAT.

18          THE COURT:  WELL, I CAN -- LIKE I SAID, I'M NOT

19   THE ONE TO SHOW YOU, BUT I CAN ARRANGE SOMEBODY.

20          MR. GREEN:  JOE SHOWED ME.

21          THE COURT:  OKAY.  ALL RIGHT.

22          AND THEN FOR TOMORROW'S LINE-UP, I STILL HAVE THE

23   LIST YOU GAVE ME LAST WEEK SO I'M ASSUMING THAT'S STILL --

24   WE HAVE TOLSON.

25          MR. WOLFE:  YOUR HONOR?
```

```
1            THE COURT:  OR HAS IT CHANGED?
2            MR. WOLFE:  THE ORDER ISN'T LIKELY TO CHANGE, BUT
3   I VERY MUCH DOUBT THAT WE'RE GOING TO GET AS FAR DOWN THE
4   LIST AS WE HOPED.
5            THE COURT:  WHAT DO YOU THINK FOR TOMORROW?
6            MR. WOLFE:  WELL, MR. WEST WILL OCCUPY THE GREATER
7   PART OF THE DAY.  MR. TOLSON, AGENT KNAPP, LIEUTENANT
8   CARPENTER, CURTIS RUNGE ARE ALL PRESENT, AND I HOPED SOMEHOW
9   TO GET THEM ONTO THE STAND TOMORROW SO THAT NONE OF THEM
10  WOULD BE OBLIGED TO STAY OVER UNTIL NEXT WEEK.  BUT I FEAR
11  NOW THAT WE'RE NOT GOING TO GET THERE.
12           I THINK THE LIKELY ORDER WILL BE RUNGE AND
13  CARPENTER, BECAUSE I UNDERSTAND THROUGH TALKING WITH
14  MR. GREEN THAT THEY ARE LIKELY TO BE THE SHORTEST WITNESSES
15  WITH THE LEAST CROSS-EXAMINATION.  AND I'M HOPEFUL THAT
16  WOULD ALLOW AT LEAST TWO OF THEM TO LEAVE.
17           THE LONGER WITNESSES, WHO ARE LIKELY TO BE AGENT
18  KNAPP AND LIEUTENANT TOLSON, I'M AFRAID THAT WE MAY RUN SO
19  LATE IN THE DAY WITH MR. WEST THAT I COULDN'T GET EVEN ONE
20  OF THEM ON AND OFF.  BECAUSE I BELIEVE, FOR INSTANCE, THAT
21  THE CELL SEARCH VIDEO IS INTENDED TO BE PLAYED DURING
22  CROSS-EXAMINATION.  THAT MUST BE 45 MINUTES OR LONGER.
23           MR. GREEN:  WE WON'T BE PLAYING THE WHOLE THING,
24  JUDGE.
25           THE COURT:  ARE YOU GOING TO DO THAT DURING THE
```

1    CROSS-EXAMINATION OF MR. --

2              MR. GREEN:  NO, I'M SORRY.  MR. SHOSTAK OF

3    MR. WEST.

4              THE COURT:  BUT THAT'S GOING TO BE DURING THE

5    CROSS-EXAMINATION OF MR. WEST?

6              MR. SHOSTAK:  NO, NOT OF MR. WEST.

7              MR. WOLFE:  I'M NOT BEING CLEAR.  OF AGENT

8    KNAPP -- WELL, NOT KNAPP, I GUESS.  ALL RIGHT.  LIEUTENANT

9    TOLSON WHO DID THE SEARCH OF THE DEFENDANT'S CELL, I WOULD

10   EXPECT THAT SOME PART OF THAT WOULD BE SHOWN, AND THAT'S

11   LIKELY TO MAKE IT SO LONG THAT IF I CALL HIM FIRST, NO ONE

12   ELSE WILL GET FINISHED --

13             THE COURT:  I SEE.  SO THE OPTIMISTIC BUT NOT

14   IMPOSSIBLE SCHEDULE FOR TOMORROW WOULD BE THAT YOU FINISH

15   WITH WEST, ALL OF YOU, AND THEN MAYBE CARPENTER AND RUNGE.

16   THAT WOULD PROBABLY BE THE BEST WE COULD HOPE FOR.

17             MR. WOLFE:  I FEAR SO, YOUR HONOR.

18             THE COURT:  ALL RIGHT.  THAT'S ALL RIGHT.

19             ANY OTHER MATTERS THAT COUNSEL NEEDS TO BRING UP?

20             MR. WOLFE:  YES, YOUR HONOR.  I REALIZED LAST

21   NIGHT THAT I SHOULD MENTION THIS NOW AS A VERY

22   FORWARD-LOOKING -- THERE ARE WITNESSES WHO TESTIFIED AGAINST

23   THE DEFENDANT IN ILLINOIS WHO WE HAVE ON THE WITNESS LIST

24   AND EXPECT TO CALL IN THIS TRIAL, BUT SOME OF THEM AREN'T

25   EAGER TO BE LOCATED AND SUMMONED.  SO THAT I WANT TO LET THE

1    DEFENDANT KNOW AND THE COURT KNOW THAT IF WITNESSES WHO

2    PREVIOUSLY TESTIFIED AGAINST THE DEFENDANT AVOID OUR FINDING

3    AND SUBPOENAING THEM, THE GOVERNMENT WILL MAKE AN EFFORT TO

4    SHOW THAT WE MAY READ THEIR FORMER TESTIMONY UNDER THE --

5    803 --

6              THE COURT:  I'M SORRY FOR INTERRUPTING YOU.  BUT

7    IN OTHER WORDS, YOU MAY BE ATTEMPTING TO MAKE A SHOWING THAT

8    THEY'RE UNAVAILABLE?

9              MR. WOLFE:  YES, YOUR HONOR.

10             THE COURT:  SO THAT THEIR PRIOR TESTIMONY WILL BE

11   READ?

12             MR. GREEN:  THIS IS THE FIRST I'VE HEARD OF THAT,

13   AND I APPRECIATE THE GOVERNMENT GIVING ME A HEADS-UP ON IT,

14   BUT I CAN TELL THE COURT THAT THAT'S GOING TO BE A PROBLEM

15   FOR US ON THE CONFRONTATION ISSUE BECAUSE WE HAVE A LOT MORE

16   INFORMATION NOW FROM THE DISCOVERY PROCESS IN THIS

17   INDICTMENT, PLUS THE CHARGES ARE DIFFERENT THAN WHAT WAS

18   AVAILABLE TO US IN ILLINOIS FIVE YEARS AGO.  AND THERE'S

19   MANY OTHER AREAS THAT ARE RIPE FOR CROSS-EXAMINATION AND

20   GOES TO THOSE WITNESSES' CREDIBILITY.  IT DIDN'T EXIST WHEN

21   WE CROSS-EXAMINED THEM IN ILLINOIS.

22             THE COURT:  ALL RIGHT.  WELL, WE'LL CROSS THAT

23   BRIDGE WHEN WE GET TO IT.  BUT APPRECIATE THE EARLY NOTICE.

24             MR. WOLFE:  YOUR HONOR, I DON'T BELIEVE -- THE

25   EARLIEST IT CAN COME UP, I THINK, IS AT THE END OF NEXT WEEK

1    AND PROBABLY NOT UNTIL THE WEEK AFTER NEXT.

2              THE COURT:  ALL RIGHT.  THANK YOU.

3              ANYTHING ELSE?

4              MR. WOLFE:  NO, YOUR HONOR.

5              MR. GREEN:  I WOULD ASK THE GOVERNMENT IF IN

6    ANTICIPATION THAT THEY'RE GOING TO -- THEY CAN'T FIND THE

7    WITNESSES THAT THEY'RE REFERRING TO IN ILLINOIS AND THAT

8    THEY'RE GOING TO PROFFER THE TESTIMONY FROM THE BENTON

9    TRIAL, THAT WE GET AN UPDATED NCIC REPORT OR ANY NEW CHARGES

10   OR CRIMES THAT THEY MAY HAVE COMMITTED SINCE SIX YEARS AGO

11   THAT WOULD BE PROPER AREAS OF IMPEACHMENT.

12             THE COURT:  WELL, WE'D ALSO NEED TO GET -- WELL,

13   FROM BOTH SIDES, THE SPECIFIED PAGES AND THE TESTIMONY FROM

14   THE PREVIOUS TRIAL.  IN OTHER WORDS, THE GOVERNMENT WOULD

15   HAVE TO SPECIFY WHAT PORTION OF THE DIRECT IN THE PREVIOUS

16   TRIAL AND THEN WE COULD CROSS -- WITHOUT WAIVING YOUR

17   OBJECTION, AND I'M NOT OPINING YET BECAUSE I DON'T KNOW WHAT

18   EFFORTS THE GOVERNMENT HAS MADE, SO I'D HAVE TO KNOW THAT

19   BEFORE I COULD EVEN RULE ON AVAILABILITY.

20             BUT JUST AS A HOUSEKEEPING MATTER -- AND YOU HAVE

21   A LOT TO DO, SO I'M NOT SUGGESTING THAT YOU DO IT AT THIS

22   POINT WHEN IT MAY NOT BE NECESSARY, BUT WHAT'S YOUR RESPONSE

23   TO THE REQUEST FOR THE UPDATED NCIC INFORMATION?

24             MR. WOLFE:  WELL, IT SEEMS REASONABLE TO ME, YOUR

25   HONOR.  I DON'T KNOW WHETHER -- I'M NOT SURE HOW MUCH IT

1    WILL TELL US.  BUT IF SOMEBODY HAS A NEW CONVICTION, I DON'T

2    SEE WHY THE JURY SHOULDN'T BE INFORMED OF A NEW FELONY.  I'D

3    BE HAPPY TO DO THAT.

4              MR. GREEN:  JUDGE, I WOULD ALSO -- IF THEY HAVE AN

5    ARREST, THAT WOULD MAKE THEM -- THEIR PAROLE -- VIOLATE

6    THEIR PAROLE AND IN THAT PAROLE IS NOT BEING VIOLATED, THAT

7    MAY BE AN AREA OF LENIENCY THAT THEY WOULD BE GIVEN.

8              I'M KIND OF AT A DISADVANTAGE BECAUSE I DON'T KNOW

9    WHICH WITNESSES WE'RE TALKING ABOUT.  AND I UNDERSTAND THE

10   GOVERNMENT IS PROBABLY AT THIS TIME NOT READY --

11             MR. WOLFE:  I BELIEVE THAT ALTHOUGH I UNDERSTAND

12   WHAT MR. GREEN HAS IN MIND, IT CANNOT BE A BENEFIT FOR ONE

13   OF THESE WITNESSES TO HAVE BEEN ARRESTED AND NOT PROSECUTED

14   ON HIS PAROLE, BECAUSE IF WE HAD INTERVENED ON THEIR BEHALF

15   TO DO THAT IN A WAY THAT MADE IT A BENEFIT, WE PROBABLY

16   WOULD HAVE THEM IN HAND.

17             MR. GREEN:  AND THE REASON I BRING IT UP IS

18   BECAUSE I'M AWARE OF A COUPLE OF WITNESSES SINCE ILLINOIS

19   WHO HAVE BEEN RELEASED AND THEN HAVE COMMITTED OTHER CRIMES

20   SINCE THEN, AND I'M NOT SURE OF THE DISPOSITION -- I'M

21   SORRY, THEY'VE BEEN CHARGED WITH OTHER CRIMES SINCE THEN --

22             THE COURT:  YOU'RE NOT SURE WHAT THE DISPOSITION

23   WAS.

24             MR. GREEN:  AND I'M NOT SURE WHAT THE DISPOSITION

25   WAS.

```
 1            THE COURT:  I THINK LOGICALLY -- WELL, NOTHING --
 2   ALL THINGS ARE POSSIBLE.  BUT LOGICALLY I THINK I UNDERSTAND
 3   WHAT MR. WOLFE IS SAYING.  IF THE GOVERNMENT HAD INTERVENED
 4   WITH SOMEONE, IT WOULDN'T BE DIFFICULT TO SERVE THE SUBPOENA
 5   TO GET TO TRIAL.  SO I DON'T THINK THOSE WOULD BE THE -- I
 6   DON'T THINK THAT WOULD BE THE SITUATION.
 7            MR. WOLFE:  BUT I AGREE WITH MR. GREEN.  IF WE
 8   INTERVENE, IT'S A BENEFIT AND HE'S ENTITLED TO BE INFORMED
 9   OF IT AND I'LL CERTAINLY INFORM HIM OF IT.
10            THE COURT:  ALL RIGHT.  AND THEN, MR. GREEN, IF
11   YOU COULD PLEASE REMIND -- ACTUALLY, I'M NOT SURE EVERYONE
12   IS IN THE COURTROOM, BUT I DO RECOGNIZE FROM THE BAIL
13   HEARING THAT WE HAD BEFORE, IF YOU COULD PLEASE REMIND YOUR
14   CLIENT'S FAMILY ABOUT THE RULES ABOUT THE CELL PHONES,
15   BECAUSE, YOU KNOW, THE JURY HAS CELL PHONES.
16            MR. GREEN:  I HAVE.  AND I WILL AGAIN, YOUR HONOR.
17            THE COURT:  THAT'S FINE.  MISTAKES HAPPEN.
18            ALL RIGHT.  THANK YOU.  WE ARE IN RECESS UNTIL
19   TOMORROW AT 8:30.
20       (AT TIME      P.M., PROCEEDINGS WERE ADJOURNED.)
21
22                          -OOO-
23
24
25
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
 1                        CERTIFICATE

 2            I HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

 3   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

 4   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

 5   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

 6   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

 7   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

 8

 9   DATE:  AUGUST 14, 2008

10

11

12                       _____

13                       DEBORAH D. PARKER, OFFICIAL REPORTER

14

15

16

17

18

19

20

21

22

23

24

25
```