ANDRÉ BIROTTE JR.
United States Attorney
DOUGLAS F. McCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office
TERRI K. FLYNN (Cal. Bar No. 204932)
STEPHEN G. WOLFE (Cal. Bar No. 116400)
Assistant United States Attorneys
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email: Terri.K.Flynn@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-938-DOC |
| Plaintiff, | DECLARATION OF TERRI K. FLYNN IN RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO RECEIVE FULL COPY OF TRIAL TRANSCRIPTS AND EXHIBITS AND TO HAVE APPELLATE COUNSEL APPOINTED |
| v. | |
| CHRISTOPHER OVERTON GIBSON, | |
| Defendant. | |

    Plaintiff United States of America hereby files a Declaration from Assistant United States Attorney Terri K. Flynn in response and opposition to defendant's Motion to Receive Full

Copy of Trial Transcripts and Exhibits and to Have Appellate Counsel Appointed.

Dated: May 5, 2010           Respectfully submitted,

                             ANDRÉ BIROTTE JR.
                             United States Attorney
                             DOUGLAS F. McCORMICK
                             Assistant United States Attorney
                             Acting Chief, Santa Ana Office


                             ___/s/_____
                             TERRI K. FLYNN
                             STEPHEN G. WOLFE
                             Assistant United States Attorneys
                                 Attorneys for Plaintiff
                                 United States of America

<u>DECLARATION OF TERRI K. FLYNN</u>

I, Terri K. Flynn, hereby declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and in that capacity have been assigned to represent the government in <u>United States v. Christopher Overton Gibson</u>, SA CR 02-938-DOC.

2. Defendant was found guilty after a jury trial in 2006 of the following violations: count one, Title 18, United States Code, Section 1962(c) - RICO; count two, Title 18, United States Code, Section 1962(d) - RICO conspiracy; and counts six and seven, Title 18, United States Code, Section 1959(a)(1) - Violent Crimes in Aid of Racketeering.

3. I was present at defendant's sentencing hearing on October 27, 2008. Defendant's counsel Kenneth Reed was also present. Defendant was sentenced to life imprisonment on counts one, two, six and seven. Counts one, two and six were ordered to be served concurrently and count seven was ordered to be served consecutively.

4. On May 3, 2010, I spoke to Mr. Reed regarding defendant's Motion to Receive Full Copy of Trial Transcripts and Exhibits and to Have Appellate Counsel Appointed. Defendant alleges that he has tried to contact Mr. Reed several times over the last 17 months. Mr. Reed told me that to his knowledge defendant has not contacted him during this time.

5. Additionally, defendant alleges that he requested for Mr. Reed to file an intent to appeal on his behalf. Without disclosing any privileged communications, Mr. Reed and I discussed whether defendant indicated that he wanted to appeal

1

1  his conviction and sentence.  Both Mr. Reed and I recall
2  defendant stating at the sentencing hearing that defendant did
3  not wish to appeal.  Mr. Reed and I, however, do not recall if
4  this statement was on the record or simply a comment the
5  defendant made after his sentencing.
6     6.   On May 4, 2010, I submitted a request to the court
7  reporters to obtain a copy of the sentencing hearing to determine
8  if this statement was in fact on the record.
9     7.   The government requests additional time to obtain the
10 sentencing transcript and respond to defendant's motion.
11 Moreover, if the statement waiving his appellate rights was not
12 made on the record, the government will need additional time to
13 obtain an attorney-client waiver in order to speak with Mr. Reed
14 about the discussions he may have had with defendant regarding
15 defendant's desire to appeal his conviction and sentence.
16    I declare under penalty of perjury that the foregoing is
17 true and correct.
18    Executed this <u>5th</u> day of May 2010 in Santa Ana, California.

*Terri K. Flynn*
TERRI K. FLYNN

2