ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER K. PELHAM (Cal. State Bar No. 241068)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0610
     Facsimile: (213) 894-0142
     Email: christopher.pelham@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 02-938-DOC-33 |
| ) | |
| Plaintiff, ) | PARTIES' JOINT MOTION FOR RELEASE OF PRESENTENCE REPORT |
| ) | |
| v. ) | |
| ) | |
| RAFAEL MUNOZ-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Christopher K. Pelham, and defendant RAFAEL MUNOZ-GONZALEZ ("defendant"), by and through his counsel of record Ellen Barry, hereby file this joint motion for release of defendant's Presentence Investigation Report ("PSR") in the above-captioned case.

Defendant is currently charged, and will go to trial, in a racketeering indictment in case number CR 10-567-AHM. That case will proceed to trial on September 20, 2011 before the Honorable

A. Howard Matz.

Both the government and defense counsel believe that the PSR may contain information that would be relevant for preparation for defendant's upcoming trial. The Probation Office, however, has indicated that it will not release the PSR without the Court's order.

Accordingly, both parties respectfully request that the Court allow the Probation Office to disclose defendant's PSR to each of them.

DATED: 6/15/11                    ANDRÉ BIROTTE JR.
                                  United States Attorney

                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Deputy Chief, Criminal Division


                                  _____/s/_____
                                  CHRISTOPHER K. PELHAM
                                  Assistant United States Attorney



                                  _____/s/ (by C. Pelham)_____
                                  ELLEN BARRY
                                  Counsel for Defendant
                                  Rafael Munoz-Gonzalez