```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN G. WOLFE (Cal. Bar No.: 116400)
Assistant United States Attorney
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7408
     Facsimile: (213) 894-3713
     E-mail: Steve.Wolfe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-938-DOC |
| Plaintiff, ) | |
| v. ) | GOVERNMENT REPORT OF EXAMINATION OF DEFENDANT'S LETTERS TO ARYAN BROTHERHOOD MEMBERS |
| RONALD BOYD SLOCUM, ) | |
| Defendant. ) | |

Plaintiff United States of America hereby reports on the government's examination of letters written by defendant to Aryan Brotherhood members.

DATE: April __22__, 2015          Respectfully Submitted,

```
                                  STEPHANIE YONEKURA
                                  Acting United States Attorney
                                  ROBERT E. DUGDALE
                                  Assistant U.S. Attorney
                                  Chief, Criminal Division
                                  _____/s/_____
                                  STEPHEN G. WOLFE
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  United States of America
```

GOVERNMENT'S REPORT OF EXAMINATION OF LETTERS TO AB MEMBERS

On March 11, 2015, the court held a hearing on the pending petition alleging violation of defendant's conditions of supervised release.  The court continued the hearing to May 4, 2015 to allow the government to examine the letters written by defendant Slocum to Aryan Brotherhood members determine whether the letters included covert or coded messages in addition to the explicit text of the letters.

The Federal Bureau of Prisons, through its Correctional Intelligence Task Force, has done physical and linguistic examination of defendant's letters to Aryan Brotherhood members, and believes that there are no covert or hidden messages in the letters in addition to their explicit text.  Therefore, the government does not intend to call any expert witness to testify at the continued hearing about the content of the letters.  The government's concerns about the letters stem from the explicit content of the letters and the relevant surrounding circumstances.