LAW OFFICES OF M. R. BELTER
Michael Belter Esq.  97417
16 North Marengo, Suite 619
Pasadena California  91101
(626) 796-2599
(626) 796-1458 Fax
michaelbelter@yahoo.com

Attorney for Defendant
Ronald Boyd Slocum

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RONALD BOYD SLOCUM,<br><br>　　　　Defendant. | No. 02-0938-DOC-6<br><br>WAIVER OF APPEARANCE RE: ORDER TO GATHER, PRESERVE, AND PRODUCE EVIDENCE, AND FOR CERTAIN PERSONS TO APPEAR MAY 28, 2015 |

In connection with the civil contempt matter set for hearing on May 28, 2015, at 4:00 p.m., and the Court's order that Mr. Ronald Slocum be present unless a waiver is obtained prior to May 28, 2015, (Dkt. 7116), notice is hereby given that Ronald Slocum waives his personal appearance.

Dated: May 23, 2015

　　　　　　　　　　　　　　　　　　　　　/s/ M. R. Belter

　　　　　　　　　　　　　　　　　　　　Michael R. Belter

　　　　　　　　　　　　　　　　　　　Attorney for Ronald Boyd Slocum

1

# WAIVER OF PERSONAL APPEARANCE

In connection with the civil contempt matter set for May 28, 2015 at 4:00 p.m. involving the Warden of the Metropolitan Detention Center, I understand that the Court has ordered me to appear unless a waiver is obtained prior to May 28, 2015. My counsel of record has advised me of the Court's order and that I may waive my appearance. (Dkt. 7116)

I hereby agree to waive my personal appearance in accordance with the Court's order.

Dated: May 23, 2015            *Ronald B Sl*_____

                                        Ronald Boyd Slocum