**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**





RECEIVED
CLERK, U.S. DISTRICT COURT

MAR – 8 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUN – 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



returned medi; undeliverable
2:02cr938 VAP



NIXIE        606    5E 1        9003/04/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299    0159N064003-00419



NEOPOST
02/24/2021
US POSTAGE $001.20⁰

ZIP 90012
041M11461109

FIRST-CLASS MAIL

Case: 2:02cr938  Doc: 7429

Christopher Overton Gibson REG81372-011
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226