Case 2:02-cr-00938-DOC   Document 7450   Filed 05/09/23   Page 1 of 11   Page ID #:110654
2:02-CR-00938-DOC - 3/26/2008 - Item Number 1

1

```
 1                    UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3            HONORABLE DAVID O. CARTER, JUDGE PRESIDING

 4                         - - - - - - -

 5                                        )
                                          )
 6    UNITED STATES OF AMERICA,           )
                                          )    CERTIFIED
 7            Plaintiff,                  )
                                          )
 8        vs.                             ) No. 2:02-cr-00938-DOC
                                          )    Item Number 1
 9    WAYNE BRIDGEWATER,                  )
                                          )
10            Defendant.                  )
      _____)
11

12

13              REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                           Sentencing

15                      Santa Ana, California

16                   Wednesday, March 26, 2008

17

18

19

20

21

22    Debbie Gale, CSR 9472, RPR, CCRR
      Federal Official Court Reporter
23    United States District Court
      411 West 4th Street, Room 1-053
24    Santa Ana, California 92701
      (714) 558-8141
25
```

Certified for the U.S. District Court CM/ECF
Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter

Case 2:02-cr-00938-DOC   Document 7450   Filed 05/09/23   Page 2 of 11   Page ID #:110655
2:02-CR-00938-DOC - 3/26/2008 - Item Number 1

2

```
 1   APPEARANCES OF COUNSEL:

 2

     FOR THE UNITED STATES OF AMERICA:
 3
         DEPARTMENT OF JUSTICE
 4       OFFICE OF THE UNITED STATES ATTORNEY
         BY:  Terri K. Flynn
 5            Assistant United States Attorney
              Criminal Division
 6       411 West 4th Street
         8th Floor
 7       Santa Ana, California 92701
         714-338-3500
 8       USACAC.SACriminal@usdoj.gov

 9


10
     FOR DEFENDANT 13) WAYNE BRIDGEWATER:
11
         Michael V. White (CJA appointed)
12       MICHAEL V. WHITE LAW OFFICES
         1717 Fourth Street, 3rd Floor
13       Santa Monica, California 90401
         310-576-6242
14       (no email address on CM/ECF)

15       William S. Harris (CJA appointed)
         WILLIAM S. HARRIS LAW OFFICES
16       1499 Huntington Drive, Suite 403
         South Pasadena, California 91030
17       626-441-9300
         BillHarrisEsq@aol.com
18

19

20

21

22

23

24

25
```

Case 2:02-cr-00938-DOC   Document 7450   Filed 05/09/23   Page 3 of 11   Page ID
#:110656
2:02-CR-00938-DOC - 3/26/2008 - Item Number 1

3

1                              **I N D E X**

2    **PROCEEDINGS**                                         **PAGE**

3    SENTENCING HEARING

4    Appearances                                              4

5    Pronouncement of Sentence                                6

6    Final remarks by the Court                               9

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA, WEDNESDAY, MARCH 26, 2008                |
|       | 2  | Item Number 1                                                   |
|       | 3  | (9:00 a.m.)                                                     |
| 11:01 | 4  | THE COURT: All right. We're on the record in the                |
| 11:01 | 5  | matter of Wayne Bridgewater. It's Case Number 02-938.           |
| 11:01 | 6  | And, Ms. Flynn, would you make your appearance on               |
| 11:01 | 7  | behalf of the government.                                       |
| 11:01 | 8  | APPEARANCES                                                     |
| 11:01 | 9  | MS. FLYNN: Good morning, Your Honor. Terri Flynn                |
| 11:01 | 10 | on behalf of the United States.                                 |
| 11:01 | 11 | THE COURT: And, Mr. White, on behalf of                         |
| 11:01 | 12 | Mr. Bridgewater.                                                |
| 11:01 | 13 | MR. WHITE: Good morning, Your Honor.                            |
| 11:01 | 14 | THE COURT: Mr. Harris, on behalf of                             |
| 11:01 | 15 | Mr. Bridgewater.                                                |
| 11:01 | 16 | MR. HARRIS: Good morning.                                       |
| 11:01 | 17 | THE COURT: Counsel, have you received -- strike                 |
| 11:01 | 18 | that.                                                           |
| 11:01 | 19 | First of all, is there any legal reason or cause                |
| 11:01 | 20 | why the Court should not proceed to sentence?                   |
| 11:01 | 21 | MR. HARRIS: No, Your Honor.                                     |
| 11:01 | 22 | MR. WHITE: No.                                                  |
| 11:01 | 23 | THE COURT: Did you receive a copy of the                        |
| 11:01 | 24 | Presentence Report 35 days prior to today's date?               |
| 11:01 | 25 | MR. HARRIS: I don't believe there was a                         |

```
11:02   1   Presentence Report, Your Honor.
11:02   2              THE COURT:  Well, there was a -- well, you're
11:02   3   absolutely correct.  But there was a sentencing
11:02   4   recommendation or letter from the Probation Department.  Did
11:02   5   you receive that?
11:02   6              MR. HARRIS:  No.
11:02   7              THE COURT:  Here.
11:02   8        (Document provided to counsel.)
11:02   9              THE COURT:  I know some of the Courts hold that in
11:02  10   confidence.  I don't.  Every letter from the Probation
11:02  11   Department goes to you also.
11:03  12              MR. HARRIS:  Thank you, Your Honor.
11:03  13              THE COURT:  Thank you.
11:03  14              I don't know how many Courts share those.  I've
11:03  15   always shared those with defense counsel and the government.
11:03  16              Now -- and, Counsel, would you like to be heard in
11:03  17   this matter?
11:03  18              MR. HARRIS:  We'll submit, Your Honor.  I believe
11:03  19   that that's the correct sentence recommended by the
11:03  20   Probation Office.
11:03  21              Counts One and Two are straight "life," and Six
11:03  22   and Seven are "life without."  So we will just submit on the
11:03  23   report from the Probation Office.
11:03  24              THE COURT:  Let me turn to Mr. White.
11:03  25              Mr. White?
```

| | | |
|---|---|---|
| 11:03 | 1 | MR. WHITE:  Submitted, Your Honor. |
| 11:03 | 2 | THE COURT:  Ms. Flynn? |
| 11:03 | 3 | MS. FLYNN:  I would concur with what Mr. Harris |
| 11:03 | 4 | said.  And we'll submit. |
| 11:03 | 5 | **PRONOUNCEMENT OF SENTENCE** |
| 11:03 | 6 | THE COURT:  The pronouncement and judgment of the |
| 11:04 | 7 | Court is as follows: |
| 11:04 | 8 | It is ordered that the defendant, Mr. Bridgewater, |
| 11:04 | 9 | shall pay to the United States a special assessment of $400, |
| 11:04 | 10 | which is due immediately. |
| 11:04 | 11 | Pursuant to the Sentencing Reform Act of 1984, |
| 11:04 | 12 | it's the judgment of this Court that the Defendant, Wayne |
| 11:04 | 13 | Bridgewater, is hereby committed on Counts One, Two, and |
| 11:04 | 14 | Six, and Seven of the First Superseding Indictment to the |
| 11:04 | 15 | custody of the Bureau of Prisons, to be imprisoned for a |
| 11:04 | 16 | term of life without the possibility of release. |
| 11:04 | 17 | This term consists of "life" on each of Counts One |
| 11:04 | 18 | and Two, and "life imprisonment without the possibility of |
| 11:04 | 19 | release" on Counts Six and Seven. |
| 11:04 | 20 | The terms on Counts One and Two shall run |
| 11:04 | 21 | concurrently to each other and consecutively to any other |
| 11:04 | 22 | term.  The term on Count Six shall run consecutive to Counts |
| 11:04 | 23 | One and Two.  The term on Count Seven shall be consecutive |
| 11:05 | 24 | to the terms on Counts One, Two and Six; this Count shall |
| 11:05 | 25 | run consecutive to any undischarged term of imprisonment. |

```
11:05  1              If released from imprisonment, the defendant shall
11:05  2   be placed on supervised release for a term of five years.
11:05  3   This term consists of five years on each of Counts One, Two,
11:05  4   Six and Seven; all such terms to run concurrently under the
11:05  5   following conditions:
11:05  6              First, the defendant shall comply with the Rules
11:05  7   and Regulations of U.S. Probation Office and General
11:05  8   Order 318.
11:05  9              Second, the defendant shall refrain from any
11:05 10   unlawful use of a controlled substance.  The defendant shall
11:05 11   submit to one drug test within 15 days of release from
11:05 12   imprisonment, and at least two periodic drug tests
11:05 13   thereafter, not to exceed eight tests per month, as directed
11:05 14   by the Probation Officer.
11:05 15              Third, Mr. Bridgewater shall participate in an
11:05 16   outpatient substance abuse treatment and counseling program
11:05 17   that includes urinalysis, saliva, and/or sweat-patch
11:05 18   testing, as directed by the Probation Officer; and the
11:06 19   defendant shall abstain from using illicit drugs and alcohol
11:06 20   and abusing prescription medications during the period of
11:06 21   supervision.
11:06 22              Fourth, as directed by the Probation Officer, the
11:06 23   defendant shall pay all or part of the costs of treating the
11:06 24   defendant's drug and/or alcohol dependency to the aftercare
11:06 25   contractor during the period of community supervision,
```

| | | |
|---|---|---|
| 11:06 | 1 | pursuant to 18 U.S.C., Section 3672.  And the defendant |
| 11:06 | 2 | shall provide payment and proof of payment as directed by |
| 11:06 | 3 | the Probation Officer. |
| 11:06 | 4 | Fifth, during the period of community supervision, |
| 11:06 | 5 | the defendant shall pay the Special Assessment in accordance |
| 11:06 | 6 | with this judgment's orders pertaining to such payment. |
| 11:06 | 7 | Sixth, the defendant shall cooperate in collection |
| 11:06 | 8 | of a DNA sample. |
| 11:06 | 9 | Seventh, the defendant shall not associate with |
| 11:06 | 10 | any member of a criminal gang or disruptive group, as |
| 11:06 | 11 | directed by the Probation Officer, specifically any member |
| 11:06 | 12 | of the Aryan Brotherhood. |
| 11:06 | 13 | Eighth, the defendant shall submit his person and |
| 11:06 | 14 | property to search or seizure at any time of the day or |
| 11:07 | 15 | night, by any law enforcement officer, with or without a |
| 11:07 | 16 | warrant, and with or without reasonable or probable cause. |
| 11:07 | 17 | Ninth, the defendant shall not possess or have |
| 11:07 | 18 | under his control or have access to any firearm, explosive |
| 11:07 | 19 | device, or other dangerous weapon, as defined by federal, |
| 11:07 | 20 | state or local law. |
| 11:07 | 21 | Pursuant to 18 U.S.C. 5353(a), the Court has |
| 11:07 | 22 | imposed a sentence sufficient but not greater than necessary |
| 11:07 | 23 | to comply with the purposes set forth in Paragraph 2 of this |
| 11:07 | 24 | subsection. |
| 11:07 | 25 | The Court has considered the nature and |

```
11:07  1   circumstances of the offense, the history and
11:07  2   characteristics of the defendant.  The sentence reflects the
11:07  3   seriousness of the offense, promotes respect for the law,
11:07  4   provides just punishment; it affords adequate deterrence,
11:07  5   protects the public from other crimes; it takes into account
11:07  6   the kinds of sentences available, the Guidelines sentencing
11:07  7   range, the policies, statements of the Sentencing
11:07  8   Commission, and avoids unwarranted sentence disparities.
11:07  9           I'm going to remand you to the care of the
11:08 10   Marshals for immediate transportation.
11:08 11           I don't think it's of any value to make a specific
11:08 12   recommendation.  My guess is Mr. Bridgewater's going to be
11:08 13   housed at ADX.  I'm going to leave that to the discretion of
11:08 14   the Bureau of Prisons.
```

**FINAL REMARKS BY THE COURT**

```
11:08 16           THE COURT:  Finally, I want to say I'm pleased to
11:08 17   see that the spleen treatment turned out.  Apparently, when
11:08 18   you left, all of us believed your spleen was going to be
11:08 19   removed.  I understand from the doctors -- or, from your
11:08 20   counsel that it was not removed.
11:08 21           But at least we got that screening while you were
11:08 22   here in court.  And I hope that that's good screening.  In
11:08 23   other words, I didn't want to turn you back to the Bureau of
11:08 24   Prisons, you know, without some effort on this Court's part
11:08 25   just to make sure you're healthy.
```

```
11:08  1              Okay.  It's been a pleasure.
11:08  2              Thank you very much.
11:08  3              MS. FLYNN:  Your Honor, can you advise the
11:08  4    defendant of his appellate rights?
11:08  5              THE COURT:  Oh.
11:08  6              (To the defendant:) You have appellate rights.
11:08  7    Those rights are personal.  It's your responsibility.  But
11:08  8    you have excellent counsel; they'll help you with those
11:08  9    rights.
11:08 10              That appeal must be filed within ten days of
11:08 11    today's date.  Do you understand that, sir?
11:09 12              THE DEFENDANT:  Yes, I do.
11:09 13              THE COURT:  All right.
11:09 14              Thank you very much, Counsel.
11:09 15              MS. FLYNN:  Thank you, Your Honor.
11:09 16              MR. WHITE:  Thank you.
11:09 17              MR. HARRIS:  Thank you.
11:09 18         (Proceedings adjourned.)
11:09 19                              -oOo-
11:09 20
      21
      22
      23
      24
      25
```

|       |    |                                                                                  |
|-------|----|----------------------------------------------------------------------------------|
| 11:09 | 1  | -oOo-                                                                            |
| 11:09 | 2  |                                                                                  |
| 11:09 | 3  | CERTIFICATE                                                                      |
| 11:09 | 4  |                                                                                  |
| 11:09 | 5  | I hereby certify that pursuant to Section 753,                                   |
| 11:09 | 6  | Title 28, United States Code, the foregoing is a true and                        |
| 11:09 | 7  | correct transcript of the stenographically reported                              |
| 11:09 | 8  | proceedings held telephone in the above-entitled matter and                      |
| 11:09 | 9  | that the transcript page format is in conformance with the                       |
| 11:09 | 10 | regulations of the Judicial Conference of the United States.                     |
| 11:09 | 11 |                                                                                  |
| 11:09 | 12 | Date: May 10, 2023                                                               |
| 11:09 | 13 |                                                                                  |
| 11:09 | 14 |                                                                                  |
| 11:09 | 15 | /s/ Debbie Gale                                                                  |
| 11:09 | 16 | _____<br>DEBBIE GALE, U.S. COURT REPORTER<br>CSR NO. 9472, RPR, CCRR |
| 11:09 | 17 |                                                                                  |