E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar No. 280831)
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2624
     Facsimile: (213) 894-0141
     E-mail:    chelsea.norell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 02-938(E)-DOC-31 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |
| v. | |
| HENRY MICHAEL HOUSTON, | |
| Defendant. | |

The Court having reviewed defendant's Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and the government's Opposition to the Motion, and good cause appearing, IT IS HEREBY ORDERED as follows:

Defendant's motion for reduction of the three consecutive life sentences imposed by this Court is DENIED because defendant's proffered medical conditions do not qualify as "extraordinary and compelling reasons" to justify immediate release. 18 U.S.C. § 3582(c)(1)(A)(i). Moreover, even if they did, immediate release would be inconsistent with the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3582(c)(2).

1   Additionally, defendant does not have a Sixth Amendment right to
2   counsel in connection with a Section 3582(c) motion, <u>United States v.</u>
3   <u>Townsend</u>, 98 F.3d 510 (9th Cir. 1996), nor does the Court find that
4   the appointment of counsel would plausibly make defendant's claims
5   colorable.  Accordingly, the Court denies defendant's request to
6   appoint counsel.
7   IT IS SO ORDERED.

_____    _____
DATE                            HONORABLE DAVID O. CARTER
                                UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
CHELSEA NORELL
Assistant United States Attorney